# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ALYSSA-CHRISTIE MONTALBANO<br>　　Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.:<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF REMOVAL**

Defendant **James Corey Goode** ("Mr. Goode"), by and through its attorney, **Valerie Yanaros Wilde of Yanaros Law, P.C.**, hereby give Notice of Removal of the instant action from the Mesa County District Court of the State of Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §1441, et seq.

**AS GROUNDS IN SUPPORT OF REMOVAL** Mr. Goode states as follows:

1. On or about June 25, 2018, a civil action captioned Alyssa-Christie Montalbano v. James Corey Goode, Case No. 18CV50, was filed in the District Court for Mesa County, State of Colorado (the "Complaint"). This

Complaint alleged, inter alia, federal claims of copyright infringement and unfair competition.[1]

2. This Complaint was was ordered to be served via publication by Mesa County Court on July 18, 2018.

3. Prior to that, Plaintiff Alyssa Christie Montalbano ("Plaintiff"), sent to Mr. Goode's attorney a courtesy copy of the complaint. In response, Mr. Goode filed a Motion to Dismiss in Mesa County Court on or around July 16, 2018. Plaintiff filed a response on July 18, and Mr. Goode filed his reply on July 30. Mesa County Court has not ruled on any of those pending motions.

4. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §1441, one or more of the claims against Mr. Goode arises under federal law. Specifically, this claim arises under 17 U.S.C. §101 et seq, the Copyright Act. Additionally, at least one claim arises under under the Lanham Trademark Act of 1946, 15 U.S.C. §1051 et seq.

5. This Court has subject matter jurisdiction over the federal copyright and trademark claims under 28 U.S.C. §§1331 and 1338(a).

---

[1] Plaintiff's Complaint was titled "Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character."

6. There have been five (5) items entered on the State Court's docket related to this case. All of the filings that have been served upon Mr. Goode in the State Court proceeding are attached hereto, and incorporated by reference as Exhibits A-D. The Exhibits are as follow:
   a. Exhibit A: the Complaint
   b. Exhibt B: Mr. Goode's Motion to Dismiss
   c. Exhibit C: Plaintiff's Response to Mr. Goode's Motion to Dismiss
   d. Exhibit D: Mr. Goode's Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss
7. Mr. Goode is still awaiting service of the Order for Service By Publication and will amend this pleading with this Court upon receipt.
8. This Notice of Removal is filed pursuant to 28 U.S.C. §1441 and §1446, and is timely pursuant to the provisions of 28 U.S.C. §1446(b). Mr. Goode will give written notice of the filing of this Notice as required by 28 U.S.C. §1446(d), and will file a copy of this Notice with the Clerk of the Mesa County District Court as required by 28 U.S.C. §1446(d).

WHEREFORE, Mr. Goode request that this action proceed in this Court as an action properly removed to it.

Dated: August 13, 2018                                    Respectfully Submitted,


                                                          s/ **Valerie Yanaros Wilde**
                                                          **Valerie Yanaros Wilde**
                                                          **Texas Bar No. 24075628**
                                                          **(DISTRICT OF COLORADO**
                                                          **BAR ADMISSION PENDING)**
                                                          **Yanaros Law, P.C.**
                                                          **5057 Keller Springs, Suite 300**
                                                          **Addison, Texas 75001**
                                                          **Telephone: (512) 826-7553**
                                                          valerie@yanaroslaw.com

                                                          **ATTORNEY FOR Defendant**
                                                          **James Corey Goode**