| ☐ County Court ☒ District Court<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>JUL 1 8 2018<br><br>COMBINED COURT<br>BY LITIGANT<br>▲ COURT USE ONLY ▲ |
|---|---|
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number: _____  Atty. Reg. #: N/A | Division 10    Courtroom 10 |
| **REPLY TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A COMPLAINT** | |

COMES NOW, Alyssa-Chrystie: Montalbano, Plaintiff, and for reply to state:

(a) Defendant, Mr. James Corey Goode, failed to respond to any of Ms. Montalbano's affidavits, as first dated April 18, 2018 regarding his very specific uses of her intellectual property (IP), and thereby legally and lawfully, per due process of law, acquiesced to everything contained therein as of certified mailing of Notice of Default in Dishonor dated June 4, 2018 (Exhibit E); to include; Mr. Goode agreed he has been stalking Ms. Montalbano for over a year with a deep state military grade astral/dream hacking ruse and as supported in presentments with starter 44 specifically cited alleged synchronicities that affirm his awareness of such activities against Ms. Montalbano to defraud her of her IP. See: *Connally v. General*

*Construction Co.*, 269 U.S. 385, 391.  Notification of legal responsibility is "the first essential of due process of law."  (Colorado Constitution, Bill of Rights, Section 25) Also, see:  *U.S. v. Tweel*, 550 F. 2d. 297.  "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

(b) Per estoppel, Ms. Montalbano is the stalked victim and not Mr. Goode.

(c) In presentments, Ms. Montalbano cited 21 instances containing one or more of her dreams (IP) inside each instance and as specifically used, retailored, and/or mutilated by Mr. Goode, for response, remedy, and attribution due. Some uses included materials from Ms. Montalbano's published book "DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace" Edition 1 – Case# 1-6477994989.

(d) In presentments to Mr. Goode on page 9 of 48, Section 2 Evidence, Number 2-6 (Exhibit G  2 of 3); Ms. Montalbano's dream vision (IP) Axe house had axes that swung from the ceiling and floors and subsequently the dream was retailored by Mr. Goode in his alleged Mega Update as "axe" heads, and was incorrectly stated as just 'heads' by Ms. Yanaros Wilde, this story was also cited by Ms. Montalbano as being mutilated by Mr. Goode inside his alleged Mega Update that retailored approximately 20 of Ms. Montalbano's dreams and as were specifically cited, for Mr. Goode to respond to.

(e) Ms. Montalbano is Pro Se for both financial and Constitutional reasons.

(f) Plaintiff states jurisdiction of this court is proper pursuant to Oaths of Office taken to support the Constitution of the United States of America and the Colorado Constitution.

(g) In accordance with the Colorado Constitution, Bill of Rights, Sections 1, 2, and 28, Ms. Montalbano added the Constitutional phrase into the CRCP 16.1 to respect the courts requirements for the cover sheet.

(h) Ms. Montalbano has the right to protect her property, intellectual or otherwise, and to be secure in her person. (Colorado Constitution, Bill of Rights, Section 3 and 7) Intellectual Property belonging to Ms. Montalbano includes any and all written or visual materials emailed or otherwise delivered to Mr. Goode by Ms. Montalbano and in particular from the following two email accounts: PurpleMagus374@gmail.com and AriStoneArt@Ymail.com, whereby most emails contained one or more pdf files with photographed images of Ms. Montalbano's original hand written dream journalings (IP) along with discoveries about dreams and as to be contained in pre-copyrighted book, Dreams the Missing Text, with case# 1-6477994771. (1) Ms. Montalbano has experienced great amounts of anxiety and stress that have interfered with her daily activities since having to open a lawsuit against Mr. Goode to attain remedy and protection from him.

(i) Per estoppel, Mr. Goode owes Ms. Montalbano approximately $70,000 worth in damages and compensation due and as specifically cited in presentments and certified billing statements since April 18, 2018. (Colorado Constitution, Bill of Rights, Section 14 and 15) Ms. Montalbano is currently not seeking monetary remedy.

(j) The following complaints were very clearly stated in the April 18, 2018 petition, along with remedy sought that Mr. Goode failed to respond to and thereby agreed. To further include: (2) theft and mutilation of intellectual property (Title 17) (3) Knowingly and willingly defrauding Ms. Montalbano (18 USC §101, CRM 910 Knowingly and Willingly) and seen in Exhibit C. Additional complaints of defamation of character were also cited, along with remedy of mutilated materials and attribution due.
*Ms. Montalbano will file a full and complete copy of the 77 page petition/complaint with the courts should they require it.

(k) Per estoppel, Mr. Goode already agreed he works with a network of cohorts/associates, such as Roger Richards, to defraud and defame Ms. Montalbano. (1) Ms. Montalbano continues to lose valued friendships and associates as Mr. Goode continues to defame her to them. Mr. Goode uses his public stature and position to steal Ms. Montalbano's associates and continues to threaten her to not have contact with mutual friends/associates,

including since the opening of this lawsuit the loss of Ms. Montalbano's now former private contractor friends who were not 'famous' or 'known' people but were known to work also in some capacity with Mr. Goode. (2) Ms. Montalbano greatly values her friendships and is in constant anxiety wondering what friend she will lose next because of Mr. Goode's repeat performance of defamation of character and as also recently (July 17, 2018) posted to his FaceBook page, alleging how creepy it is to be stalked, to prepare his fans and the public for future libel and slander against Ms. Montalbano. (3) Ms. Montalbano has a clean record.

(l) Ms. Montalbano has no desire to be 'known' as the person to expose Mr. Goode's nefarious activities. It has been disappointing enough, discovering Mr. Goode steals and uses other people's materials to use as his own and having to deal with the stress and strain that result from such realizations about someone formerly held in high regard.

(m) Per estoppel, Mr. Goode is liable for additional amounts of damages due per Notice of Default in Dishonor for any semblance to further damage Ms. Montalbano's reputation, harass, defraud, coerce, impede, hinder, obstruct, or further delay Plaintiff's right to remedy and attribution due. (Exhibit D 2 of 2).

(n) Ms. Montalbano provided the courts with a pleading per CRCP Rule 7(b), whereby an application for an order specifically outlining the remedy sought was made by motion and other papers.

**Effects of failure to respond** to presumptive affidavits sent to Mr. Goode since April 18, 2018 admits them as evidence; Non Rebutted Affidavits are "Prima Facie Evidence in the Case, "United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981) and; "The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." Meier v CIR, 199 F 2d 392, 396 (8th Cir. 1952) quoting 20 Am Jur, Evidence Sec 190, page 193 and; "Uncontested affidavit" moved the court to hear the case. United States v. Lopez, No. 07-3159 (10th Cir. 03/04/2008).

**Wherefore, Pursuant to** an oath taken to support and uphold The Constitution of the United States of America and the Colorado Constitution, due process of law, estoppel, and Colorado Rules of Evidence: Chapter 33, Article IV, Plaintiff Alyssa Chrystie Montalbano's Motion to "Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character" must be granted.

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **REPLY TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A COMPLAINT** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7185 1083; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and Ms. Valerie Yanaros Wilde, Esq., YANAROS LAW, P.C., USPS Certified Mail 7017 3040 0001 0237 6315; 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001, this 18 day of July, 2018.

_Alyssa-Chrystie: Montalbano_

Alyssa-Chrystie: Montalbano, American Citizen

Case No. 1:18-cv-02060-RM-GPG    Document 1-3    filed 08/13/18    USDC Colorado
pg 8 of 11

| ☐County Court ☒District Court | ORIGINAL FILED IN |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUL 1 8 2018<br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number: _____ Atty. Reg. #: N/A | Division 10    Courtroom 10 |

**MOTION TO CLAIM AND EXERCIZE CONSTITUTIONAL RIGHTS AND REQUIRE THE PRESIDING JUDGE TO RULE UPON THE MOTION AND ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID RIGHTS**

**COMES NOW** Plaintiff, Ms. Alyssa Chrystie Montalbano, and moves the court, without accepting the jurisdiction of the court, pursuant to oaths sworn by the presiding judge and the attending public officers:

1. To acknowledge and act in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." Miller v. U.S. 230 F, 2d 286, 489;

2. To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution of the United States of America,

MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS    Page 1 of 4

Article I, Section 9, Clause 8 and Article III Section 1; and the Constitution of the Republic of Colorado, Article 12, Section 8, in this matter;

3. To provide due process of law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth and Fourteenth Amendments of the Constitution of the United States of America, and pursuant to Article II, Sections 1, 2, 3 6, 7, 9, 10, 14, 15, 16, 16a, 23, 24, 25, 28 of the Constitution of the Republic of Colorado and as required by the aforementioned oaths taken by the presiding judge and attending court officers, in this matter;

4. To provide equal protection under the law, as required by the National and state Constitutions and pursuant to the referenced oaths;

5. To respect, protect and uphold the Rights of Ms. Montalbano, an American Citizen, in this matter, which Rights are guaranteed in the National and state Constitutions, pursuant to referenced oaths;

6. To acknowledge and uphold the Constitution of the United States of America as the Supreme Law of this court, in this matter, pursuant to the mandate, in Article II, Section One and Two, of the Constitution of the Republic of Colorado, whereby the courts are instituted solely for the will of the people and whenever deemed necessary may be utilized by the people and the court may not rule on anything repugnant to the Constitution of the United States;

7. To acknowledge and so rule that any court and/or judge which denies a Citizen to present evidence in any hearing or trial in total support of her position, which evidence had previously been sent to Defendant and is unrebutted by Defendant and counsel, is perjury of oath and denial of due process of law. Since neither Defendant nor counsel rebut this evidence, then, there is no dispute, and since there is no dispute, there is no controversy, and since there is no controversy, the Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character, must be granted.

8. To acknowledge and so rule that this court and no other court and no judge in Colorado has jurisdiction over or can issue a court order against an American Citizen if that court and/or judge: (a) do not provide due process of law; (b) do not provide equal protection under the law; (c) do not respect and uphold the Constitutional Rights of American Citizens, and in the instant action, the Rights of Ms. Montalbano an American Citizen, pursuant to the Rights guaranteed in the Constitutions of the United States of America and the Republic of Colorado; (d) act with sufficient force so as to deny the powers of the National and state Constitutions.

**Wherefore** Defendant Ms. Montalbano respectfully moves this court to grant this Motion for the aforesaid reasons.

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO CLAIM AND EXERCIZE CONSTITUTIONAL RIGHTS AND REQUIRE THE PRESIDING JUDGE TO RULE UPON THE MOTION AND ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID RIGHTS** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7185 1083; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and Ms. Valerie Yanaros Wilde, Esq., YANAROS LAW, P.C., USPS Certified Mail 7017 3040 0001 0237 6315; 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001, this 18 day of July, 2018.

_Alyssa-Chrystie: Montalbano_

Alyssa-Chrystie: Montalbano, American Citizen