**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Alfred A. Arraj United States Courthouse**
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**
UNITED STATES SENIOR DISTRICT JUDGE

TELEPHONE:  (303) 335-2170
TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**     Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:**   Judge Wiley Y. Daniel

**DATE:**   August 15, 2018

**RE:**     Civil Action No. **18-cv-02060-WYD**
**ALYSSA-CHRISTIE MONTALBANO v. JAMES COREY GOODE**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.