# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02060-STV

ALYSSA-CHRISTIE MONTALBANO,

      Plaintiff,

v.

JAMES COREY GOODE,

      Defendant.

---

## ORDER SETTING DEADLINE FOR FILING ELECTION CONCERNING CONSENT/NON-CONSENT TO MAGISTRATE JURISDICTION FORM AND SETTING STATUS CONFERENCE

---

      This case has been directly assigned to Magistrate Judge Scott T. Varholak pursuant to D.C.COLO.LCivR 40.1(c).

      **IT IS ORDERED**:

      1.      Pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, on or before **September 5, 2018**.

      2.      The Court shall hold a scheduling conference on Wednesday, **September 19, 2018 at 10:00 AM**, in Courtroom A-402 of the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b). If this date is not convenient for any party, the parties should confer and file a motion to reschedule the scheduling conference to a more convenient date.

      3.      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

DATED: August 15, 2018                       BY THE COURT:

                                                              s/Scott T. Varholak
                                                              United States Magistrate Judge