# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO § § <br> Plaintiff, § <br> § CIVIL ACTION NO.: 1:18-CV-02060 <br> v. § <br> § JURY TRIAL DEMANDED <br> JAMES COREY GOODE, § <br> Defendant. § <br> § | |

## AMENDMENT/SUPPLEMENT NOTICE OF REMOVAL

Defendant **James Corey Goode** ("Mr. Goode"), by and through its attorney, **Valerie Yanaros Wilde of Yanaros Law, P.C.**, hereby files his Amendment and Supplement to the Notice of Removal (Dkt. 1) filed on August 13, 2018:

Mr. Goode's Notice of Removal reads, in pertinent part:

"6. There have been five (5) items entered on the State Court's docket related to this case. All of the filings that have been served upon Mr. Goode in the State Court proceeding are attached hereto, and incorporated by reference as Exhibits A-D. The Exhibits are as follow:

**SUPPLEMENTAL AND AMENDED EXHIBIT**                                      **PAGE 1**

   a. Exhibit A: the Complaint

   b. Exhibt B: Mr. Goode's Motion to Dismiss

   c. Exhibit C: Plaintiff's Response to Mr. Goode's Motion to Dismiss

   d. Exhibit D: Mr. Goode's Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss

7. Mr. Goode is still awaiting service of the Order for Service By Publication and will amend this pleading with this Court upon receipt."

(Dkt. 1 at 6-7). After filing, it was noted that Exhibit A was mistakenly filed as a different document. Ms. Yanaros Wilde contacted the Court the following day to inform it that it was filed in error, and that she would be filing an amended exhibit. Attached hereto as Amended Exhibit A is the correct filing of the original complaint. Further, the document filed by Plaintiff as the Service by Publication is attached hereto as Exhibit E, and as soon as the Order on the Service by Publication is received Mr. Goode will file the Order as entered.

Mr. Goode respectfully requests the Court file the Amended and Supplemental Exhibits with Docket No. 1.

Dated: August 17, 2018                           Respectfully Submitted,

s/ Valerie Yanaros Wilde
VALERIE YANAROS WILDE
TEXAS BAR NO. 24075628
(DISTRICT OF COLORADO
BAR ADMISSION PENDING)
YANAROS LAW, P.C.
5057 KELLER SPRINGS, SUITE 300
ADDISON, TEXAS 75001
TELEPHONE: (512) 826-7553
VALERIE@YANAROSLAW.COM

ATTORNEY FOR DEFENDANT
JAMES COREY GOODE