

| ☐ County Court ☒ District Court<br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED<br>JUL 0 3 2018<br>COMBINED COURT<br>BY LITIGANT<br>▲ COURT USE ONLY ▲ |
|---|---|
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division          Courtroom |

### AFFIDAVIT IN SUPPORT OF ORDER FOR SERVICE BY PUBLICATION

I, Alyssa-Chrystie: Montalbano; Plaintiff, affirm a verified Complaint was filed and a Summons directed to the Defendant was attempted to be issued by Boulder Sheriff, Mike Blea, on June 27, 2018 at the only known physical address Plaintiff has for Defendant, GAIA INC work location, located in Boulder county. At time of attempted service, Mr. Blea was told by the front desk receptionist that Mr. Goode no longer works there. See official record of failed service attempt as filed with the courts titled "RETURN OF UNSERVED CIVIL PROCESS" case number 18001458 from Boulder County Sheriff's Office. Ms. Montalbano presents Mr. Goode likely continues to work at that location and is avoiding service, whereby Mr. Goode's most current Cosmic Disclosure episode was published on June 26, 2018 to GAIA INC's website; http://www.Gaia.com, season 11, episode 6; and to Plaintiff's knowledge is the most popular show GAIA INC carries on their network and thereby GAIA INC is unlikely to

terminate working with Mr. Goode. However, Ms. Montalbano has also heard as of July 2, 2018 Mr. Goode may have 'resigned' from working with GAIA INC and presents Mr. Goode may have 'resigned' or had his services terminated due to the awareness of his extensive and unlawful use of Ms. Montalbano's materials in his syndicated show, Cosmic Disclosure.

Due to lack of communication from Mr. Goode and his attorney, Ms. Yanaros Wilde, to the best of Plaintiff's knowledge, Defendant was last known to work at the GAIA INC location where service was attempted: 833 West South Boulder Road Building G, Louisville, Colorado, 80027.

The only other address Plaintiff has for Mr. Goode is his UPS business mail box located at the following address 1140 US Highway 287, Suite 400-266, Broomfield, Colorado 80020; and whereby the Broomfield Police Civil section informed Plaintiff that service could not be performed at a United Parcel Service (UPS) location.

Plaintiff mailed true and correct copies of June 25, 2018 complaint filings and summons on June 25, 2018 to Mr. Goode and attorney, Ms. Valerie Yanaros Wilde, and as stated in original complaint with Certified Mail Numbers: Mr. Goode 7017 2620 0000 7185 1069 (delivered June 27, 2018 at 11:57am) and Ms. Yanaros Wilde 7017 2620 0000 7185 1052 (delivered June 27, 2018 at 10:27am), to addresses known to be tenable for Mr. Goode and Ms. Yanaros Wilde to receive mail.

On July 1, 2017 Plaintiff further performed due diligence to incite cooperation of service with Mr. Goode by emailing to the following four most current known email addresses and as used by Ms. Yanaros Wilde during the month of June 2018 for communication with Plaintiff: valerie@yanaroslaw (Ms. Yanaros Wilde), goodetech@yahoo.com (Mr. Goode), fdn.director@gmail.com and sba.producer@gmail.com (Mr. Roger Richards, Coworker/ Security Officer of Mr. Goode's), whereby Plaintiff attempted to attain cooperation from Mr. Goode to arrange for a meeting location with Civil Officer, Mike Blea, in his area for service. The email address for Ms. Yanaros Wilde is known to be a good email address for contact and was sent in accordance by Plaintiff to fulfill C.R.C.P. Rules 4 and 5 for cooperative service of Defendant, Mr. James Corey Goode. As of July 3, 2018 no reply has been received for cooperative service.

Due to Mr. Goode and Ms. Yanaros Wilde's fraudulent stalking allegations against Plaintiff, Plaintiff states due diligence has been fulfilled in this matter and requests forgoing performing skip trace methods or any method to attain any personal living locations or personal contact information of Mr. Goode, unless court ordered, and proposes a public newspaper summons for Mr. Goode be ordered by the courts.

Respectfully Submitted, All Rights Reserved,

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __3rd__ day of __July__, __2018__, at __Grand Junction, Colorado__
                    (date)      (month)         (year)     (city or other location, and state OR country)

__Alyssa-Chrystie: Montalbano__                    __Alyssa-Chrystie: Montalbano__
(Printed name of Petitioner/Plaintiff)              Signature of Petitioner/Plaintiff

__2536 Rimrock Ave Ste 400-117  Grand Junction, CO  81505__
Address                          City                State    Zip Code

__Mobile 970.250.8365__
Home Phone                                    Work Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing AFFIDAVIT IN SUPPORT OF ORDER FOR SERVICE BY PUBLICATION and ORDER FOR SERVICE BY PUBLICATION was sent, first class, by U.S. Mail, postage prepaid, to Mr. James Corey Goode, 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and attorney, Ms. Valerie Yanaros Wilde, Esq. YANAROS LAW, P.C. 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001 this __3__ day of July 2018.

All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano



# Boulder County Sheriff's Office

**JOE PELLE**
Sheriff

## RETURN OF UNSERVED CIVIL PROCESS

The Boulder County Sheriff's Office was unable to serve the below referenced civil process within Boulder County, Colorado, and does hereby return it unserved.

Court Case Number: 18CV50

Sheriff's Case Number: C-18001458

Type of Process: District Court Civil Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint, District Court Civil Summons and (See Attached List of Documents)

Process Intended For: James Corey Goode

Address Provided for Service: 833 West South Boulder Road Building G Louisville, CO 80027

Process un-served because: Attempted service, party no longer works at this address.

Please call the Boulder County Sheriff's Office Civil Section at (303) 441-3608 if you have any questions or if we may be of further service.

Deputy : Mike Blea

Title: Deputy

Date: 6/27/2018

TOTAL CHARGES: $26.54

---

Headquarters
5600 Flatiron Parkway
Boulder, Colorado 80301
303-441-3600

Communications · Emergency Management
3280 Airport Road
Boulder, Colorado 80301
303-441-4444 · 303-441-3390

Jail
3200 Airport Road
Boulder, Colorado 80301
303-441-4600

| | |
|---|---|
| ☒ District Court ☐ County Court ☐ Other _____<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502<br><br><br>Plaintiff, Alyssa-Chrystie: Montalbano<br><br>v.<br><br>Defendant: James Corey Goode | ▲   COURT USE ONLY   ▲<br><br>Case Number: 18CV50<br><br><br>Division:        Courtroom: |
| ORDER FOR SERVICE BY PUBLICATION | |

ORDER FOR SERVICE BY PUBLICATION Upon reading the AFFIDAVIT IN SUPPORT OF ORDER FOR SERVICE BY PUBLICATION of the Plaintiff on file herein, it appearing that a verified Complaint has been filed; that a Summons directed to the Defendant has been issued and that the Defendant cannot, after due diligence, be found for service, or by concealment seeks to avoid the service of Summons, and for good cause it is best to not have Plaintiff perform a skip trace on Defendant; IT IS HEREBY ORDERED that if the Defendant cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for a period of 4 consecutive weeks in a newspaper of general circulation published in Boulder, Colorado.

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

❑ GRANTED           ❑ DENIED

DATED, this_____day of _____, 20_____.

BY THE COURT:

_____

U.S. MAGISTRATE / JUDGE