UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ALYSSA-CHRISTIE §
MONTALBANO §
    Plaintiff, §
 § C.A. NO.: 1-18-cv-02060-STV
v. §
 § JURY TRIAL DEMANDED
JAMES COREY GOODE, §
    Defendant. §
 §

## REGISTER OF ACTIONS AND PARTY INFORMATION PURSUANT TO RULE 81.1

Defendant James Corey Goode ("Mr. Goode") hereby files this Register of Actions pursuant to D. C. COLO. L. Civ. R. 81.1. Mr. Goode is still awaiting a full record from Mesa County Court but is filing this Register of Actions (the "Register") as he understands reflects the current Mesa County Court docket. Mr. Goode will amend his Register as necessary as soon as he receives the official docket from Mesa County Court. All documents filed by Mr. Goode are denoted by "Defendant" in the Register under "Filing Party" and all documents filed by Plaintiff Alyssa Montalbano ("Plaintiff") are denoted by "Plaintiff" in the Register under "Filing Party".

| **Date Filed** | **Filing Party** | **Document** | **Document Title** | **Document Security** |
|---|---|---|---|---|
| 06/25/18 | Plaintiff | Complaint | Motion to Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character | Public |
| 07/03/18 | Plaintiff | Affidavit in Support of Service by Publication | Affidavit in Support of Order for Service by Publication | Public |
| 07/13/18 | Defendant | Motion to Dismiss | Defendant James Corey Goode's Motion to Dismiss for Failure to State a Complaint Under C.R.C.P. 12(b)(5)[1] | Public |
| 07/18/18 | Plaintiff | Response to Motion to Dismiss | Reply (sic) to Defendants (sic) Motion to Dismiss for Failure to State a Complaint | Public |
| 07/31/18 | Defendant | Reply to Response to Motion to Dismiss | Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss for Failure to State a Complaint | Public |

---

[1] The Applicable Rule in the District Court for the District of Colorado is Federal Rule of Civil Procedure 12(b)(5), and should the Court require an amendment to the Motion to Dismiss to reflect the Federal Rule, Defendant respectfully reserves the right and requests leave to amend such pleading under Federal Rule of Civil Procedure 81(c)(2).

Mr. Goode believes there are at least two (2) other filings in this case, [1] the Order for Service by Publication from Judge Lynn and [2] some other filing by Plaintiff that was filed within the last few weeks. Mr. Goode will have these documents to file with this Court within the next week or two upon receipt from Mesa County and will do so prior to the Scheduling Conference set for 9/19/2018 at 10:00 AM in Courtroom A 402 before The Honorable Judge Scott T. Varholak (Dkt. 11).

Dated: August 28, 2018                                Respectfully Submitted,

                                                      s/ VALERIE YANAROS WILDE
                                                      VALERIE YANAROS WILDE
                                                      YANAROS LAW, P.C.
                                                      5057 KELLER SPRINGS, SUITE 300
                                                      ADDISON, TEXAS 75001
                                                      TELEPHONE: (512) 826-7553
                                                      FAX: (469) 718-5600
                                                      VALERIE@YANAROSLAW.COM

                                                      ATTORNEY FOR DEFENDANT
                                                      JAMES COREY GOODE

## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 20TH DAY OF AUGUST A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

                                                      /S VALERIE YANAROS WILDE
                                                      VALERIE YANAROS WILDE