| | |
|---|---|
| ☒ District Court  ☐ Juvenile Court<br>___Mesa_____ County, Colorado<br>Court Address:<br>125 North Spruce<br>P.O. Box 20000-5030<br>Grand Junction, CO 81502<br><br>___Alyssa-Christie Montalbano_____<br>Plaintiff<br><br>and<br><br><u>James Corey Goode</u><br>Defendant | ▲  **COURT USE ONLY**  ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie Montalbano<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction Colorado 81505<br>Phone Number:  970-250-8365      E-mail: aristoneart@ymail.com<br>FAX Number:                           Atty. Reg. #: | Case Number:<br>18CV50<br><br>Division 10      Courtroom 10 |
| **REPLY TO PLAINTIFF'S RESPONSE TO MR. GOODE'S MOTION TO DISMISS FOR FAILURE TO STATE A COMPLAINT** | |

Mr. Goode files this Reply to Plaintiff's Reply (sic) to Mr. Goode's Motion to Dismiss for Failure to State a Complaint ("Plaintiff's Response"):

**Argument and Authorities**

Mr. Goode does not intend to further waste this Court's time, but in an effort to address any newly-presented matters, tenders this brief reply. Plaintiff, again, does not clearly lay out any cognizable claims supported by evidence, but instead rehashes her previous "arguments". Most notably, Plaintiff alleges that "per estoppel Ms. Montalbano is the stalked victim and not Mr. Goode". (Plaintiff's Response at 2, Paragraph (b)). This, of course, makes zero sense, as Mr. Goode has attempted to avoid any and all contact with Plaintiff at all times. Importantly, in a Suit for Protective Order in Broomfield County Court, CAUSE NO.: C0802018C 000103, Judge Lynn has continued Mr. Goode's Motion for Protective Order until a hearing date to further address Plaintiff's stalking of Mr. Goode, and her dismissal of Plaintiff's "Motions" that she filed that were similarly-plead in form and substance to her

filings with this Court. Plaintiff also claims Mr. Goode makes accusations against Plaintiff on his Facebook page. (Plaintiff's Response at 4-5 Paragraph (k)). Mr. Goode never has ever used Plaintiff's name on his Facebook page, nor has he used the word "stalking"—Plaintiff, again is guided by her delusions and is making false accusations against Mr. Goode.

## Conclusion

None of Plaintiff's "arguments" have any teeth. Her claims are vexatious and unsupported. As such, Defendant Mr. Goode respectfully requests this Court **DISMISS** plaintiff's complaint in its entirety and award Mr. Goode the relief requested in his Motion to Dismiss.e

Respectfully,

\_\_\_/s James Corey Goode_____

James Corey Goode, Defendant

**C.R.C.P. 11(b) Statement:** In helping to draft the pleading or paper filed by the pro se party, the attorney certifies that, to the best of the attorney's knowledge, information and belief, this pleading or paper is (1) well-grounded in fact based upon a reasonable inquiry of the pro se party by the attorney, (2) is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and (3) is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Valerie Yanaros Wilde,
Attorney for Defendant (Per CRCP 11(b))
5057 Keller Springs, Suite 300
Addison, TX 75001
(512) 826-7553
TX State Bar No. 24075628