EXHIBIT 1 (1 of 4)

MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS.

| COUNTY COURT, BROOMFIELD COUNTY, COLORADO<br>Court Address:<br>17 Descombes Dr., Broomfield, CO, 80020 | DATE FILED: August 6, 2018 5:43 PM<br>CASE NUMBER: 2018C103 |
|---|---|
| Plaintiff(s) JAMES COREY GOODE<br>v.<br>Defendant(s) ALYSSA CHRYSTIE MONTALBANO | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2018C103<br>Division: C    Courtroom: |
| **ORDER DENYING SECOND MOTN FOR CONTINUANCE OF TEMPORARY RESTRAINING ORDER HEARING** | |

The motion/proposed order attached hereto: DENIED.

Denied in open court on 8/7/2018. C.R.S. 13-14-106(1)(b) allows for only one continuance per party, upon a finding of good cause. This Court had previously granted a continuance to the Plaintiff on 7/24/2018.

Issue Date: 8/6/2018

*Jacque Lyn Russell* (signature)

JACQUE LYN RUSSELL
Magistrate

Exhibit 1
(2 of 4)

## UNITED STATES COUNTY COURT FOR THE
## COUNTY OF BROOMFIELD COLORADO

| | | |
|---|---|---|
| JAMES COREY GOODE, | § | |
| Petitioner, | § | |
| v. | § | |
| ALYSSA-CHRYSTIE MONTALBANO, | § | CAUSE NO.: C0802018C 000103 |
| Defendant, | § | |



FILED IN BROOMFIELD COUNTY COMBINED COURT
AUG 03 2018

### SECOND MOTION FOR CONTINUANCE OF TEMPORARY RESTRAINING ORDER HEARING

COMES NOW Mr. James Corey Goode ("Mr. Goode") and submits to the Court his Motion for Continuance of Temporary Restraining Order Hearing against Alyssa Christie Montalbano ("Defendant"). Mr. Goode shows:

Mr. Goode's father, who lives in Texas, has been placed in hospice care. Additionally, his stepfather is also in the hospital and the family has been notified that he is not expected to live much longer. Mr. Goode needs to travel to Texas in order to attend to his family emergencies and get in order his father's final affairs. Finally, Mr. Goode is in the process of retaining an attorney and needs further time to finalize that retainer.

### *Motion for Continuance*

A Motion for Continuance is Governed by CRCP Rule 6(b), which reads in applicable part:

> (b) Enlargement. When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may, at any time in its discretion (1) with or without motion or notice, order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order ...

In this case, Mr. Goode has acted with diligence to procure an attorney and is not requesting a continuance to harass or delay. Due to the emergent family circumstances that he must attend to, Mr. Goode is respectfully asking the Court exercise its discretion in granting a reasonable extension of time for him to attend to family affairs and retain an attorney.

### *Service Via C.R.C.P. 5(b)(2)(C)*

Substitute service when a party has no known address may be made pursuant to C.R.C.P. 5(b)(2)(C). Mr. Goode previously attempted to serve Defendant with process at the address she has used with Court proceedings. Because it is a P.O. Box, process cannot be served at this address. Defendant has refused to provide Mr. Goode with an address at which she can be served. As such, Defendant has no known address, and is leaving a copy of this pleading with the clerk to effect service.

EXHIBIT 1
(4 of 4)

    Mr. Goode respectfully asks this Court to grant a continuance so that he may attend to his father in hospice and finalize retaining an attorney for the hearing.

Signed this August 2, 2018

Respectfully,
/s James Corey Goode
James Corey Goode