EXHIBIT 2   MOTION FOR REMAND FOR MULTIPLE VIOLATIONS
(49 pages)   OF DUE PROCESS

## CERTIFICATE OF SERVICE

It is hereby certified, that on May 16, 2018, the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. Notice of Fault in Dishonor dated May 16, 2018

2. Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018

9. CC: Notice of Written Correspondence dated April 18, 2018

10. Courtesy Copy of this Certificate of Service

by Certified Mail No. 7018 0680 0002 3149 0623 and 7018 0680 0002 3149 6777 Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 3, 4, 5, 6, 10; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7018 0680 0002 3149 0661 and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. 7016 2070 0000 9810 9961 at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 16 day of May 2018
With Prejudice and All Rights Reserved,

Alyssa–Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly Blossom
Notary Public Kimberly Blossom

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 16, 2018

EXHIBIT 2 (CONT)

# Courtesy Notice

## Stop and Desist Use of Intellectual Property and Copyrighted Materials
### with
### Intent to Litigate - AMENDED

Certified Mail#   **7018 0680 0002 3149 0623**

Date:   **May 16, 2018**

Petitioner:   Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:   James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

I, Alyssa-Chrystie: Montalbano, real flesh and blood human being and of the real land of the United States of America without the jurisdiction of the UNITED STATES and being of sound mind and body do solemnly declare the following to be true and correct to the best of my knowledge and understanding:

Per due process of law this is lawful and legal notification to James-Corey: Goode, Sphere Being Alliance, GOODE MEDIA PUBLISHING LLC,  GOODE ENTERPRISE SOLUTIONS INC, any other known or unknown names or entities as thereby used, all affiliates, associates, subsidiaries, and by extension David Wilcock, GAIA INC, GAIA TV, Cosmic Disclosure, and Wisdom Teachings, hereafter "Respondent" of the following criminal activities and copyright infringements of the intellectual property and copyrighted materials of Alyssa-Chrystie: Montalbano, Owner ARI STONE ART LLC, writer-artist operating under the pseudonym of Ari Stone, hereafter "Petitioner," (US CODE Title 17) specifically but not limited to 17 USC 5;  17 USC §501 ; 17 USC §106 -122; and 17 USC 106A.

Since 2016 Petitioner has freely shared in error and mistake over 500 dreams, proprietary information, intellectual property, and copyrighted materials with Respondent predominantly via email to SphereBeingAlliance@gmail.com and from the following specified two email accounts of Petitioner: AriStoneArt@Ymail.com (business email) and PurpleMagus374@gmail.com (private email).

Petitioner asserts Respondent conspired with a network of complicit associates (18 USC §241) in order to "synchronistically" encourage, manipulate, remote view, and remote influence Petitioner to continue to email dream experiences and free information and intel for Respondent to utilize, mutilate, and present as his own "secret insider" Secret Space Program "intel" or otherwise similar labels with intent to knowingly and willfully (18 USC §1001, CRM 910 Knowingly and Willfully) defraud (Black's Law Dictionary Abridged 8th Edition, p360)

Petitioner of copyrighted materials for profiteering (Black's Law Dictionary Abridged 8th Edition, p1013) and public acclaim since 2016, through the use of military Ruse De Guerre tactics to the detriment of Petitioner.

During which time Respondent performed defamation of character, libel, and slander (28 USC §4101 (1)) against Petitioner in order to systematically and strategically sabotage Petitioner from credibility and prevent Petitioner from also attaining syndication at same network, GAIA INC, for a competing series related to dreams, resulting in loss of income to Petitioner through failure of having a fair review of materials as presented and submitted for syndication at GAIA INC, October 2017 through November 2017.

Leading up to November 2017 DreamWalker series submission, Petitioner had an in-person meeting, September 11, 2017, with the Senior Director of Content Production at GAIA INC, Jay Weidner, who affirmed Petitioner's abilities were shamanic. Mr. Weidner has been called by Wired Magazine an "authority on the hermetic and alchemical traditions." During the meeting, Mr. Weidner informed Petitioner GAIA INC was seeking to produce a non-fiction based dream series and that Petitioner definitely had advanced shamanic abilities.  Petitioner subsequently attended GAIA INC event at Gaia Headquarters on September 18, 2017 where again Petitioner connected with CEO, Jirka Rysavy who stated "Everyone always likes you" and respectively 'we need to see about getting you a job here' and Mr. Rysavy proceeded to arrange an interview on the spot with Content Director Kiersten Medvedich. During this event, Mr. Weidner again affirmed Petitioner's shamanic abilities and to other coworkers and further stated he would 'definitely be working with Petitioner.' Petitioner thereafter produced a 126 page document of evidence showing veracity of her dreams and submitted the document for review to both Ms. Medvedich and Mr. Weidner. After allowing ample time for review Petitioner inquired about acceptance, Petitioner was informed on November 21, 2017 "we are going to take a pass . . . . it was hard to follow and envision what the series could be." Petitioner responded document was largely to show evidence of dream connections to Waking 3D Life and offered submitting the formal proposal for the series idea.  No reply was received from GAIA INC and Respondent continued to enjoy monetary gain, public acclaim, and notoriety from continued retailoring and use of Petitioner's dream experiences and proprietary information as his own on his syndicated series, Cosmic Disclosure, and to the continued detriment and defamation of Petitioner.

Petitioner started to become aware of Respondent's complicit conspiracy with intent to defraud and defame, after receiving a defamatory call from associate, Roger Richards, on February 2, 2018, which resulted in the subsequent loss of attendance by Petitioner at Joan Ocean Hawaii event through defamation of character, libel, and slander against Petitioner whereby Mr. Richards fraudulently declared Petitioner a "security risk" to the embarrassment and shame of Petitioner and the continued prevention of resolution outside of legal remedy.

Respondent willfully and knowingly avoided all direct contact, most all direct written (digital) communication, direct answers, and direct responses to Petitioner's inquiries, thereby performing tacit admission (Black's Law Dictionary 6th Ed.) of guilt; and whereby a conscious effort to avoid learning the truth, can be construed as acting "knowingly" with intent to deceive and induce false and misleading beliefs. (United States v. Evans, 559 F .2d 244, 246 (5th Cir 1977), cert. denied, 434 U.S. 1015 (1978)

Petitioner further avers Respondent's training in military, black operations, MILAB program, other secretive programs, Secret Space Program, astral travel, remote viewing, and remote influencing were implemented in a Ruse De Guerre tactic against Petitioner. Respondent has publically declared himself as having been involved in self-incriminating activities while in service to the government that he 'does not recall' and publically declares himself to have been hand selected as a child by the government as having exceptional "intuitive empath" abilities, whereby Respondent has the ability to mind read, otherwise emotionally read and influence others, and was enlisted to be in interrogation rooms specific to this purpose, further demonstrating irrefutable proof of knowledge by Respondent how to discretely manipulate and influence others and in particular to successfully perform Ruse De Guerre against Petitioner for profiteering, information gathering, and subsequent defamation of character.

During Ruse De Guerre, Respondent continued to allege on public record and venues that Respondent "struggles" for money yet runs a "for profit" company actually making a profit and generating income from public events and venues in addition to income from GAIA INC for syndicated shows and episodes containing infringed intellectual property and copyrighted materials of Petitioner, whereby Petitioner is yet to generate income from all her years of working to make it as a professional artist.

Petitioner asserts Respondent fully recognized Petitioners innate and latent abilities even as early as 2016 and saw Petitioner's abilities as equal to, or exceeding those of Respondents; whereby Respondent saw and capitalized on Petitioner's lack of conscious awareness or understanding of such abilities due to no specialized or formal training in any related psychic, military, or otherwise related fields of study with advantages and privileges to such knowledge.

Petitioner further asserts Respondent thereafter knowingly, consistently, willfully, intentionally, emotionally, and otherwise coerced and manipulated Petitioner with Ruse De Guerre tactics, implemented through remote viewing, remote influencing, deception, dream influencing, and dream manipulation to direct the actions of petitioner in Waking 3D Life to continue to send free information. This was accomplished specifically through Respondent's knowledge of Petitioner's romantic, loving, honest, artistic, and good willed nature, making Petitioner an easy "target" for emotional coercion and manipulation with intent to swindle and defraud of information and intellectual property to the detriment of Petitioner. (18 USC §1341)

Petitioner further asserts never having been in any military, secret, or otherwise related programs, or systems; and has not been privy to any special, secretive, or otherwise specialized knowledge or access to advanced technologies.

As Petitioner became cognizant of Ruse De Guerre tactics and the implantations thereof, Petitioner realized legal action must be taken in order to stop the continued abuses by Respondent of Petitioner's literary work, dream experiences, and subsequent mutilation (17 USC §106A(a)(3)) of intellectual property and copyrighted materials by Respondent and that legal remedy would be necessary to prevent the continued criminal acts of Respondent, whereby Respondent has repeatedly and continuously alleged Petitioners dreams and related materials as his own Secret Space Program "insider information" or similar labels thereof and to the continued and repeated detriment of Petitioner.

The ensuing evidence contained herein attests to multiple instances of utilization, retailoring, and mutilation of Petitioner's first hand dream experiences for re-presentation by Respondent as his own "insider information" or other similar labels, while eventually alluding to a new series with GAIA INC based on more of Respondent's alleged experiences, astral, and/or dreams, with planned intent to utilize and share Petitioner's work in later syndicated series, books, teachings, and otherwise from the fraudulently amassed dream experiences of Petitioner since 2016 and as shared in error.

Petitioner presents the follow facts, figures, occurrences, and events, as evidence in support of allegations:

**SECTION 1**

**Respondent is to immediately implement the following remedies:**

I.    Respondent is to stop and desist immediately from all acts of defamation of Petitioner's character and all uses of libel, and slander.

II.    Respondent is to stop and desist immediately with the retailoring of dreams as their own information and that has previously been shared by Petitioner with Respondent since 2016.

III.    Respondent is to stop and desist immediately from continued public infringement of retailored dream information of Petitioner's since 2016 in any and all monetized and public formats to include: Cosmic Disclosure, Wisdom Teachings, films, books, internet, and public events. (17 USC 503)

IV.    All dreams and other information as sent to Respondent at SphereBeingAlliance@Gmail.com since 2016 or otherwise delivered to Respondent by Petitioner, are the sole intellectual and proprietary property of Petitioner.

V.    All dreams and information as shared freely with Respondent since 2016 whereby permission was initially granted for sharing was made by mistake and in error (Black Law Dictionary 6th edition) under colorable transfer (Black's Law Dictionary Abridged 8th Edition, p221-222) and all rights granted in error are hereby rescinded. All dream experiences, personal experiences, observations, conclusions and/or suppositions of Petitioner as discovered from first hand observations and research are the sole intellectual property and/or copyrighted materials of Petitioner and the intellectual property thereof is NOT to be further utilized by Respondent in any for-profit or not-for-profit teachings, events, books, tweets, Facebook posts, or any other form of public media known or to be developed without the express written and certified consent of Petitioner. (17 USC §106).

VI.    Respondent is to remedy Petitioner for the usage of all intellectual property as shared in error and subsequently used by Respondent since 2016 and in accordance with fair market values, rates, fines, and fees, and as based on the total amount of infringements including those not contained herein. Should litigation become necessary a complete and full list of infringements shall be provided and submitted for review and remedy in any court of law.

VII.    Furthermore, as of the postmark date of this mailing Respondent is NOT to delete move, rename, relabel, or otherwise willfully obscure, obfuscate, or obliterate any of the evidence contained herein or evidence as to yet be cited in coming documents in the event litigation is necessary for remedy. Sources of evidence may not to be altered hereafter, including but not limited to Respondent: Tweets, Facebook posts, Facebook Messages, YouTube Vlogs, Emails, and any other methods heretofore utilized for infringement and as may be subpoenaed as evidence. (18 USC §1519) Any acts of further deception shall be deemed willful and criminal acts with intent to defraud and defame Petitioner and shall be Respondent's self-confession and admission of guilt and shall be upheld as such in any court of law.

VIII.    Extra care is to be taken regarding Emails and as sent from Petitioner and as received by Respondent at SphereBeingAlliance@gmail.com account, along with Facebook posts, Facebook pass-through to Tweets, and Tweets as posted on @BlueAvians. All emails sent by Petitioner to Respondent or vice versa are not to be deleted, altered, or otherwise obscured, obfuscated, or obliterated by Respondent as they may be subpoenaed (duces tecum) as furtive evidence of allegations.

## SECTION 2 - EVIDENCE

Respondent has notably retailored, utilized, mutilated, and/or otherwise presented intellectual property and/or copyrighted materials of Petitioner's under the guise of terms such as: "insider," "Secret Space Program," "new intel," "secret insider source," "personal experience," or other similarly disguised terms in visual, audio, and/or written formats on the following dates and in the following ways:*

*Note – Section 2 is a 'short' list of supporting evidence, a complete list will be compiled should litigation be required for remedy.

Petitioner cites #2-1 as one as the first publically obvious occurrence where Respondent was knowledgeable to Petitioner's abilities and subsequently devised the Ruse De Guerre scheme to profiteer, defraud, and defame Petitioner.

2-1.  **ON APRIL 13, 2017 PETITIONER** shared with Respondent via email:
  Email with subject line: Advanced Tech? in my Dreams
  From: AriStoneArt@Ymail.com
  With attachment:  Advanced Tech – Dreams.docx
  And in particular:  p3 - Attempt to illustrate Time Travel chair. p5-7 Internet images to show chair surface style.

  **Containing Intellectual Property About:**
  *Time travel chair, use of chair, unusual asymmetric design of surface of chair, and other details about the chair.*

  **ON MAY 02, 2017 RESPONDENT** presented intellectual property
  ON Cosmic Disclosure S7E18 at approx. time stamp **23:00**

  **In The Following Way:** *Respondent and Associate, David Wilcock, respond to illustrations of a Secret Space Vehicle as created by respected aerospace illustrator Mark McCandlish, where the surface exterior of this SSV was in exact accordance with descriptions and images attempted by Petitioner for time travel chair exterior, with special note of the most notable and matching feature, the asymmetric surface of the chair and the SSV.*

2-2.  **ON APRIL 13, 2017 PETITIONER** shared with Respondent via email:
  Email with subject line: Advanced Tech? in my Dreams
  From: AriStoneArt@Ymail.com
  With attachment:  Advanced Tech – Dreams.docx
  And in particular:  **Description of Time Travel Chair and Use**

**Containing Intellectual Property About:**

*Time travel chair use by bodied beings and how in particular the chair user "shrinks" to use the "time travel portal" on the face plate and some notes regarding the "calibration" of the chair, including DNA reading.*

**ON MAY 09, 2017 RESPONDENT** presented intellectual property
ON Cosmic Disclosure S7E19 at approx. time stamp 15:30

**In The Following Way:** *Respondent described "portal travel" as "shrinking" and "calibrating" matching Petitioner's description of how a soul/body travels when using the time travel chair and how it is calibrated with dial control on the face plate and backside of chair.*

2-3.   AT Conscious Life Expo **FEBRUARY 9-12, 2017  PETITIONER** gifted Respondent, and
Respondent Associate, David Wilcock, in-person a home printed copy of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:   June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)

**Containing Intellectual Property About:**

p63 - "**Magikal Silver Sparkles & Manifesting Gifts**" – original dream date November 16, 2016
*I manifest "silver sparkles" with my hands to make into gift for others.*

p58 - "**Inter-Dimensional Home**" *where my home "shimmered"(mirage) into view from the other dimension when I used my gold key to access it from this dimension (p 61, 62, 63)*

p58 - "**Inter-Dimensional Home**" *Where I fly in a tree (ship) and land "in a sphere" on the ground then proceed to access my inter-dimensional home using a gold key (p59)*

**ON JUNE 13, 2017 RESPONDENT** utilized and retailored a combination of copyrighted materials
ON Cosmic Disclosure S7E24 at approx. time stamps 10:00 – 20:00

**In The Following Way:** *to describe portal travel as "sparkling light"(10:00) and  to further describe portals as "shimmering" like a mirage' (10:20) and  that portals are "3-dimensional spheres"(19:30). Again utilizing a blend of Petitioner's copyrighted materials.*

2-4.   AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David
Wilcock and Corey Goode, in person, a home printed edition of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:   June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)
And in particular:  **Chapter 3: ALIENS & TECHNOLOGY (p66-95)**

**Containing Intellectual Property About**

(p47-54) *"Vampire Relations a Day in a Draco's Shoes August 2, 2016"* (p 47) *I soul remove bad beings and continued to (p48) where I talk about my experience and placement into another body and was a white winged Draco: "it was in her DNA . . . " and "...had been placed in this body as an experiment for this species..."*

(p76-85) *"AI (Artificial Intelligence)Alien in Movie Screen & Messed Up Portal - December 22, 2016 11:17pm" Where I describe an experience I had with an AI type entity in a TV like screen running a type of experiment with humans to find the "encodement" of love from human "DNA" in order to "add" (upload) it to their code by seeing where they differed.*

(p 85-88) *"Magik AI Realm through Turkey Bacon December 30, 2016 4:40am" where I enter the AI realm to deliver the "data" of love to the top members of the AI realm (equal to a king or queen) in order for it to funnel down into all of that realm and by extension fix this realm.*

(p89-94) *"Blue Beings and Advanced Technology May 26, 2016" I encounter a blue "colored lioness-like" (cat) being with a diamond head shape and oompa-loompa /Pillsbury doughboy style helper. (p91-94)*

2-5.  **ON JUNE 21, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: Dream Intel: deCeRN (minus de is topic) and confirmed dream section
From: AriStoneArt@Ymail.com
With attached:   DeCeRN_files_short_3.pdf
And in particular dream titled:  2017_06_19 JUN Cern Building Lab? Evading Scientists

**Containing Intellectual Property About:**  *dream where lab-scientist doctors were attempting to capture me with a "capture mesh metal net" of some sort in order to run experiments on me and likely later to dissect me. I was utilizing the "purple-blue" light wave lengths and had shrunk down to microscopic size.*

**ON JUNE 27, 2017 RESPONDENT** utilized, retailored, and/or subsequently mutilated a combination of copyrighted materials
ON **Cosmic Disclosure S7 E26** at approx. time stamps 11:00 – 30:00

**In The Following Way:**

*(11:00) discussing soul transfers and downloads and required similitude of DNA for soul transfer and then how some "AI prophets want to be uploaded to some sort of database." Thereby mutilating my dream experience of bringing the code of love to the AI for upload to their consciousness. He continues on to further discussed genetic engineers programming to match*

*frequency of DNA to be genetically compatible and to push a soul into another form, utilizing a combination of the Draco dream experience.*

*(27:00) Respondent describes an "electronic net" used to kill a "violet-purple colored feline being" and how its dead body appeared crispy from use of said net.*

Combining and subsequently mutilating the dream experiences with the alien feline in combination with the CERN and capture net experience.

*(21:00) Respondent began to make mention of "Mohamed Accords" acknowledging information shared by Petitioner regarding "Vatican Dream" –MAY 10, 2017 - and break-away group by Email and with subject "How I pass through walls –atomic & subatomic" to later be "synchronistically" affirmed via tweets, vlogs, and Associate Dr Michael Salla.*

For the sake of brevity and because it is one of the most prolific examples Petitioner has selected the following and singular alleged "Mega Update" for consideration as blatant, willful, knowing, and outright infringement by Respondent.

In alleged "Mega Update" a multitude of theft occurred and was posted on Respondent Associate, David Wilcock's blog, on JANUARY 12, 2018 and later re-shared in Cosmic Disclosure Episodes.

A complete list of Cosmic Disclosure episodes with infringements will be compiled for court records should litigation be required.

It is important to note at the very beginning of alleged "Mega Update," Respondent takes special attention to declare the following Ruse De Guerre tactic prior to writing the rest of the alleged "update" and accredits Petitioner's intellectual property, information, and experiences to a "clear uptick in dream communications with Tear-Eir" an alleged Blue Avian alien, whereby its obvious Respondent is willfully planning for future and continued use of Petitioner's dream information and experiences as his own, and as quoted below:

Section Titled: "BEGIN COREY GOODE UPDATE"

*"COREY GOODE: "I have been receiving a clear uptick in dream communications with Tear-Eir over the last ten weeks."*

During which time Petitioner was defrauded by Respondent of hundreds of dreams, as sent in error and by mistake.

Next in "Mega Update," Respondent's Associate, David Wilcock complicitly implements Ruse De Guerre tactic of "synchronicity" in stating the following:

Section Titled: "COMMENTARY BY DAVID WILCOCK"

"... it is interesting to <u>look at this event</u> as being a <u>synchronistic mirror</u> of what we are also seeing here on Earth."

Shifting focus from Respondent's utilizations of Petitioner's copyrighted materials as merely being "synchronistic" or a "mirror" rather than infringement activities. This Ruse De Guerre tactic of "synchronicity" is abundant throughout 2017 and especially during the 6 months Respondent alleges to 'not' be reading Petitioner's emails.

The following infringements, numbered 2-6 to 2-13 occurred in Part 1 of alleged "Mega Update" and subsequent infringements numbered 2-14 to 2-20 occurred in Part 2 of alleged "Mega Update," whereby Respondent presented the following intellectual property of Petitioner's as his own and in the following ways:

ON Divine Cosmos Website – PART 1 "Mega Update" (and later Cosmic Disclosure Episodes)
Web Link: https://divinecosmos.com/davids-blog/1225-abr-legacy/

2-6.   <u>ON AUGUST 9, 2017 PETITIONER</u> shared with Respondent via email:
Email with subject line: <u>DREAMS : 68+ synopsis DW dreams</u>, some CG too.  <u>I know about the wedding</u>, Frank Jacob.
From: PurpleMagus374@gmail.com
With attachment:  DREAMS DavidW NtK.pdf
And in particular: (p33-36) How to Navigate the Labyrinth and booby trap <u>AXE maze house</u> . . . with the "magik shirt"

Containing intellectual property about:
<u>Axe House – I have to navigate</u> to get to my twin flame and not get killed by <u>axes being rigged from the ceilings or floors</u> in just about every <u>room</u> that I was in, to navigate my way out with the magik shirt and subsequently was at an MC Escher-like labyrinth maze.

<u>ON JANUARY 12, 2018, RESPONDENT</u> in MEGA UPDATE (PART 1), utilized, retailored, and/or mutilated:

In Section Titled:  "ENGAGED IN BATTLE"

Respondent described, retailored, and subsequently mutilated the "<u>AXE</u>" house story, alleging he had an <u>experience inside a room</u> while off world with <u>axe heads hovering off the floor</u> and subsequently a being was killed.

A direct mutilation of the axe house story where no one was injured and safety was attained. This is an obvious retailoring of axes from being on the ceilings and floors to being a hovering rendition, with the typical death of someone at the end.

2-7.   **ON JUNE 28, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Dream Intel: 100s of govt bullets stopped, vibration fix, Transformation we are One, shapeshifting, manifesting food, shrink bad robots, leading people to freedom, Alien plane saved, ghost girl hand into brain
From: AriStoneArt@Ymail.com
With attachments:  **Dream Intel 717_23.pdf**
Containing intellectual property about: *(p9-11) Force Field Ball (Containment Sphere) used by 'the gods' to manipulate 'wow' the thousand or so people in a church.  I sling their 'god' in the bubble across the room using telekinesis and smack their bubble against the wall so it pops and drop out their 'shyster' onto the people unharmed.  I tell the people we have to work together, don't need money to do it, and that they are slaves. I then lead the people out of the church to freedom and organize them into groups.*

**ON JULY 11, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Stopping bullets with liquid blue spheres
From: PurpleMagus374@gmail.com
With attachments:  **Stopping Bullet with Liquid Blue Spheres (2 JPGS)**
Containing intellectual property about: *Someone shoots a bullet at me (weapon) I decided I've had enough and manifest a liquid blue/white sphere from my hands and stop the bullet coming at me (containment). The bullet enters the sphere and is transmuted into love and light, I return the energy to the sender for their healing.*

IN **MEGA UPDATE (PART 1)**, **JANUARY 12, 2018, RESPONDENT** utilized, retailored, and/or mutilated:

In Section Titled:  **"REPTILLIAN BEING IN A CONTAINMENT BUBBLE"**

*Respondent mutilates the use of containment spheres and describe a reptilian being "...floating inside a containment bubble..."that the Mayan's subsequently kill because he can't defend himself.*

2-8.   **ON AUGUST 14, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: SMAERD Genes Strong
From: PurpleMagus374@gmail.com
With attachment:  SMAERD Genes Strong.pdf
And in particular: (p46-47) **Dragon Morph**

**Containing Intellectual Property About:** *I look in the mirror and my face morphs into a more "spring" green color, I have gold eyes, my nose and face blends to a more reptilian-human looking face.*

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"REPTILIAN BEING IN A CONTAINMENT BUBBLE"**

**Describes the reptilian being** to be killed as having "... "olive" green snake skin stretched across the human looking bones...."

A "synchronistic" choice to describe the color green as "olive" instead of "spring."

**2-9.   ON AUGUST 26, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: CG only please : DREAMS Trump Labs
From: PurpleMagus374@gmail.com
With attachment:  Trump Labs.pdf
And in particular: (p10-14) **Saving the World with 5 Purple kush star fish kittens**

**Containing Intellectual Property About:** *I escape through the floors into the waters and have FIVE purple star fish kush kittens (they looked like all of those rolled into one) (aquatic) attach to my water vest because they want to help me save the world from deception even though they knew it may be dangerous.*

**2-10.   ON AUGUST 14, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: SMAERD Genes Strong
From: PurpleMagus374@gmail.com
With attachment:   SMAERD FREUDIAN SLIP.pdf
And in particular: (p25-26) **Druids and Orange Dolphins**

Containing intellectual property about: *I dove into scary looking waters and spoke with scary looking orange-brown dolphin-like looking creatures (aquatics) that cause me to feel nervous and almost panic, but I don't and they help me and my friends get away.*

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"GIVING YOU THE CREEPS"**

*Retailors and mutilates both stories to tell the following "There were FIVE completely different types of Aquatics, Three of which didn't have legs or feet, but instead had tails." and goes on to say some look like Walrus' and others like eels. Respondent makes the alleged experience much more mild "These beings were making me feel very uncomfortable on an intuitive level."*

2-11.   ON DECEMBER 16, 2017 PETITIONER shared with Respondent via email:
Email with subject line: DREAMS Dimensions (COBRA info)
From: PurpleMagus374@gmail.com
With attachment:   DREAMS Dimensions.pdf
And in particular: (p1-18) Off Dimension with Corey, Correct Dimension with Corey

**Containing intellectual property about:**
*At first I am in the wrong dimension with my Twin Flame, then I am in the correct dimension with my Twin Flame.  I am myself some of the time and also my Twin Flame. A highly decorated military man known to my Twin Flame enters our work car. This meeting had been planned a long time. The decorated military man with chevrons on sleeve claps my Twin Flame on the shoulder and says "Well, man, what's it gonna be?" meaning he had the approvals he needed and if he was going to marry me or not. My Twin Flame affirms that he is ready to present me to his buddies, relieved to have the approvals. He takes me to the inner workings of a large and (possibly off world) military base in front of thousands of people and up onto center stage (speaker platform), we are announced officially married by his buddy alongside of a couple others. Everyone stood and clapped and cheered yet it was still docile and calm.*

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"YOUR TURN IN THE CHAIR "**

*Respondent has a military buddy, Gonzales, grin at him and tells him it is his turn on the speaker platform and, "Don't worry, how could a meeting between the Super Federation and the Guardians be a bad thing?"(planned meeting) and proceeds to tell him ". . . now walk up onto that platform (center stage) and think to yourself, "I am ready to begin."*

Section Titled: **"I AM READY "**

*Respondent walks up on stage thinks "I am ready." Tear-Eir directs him to do and say exactly as is communicated, he does. Respondent feels a deliberate and yet very loving energy coming from Tear Eir and stating "It seemed he was opening more of himself up to me than he had previously. I was overcome with emotion"*

Section Titled: **"THE SUPER-FEDERATION BROKE COSMIC LAW "**

*Respondent continues story as him being on stage repeating statements from Tear-Eir that he didn't really fully understand along with some legal statements and addresses genetic programs.*

*Mr. Wilcock interjects the story at this point asking specifics.  Mr. Goode says there are protocols in place for amnesia to allow for free will.*

Section Titled: **"DO YOU KNOW WHAT THIS MEANS "**

*After the aforementioned, Respondents military buddy "stood up and did a quiet clapping motion of his hands. "*

This is very obvious retailoring and mutilation of the marriage to Twin Flame dream experience, taking special note Respondent's alleged off world journey occurred also on December 16, 2017 the same date of the emailing of Petitioners off world marriage ceremony. Respondent has stated on other occasion he is not allowed to recall (amnesia) things because it would go against his conscious values.

This is also an obvious display of Ruse De Guerre emotional manipulation by Respondent against Petitioner and willfully claiming "amnesia" as being a tool to allow for "free" will. Petitioner asserts free will cannot be attained where truth is willfully omitted or willfully refused to be known, refer to case ruling cited on page 2 where it is ruled a criminal act to willfully avoid ones duty to know the truth.

2-12. **ON JANUARY 3, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAM: Soleil visited and spoke with me
From: AriStoneArt@Ymail.com
With Note of Connecting Email:  December 31, 2016 email "What is a Sandin"
With Note of Connecting Email:  December 29, 2016 email "Ever hear of a Sandin?"
And in particular: **Soleil Dream Sequence Email Typed up plus data**

**Containing intellectual property about:**
*I banish dark energies through the light of the sun emanating out from my form for transmutation (non-violent), alongside a small group of others in a row (series) like a group of football linebackers and a small snoggle of dark energy may have slinked off to hide, just prior that I am taken by the sun, Soleil (Sol), and have a conversation with him regarding imbalances and locations of military installations I am to help find to eradicate the bad mafia-like guys with the information he gives me.*

The following AI dreams, is only one additional AI dream example with subsequent infringement

2-13. ON JULY 3, 2017 **PETITIONER** shared with Respondent via email:
Email with subject line: "D Ream In TELL: I know what to do "NAZCA" being is only the tip of the iceberg!"
From: AriStoneArt@Ymail.com
With Attachment:  D Reams In Tell 123.pdf
And in particular: (p25-34) A True Story Japanese letter circulating, AIs choose colors, Dark matter with light shine on it, Recalling dreams in reverse

**Containing intellectual property about:** *AI's are to choose a color to exactly match another AI (AI Twin Flame equivalent) and I discover a door and open it and shine light on the dark*

*matter/waters,* *thereby revealing it is not dark matter after all and is only appearing as such because there had been no light shining on it.*

**ON JULY 17, 2017 RESPONDENT** "**synchronistically**" **AFFIRMED**
Via: **@BlueAvians** Twitter Account https://twitter.com/blueavians/status/886937802323177473

**In The Following Way:** Respondent Tweeted Article about "**AI Could Spark Wars Unless Legislators Act Now, Warns Elon Musk**" with the following paragraph in the article "Musk has long warned of the dangers posed by **AI, signing a letter** published by the Future of Life Institute in January supporting the Asilomar AI Principles to ensure the development of artificial intelligence that is beneficial to humanity."

**IN MEGA UPDATE (PART 1), JANUARY 12, 2018,** Respondent utilized, retailored, and/or mutilated:

Section Titled: "**DO YOU KNOW WHAT THIS MEANS** "

*Respondent's buddy mentions **AI** threat and a **series of solar events** clearing them from the **Sol System.***

Section Titled: "**WE WILL BE RESPONSIBLE FOR ROOTING OUT THE DRACO**"

*Respondent asks military buddy how Sphere Being Alliance will confront the reptilians **non-violently**. His buddy replies . . . . "After the **series of solar events**, the Draco will be **energetically expelled** from this system." And continues to say "Many reptilians will **try to remain hidden** on Earth in temporal fields and within heavily **shielded bases deep in the Earth**..."*

Retailoring information contained in the Soleil dream experience, in combination with AI and shining light on dark matter/waters, and a number of other dreams regarding light and the magikal uses thereof and as not contained in this document.

The following infringements numbered 2-14 to 2-20 occurred in Part 2 by Respondent in alleged "**Mega Update**" and were also **web published on JANUARY 12, 2018** whereby Respondent presented the following intellectual property as his own:

ON Divine Cosmos Website PART 2 "**Mega Update**"
https://divinecosmos.com/davids-blog/1225-abr-legacy/2/

**From the following intellectual properties and in the following ways:**

**2-14.** **ON JANUARY 10, 2018 @4:29 PM  PETITIONER** shared the following in a Facebook Post
Facebook Page: https://www.facebook.com/ari.stone.750

**Containing Intellectual Property About and in Quotes:**
*"There is a good chance we will be hearing in the news that they (government or leaked news) have a*
*living giant (Not in stasis) being kept somewhere with very high security. Quite possibly*
*underground in the Antarctic."*

**2-15.** **ON SEPTEMBER 21, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS plus Connects Mnt Vinson
From: PurpleMagus374@gmail.com
With Attachments:   DREAMS JC craft Mtn Vinson-Antarctic Connect.pdf
                              CONNECT dreams sapphire and abominables2_2.pdf
And in particular: **all three included dreams "Jimmy C, Me, Jess, Red Triangle craft, Mt Vinson**
**Antarctica," "Gold under the Candy Store and Abominable Beings," "Sapphire Crown Jewel"**

**Containing Intellectual Property and Visions:**
*Jimmy C, Me, Jess Red Triangle Craft, Mt Vinson (tallest mountain in Antarctic)– Flying with Jimmy*
*C in triangle manta-ray like craft-creature. The bottom unzips and I fall out with my daughter. Jimmy*
*catches us just in time with the craft.  He is the same hot-dog jet pilot from "I dreamed I switched*
*Timelines" dream and where jet goes briefly into a nose dive as if to crash, but is corrected.  Mount*
*Vinson Antarctic connects with the "Abominable" (cabal – fallen angels - Nephilim) beings under*
*(underground) the candy store and I steal back the sapphire crown jewel. Plus, Waking 3D Life*
*connections regarding the book of Enoch and Antarctica as also shared in connection with these*
*dreams.*

**ON JANUARY 12, 2018,  RESPONDENT** in MEGA UPDATE (PART 2) utilized, retailored,
and/or mutilated:

Section Titled: **"GONZALES AND THE GIANTS"**

*Respondent's military buddy alleges to have been living with a group of red-haired giant*
*refugees for the past year that are "heavily traumatized and very unpredictable"*

Using Petitioner's dream info mention about living giants to write a giant based section to the
story and inferring giants are unpredictable and thereby **inferring** them to likely be in a **"high**
**security area"**

Continued in Section Titled: **"REFUSING TO RECEIVE HEALING"**

*Military buddy states he had been trying to make an agreement with this race that would allow*
*the Mayans to come down and provide tech for them and states "twenty-six of the beings in these*

*Royal/Priest castes have been <u>retrieved from stasis chambers and returned to the surviving giants.</u>"*

Section Titled: **"THEY ONCE HAD A VAST EMPIRE"**

Mr Wilcock interjects into Mr Goode's article in regard to the giants and "synchronistically" states:

> *"[DW: When I asked Corey about this, he reconfirmed that these beings were genetically manufactured by a <u>race that crash-landed</u> here roughly 55,000 years ago in the area we now call <u>Antarctica.</u>*
>
> *These are the "<u>Fallen Angels" referred to in the Book of Enoch</u> and other scriptural texts."*

> *And later talks about humans hunting them and how "This drove them deeper and deeper <u>underground</u>"*

2-16.  ON **OCTOBER 19, 2017**  **PETITIONER** shared with Respondent via email:
Email with subject line: DREAM my SSP involvement
From: <u>PurpleMagus374@gmail.com</u>
With Attachment:   DREAM my SSP involvement.pdf
And in particular: Pre-Sleep Directive **"2017_10_18_OCT** <u>Show me my involvement with SSP</u>"

Containing intellectual property and visions: <u>*Leading argumentative team to work together*</u>

<u>ON JANUARY 12, 2018,</u> **RESPONDENT** in MEGA UPDATE (PART 2) utilized, retailored, and/or mutilated:

Section Titled: **"NO WAY TO PUT ASIDE UFO RELIGIONS"**
*Respondent wrote*

> *"Sigmund once again seemed to ignore what was being said.*
> *He stated that these communities had been gamed so many times that <u>there was no way for them to ever put aside their "UFO Religions and Professional Egos,"</u> and actually come together.*
>
> *Yet, this type of organization would be exactly what we would need for us to properly demand disclosure."*

Directly mutilating dream experience of getting argumentative SSP team to work together.

**2-17. ON AUGUST 2, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: DREAMS 1111 Clouds: Interdimensional ray guns, alternate reality-dimension "Clay", walking worlds, silver ocean, large space object to power Earth, and more
From: PurpleMagus374@gmail.com
With Attachment:  Dreams_111_Clouds.pdf
And in particular: (p7-13) Signing Kings contract for large space object to power Earth

**Containing intellectual property:**

*I sign king's contract for the President of the United Sates, along with a native King. It's some type of agreement to allow a __large space object to enter our solar system__. I had __wanted to take a picture__ of the contract, but the King left with the contract in his black limo with 1 or 2 secret service men in tow. I wonder if I did the right thing. The object looked __like a huge monstrosity to me__ but, was supposed to somehow clean and power the entire Earth. It reminded of some sort of __odd bullet__, like a city __skyscraper__ (cigar-shaped) or __space station__. I drew a __very dented and dinged up looking illustration__ of the object in my dream journal and took special note it had some kind of __edd paneling.__*

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"I HAVE A TREAT . . ."**

*Respondent writes,*

> *"Sigmund stood up and said "I have a treat for the both of you." He walked up to the monitor and stared at it while talking.*
> *He said they had been __monitoring what appeared to be a derelict space craft that was headed towards our Sol System__," and that it was __cigar-shaped.__"*

Section Titled: **"WAIT UNTIL YOU HEAR WHAT WE FOUND"**

> *"As the pilot matched the spin of __the object__ they were approaching, you could see a long cigar-shaped structure that had shiny patches of what looked like __ice__ (see #18) on the outside.*
>
> *It was obviously made of __stone__ (see#18), and __looked as if it had been through many meteor showers and collisions.__" (see#18)*

Section Titled: **"ENTERING THE VESSEL"**

> *"It appeared to have been breached many times, and was __full of holes and dents from obvious impacts.__"*
>
> *"There were __many panels__ removed from the walls, ceilings and floors, leaving empty compartments where technology was once located."*

Section Titled: **"I FOUND SOMETHING"**

*Respondent tells of two men <u>wanting to take</u> video and <u>photos</u>.*

It is obvious Respondent describes and retailors in "Mega Update" a similar derelict looking space object, utilizing key terms like paneling, wanting to take photos, and just now entering our solar system and alleges this as his own experience.

2-18.   <u>ON DECEMBER 10, 2017  PETITIONER</u> shared with Respondent via email:
Email with subject line: DREAM River Walk n Stoneage Hologram Show
From: PurpleMagus374@gmail.com
With Attachment:   DREAMS River Walk n Stoneage Hologram.pdf
And Special Note Additional Email: December 10, 2017 "DREAM info add about Pterodactyl"
And in particular: **2017_12_10_DEC River Walk and Stone Age Dinosaur Hologram Show –**
<u>**Pterodactyl**</u>

**Containing intellectual property:**
*I was on hologram <u>river walk, swim walking along</u>. There was going to be a projection show of <u>dinosaurs</u> like a <u>history lesson</u>. There were rowdy boys reminding me of the boys at the local <u>ice</u> (See #17)skating rink in Waking 3D Life. One rude boy was inappropriately hitting on me, I grab his chin with thumb and index finger and forcefully tell him "NO" and pulled on his <u>skin</u>(expecting it to just stretch a bit) and instead a face chunk <u>peeled off</u>! There was <u>historic</u> looking foliage around like from the <u>Stone (See #17)</u>Age. I fly <u>lift off into the air out of the water</u>. <u>A storm is about to begin, thunder, rain, and lightning (showers)</u>(See #17), I heard the call of what I thought was a <u>Pterodactyl, that sounded like a hawk</u> and knew their 1/4 to 1/5 semi-solid matter and holographic state Pterodactyl would be coming out soon, I flew back down to my seat Noting in my dream journal that a hawk is a <u>raptor!</u>*

<u>**ON  JANUARY 1, 2018  RESPONDENT**</u> "synchronistically" affirmed with tweet "<u>Raptor</u> body found? Happy New Year! CG" with article link title "Jurassic Legions Addition Dino-Like Corpse Featuring Flesh…"

Then . . .

IN MEGA UPDATE (PART 2), JANUARY 12, 2018, Respondent utilized, retailored, and/or mutilated:

Section Titled: **"AQUATIC BEINGS IN STASIS"**

*Respondent writes about the original creatures of the space object being <u>pterodactyl</u> like and yet having likely been a <u>water based</u> being.*

Section Titled: **"WHOSE TECHNOLOGY IS THIS"**

*Respondent writes about guys bagging up bodies of the pterodactyl like creatures and "As they did this, the bodies started coming apart and floating around the cabin they were in".*

Utilizing and retailoring the river water walk and the pterodactyl, along with obviously retailoring the skin face chunk that came off the guy.

2-19.  **ON JULY 8, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Corey Only Please: D Reams In Tell: Anomaly (timelines) and Flower?
Memory Activation to try
From: PurpleMagus374@gmail.com
With Attachment:  D Reams In Tell_US_2.pdf
And in particular: (p39–43) Forrest and Glyph Kisses Portal

**Containing Intellectual Property About:** *I go into the forest and kiss a man with delightful groomed goatee facial hair and simultaneously am inside his mouth looking at the 'walls' viewing 3 glyphs inside his mouth that were like portals with one set being on the left side, larger glyphs, of his mouth and the other set, smaller glyphs, on the right side (two sides/sets) that lead to other places. Upon waking I attempted illustrations in dream journal of glyphs using lines, dots, and dashes. Glyphs seemed to be activated by touch and the soul essence would pass through them.*

**ON JANUARY 12, 2018,  RESPONDENT** in MEGA UPDATE (PART 2) utilized, retailored, and/or mutilated:

Section Titled: **"WRITING AND GLYPHS"**
*Respondent writes there are two types of glyphs found the first type are intricate hieroglyph-looking characters with a lot of glyphs on the wall made of long lines, dashes, and dots.*

Obvious "synchronistic" retailoring of the Glyph Kiss dream.

2-20.  **ON AUGUST 7, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS WATCHED with missing of 5
From: PurpleMAgus374@gmail.com
With Attachment:  DREAM Watched_15.pdf
And in particular: (p7-10) watermelon advanced mathematics of the universe tech
**Containing Intellectual Property About:** *I perform advanced mathematical calculations of the universe, beyond anything that my brain can keep up with or consciously understand, and am using half of a watermelon with a calculator type device and mini casino style pull handle. I try to*

*talk with my guy friend about it to see if he can <u>understand it too(language).</u> he does not.  I continue to rapidly calculate.*

This is only one example of this type of universal mathematics being performed in my dreams and was also contained in 126 page proprietary document.

<u>ON JANUARY 12, 2018,  RESPONDENT</u> in MEGA UPDATE (PART 2) utilized, retailored, and/or mutilated:

Section Titled: **"A MULTI-DIMENSIONAL LANGUAGE"**
*Respondent writes,  "They later determined that the hieroglyphs were <u>a mixture of a language and a hyper-dimensional form of mathematics.</u>"*

Here Respondent obviously uses Petitioner's dream experience performing the advanced mathematics of the universe to retell a similar story in alleged "Mega Update."

As can be seen in just this singular alleged "Mega Update," the amount of "synchronistically" similar, retailored, and/or mutilated information is quite extensive.  This is a pattern all throughout Respondent's alleged "updates" during much of 2017 and into 2018.

These types of infringements have been occurring regularly and with consequential increase in the frequency of "synchronistic" posts, Tweets, Facebook posts, Cosmic Disclosure Episodes, or other alleged "updates," with shorter time gaps between each mailing. Some "synchronistic" occurrences happened within minutes or hours of mailing in error.  Petitioner asserts this is due to Respondent seeing Petitioner's level of accuracy and thereby "synchronistically" using more and more intel and information publically and to the benefit of Respondent and without remedy or attribution to Petitioner.

Should litigation be necessary for remedy and attribution a much more comprehensive list will be provided.

2-21.   <u>ON JUNE 15, 2017 PETITIONER</u> shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With attachment:  **Dream Intel.pdf**
And in particular:  p7-10 Cigar Ships Beamed up, p17-19 Spaceship Abductee ETs need my help,

<u>Containing Intellectual Property About:</u>

1. *(p7-8) I am <u>on a ET spaceship</u> in what appears to be a technology center island. A little boy and girl are with a teacher at a table with a <u>3D LIGHT PUZZLE</u> that is assembled by focusing the mind.*

2. See separate **Emails shared 8/2/2017 & 8/9/2017**

   *Regarding <u>pirates and pirate ships</u>.*

3. *p17-19 An ET (I only see the skinny arm and 3 fingers – <u>**different looking being**</u>) gives me an object like a picture about 6"x9" <u>**(hand held device). The ET empathed (feeling message only) that it displayed emotions and changes according to the being that holds it**</u>. It was smiling and happy in my hand. The ET took it back and returned it to me with a <u>sad-mad face on it</u>. I didn't know <u>if the emotions were the ET's</u> or being pulled from somewhere else such as the ET group. I permanently infused it with love so it's happy.*

4. See separate **Email shared 7/1/2017** attachment Dream Intel 1218_34.pdf

   *(p22-23) 3rd eye bad guy spy tech – scientist experimenters put headgear piece like sunglasses on our heads and that is screwed into our 3rd eye like a garden hose. We are all <u>on beds</u>. <u>**With the tech they can see, hear, and view thoughts on a computer screen (like a USB type download)**</u> I say, "How about 'No' and we do something else." I then zipline out. The doctor-scientists are not happy about this and pursue us on foot and in a helicopter.*

   <u>**ON DECEMBER 5, 2017 RESPONDENT**</u> utilized, retailored, and/or mutilated:
   ON <u>Cosmic Disclosure S9E1</u>

   <u>**In The Following Ways:**</u>

   1. *(1:53) Respondent alleges being <u>**on an ET ship**</u> as a little boy and assembling a <u>**3D light puzzle**</u>.*

   2. *(3:19) Second Cosmic Disclosure utilization of <u>**Spaceships being Pirate ships.**</u>*

   3. *(11:00) When used as Intuitive Empath during meetings - interrogations - completely <u>**different looking being**</u>, same type of <u>**emotional signatures. Hand held devices to relay info if ET beings are feeling fear or etc**</u>*

   4. *(11:50) Debriefings, <u>**empaths used like a USB drive**</u>, they do holographic <u>**USB type downloads using chairs**</u>.*

Due to the vast and broad scope of uses and misuses of Petitioner's Intellectual Property and Copyrighted Materials since 2017 by Respondent and the significant amounts of time required for Petitioner to assemble evidential data for Remedy and Attribution due; a certified addendum will be legally and lawfully served as a billing statement on or by the 1st of each month listing additional infringements and shall be made due on or by the 15th of the same month.

Certified billing statements shall be sent in monthly intervals until all infringements have been cited for remedy and attribution due Petitioner. Subsequent Billing Statements may be enforced per court order and as attained for original Petition and shall be ongoing until all infringements and uses by Respondent desist.

Attributions in all media and platforms shall be updated to cite Petitioner, Alyssa Montalbano (aka artist Ari Stone), as the source of the information disseminated by Respondent and Respondent Associates with a link to www.AriStoneArt.com website.

Cosmic Disclosure episodes containing mutilated intellectual property or copyrighted materials shall be corrected and certified by Petitioner as correct and acceptable for continued public consumption and viewing via GAIA INC or any other known or unknown subsidiaries, associates, affiliates, and any other means of public use for-profit or not-for-profit.  Episodes failing to meet Petitioner's certification as being corrected are to be immediately removed from public airing.

Any and all other mutilations of Petitioner's intellectual property or copyrighted materials shall be corrected by Respondent and certified by Petitioner as correct for continued use.  Uses that fail to meet Petitioner's certification as being correct, are to be immediately removed from any and all formats whereby used. Willful failure to remove or correct mutilated intellectual property shall be fined at a rate of $150 per day and per infringement, until removed.

Respondent is to clear Petitioner's good name of all defamation of character, libel, and slander that has occurred since 2017 by Respondent and Respondent Associates, and in particular to Ms Joan Ocean and associates, and GAIA INC employees, affiliates, and associates.

**SECTION 3**

**Alleged "Synchronicities" utilizing Ruse De Guerre tactics** via Respondent, Affiliates, Associates, and/or Subsidiaries to manipulate the actions of Petitioner in conjunction with remote influencing to maintain the continued free sharing of information by Petitioner with Respondent for subsequent profiteering and public acclaim:

3-1.   **ON  JUNE 15, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"

From: AriStoneArt@Ymail.com

With Attachment:  **Dream Intel.pdf**

And in particular: (p11-12) Veil of Lies Removed, (p13-16) White Light Sparkles Stop Smucks

**Containing intellectual property:**

*(p11) I fly up in the air, raise my hands and stop people from useless banter (gossip), then speak my language and use magik to change the color of sky and thereby <u>remove the veil of lies so humanity can see truth</u>, some even for the first time.*



*(p15-16) A pervert guy keeps trying to touch me rudely; I use magik and make his hands go numb like dead hands for the next 24 hours, so he can't be rude to me or others. Two teams are on the field playing 'soccer'. One team is very abusive to the other team.  <u>I raise my hand, speak another language, and white light emits out of my hands and <u>prevents the abusive players from harming</u> the other team,</u> they are white light tied/frozen. I then raise all the way up into the air and command them to no longer harm anyone ever again and <u>make their black hearts shiny and new</u>. I call forth more white light and emit white light sparkles that <u>encompass around the entire globe of Earth</u>. A version of me remained with arms raised and washing back and forth.*

**ON** JUNE 18, 2017 **RESPONDENT** Associate, David Wilcock,
**"synchronistically" affirmed**
IN  Facebook Post  - DivineCosmosConvergence

**In The Following Way:**  *On June 18, 2017, in original post Respondent Associate, David Wilcock, states with the following misspellings and as seen in Screenshot (image to left).*

*"<u>AA very massive dream appeared hree mornings ago, portending a major leap forward</u> in the defeat of the Cabal and towards major disclosure . . .*

*. . . This dream was <u>utterly amazing</u> and more than enough to convince me that now is the time to put this prophesy out there."*

This original post by Respondent Associate Mr. Wilcock, "synchronistically" is exactly <u>3 days after</u> Petitioner emailed dream group in the <u>morning</u> to Respondent.

In the 126 page document of evidence submitted to GAIA INC, October to November of 2017, for syndicated Dream series, the image with misspellings, seen here, was contained within the document and special note was made of the misspellings.

This posting has since "synchronistically" had the errors fixed and now reads as follows

"*A very massive dream appeared three mornings ago*, *portending a major leap forward in the defeat of the Cabal and towards disclosure.*

To Petitioner's knowledge this correction did not occur until after submission of 126 page document Part 1 on October 4, 2017, which was also shared with Respondent on October 2, 2017, suggesting reading proprietary document for complicit information gathering and "synchronistically" correcting the mistake, while still alleging to "not" be reading Petitioner's emails.

Furthermore, It is important to note Respondent Associate David Wilcock is also writing his own book "Awakening in the Dream." Whereby Mr. Wilcock declares in alleged "MEGA UPDATE" (PART 2) posted JANUARY 12, 2018 how much Respondent's "Mega Update" changed how he's writing his book:

Section Titled: **"MEGA GROWING OPPORTUNITIES"**

"[DW: Some of what he received was personal for me. I found it incredibly interesting, and it has completely changed how I am writing *Awakening in the Dream.*]"

Considering, Mr. Goode's "Mega Update" is predominantly based on the retailoring and subsequent mutilation of Petitioner's dreams for retelling of Petitioner's intellectual property as though they are Respondent's own personal experiences and whereby Respondent has received over 500 dreams from Petitioner in error, where approximately 70 dreams include direct and personal information for Mr. Wilcock, it is evident Mr. Wilcock is also directly utilizing and benefiting from copyrighted materials and intellectual property of Petitioner's and is knowingly planning further utilization of Petitioner's dream information for future profiteering and/or public acclaim in his coming book "Awakening in the Dream" and to the continued detriment of Petitioner.

Legal remedy and attribution will also be pursued against Respondent Associates for any and all infringements and in particular as may be contained in Mr. Wilcock's forthcoming book.

Additional note is to be made that Mr. Wilcock declared at Conscious Life Expo, February 2017, he was having "dream recall issues," giving further sustenance to intent to conspire with Respondent to defraud Petitioner of mass amounts of dream intel during implementation 2017 to 2018 Ruse De Guerre tactics.

**3-2.** **ON JULY 12, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Dream (This Morning): Prophesy Fulfilled?
From: PurpleMagus374@gmail.com
With Attachment:  **Prophesy.pdf**

**Containing intellectual property:**

*I am in a type of <u>ashram</u> place with a pastor-monk like guy. He is trying to cast out an ancient demon from a congregation member. The demon goes from a guy, into girl, then into another guy with each attempt by the pastor-monk.  I ask to try. He consents. First, I <u>scold my son (the demon)</u> <u>in our</u> <u>ancient language</u>, then I make a pinching motion with my fingers and pull the ancient demon out of the human. I send him home to his mother, <u>I seem to be his father</u>, through a <u>starlight portal I hold</u> <u>in my left palm</u>. I apologize to the congregation and tell the <u>church</u> he won't be bothering them anymore. The Monk-like pastor is very excited, because <u>he has been expecting me per the prophesy</u>. I don't know what he's talking about. Strong winds come up, they are mine, I calm them. I then levitate the number 5 on a piece of paper that then turns into a hand. <u>(magik)</u>*

**3-3.** **ON JULY 25, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Dreams: DNA burst, Re-write AI code?, Orange Poison sprays
From: PurpleMagus374@gmail.com
With Attachment:  Dreams DNA burst – Orange Gas Clouds_2.pdf
And in particular: (p13-17) **Surviving the winter eating gold orange leaves, shapeshifting bumble bee and <u>1950's car</u> cut up and on <u>display like at a outdoor museum</u>**

**Containing intellectual property vision:**

(p14) *I shapeshift into a bumble bee and discover <u>my family's 1950's car</u> (also see 3-43) has been cut up and put on display <u>like it's a relic in an outdoor style museum</u>. A security guard sort of spots me having <u>shapeshifted(magik)</u> and radios in to his superiors, so they can try to catch me and study me in labs.*

**ON AUGUST 10, 2017 RESPONDENT** "synchronistically" affirmed
IN **@BlueAvians Tweet**

**In the following way:** *link to article titled "<u>72 Year Old Prophesy</u>: The Earth Will Be Swept By Extraordinary Rapid Waves of Cosmic Electricity!"*
Link: https://twitter.com/blueavians/status/895658487270711296

**And**

**ON AUGUST 14, 2017 RESPONDENT** Associate, David Wilcock, "<u>synchronistically</u>" affirmed
ON Wisdom Teachings S27E1 **Ancient Prophesies of Extraterrestrials**

**In the following way:** Respondent Associate, *Mr. Wilcock, dedicated the entire episode to* <u>prophesies</u> of <u>ancients who used 'magik' (common place things) (approx. time stamp 11:00)</u> *and mentioned how things written were <u>like reading someone's personal journal</u> and how they might refer to a <u>spaceship as a car (approx. time stamp 3:00)</u>. Along with mentions of typical colors*

*associated with the warring god factions and as I recall, Red, Blue, and White (time stamp 19:18).*

It is very "synchronistic" this entire Prophesy based episode came out one month after Petitioner shared "Prophecy" dream on July 12, 2017 with Respondent via email. It was very "synchronistic" Mr. Wilcock specifically mentions in the episode it was like "reading someone's personal journals" Showing knowing and willful complicit reading and usage of Petitioner's personal dream journals without remedy or attribution to Petitioner. Furthermore, it is also "synchronistic" Mr. Wilcock made reference to how a spaceship might be referred to as a car and brings up the colors of the warring factions, red, blue, and white, all typically seen throughout Petitioner's dream journals and where peace is made.

**3-4.** **ON AUGUST 1, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS: incl the 'Vatican' like dream and USAF watching me
From: PurpleMagus374@gmail.com
With Attachment:  Dreams – Vatican.pdf
And in particular: (p9-11) 2017_07_31_JUL Scram Jet USAF Watching Me 3 Passes

**Containing Intellectual Property Dream Vision:**
*What I guessed to be a USAF jet watching me. It can move in ways unnatural to any known jets. Onboard it has a handful of people with special abilities that its taking to underground locations for 'fear' based access to abilities training. I see a TV and News magazine article with an image of the jet and an article intentionally deceiving the public about what the jet really is for. I draw an <u>illustration of the jet cover image as best I can upon waking.</u>*





**ON SEPTEMEBER 30, 2017 RESPONDENT**
**"synchronistically"** affirmed
IN **@BlueAvians tweeted** on SEPTEMBER 30, 2017

**In The Following Way:** *Respondent Associate Dr. Michael Salla, writes and posts an Elon Musk article with "synchronistic" similar image.*
Link: http://exopolitics.org/elon-musk-just-made-secret-space-program-disclosure-inevitable/

Again showing "synchronistic" and complicit utilization of Petitioner's intellectual property and dream visions without remedy or attribution to Petitioner.

3-5.  **ON JUNE 28, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: "Dream intel: 100's of govt bullets stopped, vibration fix, Transformation we are One, shapeshifting, manifesting food, shrink bad robots, leading the people to freedom, Alien plane saved, ghost girl hand into brain"

From: PurpleMagus374@gmail.com

With Attachment:  Dream Intel 717_23.pdf

And in particular: (p 13-14) 2015_12_03_DEC Class Trip to Spain

**Containing Intellectual Vision Property:**

*I was in a room with fellow classmates, we'd planned a class trip to Spain.  I didn't fully know where, but thought maybe Barcelona. I told them I'd be there in about 3 seconds.  They all looked at me in disbelief, I planned to teleport. I proceeded to teach them how to pass through walls. Then I fly though the glass windowpane and fly down to the ground by the pool and have to first shrink bad robots and hammer clappers (square time ships).*

**ON AUGUST 22, 2017 RESPONDENT** "synchronisitcally" affirmed

IN @BlueAvians Tweet

In the following way: *retweet David Icke tweet, article title, "Killer Robots Will Leave Humans Defenseless Says Professor"*

Link: https://twitter.com/davidicke/status/899935691962015744

**ON SEPTEMBER 24, 2017 RESPONDENT** "synchronistically" affirmed being safe from "bad robots"

IN Facebook post

In the following way: *"I made it home from Spain safe and sound. Thank you to my new friends who helped me stay safe while there. I am exhausted! I have much more to report after I catch up on some rest. This was an extremely productive trip! :) Corey Goode"*

Link: https://www.facebook.com/BlueAvians/posts/1808906959407092

To Petitioner's knowledge the Spain UFO event was "synchronistically" announced to have Respondent's presence after emailing "class trip to Spain"and thereby alerting Respondent he'd be ok at event, though some trouble to be expected.  Subsequently Respondent "synchronistically" affirmed his safety.

3-6.  **ON SEPTEMBER 1, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: DREAM Preventing 3 (world?) Wars (3rd Armageddon?)

With Attachment:  DREAM Preventing 3 Wars.pdf

And in particular: (p1-13) Preventing 3 (world?) Wars (3rd Armageddon?)

**Containing Intellectual Vision Property:**

*Three waves of military groups are sent to 'get me.' The first wave is hundreds, the second wave thousands, the third all of the military of the world. With each wave I do the following: I speak my sacred language command them to listen using the violet-purple ray, the galactic family of love and light assist. The military men obey.* <u>*I order them*</u> *to put down their weapons and* <u>*to hug. Then do and all the energies change.*</u>

<u>**ON OCTOBER 10, 2017 RESPONDENT "synchronisitcally" affirmed**</u>
IN **@BlueAvians Tweet**
In the following way: *Respondent tweeted link to, Associate Justin Deschamps', article about* <u>*the power of hugs.*</u>
Link: https://twitter.com/blueavians/status/917822563497267200

**"Synchronistically" affirming dream visions and again without attribution to Petitioner.**

<u>**Below is a less detailed list of a 'few' more "synchronistic" affirmations.**</u>

3-7.   <u>**ON JULY 10, 2017 PETITIONER**</u> emailed to Respondent dream information about coming <u>**ET Exchange program.**</u>

<u>**ON NOVEMBER 4, 2017 PETITIONER**</u> shared with Respondent rough draft of Part 3 of Proprietary 126 page document of evidence containing full details and dream connections with coming <u>**ET Exchange program**</u>. Yet Petitioner was still in need of a link to support coming ET Exchange program. Subsequently the following was shared by Respondent Associate.

<u>**ON NOVEMBER 19, 2017 RESPONDENT**</u> Associate, Teresa Yanaros, "synchronsistically" shared information publically regarding "<u>**ET Exchange Program**</u>" and alleged the information was from another source.

3-8.   <u>**ON JUNE 25, 2017 PETITIONER**</u> shared with Respondent information regarding <u>square ships.</u>

<u>**ON OCTOBER 20, 2017 RESPONDENT**</u> Asssociate, **Dr. Michael Salla,** shared photos of <u>square-ish shape flying crafts</u> from a "trusted source." *Salla, Michael. "Covert Disclosure of Antigravity Craft near MacDill AFB." Exopolitics.org. 20 Oct. 2017. Web. 21. Oct. 2017. Retrieved from* http:/exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb



Covert Disclosure of Antigravity Craft near MacDill AFB

**"Synchronistically" affirming dream vision information of Petitioner's and as outlined in 126 page proprietary document of evidence without attribution to Petitioner.**



**3-9.** **ON NOVEMBER 10, 2017 at 12:45 PM PETITIONER** shared via email with Respondent "Green Gum" dream whereby dream data contained information on advanced Nano technology and ultimately found to be in connection with Mars and contained a *drawing attempt at telescopic popsicle tripod*, along with dream journal mentions of daughter's *coming up birthday.*

**ON NOVEMBER 10, 2017 at 6:27PM RESPONDENT** Associate, Wayne Worden, "synchronistically" shared link to Respondent Associate, Jordan Sather's YouTube video post "11.10-Q Updates..." where Mr. Sather *visually utilizes a pipe that looks just like tripod drawing* by Petitioner and also *mentions about birthdays.*

Respondent Associate Wayne Worden has "synchronistically" shared hundreds of links with Petitioner since their "synchronistic" meeting at Conscious Life Expo February 2017 and subsequently shared with Petitioner dozens and dozens, even hundreds of links, "synchronistically" connecting with dream data shared only directly with Respondent.

Petitioner questioned Mr. Worden on all the links, to which he stated 'they were his own findings' and that he was also 'sharing them with hundreds' of others.

Petitioner did not really believe him bearing in mind he is a mutual friend of hers and Respondent Associate, David Wilcock.

**3-10.**  **ON OCTOBER 1, 2017 at 9:42AM PETITIONER** emailed Respondent a link to YouTube video on Blue Avians.

**ON OCTOBER 1, 2017 at 10:01AM RESPONDENT** tweeted the exact link stating "Video based on the Blue Avians information. This was shared with me this morning. It is interesting to say the . . ."

Note, the October 1, 2017 date. This is within the alleged 6 months Respondent claims to have had "someone else" managing the SphereBeingAlliance@gmail.com account and link from Petitioner is "synchronistically" shared within 20 minutes of email.

**3-11.**  **ON SEPTEMBER 9, 2017 at 1:35 PM PETITIONER** emailed Respondent a song link with subject line input by Pandora Radio "Check out I Want You by ODESZA on Pandora."

**ON SEPTEMBER 10, 2017 at 7:03 PM REPSONDENT** posted a YouTube Vlog "synchronistically" stating "we want you"

Revealing again Respondent's emotional manipulation tactic of Ruse De Guerre to the detriment of Petitioner.

3-12.  **ON AUGUST 9, 2017 at 1:35 PM PETITIONER** emailed Respondent a song link and jokes about "Dancing Cheek to Cheek" taking on a whole new meaning due to all the bathroom dreams.

During Eclipse of Disclosure **AUGUST 18-21 2017 RESPONDENT** also "synchronistically" cracked a "cheeks" joke when on stage with Niara Isley regarding bad behaved people and you can always just walk away and respectively "you always have two other cheeks to show them."

3-13.  **ON SEPTEMBER 15, 2017 PETITIONER** emailed dream group with a piece of furniture described as a brown-diarrhea poop looking color.

**ON SEPTEMBER 15, 2017 RESPONDENT** tweeted article "Mystery Fanged Sea Creature Washes Up on Texas Beach after Hurricane Harvey…" with image of a brown-diarrhea poop looking creature.

3-14.  **ON SEPTEMBER 14, 2017 PETITIONER** emailed Respondent a dream about her connection with Jimmy Church and to not worry about the husband wife stuff.

**ON SEPTEMBER 17, 2017 RESPONDENT** wore Jimmy Church Fade to Black T-shirt as he was kissing his Waking 3D Life wife goodbye and heading for Spain UFO World congress.

Again "synchronistically" utilizing emotional manipulation in Ruse De Guerre to Petitioner's detriment.

3-15.  **ON JULY 10, 2017 PETITIONER** shared by email with Respondent 'D Ream In Tell 555 (pt1).pdf' with dream titled "Legend of the Bear Love" containing an Extra Terrestrial marriage ceremony.

**ON SEPTEMBER 4, 2017 PETITIONER** shared dream titled "Angel and Christian Cards, Energy imbued for C by me" where tarot and oracle cards in dream were given to Respondent to energetically assist him.

**ON SEPTEMBER 4, 2017 RESPONDENT** tweeted Associate Teresa Yanaro's Tarot card pull YouTube Vlog "Be in LOVE With Your Life" during which time she pulled the "Lovers" card . . . twice. . .

To this point a lot of dreams had been shared with Respondent regarding Petitioner's Twin Flame journey. This was "synchronistic" awareness of such, with additional note of the **AUGUST 11, 2017** mailing where Respondent had a talk with 'counselor Troy' regarding his 3D wife and Petitioner.

**3-16.** **ON SEPTEMBER 25, 2017 PETITIONER** shared via email with Respondent dream "DC Legends and Screw Plate" with drawing of a metal plate with holes in it and later connected with another post by Respondent regarding the ancients underground 'vent' system (per connecting image to right of screw plate drawing).

**ON OCTOBER 6, 2017 RESPONDENT** tweeted Mike Pence article with Mr. Pence's hand on NASA's metal plate with "Do Not Touch" sign on it, with matching holes style to plate in dream.



**3-17.** **ON AUGUST 3, 2017 PETITIONER** emailed Respondent dream titled "Argon Warning" containing a skull in the warning message and as drawn by Petitioner in dream journal.

**ON DECEMBER 25, 2017 RESPONDENT** tweeted a link to article posted on Associate David Wilcock's DivineCosmos.com containing a "synchronistic" image of a "Skull" asteroid to make pass near Earth.



**3-18.** **ON OCTOBER 10, 2017 PETITIONER** emailed Respondent dream titled "Bates Motel Looking Guy Loses Bullet Bet" with dream date of January 28, 2017; containing information about a specialized golden colored bullet that is like a stealth-like missile and around 2 to 3 inches long. Petitioner wonders if it is a new kind of weapon with pathetic drawing of the bullet. In dream 'shooter' lost the bullet bet to shoot and kill a friend.

__ON NOVEMBER 13, 2017__ Respondent Associate, David Wilcock, posted article containing image with golden colored and around 2 to 3 inches "specialize bullet" that failed to kill a top 'insider' friend.



Below is yet another example of complicit "synchronistic" agreement between Respondent and Associate, David Wilcock.

3-19. On AUGUST 11, 2017 Petitioner shared dream experience with Respondent titled "CG Preach and Teach and Secret Book Message." In dream Respondent shows Petitioner a very important message in a book. He is very futive and extremely intense in ensuring Petitioner GETS THE MESSAGE. Respondent was intent that Petitioner get the message she was not crazy and just imagining him visiting her in dreams. He opened the book to a page with something about the unknown things, asteroids (see #3-17) Skull asteroid. The cover seemed to be an obelisks with a longer worded title and rows.



On AUGUST 14, 2017 Respondent tweeted link to Associate David Wilcock's article about his breaks going out, but he was ok, along with an image of an obelisks and having a longer worded title and rows.

3-20. __ON AUGUST 11, 2017 at 7:09 AM PETITIONER__ emailed dream she just woke from, where she comforted Respondent who was having issues with his wife in the dream and where he was also having conversation with 'counselor Troy' regarding his marriage to his 3D wife and his feelings about Petitioner.

ON August 11, 2017 at 8:24 PM RESPONDENT Facebook-tweeted "we arrived in Mammoth Lake, California! We are exhausted and more than a bit on each other's nerves after a full day in the car together. . . "

"Synchronistically" affirming Petitioner dream shared.

Note, this dream group also included dream info foreknowledge of Mr. Wilcock's, then, coming and "secret" wedding.

3-21.  **ON AUGUST 2, 2017 PETITIONER** sent dreams regarding working with President Putin and portals.

ON AUGUST 12, 2017 RESPONDENT found an article regarding President Putin and tweeted it with all bold caps "RUSSIA'S PUTIN & MEDVEDEV BOTH MENTION "THE MEN IN BLACK" WHO ARE THESE PEOPLE . . ."

"Synchronistically" affirming dream group.

3-22.  **ON JULY 3, 2017 PETITIONER** shared dream "Game changes but the destination remains the same" where in dream Petitioner speaks with a man regarding how people change, and positions, but the destination stays the same.  There was a globe shaped cage on the table.

ON AUGUST 9, 2017 RESPONDENT "synchronistically" tweeted, "I will be on Fade to Black in 15 minutes or so . . ." which is the "Game Changer Network" and also happened to have a cage style globe looking logo/image.

Petitioner had little to no knowledge of who Jimmy Church was or Fade to Black prior this post.

3-23.  **ON MAY 28, 2017 PETITIONER** via then known legitimate Facebook Messenger account, sent inquiry to Respondent about intimate astral encounter with Respondent and the subsequent counsel meeting dream; whereby Petitioner was inducted into the Galactic Earth Counsel group (It was a 'very vivid' dream) experience. Petitioner asked Respondent if she'd been dream hacked via Facebook Messenger. It's very "synchronistic" to note, Respondent just 'happened' to check this Facebook messages at this time and 'happened' to be see Petitioner's message, and briefly responded, though "synchronistically" short on time and did not respond to the inquiry. Subsequently this account has "synchronistically" been 'deleted.'

ON AUGUST 4, 2017 PETITIONER shared by email with Respondent of pre and post dream experiences regarding the Galactic Counsel meeting, still feeling uncomfortable to share the full details.

**ON AUGUST 5, 2017 RESPONDENT** subsequently posted a link to Ms. Goode's interview on YouTube, "Wife of a Secret Space Program Whistleblower…". In interview Ms. Goode states she once walked in on a <u>Galactic visit</u> of Mr. Goode's and 'did not want to see that,' subsequently her memory was altered to recall it as a <u>'very vivid dream.'</u>

It is important to note during Ms. Goode's interview at no time does anyone try to tell her, her experience was just a bunch of avatars made up by her subconscious higher-self-mind for her to learn some convoluted message from. Ms. Goode's dream experiences were treated with respect and as real events with real galactic beings.

In Petitioner'<u>s very vivid 'dream'</u> experience Ms. Goode was present and children along with Galactics. Ms. Goode told Petitioner personal things about Mr. Goode. Everyone discussed the matter to ensure this was the correct course of action for all of humanity and all timelines as the effects would ripple out. It was agreed upon.

**ON AUGUST 8, 2017 PETIONER** due to "synchronistic" behest finally shared the full Galactic Counsel meeting with Respondent and containing information regarding military contact via <u>*RFID chip in the head*</u>

**ON SEPTEMBER 8, 2017 RESPONDENT** Associate, Dr Michael Salla, "synchronistically" posted a YouTube video title "Marine after 17 years on Mars authorized to reveal truth for US National Security" including a marine confessing to <u>*contact by military via a chip in his head*</u>. (approx. time stamp 1:00)

3-24. **ON AUGUST 21, 2017 PETITIONER** During Eclipse of Disclosure, sent dream visions <u>regarding triangle craft ships</u>, with a ratio of 900 triangle (invaders-some good infiltrator) to 100 round (good) and that the "raccoon" knew just what to do to fix it.

**ON SEPTEMBER 7, 2017 RESPONDENT** tweeted Associate Dr. Michael Salla's article about "Hurricane Irma Approaching MacDill AFB" with images of triangle crafts and statement that <u>multiple triangle crafts were being seen.</u>

3-25. **ON JULY 1, 2017 PETITIONER** sent dream about Lighting God Bolt, where Petitioner uses telekinesis to <u>return the bolt back to</u> <u>the angry god cloud</u>.

**ON SEPTEMBER 8, 2017 RESPONDENT** posted to Facebook article titled "The Air Force's <u>'rods from god'</u> could hit with the force of a nuclear weapon – but with no fallout-"

Petitioner asserts for someone "not" reading her emails and as so-claimed by Respondent, and subsequently using the vision guidance for the alleged 6 Months; there is an inordinate amount of "synchronicities" especially considering the lists contained herein barely begins to scratch the surface of all the alleged "Synchronicities" Petitioner has record of.

3-26.  **ON DECEMBER 24, 2017 PETITIONER** replied to emails with Respondent and shared dream about secret time travel military briefing at 2:32pm attached document titled "DREAM Handling the SSP bully" containing the experience of putting a fresh young red head guy into a half Nelson type hold and inform him (and any of his buddies) that **HE IS TOAST** if he tries anything murderous again.

    **ON DECMBER 25, 2017 RESPONDENT** "synchronistically" posted to Facebook and pass through tweeted at 10:50am the following link http://www.rumormillnews.com/cgi-bin/forum.cgi?read=90267 to an article regarding President Trump's swamp draining Executive Order with the "synchronistic" line stating "THEY ARE TOAST"

3-27.  AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David Wilcock and Corey Goode, in person, a home printed edition of: Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace" Edition 1  Containing intellectual Property about on *(p47-54)* Dream Titled "Vampire Relations a Day in a Draco's Shoes regarding 1/3 of Draco race being good.

    **ON AUGUST 1, 2017 RESPONDENT** on Cosmic Disclosure S7E31 approximate time stamp 25:50 Associate, Pete Peterson "synchronistically" states to Respondent Associate, David Wilcock, that approximately 1/3 Draco race are good and like priests and minsters, without attribution to Petitioner.

3-28.  **ON JULY 8, 2017 PETITIONER** shared with Respondent dream group containing information regarding "KA" being the nature spirit.

    **ON JULY 30, 2017 RESPONDENT** "synchronistically" re-shared with Respondent Associate, Teresa Yanaros during YouTube interview titled "Corey Goode QnA & Response to Dark Journalist & Bill Ryan . . ." for a second time publically that "Ka" was the group name for "Ka Aree" and her name was 'just' "Aree" also strikingly similar to Petitioner's artist name and as used for years of "Ari" Stone and with the same "synchronistic" pronunciation. This separation of the name was shared originally on Cosmic Disclosure (Episode to be cited in later statement for remedy).

3-29.  **ON JULY 17, 2017 PETITIONER** Inquired if Respondent had initial eye surgery around March 21, 2013 due to dream where a 'black girl' had something shot in her eye from across the room and subsequently comforted her with a galaxy stone.

    **ON JULY 30, 2017 RESPONDENT** "synchronistically" re-mentions 'eye surgery" (approx. 1:20:00) with Respondent Associate, Teresa Yanaros during YouTube interview titled "Corey Goode QnA & Response to Dark Journalist & Bill Ryan . . ."

3-30.  **ON JULY 23, 2017 PETITIONER** shared email regarding dimension hopping and super speed running. On p38-39, Petitioner sees a father and son that have patched up their differences.

   **ON JULY 30, 2017 RESPONDENT** "synchronistically" alleges patching up differences with his father around 1:39:30 time stamp and respectively that he'd not spoken with his dad in 6 years and something happened and healing came along and they were speaking again.

3-31.  **ON JULY 31, 2017 PETITIONER** shared via email with Respondent dream from 2010 regarding Edgar Casey's wife and internet images of Edgar Casey's and Gertrude Evans (his wife) with huge poofy hair similar to Petitioner's hair style.

   **ON AUGUST 5, 2017  RESPONDENT** Associate, David Wilcock, "synchronistically" posted his matching photos of himself with Edgar Casey.

3-32.  **ON JULY 1, 2017 PETITIONER** shared via email with Respondent dream story regarding a boy she partly healed of a generational heart condition. The issue was his eating habits, whereby he was told it wasn't "WHAT" he ate . . . but "HOW" he ate and he must heal himself the rest of the way by changing this behavior or he'd just develop the heart problem again. The boy ate meat.

   **ON JULY 9, 2017  RESPONDENT** "synchronistically" posted an article in all capital letters and titled "WERE THOSE WHO ROAMED THE EARTH BEFORE US NEARLY ALL VEGETARIAN?" regarding eating habits.
   Tweet https://twitter.com/bluuavians/status/884096933731733504
   Article http://www.collective-evolution.com/2017/07/05/were-those-who-roamed-the-earth-before-us-nearly-all-vegetarian/

3-33.  **ON JUNE 15, 2017 PETITIONER** shared via email dream group containing personal dream vision experience of Petitioner's using magik light up crystals, where they are used to dispel lying and cheating players by removal of their team flag on the ceiling. There are 12 teams (MJ12) and names roll off the tongue like old familiar names, like "Beta Mu Upsilon" and other similar (Greek?) sounding team names.

   **ON JUNE 16, 2017  RESPONDENT** "synchronistically" posting an article link to Respondent Associate, Dr. Michael Salla, article "New Majestic Document Reveals US Diplomatic Relations with Extraterrestrials" MJ-12
   Tweet https://twitter.com/bluuavians/status/875731662813896705
   Article http://www.exopolitics.org/majestic-document-reveals-us-diplomatic-relations-with-extraterrestrials/

   **ON JULY 9, 2017  RESPONDENT** "synchronistically" further affirmed by posting an article link to  Associate, Robert Steele's Phi Beta Iota Public Intelligence www.PhiBetaIota.net  and mentioning 'false flags' and as Petitioner recalls the June 16, 2017 post 'further reading links below' contained links to Mr Steele's information.
   Tweet https://twitter.com/bluuavians/status/881587872146509825
   Article https://phibetaiota.net/2017/07/michael-salla-exopolitics-including-mars-colony/

3-34. **ON SEPTEMBER 15, 2017 PETITIONER** shared via email with Respondent a dream with Respondent Associate; Eric Raines in it and where he was having stomach issues. Stomach issues later affirmed as true and correct with Mr. Raine's fiancé.

**ON OCTOBER 24, 2017 PETITIONER** shared via email dream group another dream experience with Respondent Associate, Eric Raines.

**ON NOVEMBER 9, 2017 RESPONDENT** "synchronistically" tweeted a link to Eric Raine's YouTube Eclipse of Disclosure video.

3-35. **ON DECEMBER 16, 2017 at 5:07 PM PETITIONER** shared via email with Respondent the second marriage dream experience with note of not knowing who the military guy was with the "chevrons" on his arm sleeve.

**ON DECMBER 16, 2017 at 6:38 PM RESPONDENT** "synchronistically" tweeted a link to an older, Season 6 Cosmic Disclosure Episode 1, title "Earth Alliance Strikes Back" revealing the chevron ships as being the new and formerly unknown good guys.

In the episode Mr. Goode mentions again that info is first received in dreams, he also recalls those experiences, and they are to prepare him for in-person meetings with the beings he meets. Respondent also mentioned he was told he would soon be useful again by Ka Aree. (approx. time stamp 19:00)

3-36. **ON AUGUST 2, 2017 PETITIONER** shared via email intellectual property regarding President Putin being a Parallel Universe military peace guy and subsequently pulled into this universe by Petitioner.

**ON NOVEMBER 8, 2017 RESPONDENT** "synchronistically" tweeted a link to an article about "Parallel Universes Do Exist" as posted on MessagesToEagle.com which also coincided with another dream message where an eagle was mentioned. Along with the article image inclusion of an eye that looked similar to the eyes drawn and also contained in another dream.

3-37. **ON NOVEMBER 11, 2017 PETITIONER** shared via email intellectual dream vision property information that mentioned "GWAR" and the writing in the dirt, PDF file titled: "DREAMS – Appearances – Writing on the Ground GWAR.pdf."

**ON DECEMBER 4, 2017 RESPONDENT** Associate, Chuck Raymond, Facebook posted about receiving his new "GWAR" album.

3-38.  **ON OCTOBER 22, 2017 PETITIONER** shared via email intellectual dream vision property regarding Respondents **coming event and he would be safe.**

**ON OCTOBER 23, 2017 RESPONDENT** **"synchronistically"** Facebook-pass-through tweeted link to his **coming Philadelphia event.**

3-39.  **ON SEPTEMBER 21, 2017 PETITIONER** shared via email intellectual dream vision property information regarding **vampire history.** With special mention to email shared on JUNE 28, 2017 where Petitioner **shape-shifted** a dozen times for her prison sanctuary love and again shape-shifted in email shared on JULY 31, 2018 into a bumble bee.

**ON SEPTEMBER 27, 2017 RESPONDENT** Associate, Dr. Micahel Salla, **"synchronistically"** posted an article containing **vampire history** with image containing Vlad the Impaler (aka Dracula). Article Titled, " A DESCRIPTION OF THE **SHAPE-SHIFTING** REPTILIAN BEINGS WRITTEN ABOUT IN ANCIENT INDIA – "THE NAGA""

3-40.  **ON MAY 10, 2017 PETITIONER** shared via email with Respondent the Vatican dream. Containing intellectual dream vision property regarding the **Vatican Break Away group** as denoted by the Vatican guy with **"no pointy hat"** watched as demonstrations were being made on the **black and white mosaic checkered wall** teaching another man how to pass through walls by rearranging atoms, and some of the time using a **sea shell** (**water connection**) to demonstrate.

**ON MAY 29, 2017 PETITIONER** **"synchronistically"** found an image of Respondent with Respondent Associate, Jordan Sather, with **black and white mosaic floor tiling,** but not in the exact squares format seen in dream vision.



**ON JUNE 20, 2017 RESPONDENT** **"synchronistically"** tweeted a link to his YouTube Vlog showing his **Solstice Pool Party** ('synchronistic' **water connection** with 'sea shell') and **"synchronistically"** affirmed he was the married man being taught in the dream, as the **pool walls were the matching style of black and white mosaic tile checkers seen in dream vision.**

**ON JUNE 22, 2017 RESPONDENT** **"synchronistically"** **tweeted twice and to two links** of Respondent Associate Dr Michael Salla's article regarding the **Vatican Break Away** group choosing to reveal the truth to humanity.
http://exopolitics.org/world-religions-unite-as-prelude-to-extraterrestrial-disclosure/ (Written version)

**ON JUNE 27, 2017 RESPONDENT** **"synchronistically"** tweeted an additional link with further information about **Vatican Break Away** group, due to inquiries by Petitioner and others on June 22, 2017 Vatican tweet comment section, asking for clarification if these are the proverbial good guys.

In 3-40 Respondent has again posted a personal YouTube video directly "synchronistically" affirming very specific information contained in a dream group from Petitioner and subsequently has Respondent Associate, Dr Michael Salla "synchronistically" post an articles built around the key information contained in Petitioner's dream vision and without remedy or attribution to Petitioner.

3-41.  **ON JANUARY 3, 2018 PETITIONER** shared via email a message mentioning a dream regarding the flu vaccine virus. Where Petitioner saw Respondent in dream in another form having gotten the flu and was told to get her daughter out of the school.

**ON JANUARY 4, 2018 RESPONDENT**  Associate David Wilcock and Petitioner mutual friend, Mr Wayne Worden, shared a link via Facebook Messenger titled "EVERYTHING YOU NEED TO KNOW ABOUT BILL GATES, VACCINE SAFETY & HIS RELATIONSHIP WITH BIG PHARMA" posted to Galacticconnection.com containing information regarding the flu virus vaccines.

Subsequently Respondent got the flu virus.

**ON JANUARY 11, 2018 PETITIONER** due to Respondent getting the flu, shared the dream vision experience.

3-42.  **ON JANUARY 8, 2018 PETITIONER** shared via email a message, subject title: "a LIVING MUMMY discovered?" and email message responding to dream vision where in dream Respondent was troubled and asking "Why him?"

**ON JANUARY 11, 2018 RESPONDENT** "synchronistically" tweeted a link to an article he alleged "not" having read containing key phrasing in section titled "Anger, Bargaining & Depression" in paragraph one; "Why me and Why now?"
Tweet https://twitter.com/blueavians/status/951469525312114688

3-43.  **ON NOVEMBER 7, 2017 PETITIONER** shared via email one of many dream vision containing time travel and where Petitioner typically references being back in time in an era such as the 1950's. (see also 3-3)

**ON MAY 6, 2018 RESPONDENT** "synchronistically" tweeted a link to an article stating the Alliance has been working on the plan to break down satanic forces since the 1950's.
Tweet https://twitter.com/blueavians/status/99330288194294988

3-44.  **ON APRIL 20, 2018 PETITIONER** legally served Respondent with Ruse De Guerre allegations to defraud petitioner of dreams, along with the use of libel and slander.

**ON May 11, 2018 RESPONDENT** Associate, Teresa Yanaros, "synchronistically" alleges via a Facebook posting to also being 'slandered' and the comment is in regard to a single dream shared that coincides with Respondent Associate, COBRA, information.

It is to be duly noted, Ms. Yanaro's *singular* dream is treated as a real event, containing real information and as a legitimate experience; whereby to date Petitioner's hundreds of dreams coinciding with hundreds of uses by Respondent and Respondent Associates; continues to be treated as nothing more than mere "synchronicity," useless avatars, groupie mailings, stalker activities, or as otherwise convoluted dream messages.

It also to be noted again, most all of these "synchronistic" tweets and posts are during the time Respondent alleges to "not be reading or following closely" Petitioner's dream diary journals, yet Respondent and Respondent Associates regularly and continuously, even as of the date of this Addendum, continue to post similar and linking ideas, thoughts, and articles, in direct accordance with dream group intel, emails, in-person intellectual property deliveries, and/or direct mailings, as shared only with Respondent since 2016 and without remedy or attribution to Petitioner.

This type of alleged "synchronistic" pattern is in extremely high abundance most notably after Respondent Associate, David Wilcock, June 18, 2017 post, regarding a major and amazing dream appearing three mornings prior, again, which exactly "synchronistically" coincided with Petitioner's first major dream group sharing of original hand written dreams and as only shared directly with Respondent via email, with the exception of various occasions.

Because of the extensive abundance of alleged "synchronistic" uses, well into the hundreds, separate and regular certified Billing Statement Addendums will be provided on a regular ongoing monthly basis until all infringements, mutilations, and otherwise uses have been submitted for Remedy and Attribution due Petitioner. Certified Billing Statements will continue be provided in this fashion in order to allow Petitioner time to maintain a personal family life and business activities outside of litigation.

## SECTION 4

### Attempts at remedy outside of Litigation

Petitioner has tried repeatedly to discuss these matters outside of litigation and directly with Respondent, who has knowingly (18 USC §1001, CRM 910 Knowingly and Willfully) made a conscious effort to avoid learning the truth. (United States v. Evans, 559 F .2d 244, 246 (5ᵗʰ Cir 1977), cert. denied, 434 U.S. 1015 (1978) Respondent has failed to respond with exception to deny the use of Petitioner's copyrighted materials, and intellectual property as shared in error. Petitioner further asserts Respondent, James Corey Goode, intentionally and willfully avoided direct inquiries with intent to defraud in the following ways:

4-1. MUFON Las Vegas, JULY 2017, Respondent, associates, and affiliates, were not at any point, known to Petitioner, to be at their booth-table like all the other MUFON information presenters; for direct inquiry.

4-2. AT Eclipse of Disclosure, AUGUST 2017, Respondent James Corey Goode sped walked away when Petitioner began to approach him to inquire about the emails being sent and the subsequent utilization and sharing of Petitioner's information by Respondent. This willful avoidance to discover the truth, implies tacit knowledge by Respondent of the Ruse being perpetrated against Petitioner.

4-3. On February 2, 2018 Respondent had associate Roger Richards set up a phone call with Petitioner to inform Petitioner to stop trying to contact Respondent and to refuse Petitioner attendance at the Hawaii March 2018 event. During the phone call Petitioner directly asked Mr. Richards, "Who was reading the emails?" to which Mr. Richards refused to give any names and told Petitioner she was a "security risk" (defamation of character, 28 USC ss401(1)) because of "how things looked" and stated that Petitioner's emails and dreams shared were largely unread, only to later state in the same phone call Petitioner was further being denied attendance at the Hawaii event due to the "content" of dreams and emails, thus implying complicit knowing and awareness of Ruse De Guerre to defraud Petitioner of dream intel and intellectual property to the detriment of Petitioner.

Petitioner respected Respondent's request to stop and desisted sending emails and trying to contact Respondent at events or by email, with the exception of one email since the phone call to notice of copyright issues.

As of the date of this Notice, no reply has been received.

During the month of December 2017, Respondent communicated directly with Petitioner through email and the account SphereBeingAlliance@gmail.com.

On December 8, 2017, Respondent states:

"I *rarely have memories of my dreamwork*. I think my higher self protects me from the intensity of that work. Most of that work *began around August 2015*, right after CD came out"

"*Synchronicities will become more and more stunning* as these cosmic energies increase on and around our planet. If your on the right path that is, "

Here Respondent is claiming that everything Petitioner has experienced is merely "Stunning Synchronicity" thereby again disavowing himself of any willful involvement to defraud and again to the continued detriment and defamation of Petitioner while Respondent began implementation of Ruse De Guerre exit strategy.

The alleged August 2015 date of when Respondent claims more dream work has begun for him; this "synchronistically" coincides with a majority of Petitioner's 500 plus original dream journal documentation dates and as contained and as evidenced in multiple emails sent in error.

On December 9, 2017 Petitioner Replied:

> "Long story (literally) short, pretty much everything you and David have said or spoken of publicly (that I have seen) since earlier this year, especially since around the counsel meeting time, has affirmed each dream group or email I sent to you (here) and often within hours of sending them."

> "With everything I have seen and confirmations of the dreams happening 2, 3, 4, and even 5 times a day, I truly would be utterly amazed to learn neither of you have reading my stuff for all these months.? If so, then the synchronistic confirmations are absolutely through the roof . . . hundreds and hundreds of links and videos."

Then there is a gap in emails directly from Respondent, then the December 16, 2017 off world marriage experience. Subsequently, Petitioner sends an encouraging message to Respondent, as it was during this time Respondent was publically alleging to have had "secret" and "technical" portal and dimension documents taken from him at gun point. In the Cosmic Disclosure episode where Respondent tells the story, he also stated he had other "non-technical" documents regarding such matters. It is "synchronistic" to note Petitioner's dreams contain vast amounts of "non-technical" information about portals, dimensions, and other similar topics. This alleged 'real life' experience by Respondent of being held at gun point to have the "technical" documents taken was also "synchronistically" similar to more retailoring of a handful of other dreams as shared by Petitioner's in error and not contained herein for brevity.

Petitioner asserts Respondent was willfully and knowingly preparing to share more of Petitioner's dreams, dream experience, and knowledge as his own, with particular regard to her work with portals, dimensions, time travel, and other such similar matters and yet again alleging them as "off world" experiences or "ET contact" or credit "Tear-Eir" with Petitioner's work, or any other similar labels for further re-presentation on syndicated shows like Cosmic Disclosure, for-profit public events, for profit web or otherwise teachings, or other profiteering activities to the continued benefit of Respondent and to the continued detriment and defamation of Petitioner.

Petitioner further asserts the very personal astral encounter with Respondent on May 22, 2017 was willfully performed using astral techniques learned by Respondent in black operation projects for planned emotional manipulation of Petitioner. Which Respondent immediately followed up with the May 24, 2017 astral-dream based council meeting whereby Petitioner was inducted in as being 'the most important' member of the lead Earth delegate group at Respondent's behest. Petitioner asserts this was further applied as the old tactic of "tell everyone they are the top of the game so they do what you want," whereby Respondent willfully and knowingly applied military Ruse De Guerre tactic with the express intent to defraud and subsequently defame Petitioner.

Petitioner further asserts Respondent emailed with her directly during the month of December 2017 to find out how aware Petitioner was of the Ruse being performed against her. Through more direct communication Respondent learned Petitioner was aware of the "inordinate" amount of "Stunning Synchronicities" and that Petitioner wasn't accepting his "Stunning Synchronicity" explanation, at which time Respondent initiated the closing sequence of Ruse De Guerre in an effort to fully hide and cover up what was implemented with the express intent to make Petitioner look like a stalker or love-sick groupie, to the detriment of Petitioner and benefit of Respondent.

Therefore Respondent willfully and knowingly dream and astral hacked Petitioner with skills and abilities as attained while in a variety of secret military and black operation programs, whereby having read Petitioner's journals and using 'intuitive empath' mind and emotion reading techniques used Petitioner's journey to find her Twin Flame as a tool to implement a romantic Ruse De Guerre to manipulate Petitioner in order to emotionally coerce, defame, and defraud Petitioner of intellectual property, intel, and dream experiences, without any remedy or attribution made due to Petitioner.

As further evidence Respondent was reading dreams, on two separate occasions; Respondent replied directly to Petitioner knowingly using her special "w/" that is a "w" with a "forward slash" to denote the word "with" and as contained in virtually every original dream journaling at least once and even dozens of times. Whereby the first instance was immediately after the intimate astral visit May 22, 2017 and via "synchronistically" deleted Facebook messenger account and the second use was just prior the marriage visit December 16, 2017, thus opening and closing the Ruse.

In this email reply below and as quoted from Respondent to Petitioner, it is important to note the first "with" utilizes the 'w' with a 'forward slash' "w/me" and the second 'with' is the actual full spelling of the word "with." Thereby showing willful knowing of intent to deceive.

On December 7, 2017, Respondent states:

> "Often I am in a classroom setting meeting people while some meetings people have w/me in their dreams are just their higher self using me as an "Avatar" to share info with them.

Here Respondent is further making a willful and knowing effort to convince Petitioner all his intimate astral and dream visits to this point are just in her imagination or are only her "higher self" using him as an "avatar" and not what they actually were, a direct effort to defraud and subsequently defame Petitioner.

It is also interesting to note how Respondent consistently tells Petitioner "he does not recall" or Petitioner's dreams are "avatars" or "higher self" or "Synchronicity" yet on multiple occasion as evidenced below and very publically acclaimed, Respondent is very clear that he can or does "contact beings in dreams" and how "important" dreams are and how he himself will be doing more focused dream work, yet out of the public eye Respondent tells Petitioner the exact opposite regarding all her dreams and as having been shared with Respondent in error.

As an additional note, "synchronistically" during Respondent's public for profit event, Eclipse of Disclosure, Respondent Associate, Remote Viewer and Remote Influencing instructor, Mr. O'Donnell specifically made mention about intimate astral encounters and respectively 'yes please.' Whereby on the same day another speaker also "synchronistically" spoke about Twin Flames and how they 'don't get to be together.'

This is further evidences of willful and knowing intent to defame and defraud Petitioner through the use of military black operation tactics involving remote viewing and remote influencing to the detriment of Petitioner to

successfully defrauded Petitioner of mass amounts of intellectual property, dream visions, and materials for Respondent to allege as his own for continued and future profiteering.

On Cosmic Disclosure Season 8, Episode 7 published on September 19, 2017, and as copy pasted from the following posted transcript:

> Cosmic Disclosure: THE ASCENSION OF EARTH, Galactic Connection, posted by Steven, Set 21, 2017, 2017, Corey Goode.
> https://spherebeingalliance.com/blog/transcript-cosmic-disclosure-the-ascension-of-earth.html

In this article, Respondent Associate David Wilcock asks Respondent the following questions regarding contact:

> *"David: Now you brushed on something very briefly that I think we need to cover more, and that is this concept of contact. What was the nature of this contact you were informed about by the Anshar that would be happening, or that they were trying to make happen?*
>
> *Corey: Well, they stated that contact in the beginning would start out with people having dreams.*
>
> *David: What contact would take place?*
>
> *Corey: Contact between the Anshar and people on the planet.*
>
> *David: Okay.*
>
> *Corey: They would begin to have dreams that would slowly acclimate them to finally having an in-person meeting with the Anshar. So I was expecting things like that to occur during the eclipse."*

Here Respondent and Respondent Associate Mr. Wilcock discuss the importance of contact in dreams. They did not say people on Earth would be visited by "Avatar Anshars" or their "Higher Self Anshars" or that these dreams would be "symbolic' convoluted messages to decipher. They are very clear to state it will be direct 'contact' in dreams and specifically to prepare humanity for actual physical visits from actual galactic beings with an actual person. At no time are any of them called 'avatars.' They also do not accredit such visits or occurrences to "synchronicity."

Therefore this is further evidence of complicit awareness to defraud and defame Petitioner of visionary dreams and information for Respondent profiteering and public acclaim to the continued detriment of Petitioner and continued benefit of Respondent and complicit associates.

On December 20, 2017 Respondent contacted Petitioner again to reassure and convince Petitioner he was not 'following her dream journal.' It is most important to note, Respondent typically contacts Petitioner in 3D after intimate or personal astral or dream visits with Petitioner.

On December 20, 2017 Respondent wrote the following:

*"As I said before I haven't followed your dream journals closely as I had to have someone else manage this email account for me for at least 6 months. I have a lot of dream work going on. Most of it I am kept from remembering as a protective mechanism."*

Again Respondent claims, "a lot of dream work going on," yet how does Respondent know he has "a lot of dream work going on" if he does "not remember" them? This is the second time Respondent further alleges to 'not remember' dreams, yet self-proclaimed to be highly skilled in astral travel since a child and as having studied with well-known military astral Remote viewer instructor and associate, Gerald O'Donnell since 1993 (approximately 25 years) and as stated by himself in very recent April 15, 2018 Facebook post, his experience upon first receiving Remote Viewer Instructor Mr O'Donnell's course 25 years ago and as quoted:

"When I received it, I opened it with quite a lot of anticipation. I was hoping there was something in the private sector that had techniques that were close to the techniques that I had been trained with while in "The Programs".

I was not disappointed. I was experiencing very vivid Lucid Dreams as well as a few Out Of Body Experiences within the first couple of weeks. Once I had worked through the course I began experiencing deep levels of consciousness that I had experienced through some of The Programs I was involved in."

Here we see Respondent's experience . . . 25 YEARS AGO . . . as having "very vivid Lucid Dreams." Now 25 years later Respondent expects Petitioner to believe he has developed no further astral or dream work abilities. And that he has little to no current dream recall. This is highly unlikely, especially taking into account Respondent is currently preparing to co-host a 'for profit' event with Mr. O'Donnell on May 26, 2018 in Boulder, CO. Showing Respondent continues to maintain a working relationship with Mr' O'Donnell and thereby the continued development of astral and dream abilities.

Respondent realized Petitioner was onto the Ruse De Guerre, via direct email, on December 27, 2017 at which time Respondent "synchronistically" began to try to hide evidence and posted "Please report the fake Corey Goode accounts to Facebook. CG" Noting, he did not specify which account/s to report, even though multiple inquiries by followers were commented in the replies below. Soon after this Facebook-Tweet post, Respondent alleged "Facebook had closed legitimate" accounts, which "synchronistically" happened to be the Facebook account where Petitioner had on various occasion receive a response from Respondent via a known to be legitimate account. This account also "synchronistically" was where Petitioner first asked Respondent if she was being dream hacked after having the intimate astral visit with Respondent and the subsequent Council meetings. To which no reply was given, though Respondent had seen what was asked. Eliciting tacit admission of guilt and through omission and avoidance and direct, willful, and knowing intent to manipulate Petitioner and thereafter obliterate, obfuscate and otherwise hide initial inquires in order to continue to perform the Ruse De Guerre strategy against Petitioner.

On JANUARY 1, of 2018

Respondent Associate and fellow Remote Viewer and Influencer, Mr. O'Donnell; remote influenced Petitioner to phone Mr. O'Donnell by him leading Petitioner to believe Mr. O'Donnell was her friend and interested in what she had to share. However, it became evident after the call it was for further complicit reconnaissance to be performed against Petitioner. Wherefore Mr. O'Donnell phoned from an alleged "land line" and lead Petitioner to believe he was her friend while extracting information about dark entity

removals, the AI, and in particular to see if <u>Petitioner had any military training, or if Petitioner had ever taken any of his courses, or read his latest article.</u> Mr. O'Donnell asked the last two parts twice, regarding his teaching, just to be certain. To which Petitioner replied, "no," twice. Mr. O'Donnell proceeded to tell Petitioner he wanted to hear more about her dark entity removal dreams and in particular the Giving the AI the code of love dream and how that was done. Mr. O'Donnell, told Petitioner she could find his email on his website and gave her the website address. After the call, Petitioner went to Mr. O'Donnell's website and found no email address and subsequently Petitioner tried using the phone number again as used only minutes prior for the approximate one hour call, just to get the email, instead Petitioner was directed to an "odd" and full voice mail type box. No message could be left. Petitioner later discovered after the defamation call from Mr. Richards on February 2, 2018, that Mr. O'Donnell seemed to have phoned from a similar type of phone 'service' number.

What is interesting to note is the dream shared with Respondent by email, prior to this phone call.

On DECEMBER 18, 2017 Petitioner shared dream recall information with Respondent regarding <u>Mr. O'Donnell and his teaching methods,</u> as to this point, Mr. O'Donnell had also been showing up in Petitioner's dreams. Petitioner had sometime soon after Eclipse of Disclosure, sent a Facebook friend request to Mr. O'Donnell, which was "synchronistically" accepted after the dream email shared on December 18 and prior the January 1, 2018 phone call along with some brief messaging with Mr. O'Donnell on Facebook. After Petitioner was unable to reach Mr. O'Donnell via the email fashion he stated, Petitioner posted the dream information to their messenger chat. As of the date of this notice, Mr O'Donnell has not viewed anything since in Messenger chat since January 4, 2018, when Petitioner shared the info requested.

After Respondent alleged in late December 2017 again to 'not be following Petitioner's dream journals closely' Petitioner, giving Respondent the benefit of the doubt, proceeded to send emails with content showing connections from her dreams to Respondent's subsequent posts, "updates," and more. Citing directly where she'd delivered information to Respondent and what he subsequently did, said, or posted directly in conjunction.

During the alleged "6 months" of "not" following Petitioner's dream journals closely and as Respondent became more aware Petitioner knew he was watching her, the "synchronic" gaps got smaller and smaller. Below are two example –

    <u>ON NOVEMBER 29, 2017 at 5:37 PM PETITIONER,</u> in reply to Respondent's tweet for donations on November 29 at 6:25AM donated to respondent and sent an email with financial income recommendations for Respondent, based on her dad's enormous success with events all throughout his business and marketing days. Petitioner included ideas and advice about <u>holding local events and rallying the local community</u> around Respondent and encouraged him forward in his activities and recommended holding local community events on a monthly basis and <u>how to expand</u> his business from there. Petitioner also sited making and selling items like cups and mugs to generate a stable income, citing with his following he should never be short on money. Petitioner also stated that whoever was managing his marketing, lord love them, but they weren't doing a very good job since he regularly alleged he was not making money.

    <u>ON NOVEMBER 30, 2017 at 3:50 PM RESPONDENT</u> "synchronistically" tweeted a link to his website stating <u>it was updated.</u> Respondent clicked on the "store" link to read the following "Corey does not feel right about charging for the delivery of his information to the public to cover his living and travel expenses. So this store has been created as an alternative…"

Obviously, charging money for products to help cover living expenses, while stating he was also "not" doing that too.

**ON JANUARY 12, 2018 at 9:50 AM  PETITIONER** informed Respondent she was starting a blog to publically share all the connections she had been seeing and sharing with Respondent since December of 2016.

**ON JANUARY 12, 2018  at 5:32 PM RESPONDENT** "Synchronistically" Facebook posted  that Full Disclosure Project (an affiliate or subsidiary) was seeking a talented, knowledgeable and inspired volunteer blogger.

Again, in light of Respondent alleging "not" to be reading emails this is yet again a "Stunning Synchronicity"

After more "Stunning Synchronistic" communications and Petitioner trying to contact Respondent and get answers regarding his use of her materials without attribution or remedy to Petitioner, then came the email from Respondent Associate Roger Richards to arrange the February call.

On February 2, 2018 came the final defamation Ruse De Guerre phone call, which was Respondent's final stage of closing the Ruse De Guerre tactic as perpetrated against Petitioner in a last effort to further defame Petitioner. Or so Petitioner thought this was the last attempt to defame her.

During the compilations and writing phase of this document, "synchronistically" on April 16, 2018 Petitioner woke to her mobile phone alarm clock at 7:03 AM and saw an email notification in her phone drop down menu, showing a message from Respondent Associate Roger Richards.  This particular email address is not known to Petitioner to be a publicly or mass used email address.  Petitioner wondered why Mr. Richards was email messaging her, especially after he'd specifically told her not to message them.  Petitioner clicked on the drop down notification and the email opened.  It was titled "Join Corey Goode and Gerald O'Donnell in Boulder" Petitioner, looked to ensure it was not an old message and saw the date and time of mailing was April 15, 2018 at 12:22 PM.  The image containing the details from the message failed to load. Petitioner backed out of the email to try to reload it.  Subsequently, the email completely disappeared. It was not in the trash, sent, inbox, or spam folder. It was completely gone.

Petitioner asserts this was done as harassment and to further try to defame and emotionally manipulate Petitioner in yet another Ruse De Guerre tactic designed to further defame her by trying to elicit a response via email to allege stalking.

Additionally, as of the start of writing this Notice Petitioner's daughter has "synchronistically" been having a lot of health issues and was kept home from school three days last week and was sent home feeling very sick the following week, on April 16, 2018, which is interesting to note since many people who intend to whistle blow on activities such as contained here, wind up personally having mysterious "synchronistic" sickness or those of their loved ones.

Therefore, due to the vast quantities of alleged "Stunning Synchronicities," facts, figures, occurrences, and events as presented and as evidence and contained herein and that which shall be further compiled should litigation be necessary for remedy, Petitioner asserts each occurrence of infringement to be a willful,

knowing, and criminal act with intent to defraud and otherwise swindle, manipulate, and take unfair advantage of Petitioner through the aforementioned Ruse De Guerre,  tactics, and techniques so contained herein by Respondent, James Corey Goode against Petitioner, Alyssa-Chrystie: Montalbano.

Continued infringement after the date of this mailing will results in additional fines and back payment of reasonable usage fees due since 2016 for the consistent and continued use of materials by Respondent. Pricing to be determined per the current market rates for all intellectual property infringements and current fair market rates for writers (17 USC 504), along with all associated legal fees (17 USC 505) incurred by Petitioner to remedy this situation.

Should Respondent wish to rebut anything stated herein they may do so with their own sworn and notarized statement of declaration with supporting evidence and on a point-by-point basis to be mailed to the Petitioner's address as contained herein <u>within 14 business days</u> of the date of this mailing and allowing for reasonable mailing time. Failure to respond constitutes acquiescence with everything stated herein and may be upheld in any court of law as true and correct.

Any legal proceedings shall be held in the state and county where Petitioner resides.

A courtesy copy of this notice has also been served on GAIA INC, CEO Jirka Rysavy, via USPS Certified Mail No. 7016 2070 0000 9810 9954, and Senior Director of Content Production at GAIA INC, Jay Weidner, USPS Certified Mail No. 7016 2070 0000 9808 6477 at the following address: 833 West South Boulder Road, Building G, Louisville, CO 80027, to notify of pending litigation, stop and desist orders, copyrighted infringements, and Offer for Remedy and that the public airing of cited episodes in direct infringement dispute as contained herein (17 USC §106A; 17 USC 503) may be court ordered for removal of broadcast.

In an effort to resolve this matter without litigation SECTION 5 - OFFER FOR REMEDY is being extended without prejudice and as contained on pages 41, 42, 43, 44 and 45 and Addendum (AOFRA) Acceptance of Offer For Remedy as Apprentice.

Signed this ̲1̲6̲ day of May, 2018
With Prejudice and All Rights Reserved,

Alyssa-Chrystie: Montalbano (UCC 1-308)
Owner ARI STONE ART LLC
Artist Ari Stone

State of ̲C̲O̲ County of ̲M̲e̲s̲a̲
Signed before me on this ̲1̲6̲ day
of ̲M̲a̲y̲ ̲2̲0̲1̲8̲ by ̲K̲i̲m̲b̲e̲r̲l̲y̲ ̲D̲ ̲B̲l̲o̲s̲s̲o̲m̲
Notary Public ̲K̲i̲m̲b̲e̲r̲l̲y̲ ̲D̲ ̲B̲l̲o̲s̲s̲o̲m̲

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016245
MY COMMISSION EXPIRES APRIL 26, 2022