**EXHIBIT 3** MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS

**Online Grievance Form**
Aug 10, 2018 6:40 PM

### I. General Information
Have you contacted the Client-Attorney Assistance Program?*
No

### II. Information About You
**Salutation**
Ms.

**First Name**
Alyssa

**Middle Name**
Chrystie

**Last Name**
Montalbano

**Address**
2536 Rimrock Ave Suite 400-117
Grand Junction, CO 81505

**Cell Phone**
970-250-8365

**Email Address**
AriStoneArt@Ymail.com

---

**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information visit our website at www.usps.com

Certified Mail Fee: $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage: $12.90

Total Postage and Fees: $

Sent To: The Office of Chief Disciplinary Counsel
Street and Apt. No., or PO Box No.: PO Box 13287
City, State, ZIP+4: Austin, Texas 78711

PS Form 3800, April 2015

(Flat Rate)
(Expected Delivery Date)
(Monday 08/13/2018)
Certified                    1
  (@@USPS Certified Mail #)        $3.45
  (70172620000071851106)
Return                       1
Receipt                                   $2.75
  (@@USPS Return Receipt #)
  (9590940233687227329051)

Total                                     $12.90
Credit Card Remitd                        $12.90

Includes up to $50 insurance

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may also visit www.usps.com or call 1-800-222-1811.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THE OFFICE OF CHIEF DISCIPLINARY COUNSEL
PO BOX 13287
AUSTIN, TEXAS 78711

9590 9402 3368 7227 3290 51

2. Article Number (Transfer from service label)
7017 2620 0000 7185 1106

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
  RECEIVED 08/ ... MAILCENTER
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

### II. Information About You - Additional
Do you understand and write in the English language?
Yes

August 10, 2018

# OFFICE OF THE CHIEF DISCIPLINARY COUNSEL STATE BAR OF TEXAS GRIEVANCE

COMES NOW, Alyssa Chrystie Montalbano, and for her grievance against attorney Valerie Yanaros Wilde, Texas State Bar No. 24075628, to state the following legal violations based in facts, law, and evidence:

I. Ms. Yanaros Wilde violated the following Texas Disciplinary Rules of Professional Conduct 'Knowingly' to assist her client Mr. James Corey Goode, located in the state of Colorado, to further perpetrate 'Fraud' and theft against Ms. Montalbano:

1. Rule 1.02(c)(d) – Assisted her client in fraudulent and criminal acts, to cause substantial injury to the interest and property (IP) of Ms. Montalbano;

2. Rule 3.01 - Frivolous claim, knowingly filed false evidence, along with false statements of facts, for a stalking claim with Broomfield, Colorado, Combined Courts, 18C103 on July 17, 2018;

3. Rule 3.02 - Unreasonably delayed case 18CV50 opened against her client, Mr. Goode, June 25, 2018 by Ms. Montalbano for fraud and theft of her

Intellectual Property and added unnecessary financial burden with the knowing intent to harass and maliciously injure Ms. Montalbano;

4. Rule 3.03(a) - Knowingly provided Broomfield Colorado Combined Courts false evidence and false statement of facts to open frivolous stalking case 18C103, July 17, 2018, by filing Ms. Montalbano's legal presentments as "stalking evidence;" and presentments having been sent to Mr. Goode and affected parties since April 18, 2018 for lawful response; and filed onto public record June 7, 2018, Reception No. 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER for use in litigation as evidence against Mr. Goode; and as filed in case 18CV50, Mesa County, Colorado June 25, 2018 for remedy and attribution due;

5. Rule 3.03(a)(3) Unlawful Ex Parte Hearing, July 17, 2018, to attain fraudulent Protection Order against Ms. Montalbano using Ms. Montalbano's legal presentments as "stalking evidence" along with adding in false statements about Ms. Montalbano in 'stalking' complaint.

6. Rule 4.01(a)(b) – Knowingly made false statements of material facts about Ms. Montalbano and failed to disclose to Broomfield Courts material facts, to knowingly assist in the fraud being perpetrated by her client, Mr. Goode.

7. Rule 4.03 – Knowingly and repeatedly attempted to mislead Pro Se party, Ms. Montalbano with misunderstanding. *(See attached emails and post mail)*

8. **Rule 4.04(a)(b) – Implemented frivolous stalking case against Ms. Montalbano to embarrass, delay, and burden her. Repeatedly threatened Ms. Montalbano with color of law and criminal charges (stalking) to gain an unethical advantage and attempted to prevent Ms. Montalbano's Pro Se participation in civil case 18CV50 opened against her client for fraud and theft.**

Ms. Montalbano states, it is reasonable to assume Ms. Valerie Yanaros Wilde, Texas attorney, should know what states she can and cannot lawfully practice in (Colorado). Therefore all correspondence sent to Ms. Montalbano as of June 5, 2018 from Ms. Yanaros Wilde were knowing acts of fraud performed in collusion with her client, Mr. James Corey Goode, in further criminal acts against Ms. Montalbano for Mr. Goode to continue to maintain his unethical use of Ms. Montalbano's Intellectual Property.

Please see the attached emails and correspondence with cited violations and rule infractions.

**Case Situation Brief**

1. **During 2017** Ms. Montalbano sent Mr. James Corey Goode (client of attorney Ms. Valerie Yanaros Wilde) vast amounts of Intellectual Property to his business email address. Subsequently, Mr. Goode and associates regularly and repeatedly used the materials in syndicated shows, for-profit events, teachings, or otherwise, during 2017.

2. **At no time during 2017** did Mr. Goode or any associate tell Ms. Montalbano to stop sending Intellectual Property, nor was stalking ever incited, while they enjoyed the benefits of Ms. Montalbano's IP.

3. **January 12, 2018** Mr. Goode retailored and or mutilated approximately 20 (twenty) of Ms. Montalbano's dream vision IP materials for his alleged Mega Update and whereby he disseminated Ms. Montalbano's IP publically as if it were his own.

4. Mr. Goode had associate, Roger Richards, have Ms. Montalbano phone him (Mr. Richard's) **February 2, 2018**. During call Ms. Montalbano was informed she is a security risk, to stop emailing, and to 'back off'. Ms. Montalbano complied.

5. Ms. Montalbano sent **one email April 1, 2018** noticing of **copyright issues** and started **due process of law April 18, 2018 citing** with specificity Mr. Goode's vast and regular use of her IP for his lawful response. Mr. Goode failed to respond, and was noticed silence was his acquiescence.

6. **Mr. Goode had Texas attorney, Ms. Valerie Yanaros Wilde start unlawful communications on his behalf with Ms. Montalbano June 5, 2018** with first communication being a frivolous and without merit presentment sent Federal Express and **whereby Ms. Yanaros Wilde and Mr. Goode began attempting**

to set up Ms. Montalbano as a stalker to avoid and evade Mr. Goode answering for his fraud and theft of Ms. Montalbano's IP materials. *(EXHIBIT I – frivolous presentment from Yanaros Law, PC, Ms. Yanaros Wilde dated June 5, 2018)*

7. <u>June 7, 2018</u> **Ms. Montalbano filed onto the public record the certified and uncontested presentments lawfully served on Mr. Goode since April 18, 2018,** Reception No 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER, for use in litigation as evidence. *(EXHIBIT J page 3 of 5 – list of certified documents filed – 77pages)* as of <u>June 11, 2018</u> reply from Ms. Montalbano to frivolous June 5, 2018 presentment; <u>Ms. Yanaros Wilde and Mr. Goode were noticed of such legal activities, were made aware of their legal violations and knew the presentments were for use in litigation against Mr. Goode as evidence of his Fraud and Theft of Ms. Montalbano's Intellectual Property.</u> *(EXHIBIT J – June 11, 2018 Lawful reply to frivolous presentment)*

8. **Ms. Yanaros Wilde repeatedly threatened Ms. Montalbano** with color of law and regularly threatened with stalking **during the months of June 2018 and into early August 2018** to impede, embarrass, delay, (TDRPC Rule 3.02; Rule 4.03; Rule 4.04(a)(b)) and cause substantial injury (TDRPC Rule 1.02(c)(d)) to Ms. Montalbano, knowing she was not licensed to practice law in the state of Colorado (TDRPC Rule 4.03) and knowing stalking charges were frivolous in an effort to gain an unethical advantage in civil case 18CV50 (TDRPC Rule

9. Ms. Montalbano opened a District Civil case, **18CV50**, against Mr. Goode <u>June 25, 2018</u> for remedy and attribution due in Mesa County, Colorado, District Court located at 125 North Spruce, Grand Junction, Colorado, 81502 using the publically filed evidence against Mr. Goode **to obtain a default judgement on her behalf** that would order Mr. Goode to stop and desist with the defamation of her character along with protecting her IP from further unlawful use by Mr. Goode. Since there was no controversy, per acquiescence and estoppel, a proposed order was made and filed with supporting motions and documents.

10. Ms. Montalbano <u>attempted to have Mr. Goode served the summons for case 18CV50</u> by Boulder County Sheriff's Office, civil officer, Mike Blea, <u>June 27, 2018</u>. Process was unserved due to Mr. Goode 'no longer working' at Gaia Inc. (Sheriff's Case Number C-18001458).

The following violations can be seen in the attached email correspondence between myself, Ms. Montalbano, and Ms. Valerie Yanaros Wilde from June 5, 2018 to August 6, 2018.

11. <u>July 1, 2018</u> Ms. Montalbano <u>requested of Ms. Yanaros Wilde cooperation to serve Mr. Goode summons for case 18CV50. No reply was received until July 13, 2018</u>. (Delaying case 18CV50; Rule 3.02; Rule 4.04(a))

12. Ms. Montalbano filed a Motion with Mesa courts, <u>July 3, 2018</u>, to Order summons by way of publication for case 18CV50.

13. Ms. Yanaros Wilde on <u>July 13, 2018</u> consented to 'electronic service.' Not an option for Pro Se litigants or out of state attorney. (violation TDRPC Rule 4.04(a) – delaying case; Rule 3.02; Knowing attempt to mislead Rule 4.03)

14. July 13, 2016 at 1:46pm Ms. Yanaros Wilde threatened Ms. Montalbano with color of law and criminal charges solely to gain an unfair advantage. (Rule 4.04(b)(1). Ms. Yanaros Wilde also knowingly made false statements against Ms. Montalbano, claiming Ms. Montalbano's presentments were 'vexatious,' 'baseless,' and without merit, in order to further assist her client Mr. Goode in his criminal act of fraud. (Rule 4.01(a)(b))

15. July 13, 2018 at 3:08pm Ms. Montalbano informed Ms. Yanaros Wilde her claims against Mr. Goode were based in facts, law, and evidence and granted permission for Ms. Yanaros Wilde to view her client's emails that were cited in presentments that would attest to such facts as true. Ms. Yanaros Wilde should have performed due diligence regarding her client's integrity at this point, if she had not already done so.

16. July 14, 2018, Ms. Montalbano still trying to negotiate proper service of Summons upon Mr. Goode with Ms. Yanaros Wilde for case 18CV50, Mesa County Courts. Ms. Yanaros Wilde is knowingly delaying case 18CV50. (Rule 3.02)

17. July 15, 2018 12:44pm more attempts were made by Ms. Yanaros Wilde on behalf of Mr. Goode to delay and threaten additional financial burden on Ms. Montalbano by threatening with removal to Federal Court, (Rule 3.02) through the use of Color of Law. Ms. Yanaros Wilde also made more knowingly false statements (Rule 4.01(a)(b) to assist Mr. Goode further in fraud (Rule 1.02 (d)) and offered again a coercive 'stalking contract' (Rule 1.02(c)) along with more stalking setup attempts against Ms. Montalbano.

18. July 15, 2018 2:35pm Ms. Montalbano informs Ms. Yanaros Wilde her offer to further violate Ms. Montalbano's rights are declined.

19. July 15, 2018 2:44pm email from Ms. Yanaros Wilde, 2 days prior Ms. Yanaros Wilde assisting her client in opening July 17, 2018 frivolous and without merit stalking case against Ms. Montalbano, no mention of the stalking case intentions.

20. July 20, 2018 at 11:19am email from Ms. Yanaros Wilde, after filing frivolous and without merit stalking case July 17, 2018 in the Broomfield, Colorado courts, Ms. Yanaros Wilde still does not mention anything about the situation to Ms. Montalbano and does not request to arrange for service of summons on Ms. Montalbano. Violation of Due Process, and knowingly misleading Ms. Montalbano to think they are cooperating with case 18CV50. (Rule 4.03)

21. July 23, 2018 at 10:27am Ms. Yanaros Wilde tells Ms. Montalbano by email that she has a stalking Protective Order hearing in Broomfield on July 24, 2018 at 3:30pm. A 5 hour drive for Ms. Montalbano and email seen around 11:30am. Ms. Yanaros Wilde failed to serve Ms. Montalbano or notice within a reasonable amount of time to allow for proper defense. Ms. Montalbano spent the next 13 hours writing her response and didn't sleep more than one hour prior driving and attending the hearing. Ms. Yanaros Wilde violated due process of law to maliciously injure Ms. Montalbano and her interests. (Rule 3.01; Rule 3.02; Rule 3.03(a)). Ms. Yanaros Wilde also knowingly offered the Broomfield courts false evidence by filing Ms. Montalbano's legal presentments as 'stalking evidence' (Rule 3.03(a)) in a blatant effort to further delay, embarrass, and burden Ms. Montalbano. (Rule 4.04(a)(b)).

22. July 23, 2018 at 1:35pm Ms. Yanaros Wilde further threatened Ms. Montalbano with Color of Law and criminal disciplinary actions to further coerce Ms. Montalbano with the temporary stalking Protection Order hearing (Rule 4.04(b)(1)) and cited the unlawful (evidentially) ex parte hearing where the Protective Order was attained by her client with fraudulent evidence on July 17, 2018. (Rule 3.03(a)(3)).

23. July 27, 2018 at 11:41am Ms. Yanaros Wilde again threatened Ms. Montalbano with Color of Law and criminal disciplinary charges to coerce, alleging Ms. Montalbano had violated the fraudulent temporary stalking Protection Order (PO) for mailing her client, Mr. Goode, certified copies of the records filed with the

GRIEVANCE VALERIE YANAROS WILDE

Page 9 of 11

courts on July 24, 2018 around 10:30am. Ms. Yanaros Wilde made it very clear the purpose for the Protection Order was to help her client Mr. Goode, avoid, evade, and delay case 18CV50 by threatening Ms. Montalbano via Color of Law to use police action to keep Pro Se litigant Ms. Montalbano from sending further legal documents to her client, Mr. Goode, rather than have Mr. Goode answer for his fraud and theft of Ms. Montalbano's IP. (Rule 1.02(c)(d); Rule 4.04(b)(1).

24. July 27, 2018 at 2:22pm Ms. Montalbano tells Ms. Yanaros Wilde to stop threatening with Color of Law and to behave civilly. She does not.

25. July 27, 2018 at 4:07pm Ms. Montalbano officially notices Ms. Yanaros Wilde to stop and desist all contact as she is not an attorney in the case. She does not.

26. July 28, 2018 at 9:58am Ms. Yanaros Wilde again threatened Ms. Montalbano with Color of law and criminal disciplinary actions to coerce, for the same certified mailing sent to Mr. Goode of papers filed with the Broomfield courts July 24, 2018 pre 3:30pm PO hearing as being a violation of the Protection Order that Ms. Montalbano had not even yet Vi Coactus (duress) signed. (Rule 4.04(b)(1). Ms. Yanaros Wilde also made further knowing false statements and stated Ms. Montalbano had threatened to violate the Protection Order, which Ms. Montalbano had not. (Rule 4.04(a)(b)).

27. August 6, 2018 Ms. Yanaros Wilde continued with Color of Law and presenting herself as legal representation for Mr. Goode and attempted to again mislead

(Rule 4.03) Ms. Montalbano to use her one continuance in the stalking case, in yet another attempt to setup Ms. Montalbano as a stalker for her client Mr. Goode's frivolous and without merit case, to gain an unethical advantage via criminal charges. (Rule 4.04(a)(b)). Ms. Montalbano has a completely clean record.

During this time, Ms. Yanaros Wilde also illegally presented herself as legal and lawful representation for Mr. Goode in case 18CV50, Mesa County, CO.

Therefore, for the aforementioned facts, laws, and evidence presented herewith, Ms. Montalbano respectfully files this grievance against Ms. Valerie Yanaros Wilde to prevent and stop any and all further harassment, coercion, use of color of law, and fraud being perpetrated by Ms. Valerie Yanaros Wilde, Texas State Bar No. 24075628, against Ms. Montalbano and by extension others.

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Alyssa Chrystie Montalbano, American Citizen
State of CO, County of Mesa
Signed before me on this 10 day
of August, 2018, by Kimberly D Blossom
Notary Public Kimberly D Blossom

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084016246
MY COMMISSION EXPIRES APRIL 26, 2022

Search results - purplemagus374@gmail.com - Gmail

Page 1 of 1

List of Emails between Ms. Montalbano & Ms. Yanaros Wilde June 5, 2018 to August 6, 2018

**Gmail**

valerie@yanaroslaw.com

COMPOSE

Inbox
Starred
Sent Mail
Drafts (45)
...
Google
...

More labels

☆ Alyssa
:)

No recent chats
Start a new one

| | | | | |
|---|---|---|---|---|
| ☐ | yanaroslaw | | valerie@yanaroslaw.com | |
| ☐ | yanaroslaw | Inbox | Motion for Continuance/Extension of Time - Ms. Montalbano: Please see attached courtesy copy | Aug 6 |
| ☐ | yanaroslaw | Inbox | Re: VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MON | Jul 28 |
| ☐ | me | | Re: VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MONTALBAI | Jul 27 |
| ☐ | me | | Re: VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MONTALBAI | Jul 27 |
| ☐ | yanaroslaw | Inbox | VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MONTAL | Jul 27 |
| ☐ | yanaroslaw | Inbox | Prompt Attention Required: Hearing on Permanent Protection Order, Broomfield County Com... | Jul 23 |
| ☐ | yanaroslaw | Inbox | Address for Service - Ms. Montalbano, Can you please provide an address for service of proces | Jul 23 |
| ☐ | me | | Re: Reply to Motion to Dismiss - valerie@yanaroslaw.com> wrote: Thank you, Ms. Montalbano. Yes, ple | Jul 20 |
| ☐ | yanaroslaw | Inbox | Re: Reply to Motion to Dismiss - Thank you, Ms. Montalbano. Yes, please send along an e-cop) | Jul 20 |
| ☐ | me | | Reply to Motion to Dismiss - Ms. Yanaros Wilde, This is a courtesy notice that a reply to the Motion to Di | Jul 19 |
| ☐ | yanaroslaw | Inbox | Re: Court Summons Service Location Requested - Ms. Montalbano: Apologies, motion attached | Jul 15 |
| ☐ | me | | Re: Court Summons Service Location Requested - Ms. Yanaros Wilde, Please see there is no attached | Jul 15 |
| ☐ | yanaroslaw | Inbox | Re: Court Summons Service Location Requested - There is another option that we have choser | Jul 15 |
| ☐ | me | | Re: Court Summons Service Location Requested - valerie@yanaroslaw.com> Date: 7/13/18 1:46 PM (C | Jul 14 |
| ☐ | me | | Re: Court Summons Service Location Requested - Ms. Yanaros Wilde, FYI... I phoned the courts before | Jul 13 |
| ☐ | yanaroslaw | Inbox | Re: Court Summons Service Location Requested - valerie@yanaroslaw.com> wrote: Alyssa: I a | Jul 13 |
| ☐ | me | | Re: Court Summons Service Location Requested - valerie@yanaroslaw.com> wrote: Alyssa: I am autho | Jul 13 |
| ☐ | yanaroslaw | Inbox | Re: Court Summons Service Location Requested - Alyssa: I am authorized to accept service on | Jul 13 |

1-22 of 22

[Rotated screenshot of Gmail inbox search for "valerie@yanaroslaw.com"]

Gmail — Google

URL: https://mail.google.com/mail/u/0/#search/valerie%40yanaroslaw.com

Find on page: fraud — No results

Search: valerie@yanaroslaw.com

COMPOSE

Inbox / Starred / Sent Mail / Drafts / All Mail / Business Contacts / DreamWalker Docs / Georgia / Jeremy

| | From | Subject | Date |
|---|---|---|---|
| | me | Re: Reply to Motion to Dismiss - valerie@yanaroslaw.com wrote: Thank you, Ms. Montalbano. Yes, ph. se... | Jul 20 |
| | yanaroslaw | Re: Reply to Motion to Dismiss - Thank you, Ms. Montalbano. Yes, please send about an... Con... | Jul 20 |
| | me | Reply to Motion to Dismiss - Ms. Yanaros Wilde, This is a courtesy notice that a reply to the Motion to D... | Jul 19 |
| | yanaroslaw | Re: Court Summons Service Location Requested - Ms. Montalbano, Apologies, motion attached. @... | Jul 16 |
| | me | Re: Court Summons Service Location Requested - Ms. Yanaros Wilde, Please see there is no attached... | Jul 15 |
| | yanaroslaw | Re: Court Summons Service Location Requested - There is another option that we have chosen... | Jul 15 |
| | me | Re: Court Summons Service Location Requested - valerie@yanaroslaw.com> Date: 7/13/18 1:46 PM (C... | Jul 14 |
| | me | Re: Court Summons Service Location Requested - Ms. Yanaros Wilde, FYI... I phoned the points before... | Jul 13 |
| | yanaroslaw | Re: Court Summons Service Location Requested - valerie@yanaroslaw.com wrote: Alyssa, I a... | Jul 13 |
| | me | Re: Court Summons Service Location Requested - Alyssa: I am authorized to accept service on... | Jul 13 |
| | me | Court Summons Service Location Requested - Please provide me with a location and time where Mr. G... | Jul 13 |
| ☆ | yanaroslaw | Voicemail From Earlier Today (June 19, 2018) - Alyssa: In follow-up to my voicemail from me this m... | Jun 19 |
| | yanaroslaw | Motion for Protective Order: Goode/Montalbano - Alyssa See attached redacted Motion for Prot... @ | Jun 18 |
| | yanaroslaw | CEASE AND DESIST: Trademark and Related Intellectual Property infringement of IP Related... @ | Jun 15 |

Some messages in Trash or Spam match your search. View messages.