EXHIBIT 4 MOTION FOR REMAND
(1 of 9) FOR MULTIPLE VIOLATIONS
OF DUE PROCESS

May 16, 2018

# FINES & FEES

## For Intellectual Property Use and Copyright Infringement – Due Immediately

For failure to respond the following fine and fees are hereby implemented and made due immediately as of the date of this notice;

For any and all uses of Petitioner's Intellectual Property and Copyrighted Materials by Respondent from December 1, 2016 through April 20, 2018; the Following Fines and Fees Outlined Below are due immediately:

- $150/hr for Petitioner's research, locating additional infringements, and legal services.

- Any and all Expenses Incurred for

- 50% of any and all royalties as received by Respondent from GAIA INC for any and all Cosmic Disclosure episodes utilizing Petitioner's Intellectual Property and Copyrighted Materials and as sent in error since 2016.

- 50% of any royalties received by Respondent in any capacity from any form of medium that utilizes Petitioner's intellectual property or copyrighted materials.

- $200 Fine per episode of Cosmic Disclosure utilizing Petitioner's Intellectual Property in any capacity.

- $100 Fine for each individual use of intellectual property and copyrighted materials contained within an episode.

- $300 Fine for each use within any medium, to include but not limited to: print, television, radio, Internet, and any other medium as of yet to be developed or discovered.

- $150 Fine for each Respondent Associate use.

- $100 Fine for each "synchronistic" use.

- $700 Fine for dissemination of Petitioner's dream information and intel at public events, teachings, or other similar workshops online or offline.

- $1500 Fine per mutilation of intellectual property and Copyrighted Materials in any medium.

- $50 fine per day for late payment

Additionally, the above outlined fines and fees are <u>doubled</u> for any and all uses <u>after April 20, 2018.</u> Fines and fees may be collected from Respondent's wages, social security, tax returns, businesses, and any other source of income for remedy due Petitioner.

Signed with Prejudice,

State of CO, County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly D Blossom
Notary Public [signature]

Alyssa-Chrystie Montalbano
Alyssa Montalbano (UCC 1-308)

FINES & FEES For Intellectual Property Use and Copyright Infringement - Due Imm...

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 16, 2022

EXHIBIT 4
(2 of 9)

# Certified Billing Statement 001

### Fines and Fees Due Immediately

Certified Mail#    7018 0680 0002 3149 0623

Date:    May 16, 2018

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

## Hourly Rate $150 for 32.75 hours DUE $4,912

### Abbreviations

| FEE | Abbreviations |
|---|---|
| $100 per dream cited | IU = Individual Use of Petitioner cited dreams |
| $200 per Episode | CD = Cosmic Disclosure |
| $300 per use | U = Use by Respondent |
| $700 per use | D = Dissemination of Information |
| $150 per use | RAU = Respondent Associate Use |
| $100 per use | S = "Synchronistic" Use |
| $300 per use | M = Medium Use – TV, Print, Internet, etc |
| $1,500 per MU | MU = Mutilation |
| $150 per day | LF = Late Fee, failure to fix or remove mutilated instances cited after date of this notice |
| 50% Royalties | R = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
| 1 | 2-2 | 100 IU; 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R | 1,700 |
| 2 | 2-3 | 300 IU (3x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R | 1,900 |
| 3 | 2-4 to 2-5 | 500 IU (5x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R<br>1,500 MU Cern electronic net used to kill rather than capture | 3,600 |
| 4 | 2-6 | 100 IU; 300U; 700 D; RAU; 100 S; 300 M; 50% R<br>1,500 MU Axe story leads to murder rather than love | 3,000 |
| 5 | 2-7 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R<br>1,500 MU – containment bubble used for murder rather than healing | 3,100 |
| | | Page Total | 18,212 |

EXHIBIT 4
(3 of 9)

| No. | Instance | Uses | Due |
|-----|----------|------|-----|
| 6 | 2-8 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,500 |
| 7 | 2-9 to 2-10 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R; 1,500 MU creating fear and disharmony with other species | 2,600 |
| 8 | 2-11 | 100 IU; 900 U (3x); 700 D; RAU; 500 S (5x); 300 M; 50% R; 1,500 MU off world marriage, crediting a male bird as emitting the love | 4,000 |
| 9 | 2-12 to 2-13 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU of AI experiences code of love given and healing them | 3,200 |
| 10 | 2-14 to 2-15 | 400 IU (4x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,800 |
| 11 | 2-16 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; 1,500 MU implying SSP community can't work together | 3,000 |
| 12 | 2-17 | 100 IU; 300 U; 700 D; 500 S (5x); 300 M; 50% R; 1,500 MU space object as useless, rather than to power and clean planet | 3,400 |
| 13 | 2-18 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU Gruesome story dead animal skin chunks | 3,200 |
| 14 | 2-19 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 15 | 2-20 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 16 | 2-21 | 400 IU (4x); 200 CD; 1,200 U (4x); 2,800 D (4x); 400 S (4x); 300 M; 50% R; 1,500 MU emotion hand held device to be used for love & healing not just for fear or info sending about others | 6,800 |
| 17 | 3-1 | 100 S (2x); 150 RAU (2x) – Massive Dream 3 days ago DW | 500 |
| 18 | 3-2 to 3-3 | 100 S; 200 CD; 150 RAU; 700 D –Spaceship as Car | 1,150 |
| 19 | 3-4 | 100 S; 150 RAU; 700 D; 300 M – Space X Launch | 1,250 |
| 20 | 3-5 | 200 S (2x) – Robots; Spain Safe | 200 |
| 21 | 3-6 | 100 S; 150 RAU; 700 D; 300 M - Hugs | 1,250 |
| 22 | 3-7 | 100 S; 150 RAU; 700 D; 300 M – ET Exchange Program | 1,250 |
| 23 | 3-8 | 100 S; 150 RAU; 300 M – Square crafts | 550 |
| 24 | 3-9 | 100 S; 150 RAU – Pipe JS | 250 |
| 25 | 3-10 | 100 S – Blue Avian Link | 100 |
| 26 | 3-11 | 100 S – want you | 100 |
| 27 | 3-12 to 3-13 | 100 S – cheeks | 100 |
| 28 | 3-14 | 100 S – F2B shirt | 100 |
| 29 | 3-15 | 100 S; 150 RAU – Tarot Lovers 2x | 250 |
| 30 | 3-16 | 100 S - Pence | 100 |
| 31 | 3-17 | 100 S; 150 RAU – Skull DW | 250 |
| 32 | 3-18 | 100 S; 150 RAU – Bullet DW | 250 |
| 33 | 3-19 | 100 S; 150 RAU – Obelisk DW | 250 |
| 34 | 3-20 | 100 S - family nerves | 100 |
| 35 | 3-21 | 100 S – Putin Portals | 100 |
| 36 | 3-22 | 100 S – Game Changer | 100 |
| 37 | 3-23 | 200 S (2x); 150 RAU – "vivid" dream, RFID chip head Dr. MS | 350 |
| 38 | 3-24 | 100 S; 150 RAU – Triangle crafts lots Dr MS | 350 |
| 39 | 3-25 | 100 S – Rods of God | 100 |
| | | Page Total | $41,500 |

EXHIBIT Y
(4 of 9)

| No. | Instance | Uses | Due |
|---|---|---|---|
| 40 | 3-26 | 100 S - TOAST | 100 |
| 41 | 3-27 | 100 S; 200 CD; 150 RAU; 700 D; 300 M – Draco 1/3 good | 1,450 |
| 42 | 3-28 | 100 S - KA | 100 |
| 43 | 3-29 | 100 S – Eye Surgery re-mentioned | 100 |
| 44 | 3-30 | 100 S – Father Son Patch Up | 100 |
| 45 | 3-31 | 100 S; 150 RAU – Edgar Casey look-a-like DW | 100 |
| 46 | 3-32 | 100 S – Vegetarian | 100 |
| 47 | 3-33 | 200 S (2x); 150 RAU – MJ-12 False Flags, Beta | 350 |
| 48 | 3-34 | 100 S – Eric Raines | 100 |
| 49 | 3-35 | 100 S – Chevron shape | 100 |
| 50 | 3-36 | 100 S – Parallel Universe | 100 |
| 51 | 3-37 | 100 S; 150 RAU - GWAR | 250 |
| 52 | 3-38 | 100 S – Event Phili | 100 |
| 53 | 3-39 | 100 S; 150 RAU – Vampire Dr MS | 250 |
| 54 | 3-40 | 100 S – Black n White Mosaic Tiles | 100 |
| 55 | 3-41 | 100 S – Flu Vaccine Virus | 100 |
| 56 | 3-42 | 100 S – Why Me | 100 |
| 57 | 3-43 | 100 S – 1950's | 100 |
| 58 | 3-44 | 100 S; 150 RAU – Slander TY | 250 |
| | | Page Total | $3,950 |
| | | **GRAND TOTAL** | **$63,662** |

Payments are to be made to: Alyssa Montalbano, and mailed to the address above.

Signed with Prejudice,

*Alyssa-Chrystie Montalbano*

Alyssa Montalbano (UCC 1-308)

State of CO, County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly Blossom
Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20084016846
MY COMMISSION EXPIRES APRIL 26, 2022

Certified Billing Statement 001 Fines and Fees Due Immediately

Exhibit 4
(5 of 9)

# CERTIFICATE OF SERVICE

It is hereby certified, that on May 29, 2018, the undersigned mailed to the following addresses:

| | |
|---|---|
| James Corey Goode<br>GOODE MEDIA PUBLISHING, LLC<br>GOODE ENTERPRISE SOLUTIONS INC<br>1140 US Highway 287<br>Suite 400-266<br>Broomfield, Colorado 80020 | James Corey Goode<br>C/O: GAIA INC<br>833 West South Boulder Road<br>Building G<br>Louisville, Colorado 80027 |

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. Certified Billing Statement 002

2. Courtesy Copy of this Certificate of Service

by Certified Mail No. 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7018 0680 0002 3149 0654 and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. 7018 0680 0002 3149 0678 at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 29 day of May 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie Montalbano*

Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this 29 day of May 2018 by Kimberly Blossom
Notary Public *Kimberly Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20004016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 29, 2018

EXHIBIT 4
(6 of 9)

# Certified Billing Statement 002

### Fines and Fees Due Immediately

| | |
|---|---|
| Certified Mail# | 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 |
| Date: | May 22, 2018 |
| Petitioner: | Alyssa-Chrystie: Montalbano<br>ARI STONE ART LLC<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 |
| Respondent: | James Corey Goode<br>GOODE MEDIA PUBLISHING LLC<br>GOODE ENTERPRISE SOLUTIONS INC<br>1140 US HIGHWAY 287<br>SUITE 400-266<br>BROOMFIELD, COLORADO 80020 |

**Hourly Legal Services Rate $150 for 6 hours DUE $900**

### Abbreviations

| FEE | Abbreviations |
|---|---|
| $100 per instance cited | IU = Individual Use of Petitioner cited images |
| $200 per Episode | CD = Cosmic Disclosure |
| $300 per use | U = Use by Respondent |
| $700 per use | D = Dissemination of Information |
| $150 per use | RAU = Respondent Associate Use |
| $100 per use | S = "Synchronistic" Use |
| $300 per use | M = Medium Use – TV, Print, Internet, etc. |
| $1,500 per MU | MU = Mutilation |
| $100 per day | LF = Late Fee, failure to fix or remove mutilated instances cited after date of this notice. |
| 50% Royalties | R = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
| | Pg 42 | 300 IU (3x); 200 CD; 300 U; 700 D; 150 RAU; 300 S (3x); 300 M; | $3,450 |
| | | 50% R | TBD |
| | | Amount Due (minus royalties To Be Determined – TBD) | $4,350 |

Payments are to be made to: Alyssa Montalbano, and mailed to the address above.

EXHIBIT 4
(7 of 9)

The following evidence corresponds with "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED" Page 42, Paragraph 7, as evidence for allegation contained therein.

1. **On June 30, 2017** PETITIONER shared via AriStoneArt@Ymail.com with Respondent at SphereBeingAlliance@gmail.com the contained intellectual property dream titled " Faery Village" along with dream in *"Large Garage – Things Crash" and in storage area. Up on balcony (upstairs) area things crash into a heap.*

2. **On November 10, 2017** PETITIONER shared via PurpleMagus374@gmail.com with Respondent at SphereBeingAlliance@gmail.com intellectual property where a *box falling from above 'crashes'* in the garage *at home* with a loud "WHAM."

3. **On September 4, 2017** PETITIONER shared from PurpleMagus374@gmail.com with Respondent at SphereBeingAlliance@gmail.com intellectual property containing a dream experience where she protects (takes away) a *Chihuahua (animal)* from an abusive *serial killer man wearing denim jeans*, dirty plaid shirt, and dirty wife beater tank underneath, standing with a handful of bad 'white lab coat' veterinarians watching. Petitioner gives Chihuahua to good vets to look over to ensure ok (*friendlies*) and threatens killer guy *(others)* if he 'tries' to come back to harm the 'Chihuahua' he'd be in big trouble and *phoned the cops* ('alliance') on him, *while continuing to look over at the guy to ensure he wasn't going to try to kill her in broad daylight*. Cops arrive and try to sketch his likeness but *don't really seeing the guy*, even though he was being pointed out to them. Petitioner *uncertain but thought killer might try to come back later that night* because he was being *threatened* and asks good female vet where to buy a small *hand held pistol* for protection in case needing it to defend herself from the guy *within the next 2 or 3 days*.

4. Refer to *"Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED"* pages 5, 6, 7, 12, 15, 17, 19, 20, 23, 25, 33, 34, 35, 36, 39, 42 for already cited *portal, time travel, and dimension dreams*.

   *Some email dates where notable dreams or information related to time travel, portals, and dimensions were shared with Respondent by Petitioner as book like documents* (photos of writings in dream journal books):

   Time Travel / Timelines/ Time - June 26, 2017; July 2, 2017; July 8, 2017; July 10, 2017; July 11, 2018, August 4, 2017, August 11, 2017, August 14, 2017, August 30, 2017 October 18, 2017; October 21, 2017

   Portals – June 15, 2017; July 1, 2017; July 2, 2017; July 8, 2017; July 10, 2017; August 14, 2017; October 11, 2017; October 13, 2017; October 16, 2017, November 13, 2017

   Dimensions – June 15, 2017; July 2, 2017; July 23, 2017; August 2, 2017; August 14, 2017; October 9, 2017; October 11, 2017; November 9, 2017; December 16, 2017

   Dark Matter – July 3, 2017; October 10, 2017

EXHIBIT 4
(8 of 9)

Refer to page 42, paragraph 7, in AMENDED Courtesy Notice; for mention related to the following episode (CD S9E3) citing Respondent's willful and planned further use and dissemination of Petitioner's 'non-technical' dream experiences without remedy or attribution to Petitioner, regarding portals, dimensions, time travel, and similar related information.

Also refer to copyrighted book "DreamWalker Dream Diary Adventures of Enetka Tuline & the Trizad of Peace" by Ari Stone ISBN-13: 978-0-9969608-1-6 for stargate experience, portal travel, and more.

**On December 19, 2017** Cosmic Disclosure Season 9, Episode 3, titled "Inner Earth in Crisis" RESPONDENT alleges:

**A.** – in airport alleging being followed, one *'friendly' others not*. Respondent shows video footage of his *denim jeans*. (26:20) (see number 3)

**B.** –Later in episode Respondent alleges having an experience of having, and intentionally being non-specific, mention about 3 *book-size like Documents* containing formulas and technical data and info about wormholes, warp drives, and etc. Recommended by 'alliance' guy to get them authenticated. (29:00) (see number 4)

**C.** (30:20) *Pistol gun taken out to threaten* Respondent in pawn 'authentication' type shop, by guy who subsequently stole documents. He's *not killed in broad daylight*. Respondent goes *home* shaking. *Later that night* Respondent alleges he and his wife *hear something like a box fall over (crash)* in the 'attic' *(upstairs)* (30:55) and they think its "*animals*" – *squirrels (approximately Chihuahua sized animal)*. (31:00) Respondent says he'll check it out in the morning. (see number 1, 2, and 3)

**D.** In morning Respondent goes and sees *lots of boxes in disarray (a heap)* and alleges the other 2 technical documents stolen, (31:15). (see number 1 and 2)

**E.** Respondent Associate, David Wilcock, 'synchronistically' interjects asking if maybe someone "*ziplined in*" from a "*helicopter*" . . . (see 2-21 #4 in legal document "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED" dated May 16, 2018.)

**F.** Respondent then alleges receiving documents from the "Alliance" of *'non-classified' and 'non-technical' info about traversable wormholes, stargates, negative energy, warp drive, dark energy, and the manipulation of extra dimensions*. (31:20) to reveal in a 'certain way' for others in the programs (technical) to start coming out with their info.

(32:20) Respondent Associate, Mr Wilcock, interjects thinking the original 3 documents stolen not such a big deal due to them being only *theoretical about wormholes, portals, time travel*. Respondent clarifies, those 3 were technical and *new ones from 'the alliance' are non-technical*.

(33:00) Respondent then states they'll be setting up protected internet site portals for scientists and engineers to contact them, share information, and *have the source remain anonymous*.

An obvious retailoring of dreams as being Respondent's own personal experiences, where boxes crash and thinking it a Chihuahua sized animal (squirrel) knocking over boxes upstairs after alleging being held at gun point with a



EXHIBIT 4
(9 of 9)

pistol in broad daylight by a guy who doesn't kill him. Followed by the subsequent storyline that matches the dream experiences, all being alleged as Respondent's own personal life experience; setting the scene for further use and mutilation of Petitioner's dreams by stating the 'alliance' gave him non-technical information about portals, time travel, dimensions, etc, and that he's opening an 'anonymous 'internet based information portal where more 'secret' information from 'others' is expected to be gleaned whereby no one will know who any of these alleged sources are 'freely sharing' information.

Respondent is to immediately remedy Petitioner for the amount contained herein by the 15th of June 2018.

Should Respondent choose to rebut anything in this Certified Billing Statement 002; Respondent is to do so within 14 calendar days of the date of this mailing, on a point by point basis, with his own sworn and notarized response in accordance with the Notice of Written Correspondence, dated April 18, 2018.

Signed with Prejudice, This 29 Day of May 2018

*Alyssa-Chrystie: Montalbano*

Alyssa Montalbano (UCC 1-308)

State of CO County of Mesa
Signed before me on this 29 day
of May 2018 by Kimberly D. Blossom
Notary Public *Kimberly D. Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084016946
MY COMMISSION EXPIRES APRIL 26, 2022