**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-02060-RM-STV

ALYSSA-CHRISTIE MONTALBANO,

     Plaintiff,

v.

JAMES COREY GOODE,

     Defendant.

---

**ORDER REASSIGNING MAGISTRATE JUDGE**

---

THIS MATTER is before the Court *sua sponte*. This matter has its factual nexus in Mesa County. According to the Court's Revised Jury Plan for Random Jury Selection, this case is therefore properly designated for Jury Division 3. Because the jury will be drawn from that Division, it is appropriate that the case be managed, for pretrial purposes, by Magistrate Judge Gallagher in Grand Junction. Accordingly, pursuant to D.C. Colo. L. Civ. R. 40.1(a), and as approved by the Chief Judge of the Court, the undersigned directs that the Clerk of the Court reassign this action to Magistrate Judge Gallagher as the referral judge.

It is therefore **ORDERED** that the above-captioned matter is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG.

DATED this 5th day of September, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge