**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FOR THE DISTRICT OF COLORADO**

SEP 05 2018

JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-STV |
| | § | |
| v. | § | |
| | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |
| | § | |

## OBJECTION TO NOTICE OF REMOVAL

Comes now, Plaintiff in error, Alyssa Chrystie Montalbano, and Objects to the Notice of Removal, for violation of due process of law by Defendant in error, James Corey Goode, and Texas Attorney, Valerie Yanaros Wilde, for violating the following Rules:

A.      **28 USC 1446(b)(1) failure to remove case 18CV50 within 30 days** of Defendant accepting Summons on July 18, 2018; through failure to notice the Mesa District Civil Courts of removal within 30 days of Defendant acceptance of Summons (due date was on or by August 17, 2018).

**B.**      **D.C.COLO.LCiv.R 81.1 failure to file a removal notice and/or docket sheet with Mesa District Courts within 14 days** of filing with the Denver Federal Courts on August 13, 2018. (due date was on or by August 27, 2018)

**C.**      **28 USC 1446(a) failure to be Removed in accordance with Federal Rules of Civil Procedure Rule 11,** whereby Defendant and Attorney open vexatious and multiple cases to further burden, impede, harass, evade, and restate old arguments of stalking or similar frivolous allegations against Plaintiff to new courts in efforts to gain unfair advantages and to further burden Plaintiff with repeat motions, replies, and additional litigation costs.

**D.**      **Federal Rule of Civil Procedure Rule 37(a)(4), Defendant by and through Texas Attorney has been evasive in answers and responses** since initial delivery of complaint to Defendant dated April 18, 2018 and received on or about April 20, 2018 by Defendant.

**E.**      **Constitution of the United States of America, Defendant by and through Texas Attorney has failed to follow Due Process of law** (*Bill of Rights, Amendment XIV*), and thereby Texas Attorney has perjured her Oath of Office to the Constitution in assisting her client, Defendant, in opening a vexatious case; 1:18-cv-02060-STV.

**F.**      **The Colorado State Constitution, Defendant by and through Texas Attorney failed to follow Due Process of law** (*Article II, section 25*). Texas Attorney, Valerie Yanaros Wilde has perjured her Oath of Office to the Colorado Constitution by having been admitted to practice in this honorable Colorado Federal Court and accepting such jurisdiction.

## REPLY TO NOTICE OF REMOVAL NUMBERS 1 THRU 8

**1)**      **Instant case 18CV50 was opened on Constitutional grounds** for fraud and theft of Plaintiff's private property by Defendant **and for his violation of Plaintiff's Constitutional rights** and in particular Defendant stole private property from Plaintiff. The Constitution clearly states private property is not to being taken for public or private use without consent, *(Colorado Constitution, Article II, Section 14 and 15)*. Case 18CV50 was not opened on statutory grounds in general or statutory copyright grounds in specific and was opened pursuant to Due Process of Law with the State and National Constitutions **in accordance with any presiding Judge's Oath of Office** to the Constitutions granting authority in matters of Constitutional law. **Whereby lawful rulings may**

be made by any presiding judge, officers, wards of the court, and/or jurors, in accordance with thier Oath of Office to the State and National Constitutions.

Defendant and Texas Attorney were <u>Noticed of Constitutional Law precedence</u> on <u>May 16, 2018</u> and failed to rebut anything contained in the lawfully served presentment (Document 12-1 at 53 thru 58) and thereby acknowledged their acquiescence and agreement to Constitutional grounds.

2)   Correct.    Except, Service by Publication became unnecessary as Defendant also appeared on July 18, 2018 by way of filing a response in case 18CV50. Additionally, Defendant by and through Texas Attorney evaded agreeing to a second Summons service attempt being performed by Civil Officer Mike Blea and as cited in Texas Attorney Grievance. (Exhibit 3 - Motion for Remand for Multiple Violations of Due Process)

3)   Correct.    Except, Pro Se Defendant, James Corey Goode in case 18CV50, violated due process of law and failed to serve a copy of his July 30, 2018 filing to Plaintiff for lawful response. (FRCP 5) Plaintiff

only knew of this filing since Defendant and Texas Attorney opened a brand new case that they unlawfully alleged as a lawful Removal of case 18CV50 to Denver Federal Court as Case 1:18-cv-02060-STV; and whereby the original complaint dated April 18, 2018 arrived to Defendant on or about April 20, 2018 and the amended complaint dated May 16, 2018 arrived on or about May 18, 2018 to Defendant and affected parties for response. To which Defendant and attorney failed to respond.   Case 18CV50 Summons included a summary of the complaint and relief sought by way of the Proposed Order (Document 12-1 at 14 thru 17) seeking a default judgment as there was no controversy in accordance with Due Process of Law.

4)    **This court _does not_ have jurisdiction of this matter because of reasons A thru F above, 1 thru 8 here,** and for all the reasons cited in "MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS," which reveal case 1:18-cv-02060-STV is a vexatious and mutiplicitous case, as this is the second case Defendant and Texas Attorney opened incorrectly, unlawfully, and separate to case 18CV50, rather than responding to the original complaint and content within the proper court and jurisdiction.

5)      This court **does not** have jurisdiction of this matter under **trademark claims 18 USC 1331 and 1338 because of A thru F above, 1 thru 8 here, and for violations contained in** MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS. Any ruling to uphold Defendant Removal of case 18CV50, as being 1:18-cv-02060-STV, by and through Texas Attorney via their cited statutes **is in direct violation of Due Process of Law and upholding violations of due process of law by any presiding judge, magistrate, officer of the court, and/or jury member, is direct perjury of an Oath of Office taken to the State and National Constitutions to uphold Due Process of Law**, including Texas Attorney's Oath of Office to the same Constitutions.

Therefore to **proceed in Federal court any further will be a direct matter of contention for Federal Rule of Civil Procedure Rule 5.1 where this matter will be formally challenged on Constitutional grounds as being repugnant to the Constitution** and as perjury of an Oath of Office to the State and National Constitutions for knowing and willing violations of Due Process of Law.

6)      **Defendant, by and through Texas Attorney, has failed to file all the documents from case 18CV50 with this honorable Federal court.**

7)   **Mr. Goode accepted service of summons by way of appearing July 18, 2018 in case 18CV50.**

8)   **Defendant by and through Texas Attorney have not been in compliance with Removal Procedures,** see A thru F above, plus numbers 1 thru 7 above and MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS.


**Therefore, Plaintiff moves this honorable court** to dismiss Defendant in errors brand new and vexatious case 1:18-cv-02060-STV **by way of remand for** all the aforementioned reasons, Constitutional Law violations, **direct Rule violations**, and further Due Process violations as contained in MOTION FOR REMAND FOR MULTIPLE VIOLATIONS OF DUE PROCESS and supporting Exhibits.

Presiding officers, judges, magistrates, jurors, and any other individual holding offices of public trust must make decisions and rulings in accordance with their Oath of Office to the National and State Constitutions in this matter and whereby it was sworn to (sic)   *" . . . support the Constitution of the United States, the Constitution of Colorado, and the laws of the state of Colorado, and will faithfully perform the duties of the office of _____ upon which I am about*

*to enter to the best of my ability.*" and this honorable court and presiding offers are bound by their own Oath of Office to rule in accordance with said Oath.

Respectfully Submitted and All Rights Reserved,

*Alyssa-Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **OBJECTION TO NOTICE OF REMOVAL** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0002 3148 5926; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this <u>4th</u> day of September, 2018.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

EM0336571911US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL EXPRESS™**

## ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $

Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $

Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $

Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $

Weight ___ lbs ___ ozs | ☐ Flat Rate | Acceptance Employee Initials

### DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996

**3-ADDRESSEE COPY**

## CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( )

## PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED ...
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.**

# PRIORITY ★MAIL★ EXPRESS™
**OUR FASTEST SERVICE IN THE U.S.**

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

✝ Money Back Guarantee for U.S. destinations only.

EP13F July 2013   OD: 12.5 x 9.5

P S 10001000006



# PRIORITY
★ MAIL ★
# EXPRESS™

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

PS 1 0 0 0 1 0 0 0 0 0 6

**EP13F July 2013**
**OD: 12.5 x 9.5**



SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME





UNITED STA
POSTAL SER

GUARANTE
★ ★ ★
TRACKE
★ ★ ★
INSURE