# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO<br>    Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br>    Defendant. | §<br>§<br>§<br>§   C.A. NO.: 1-18-CV-02060-RM-GPG<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## RESPONSE TO FILING REGARDING CONSENT/NON-CONSENT TO MAGISTRATE JUDGE

Defendant **James Corey Goode** ("Mr. Goode"), hereby files his response to Plaintiff Alyssa Montalbano's ("Plaintiff") filing regarding this Court's order to file a form of consent (the "Consent Form") pursuant to D.C.COLO.LCivR 40.1 (Docket 9) and states as follows:

## PLAINTIFF DID NOT CONFER WITH MR. GOODE PRIOR TO FILING ITS CONSENT FORM

This Court issued the Consent Form pursuant to D.C.COLO.LCivR 40.1 ("Rule 40.1") on August 15, 2018. (Docket 9). On August 16, 2018 this Court ordered parties to file the Consent Form by September 5, 2018. (Docket 11). Both parties were to confer prior to filing the Consent Form. Plaintiff filed a consent

**Motion Re Rule 40.1 Form**                                                                **PAGE 1**

form issued pursuant to Rule 40.1 on August 31, 2018. (Docket 19). Plaintiff did not confer with Mr. Goode pursuant to Rule 40.1. Because it is clear from Plaintiff's filing that Plaintiff does not consent, Mr. Goode is not filing a separate Consent Form per the Court's order on August 16, but filing this response as one of non-opposition to Plaintiff's August 31 motion.

Dated: September 6, 2018　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ VALERIE YANAROS WILDE
　　　　　　　　　　　　　　　　　　　　　　VALERIE YANAROS WILDE
　　　　　　　　　　　　　　　　　　　　　　YANAROS LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　　5057 KELLER SPRINGS, SUITE 300
　　　　　　　　　　　　　　　　　　　　　　ADDISON, TEXAS 75001
　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (512) 826-7553
　　　　　　　　　　　　　　　　　　　　　　FAX: (469) 718-5600

　　　　　　　　　　　　　　　　　　　　　　VALERIE@YANAROSLAW.COM

　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　JAMES COREY GOODE

### CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 5TH DAY OF SEPTEMBER A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM AND WILL SERVE A COPY WITH PLAINTIFF AT ITS LISTED ADDRESS IN THE ECF SYSTEM.

　　　　　　　　　　　　　　　　　　　　　　/S VALERIE YANAROS WILDE
　　　　　　　　　　　　　　　　　　　　　　VALERIE YANAROS WILDE