## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ALYSSA-CHRISTIE MONTALBANO<br>    Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.: 1-18-CV-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## AMENDMENTS TO DOCUMENT FILED FROM THE STATE COURT ACTION PURSUANT TO D.C. COLO. L Civ R 81.1

Defendant **James Corey Goode** ("Mr. Goode"), respectfully files his Supplement to Docket 14 including—in response and fulfillment of Court Order at Docket 30—[1] his Amendment to Docket Number 15 (the "Motion to Dismiss", attached hereto as Exhibit A) and [2] the Order by Service and Publication (as promised in Docket 14, attached hereto as Exhibit B) and further and states as follows:

## MR. GOODE IS FILING THE PLEADINGS FROM THE STATE COURT ACTION AT HIS EARLIEST OPPORTUNITY

Undersigned counsel for Mr. Goode was not in possession of all filings from the Mesa County Case No. 18CV50 (the "State Court Action") until

**AMENDED FILINGS PER RULE 81.1**                                    **PAGE 1**

September 6, 2018. Because undersigned counsel for Mr. Goode has not yet been accepted into the Colorado State Bar, and because was not retained by Mr. Goode to appear pro hac vice in the State Court Action, electronic access to Mesa County records was not available.[1] Mr. Goode has been traveling the majority of the summer and has not been in receipt of all filings from the State Court Action and consequently undersigned counsel was not in receipt of all filings from the State Court Action via Mr. Goode.

Thus, undersigned counsel for Mr. Goode had to make a research request (the "Request") with Mesa County in order to receive a copy of all pleadings. (See Exhibit C). That Request was filed with Mesa County on August 30 and sent to undersigned counsel for Mr. Goode who received it on September 6, 2018. Thus, this is the earliest opportunity that Mr. Goode could file both documents as filed in the State Court Action with this Court. Mr. Goode is not attempting to delay the proceedings in any way but is filing them in good faith and in the hope that the current action can be dealt with expeditiously.

---

[1] All avenues were exhausted in attempting to expedite the acquisition of documents, including LexisNexis and any PACER Monitoring-type companies.

**AMENDED FILINGS PER RULE 81.1**

## CONCLUSION

Accordingly, Mr. Goode respectfully requests this Court enter the Motion to

Dismiss in Amendment to Docket 14 and Service by Publication from the State

Court Action in furtherance of D.C. COLO. L Civ R 81.1.


Dated: September 7, 2018                     Respectfully Submitted,


s/ **VALERIE YANAROS WILDE**
**VALERIE YANAROS WILDE**
**YANAROS LAW, P.C.**
**5057 KELLER SPRINGS, SUITE 300**
**ADDISON, TEXAS 75001**
**TELEPHONE: (512) 826-7553**
**FAX: (469) 718-5600**
**VALERIE@YANAROSLAW.COM**

**ATTORNEY FOR DEFENDANT**
**JAMES COREY GOODE**


## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 7TH DAY OF AUGUST A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

/S VALERIE YANAROS WILDE
VALERIE YANAROS WILDE


**AMENDED FILINGS PER RULE 81.1**                                     **PAGE 3**