| ☒ District Court ☐ County Court ☐ Other _____ | DATE FILED: July 3, 2018 |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff, Alyssa-Chrystie: Montalbano<br>v.<br>Defendant: James Corey Goode | ▲   COURT USE ONLY   ▲ |
| | Case Number: 18CV50 |
| | Division:        Courtroom: |
| ORDER FOR SERVICE BY PUBLICATION | |

**ORDER FOR SERVICE BY PUBLICATION** Upon reading the AFFIDAVIT IN SUPPORT OF ORDER FOR SERVICE BY PUBLICATION of the Plaintiff on file herein, it appearing that a verified Complaint has been filed; that a Summons directed to the Defendant has been issued and that the Defendant cannot, after due diligence, be found for service, or by concealment seeks to avoid the service of Summons, and for good cause it is best to not have Plaintiff perform a skip trace on Defendant; IT IS HEREBY ORDERED that if the Defendant cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for a period of 4 consecutive weeks in a newspaper of general circulation published in Boulder, Colorado.

ORDER FOR SERVICE BY PUBLICATION

Page 1 of 2

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano* (signature)

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

☐ GRANTED            ☐ DENIED

DATED, this _____ day of _____, 20_____.

BY THE COURT:

_____

U.S. MAGISTRATE / JUDGE

DATE FILED: July 18, 2018

☒ District Court ☐ County Court ☐ Other _____

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

Plaintiff, Alyssa-Chrystie: Montalbano

v.

Defendant: James Corey Goode

▲ COURT USE ONLY ▲

Case Number: 18CV50

Division:    Courtroom:

**ORDER FOR SERVICE BY PUBLICATION**

**ORDER FOR SERVICE BY PUBLICATION** Upon reading the AFFIDAVIT IN SUPPORT OF ORDER FOR SERVICE BY PUBLICATION of the Plaintiff on file herein, it appearing that a verified Complaint has been filed; that a Summons directed to the Defendant has been issued and that the Defendant cannot, after due diligence, be found for service, or by concealment seeks to avoid the service of Summons, and for good cause it is best to not have Plaintiff perform a skip trace on Defendant; IT IS HEREBY ORDERED that if the Defendant cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for a period of 4 consecutive weeks in a newspaper of general circulation published in Boulder, Colorado.

ORDER FOR SERVICE BY PUBLICATION

Page 1 of 2

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

☑ GRANTED        ☐ DENIED

DATED, this __18th__ day of __July__, 20__18__.

BY THE COURT:

_____
~~U.S. MAGISTRATE~~ / JUDGE