AUG 3 0 2018

# RECORD SEARCH FOR MESA COUNTY COMBINED COURT

125 N Spruce, Grand Junction, CO 81501
PO Box 20,000-5030, Grand Junction, CO 81502 Telephone
(970) 257-3640

Requests for information can either be made in person or through the US Mail. The court does not accept phone call, faxed, or emailed requests. A non-refundable fee of **$5.00 per name** is required at time of the request. An additional $10.00 will be charged if the file has to be retrieved from offsite storage. Depending on the complexity of your request, an hourly rate of $30.00 per hour may be assessed and processing time could take up to 3 weeks.

Payment is required in advance of beginning work. Due to confidentiality policies, when you submit a request for research and/or copies for a case you are involved in, you must include a copy of a valid picture ID or a notarized statement. If at least one of these is not provided, full access to the case might not be possible and certain documents may be withheld.

| \*\*\*INFORMATION ABOUT THE PARTY(S) YOU WOULD LIKE RESEARCHED\*\*\* ||||
|---|---|---|---|
| Name of party(s): (list all names used) James Corey Goode; Alyssa-Christie Montalbano ||||
| Date of Birth:  Date of Death: || Filing Date or Year: June 25, 2018 | Case Number (if known): **18-CV-50** |
| Case type | ☐Misdemeanor ☐Traffic ☐ Felony ☐ Probate ☐ Domestic ⊘ Civil ☐ Other |||
| Your request: ⊘ Entire File ☐ Specific Documents | Do documents need to be **Certified**? ☐ Yes   ⊘ No | Special Instructions: ||
| \*\*\*INFORMATION ABOUT YOU\*\*\* ||||
| Name/agency Requesting Information | **Valerie Yanaros Wilde, Attorney for Defendant James Corey Goode** |||
| Mailing Address | 5057 Keller Springs, Suite 300, Addison, Texas 75001 |||
| Daytime Contact Phone Number | (512) 826-7553 |||

**PAYMENT INFORMATION**                              DATE OF REQUEST: _08/27/18_

| Payment can be made with cash, money order, certified funds, or checks. **Make payable to Mesa County Combined Court.** || Payment can also be made with a credit card. ☐ VISA   ☐ MasterCard   ☐ Discover |
|---|---|---|
| **Search Fee** | $5.00 per case   $5.00 | Credit Card Number: |

| Copy Fee 147 × .25 | $.75 per page for filed papers $36.75 | |
|---|---|---|
| | $.25 per page for printed copies from CMS | Expiration date: |
| Certification | $20.00 per document | |
| Offsite File Retrieval | $10.00 (in addition to search fee) | Name on card (please print): Yanaros Law, Valerie A Yanaros |
| Extensive Research | $30.00 per hour (no charge for 1st hour) | |
| Postage $2.00 | Total $43.75 | |

**GENERAL INFORMATION REGARDING RECORD SEARCH INFORMATION**

Cases older than 1977 could be stored at the Colorado State Archives. The Research Clerk will provide you with archives contact information along with details you will need for location of the file. You must then contact the Archives directly for information from these files. Unless a **SPECIFIC YEAR** is requested, our computer will provide records from 1989 to present. You must use one form for each search. **Only** Mesa County Court and District Court cases will be searched. If you need records for any other county or for Municipal Court, you will need to contact those agencies directly.

```
Transaction:
8/31/2018 11:23 AM RKJ     TL213954
        District Court, Mesa County
              125 N Spruce St.
       Grand Junction, CO  81502-5030
               970-257-3640
Payor:
Case #: 2018CV-000050
MONTALBANO, ALYSSA-CHRYSTIE
vs.
GOODE, JAMES COREY
RCP #: 2018CV-000050-0003
================================================
Description                         Amount
--------------------------          ------
Search of Records (On Sit            5.00
Copy Work                           36.75
Postage - Cost Recovery              2.00

================================================
Receipt Total.............:         $43.75
Amount Tendered...........:         $43.75
Change Due................:          $.00
Payment Type..............:          CRCD
Account Receivable Due....:          $.00
================================================
```