## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO § | |
| Plaintiff, § | |
| § | C.A. NO.: 1-18-cv-02060-RM-GPG |
| v. § | |
| § | JURY TRIAL DEMANDED |
| JAMES COREY GOODE, § | |
| Defendant. § | |
| § | |

### FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18-CV-50

Defendant **James Corey Goode** ("Mr. Goode"), respectfully files his First Motion for Extension of Time to File the Court Register of the related state case, number 18-cv-50 (the "State Court Action) in Mesa County Combined Court ("Mesa County"), and states as follows:

### SUMMARY

Mr. Goode received a copy of the "Complaint" filed in the State Court Action on July 13, 2018.[1] He removed the State Court Action to Federal Court on the first Monday following 30 days after he received a copy of the "Complaint", on August 13, 2018. (Docket 1). Pursuant to local rule D.C. COLO. L. Civ. R.

---

[1] Per this Court's Order (Docket 30), Mr. Goode will include this clarification of his notice of removal in his forthcoming Response to Plaintiff's Motion to Remand on September 10, 2018.

**MOTION FOR EXTENSION OF TIME**  PAGE 1

81.1(b), 14 days after removal of the State Court Action was August 27, 2018, and the date that the Case Register and other pleadings were to be filed with this Court. Due to various issues discussed below, he was not able to file exactly what was required but has been diligent in attempting to procure those documents to file with this Court so as to satisfy D.C. COLO. L. Civ. R. 81.1(b). This Court issued a minute order on September 6, 2018 ordering Mr. Goode to file, inter alia, a Register of Actions from the State Court. (Docket 30). Mr. Goode has otherwise complied with the Court Order (Docket 32-1), and hereby respectfully requests a brief extension as to the remainder of the Court Order.

## BACKGROUND

Throughout June through September of this year, Mr. Goode has been traveling extensively for work and to visit his ailing father. Due to his travel schedule, and because current undersigned counsel did not appear in the state court action nor is yet part of the Colorado bar (application pending), gathering all as-filed copies of the State Court Action documents has taken longer than expected. The State of Colorado only allows "attorneys licensed to practice law in Colorado" to register to use the electronic filing system. (*See* https://www.courts.state.co.us/userfiles/File/Administration/JBITS/County_Court_06-02(1).pdf, last accessed on September 7, 2018.) As such, on the day that the D.C. COLO. L. Civ. R. 81.1(b) filing was due, neither the as-filed documents nor

the docket sheet were in undersigned counsel's possession. Undersigned counsel sought guidance from the Colorado District Court Clerk for the District of Colorado via a phone call on the afternoon of August 27 (the deadline for filing the Rule 81.1(b) documents) and was instructed to put one together as best as possible and file an amended register and any subsequent pleadings once received. Mr. Goode filed all documents in his possession and formatted (based on other filings with this Court as a register of actions) a register of actions that was filed with this Court to satisfy the Court deadline. (Docket 14).

## ARGUMENT AND AUTHORITY

This Court may grant an extension pursuant to D.C. COLO. L. Civ. R. 6.1 and Federal Rule of Civil Procedure 6(b)(1)(B) ("…the court may, for good cause, extend the time… on motion made after the time has expired if the party failed to act because of excusable neglect"). Because electronic access was not available to undersigned counsel to obtain the as-filed pleadings in the State Court Action, undersigned counsel made a written Record Search Request for Mesa County Combined Court ("Mesa County"). (*See* Docket 32-3, the "Record Search"). Undersigned counsel received a copy of all as-filed pleadings in the State Court Action on September 7, 2018, but not a Case Register. As such, another Case Search Request has been made and will arrive at Mesa County on September 10, 2018. Mr. Goode anticipates receiving the Case Register from

**MOTION FOR EXTENSION OF TIME**                                             **PAGE 3**

Mesa County on or around September 17, 2018. As such, Mr. Goode respectfully requests this Court grant his Motion for Extension of time to file the Case Register until September 17, 2018. This is the First Motion for Extension of Time. This Request is not meant to delay the action and is for good cause. Mr. Goode would be greatly harmed if not granted a brief extension of time to file, because Mr. Goode has taken the Court's Rules very seriously and attempted to abide by all of them, and may be sanctioned by this Court if not found in compliance.

## CONCLUSION

Accordingly, Mr. Goode respectfully requests this Court grant a brief extension of time to file the Case Register in the State Court Action now removed to this Court.

Dated: September 7, 2018                                Respectfully Submitted,

                                                        s/ VALERIE YANAROS WILDE
                                                        VALERIE YANAROS WILDE
                                                        YANAROS LAW, P.C.
                                                        5057 KELLER SPRINGS, SUITE 300
                                                        ADDISON, TEXAS 75001
                                                        TELEPHONE: (512) 826-7553
                                                        VALERIE@YANAROSLAW.COM

                                                        ATTORNEY FOR DEFENDANT
                                                        JAMES COREY GOODE

## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 7TH DAY OF SEPTEMBER A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

/S VALERIE YANAROS WILDE
VALERIE YANAROS WILDE