# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ALYSSA-CHRISTIE MONTALBANO §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>JAMES COREY GOODE, §<br>    Defendant. § | | C.A. NO.: 1-18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JAMES COREY GOODE

I, James Corey Goode, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I have personal knowledge of the truth of the matters stated herein unless stated on information and belief, in which case I am informed or believe that the matter stated is true. If called as a witness I could and would testify as stated herein.

2. The first time I heard of the action in Mesa County Court titled Montalbano v. Goode, Civil Action Number 18-CV-50, was July 13, 2018.

3. I was out of town and away from my home due to travel the entire span of time beginning June 18, 2018 through July 13, 2018.

4. My designated agent for service of process did not ever receive a copy of Plaintiff's Complaint in this matter.

5. I retained my attorney, Ms. Valerie Yanaros Wilde to work on this matter when she discovered the copy of the Complaint Plaintiff sent to her office address on July 13, 2018. Ms. Wilde informed me of the allegations against

**GOODE DEC**                                                                                            **PAGE 1**

me, and I authorized her to accept service on my behalf via electronic means.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of September, 2018 in Broomfield, Colorado.

/s/  James Corey Goode

James Corey Goode