# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO § § §<br>    Plaintiff, §<br>    §<br>v. §<br>    §<br>JAMES COREY GOODE, §<br>    Defendant. §<br>    § | C.A. NO.: 1-18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF VALERIE YANAROS WILDE

I, Valerie Yanaros Wilde, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I have been acting as Mr. Goode's attorney since 2017. I have personal knowledge of the truth of the matters stated herein unless stated on information and belief, in which case I am informed or believe that the matter stated is true. If called as a witness I could and would testify as stated herein.

2. All of the exhibits included and attached to the Response to the Motion to Remand are part of the significant amount of documents in Mr. Goode's and my files, which I have reviewed extensively—or taken an active part in creating and/or engaging in—over the past few months with my client, Mr. Goode, and are true and correct copies of those documents as they exist in the files. In that capacity I am aware of and familiar with the work done to compile these documents, which comprise evidence of stalking and other state and federal law violations.

3. The first time my client received notice of the action in Mesa County Court titled Montalbano v. Goode, Civil Action Number 18-CV-50, was July 13, 2018.

4. I previously communicated with the Plaintiff via email regarding a purported case she had "filed" beginning in June of 2018. This case did not actually exist, as I checked the various dockets using PACER and other online filings systems, as well as checking with individual courts in the Colorado area.

5. Her "filings" turned out to be copies of journals that she wrote in and various pages of imaginary legalese-sounding documents she wrote. (*See* Docket 12-1).

6. At one point, a representative from a company Mr. Goode had a previous business relationship with contacted us to inform us they had received the same mumbo-jumbo. (Wilde Dec Exhibit 1). Mr. Goode was no longer working with them, as evidenced by their comment "not sure why".

7. The last communication I had with Plaintiff in this action was on June 19, 2018. (Wilde Dec Exhibit 2). I emailed her in follow-up to phone calls I made to her to inform her of a protection order we were filing on Mr. Goode's behalf due to her incessant attempts at inappropriate contact with my client, and that she would not be allowed into the event that he was hosting that weekend in Los Angeles.[1] I asked her to contact me. She did not.

8. I did not receive any contact from her until I went to my office to pick up my mail on July 13, 2018. I had not been able to drive out to my office (30 miles from my home) due to a severe neck injury I incurred the first of July and was out of office for the next week and a half, until July 13, 2018. On that date I received a copy of Plaintiff's complaint. I informed Mr. Goode of Plaintiff's accusations and immediately responded to her by email that we were responding with a Motion to Dismiss and accepting service by electronic means. (Wilde Dec Exhibit 3).

9. I am not designated by Mr. Goode as his agent to receive service of process.

---

[1] Some emails contained explicit and suggestive language that made my client, his wife and family uncomfortable and fearful.

**WILDE DEC**                                                                                                  **PAGE 2**

10. I was not retained to work on this matter until I discovered the copy of the Complaint sent to my office address on July 13, 2018.

11. Plaintiff sent an email while I was on medical leave regarding service of documents but did not state what was in the documents **nor did she attach a copy of the documents she purported to serve**, but I did not receive that email until the end of my medical leave. (*See* Wilde Dec Exhibit 3).[2]

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of September, 2018 in Arlington, Texas.

/s/ Valerie Yanaros Wilde

Texas Bar No. 24075628

---

[2] Even had I received that email prior to the end of my medical leave, it did not make sense and the case number she provided was not a civil action number. Further, none of the multitudes of documents she had sent my client and his former employer on various prior occasions were any valid legal documents.

**WILDE DEC**                                                                                          **PAGE 3**