

September 11,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **782500605755**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | D.DECASE | **Delivery location:** | GRAND JUNCTION, CO |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Aug 28, 2018 12:04 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 782500605755 | **Ship date:** | Aug 27, 2018 |
| | | **Weight:** | 2.0 lbs/0.9 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| GRAND JUNCTION, CO US | Fort Worth, TX US |

Thank you for choosing FedEx.