### Re: Prompt Attention Required: Hearing on Permanent Protection Order, Broomfield County Combined Court, July 24, 2018 3:30 pm

**AR** aristoneart@ymail.com
Tue, 24 Jul 2018 15:16:15 -0500

"yanaroslaw" <valerie@yanaroslaw.com>

I cannot avoid something I didn't know about. i.e. service of summons.    Had you told me any form of a case against me was opened especially during our email conversations from July 13 through the 20th that anyone was trying to process serve me, I would have arranged for acceptance.

I have filed with the Broomfield courts a Motion to Dismiss for Lack of Jurisdiction, a Proposed Order, and other supporting documents. Certified copies are in the mail to you.

Sincerely,  Alyssa


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: yanaroslaw <valerie@yanaroslaw.com>
Date: 7/23/18 1:35 PM (GMT-07:00)
To: aristoneart <aristoneart@ymail.com>, purplemagus374 <purplemagus374@gmail.com>
Cc: jysconsulting <jysconsulting@gmail.com>
Subject: Prompt Attention Required: Hearing on Permanent Protection Order, Broomfield County Combined Court, July 24, 2018 3:30 pm

Ms. Montalbano:

As you know per my earlier email, the Broomfield County Court Judge has entered a Protective Order against you. I have reattached it to this email for ease of access. There is a hearing set for tomorrow at 3:30 pm, and you are required to attend.

I have copied in our service of process agent who has been attempting to serve you since last week. As you are--or should be--aware, evading service of process is a serious offense that carries grave consequences. Being that you have filed--and we have accepted service for--another pending case in Mesa County, it is only appropriate that you mirror this courtesy. If you do not accept service or let us know where you can be served in a timely matter for the hearing tomorrow, we will inform the judge as such at the hearing.

We have attempted service at what we believe to be your home, 2222 Da Vinci Place, Grand Junction, CO 81507. Please confirm whether this is your home residence. If it is not, please let us know where you can be served. We cannot serve you at what you have listed in court documents as your business address, as it is a UPS store with a P.O. Box, so please provide us an alternate address.

Your prompt attention to this matter is appreciated.

Best regards,
Valerie

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.