9/10/2018

### Re: Certified Mail

 kiersten.medvedich@gaia.com
Tue, 05 Jun 2018 11:24:08 -0500

"Corey Goode" <goodetech@yahoo.com>, "Yanaroslaw" <valerie@yanaroslaw.com>

Can you let me know how she responds so we can proceed accordingly on our end?

Thanks,
K

**From:** Corey Goode <goodetech@yahoo.com>
**Reply-To:** Corey Goode <goodetech@yahoo.com>
**Date:** Tuesday, June 5, 2018 at 10:13 AM
**To:** Kiersten medvedich <kiersten.medvedich@gaia.com>, Yanaroslaw <valerie@yanaroslaw.com>
**Subject:** Re: Certified Mail

Hello, Kiersten.

I have copied my IP/Trade Mark Attorney in this email and am providing her contact info below.

This is a person who has been stalking me for a while. She has been sent a Cease and Desist letter from my attorney.

She is a very disturbed individual and is sending legal papers she is creating Online.

Depending on how she responds to the letter, we may also open a protective order against her.

Thank you for keeping me in the loop. She has also stalked David in the past and is considered a security risk.

Valerie Yanaros Wilde, Esq.

Yanaros Law, P.C.

5057 Keller Springs Road Suite 300

Addison, Texas 75001

Telephone: (512) 826-7553

Fax: (469) 718-5600

### Corey Goode

### CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC

www.SphereBeingAlliance.com

www.SecretSpaceProgram.com

www.ComicDisclosure.com

www.FullDisclosureProject.org

LinkedIn: https://www.linkedin.com/in/corey-goode-7024621/

---

**From:** Kiersten medvedich <kiersten.medvedich@gaia.com>
**To:** Corey Goode <goodetech@yahoo.com>
**Sent:** Tuesday, June 5, 2018 9:06 AM
**Subject:** Certified Mail


Hey Corey,


Alyssa Montalbano has been sending us certified mail regarding a lawsuit she is filing against you. She has sent numerous packages to us addressed to you which we sent back stating that this is not your mailing address. She's also sent me, Jirka and Jay Weidner copies of the paperwork she's filing against you.


I'm sure you're aware of the issue but I just wanted to let you know that she's sending Gaia copies of everything (not sure why).


Hope all is well.

Thanks,

K


Get Outlook for iOS