**Voicemail From Earlier Today (June 19, 2018)**


valerie@yanaroslaw.com
Tue, 19 Jun 2018 23:43:17 -0500

"aristoneart" <aristoneart@ymail.com>, "purplemagus374" <purplemagus374@gmail.com>
"Corey Goode" <goodetech@yahoo.com>

Alyssa:

In follow-up to my voicemail from this morning, please call me no later than tomorrow to confirm you will not be attending Disclosure Fest this weekend in Los Angeles, California.

At this point I would advise you to retain an attorney, but until then contact me as soon as possible to confirm the above. If you have already retained one, have them contact me immediately.

Thanks,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.