### Re: Court Summons Service Location Requested


valerie@yanaroslaw.com
Fri, 13 Jul 2018 13:47:23 -0500

"purplemagus374" <purplemagus374@gmail.com>
"goodetech@yahoo.com" <goodetech@yahoo.com>, "fdn.director@gmail.com" <fdn.director@gmail.com>, "sba.producer@gmail.com" <sba.producer@gmail.com>, "aristoneart" <aristoneart@ymail.com>

Alyssa:

I am authorized to accept service on behalf of Mr. Goode. We will respond to your filing with our Motion to Dismiss today.

Because you stated in your email below that your message was "sent in accordance with C.R.C.P. Rules 4 and 5", I assume you are consenting to electronic service unless you state otherwise. We consent to electronic service as well, and so will serve all copies of any pleadings to the email address above "purplemagus374@gmail.com" as well as the copied email "aristoneart@ymail.com" (as noted on your pleading) after filing with the Court.

As stated before, you are *not* to send any communications addressed to my client (or concerning my client to Gaia). There is no reason to do so.

**Please confirm receipt of this email.**

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Sun, 01 Jul 2018 16:11:49 -0500 **purplemagus374 <purplemagus374@gmail.com>** wrote ----