FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2018

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |

## AMENDMENT TO

## OBJECTION TO NOTICE OF REMOVAL

Plaintiff, Alyssa Chrystie Montalbano, files this motion to amend the Objection to Notice of Removal (Document 28) and in support thereof:

Having acquired new information and understanding regarding cases 18CV50 and 18-cv-02060-RM-GPG, Ms. Montalbano consents to the removal of case 18CV50 to the Grand Junction based Federal Court to hear this matter and as reassigned to Judge Magistrate Gordon P. Gallagher in accordance with Judge Raymond P Moore's ORDER REASSIGNING MAGISTRATE JUDGE (Document 27) and further states:

1. Even though Defendant and counsel have violated due process of law and completely failed to properly and lawfully remove case 18CV50, Plaintiff will not dispute this matter on Constitutional grounds per number 5 in OBJECTION TO NOTICE OF REMOVAL (Page 6 of 8), provided proper and expeditious removal is made to the Grand Junction based Federal courthouse and is performed in accordance with due process of law from hereto forth.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDMENT TO OBJECTION TO NOTICE OF REMOVAL** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*Alyssa-Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen








**U.S. POSTAGE PAID**
PME 1-Day
GRAND JUNCTION, CO
81501
SEP 15, 18
AMOUNT
**$24.70**
R2304M111792-17

PRIORITY MAIL EXPRESS

**FROM:** (PLEASE PRINT) PHONE (770) 250-2365
Alyssa Chrystie Montalbano
2536 Rimrock Ave
Ste 400-117
Grand Junction, CO 81505

**TO:** (PLEASE PRINT) PHONE ( )
Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St Room A105
Denver, CO
80294-3589

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 81501
Date Accepted: 9-15-18
Scheduled Delivery Date: 9-17-18
Scheduled Delivery Time: 3:00 PM
Postage: $24.70
Total Postage & Fees: $24.70