## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 17 2018**

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| § | |

## AMENDMENT TWO - TO INCORRECTLY FILED OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18CV-50

Plaintiff, Alyssa Chrystie Montalbano, amends the INCORRECTLY FILED FIRST MOTION FOR EXTENSION OF TIME TO FILE... in the following way:

1. Per having acquired new information and understanding regarding case 18CV50 and 18-cv-02060-RM-GPG (See MOTION TO WITHDRAW OBJECTION TO NOTICE OF REMOVAL) soon after mailing the first amendment to INCORRECTLY FILED FIRST MOTION FOR EXTENSION OF TIME TO FILE... (Exhibit 6) document; Plaintiff hereby consents to the removal of case 18CV50 to the Grand Junction based Federal Court to hear this matter and as reassigned to Judge Magistrate Gordon P. Gallagher in accordance with

Judge Raymond P. Moore's ORDER REASSIGNING MAGISTRATE JUDGE (Document 27) and consents to an extension of time for proper removal to the Grand Junction based Federal Court location.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDMENT TWO - TO INCORRECTLY FILED OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18CV-50** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

