**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 17 2018**

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Alyssa-Chrystie: Montalbano | § |
| Plaintiff | § |
| | § |
| v. | § |
| | § |
| James Corey Goode | § |
| Defendant | § |
| | § |
| | § |

CIVIL ACTION NO.:
18-cv-02060-RM-GPG

JURY TRIAL DEMANDED

<u>**OBJECTION TO AMENDMENTS TO DOCUMENT FILED FROM THE STATE**</u>

<u>**COURT ACTION PURSUANT TO D.C. COLO. L. CIV. R 81.1**</u>

Plaintiff, Alyssa Chrystie Montalbano objects to the AMENDMENTS TO
DOCUMENT... for the following legal and lawful reasons:

<u>**DEFENDANT COUNSEL, VALERIE YANAROS WILDE, STATES FOR THE RECORD**</u>

<u>**SEPTEMBER 7, 2018 SHE CAN*NOT* REPRESENT DEFENDANT**</u>

In Defendant filed, September 7, 2018 document, AMENDMENTS TO
DOCUMENT FILED...(document 32) Ms. Yanaros Wilde states (sic):

*"Undersigned counsel for Mr. Goode was not in possession of all filings from the Mesa County Case No.18CV50 (the "State Court Action") **until September 6, 2018**. **Because undersigned counsel for Mr. Goode has** not yet been accepted into the Colorado State Bar, **and because** was not retained by Mr. Goode **to appear pro hac vice in the State Court Action**, electronic access to Mesa County records was not available."*

**This statement by Ms. Yanaros Wilde clearly reveals she knew she was not authorized to represent Mr. Goode in two State Court actions, Mesa County 18CV50 and Broomfield County 18C103. Therefore, Ms. Yanaros Wilde knowingly operated under Color of Law against Plaintiff** on behalf of Defendant, James Corey Goode, since her first frivolous June 5, 2018 presentment mailed to Plaintiff (Exhibit I) and whereby Color of Law is defined as follows: ***The appearance or semblance, without the substance, of legal right.*** *McCain v. Des Moines, 174 U. S. 108, 19 Sup. Ct. (H4, 43 L. Ed. 936)*

and

**18 U.S. Code § 242 - Deprivation of rights under color of law**

*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person*

*being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;...."*

### DEFENDANT COUNSEL, VALERIE YANAROS WILDE, (3 MONTHS EARLIER)

### JUNE 5, 2018 STATES SHE REPRESENTS DEFENDANT

Now, in direct opposition to the aforementioned, in Ms. Yanaros Wilde's frivolous June 5, 2018 presentment to Plaintiff, (Document 12-1 at 49 Exhibit I) Ms. Yanaros Wilde states the following:

*"My firm represents Mr. James Corey Goode,..."*

**This is clearly not true, as she just stated for the court record on September 7, 2018 (Document 32) she was <u>not retained</u> by Mr. Goode.** However, after Ms. Yanaros Wilde declared herself and her firm as being able to represent Mr. Goode, June 5, 2018; giving *"The appearance or semblance, without the substance, of <u>legal right</u>" McCain v. Des Moines, 174 U. S. 108, 19 Sup. Ct. (H4, 43 L. Ed. 936);* she proceeded to knowingly misleading Plaintiff to believe she lawfully could represent Defendant. Ms. Yanaros Wilde also demanded of Plaintiff under Color of Law that Plaintiff "only" speak with and contact her

OBJECTION TO AMENDMENTS TO DOCUMENT ...PURSUANT TO D.C. COLO. L. CIV. R 81.1

(**EXHIBIT L – STATUS REPORT** Grievance Emails: June 16, 2018 at 12:34pm and July 27, 2018 at 11:41am) which Plaintiff complied with by mistake and error; until learning through Defendant and Counsel's abuse of the court systems (Broomfield stalking case) and Magistrate Russell telling Mr. Goode in open court on July 24, 2018, to hire a legitimate Colorado attorney; it became abundantly clear to Plaintiff Ms. Yanaros Wilde had no lawful authority to represent Mr. Goode in either State court action. This means, **Ms. Yanaros Wilde has just admitted for the court record she was knowingly operating under Color of Law since she began contacting Plaintiff.  She admits she had no contract with Mr. Goode to respond or receive lawful documents on his behalf. Additionally, Plaintiff had/has no contract with Ms. Yanaros Wilde.**

**Ms. Yanaros Wilde was noticed without a lawful contract she was a third party and of no use** (**EXHIBIT L – STATUS REPORT** Grievance Emails: July 13, 2018 at 1:36pm). She was first noticed of  such contractual requirements in the Notice of Written Correspondence dated April 18, 2018 (notice to principle is notice to agent) (Document 12-1 at 33) and to which Ms. Yanaros Wilde directly received an affirmed copy by Certified Mail USPS 7018 0680 0002 3149 0715 on or about  June 14, 2018 at 10:29am. (Document 12-1 at 53 Exhibit J)

## PLAINTIFF REQUESTED FOR PROOF OF AUTHORITY

### -NONE GIVEN BY DEFENDANT COUNSEL –

Plaintiff asked on more than one occasion for Ms. Yanaros Wilde to provide evidence (proof) of authority to represent Mr. Goode. She did not. (Document 12-1 at 53 Exhibit J;  EXHIBIT L STATUS REPORT emails: July 13, 2018 at 1:36pm and July 13, 2018 at 3:08pm) **Since her relationship with Mr. Goode as an attorney falls into the category of commercial business** and commercial law; per contract law, (Uniform Commercial Code) **she was being asked by Plaintiff to provide proof that she was the 'holder in due course'** (proof of contract between herself and Mr. Goode) **(UCC 3-302) with legal and lawful authority to represent Mr. Goode (UCC 3-501) and/or that she had a power of attorney to speak on Mr. Goode's behalf** regarding the lawfully served upon Defendant, April 18, 2018 dated Complaint (presentment). Plaintiff also requested proof of Ms. Yanaros Wilde's identity as a legitimate verified attorney (a certified copy of her Oath of Office) in order to follow proper due process of law pre-litigation communications.

It is reasonable to assume an attorney who has likely graduated from a law school of one form or another, should understand due process of law, contract law, and pre-litigation processes and should not be 'surprised' to be involved in such pre-litigation and contractual proceedings with her client(s) and should recognize

OBJECTION TO AMENDMENTS TO DOCUMENT ...PURSUANT TO D.C. COLO. L. CIV. R 81.1

legal documents along with the related processes (due process).   Since Ms. Yanaros Wilde did not provide proof of identity in her frivolous presentment Plaintiff treated is for exactly what it was, a Color of Law and frivolous commercial offer (presentment) to contract Plaintiff as "stalker," which was lawfully and honorably refused for lack of indorsement (UCC 3-501) along with citing multiple Constitutional Law violations by Ms. Yanaros Wilde in her sending the frivolous presentment, (Document 12-1 at 53 thru 58 Exhibit J)  in addition to stating the obvious: Plaintiff is innocent of stalking allegations. (Exhibit 7 – DISMISSED BROOMFIELD CASE REGISTER OF ACTIONS and Case Closed via www.cocourts.com)

Ms. Yanaros Wilde was noticed she was to respond lawfully, under penalty of perjury, in the presence of a Notary Public (neutral 3rd party witness who can certify depositions, signatures, affidavits, verifications, and sworn testimony for use in litigation.) where she was to also swear to or affirm under oath her responses and at the very least certify (Notary Acknowledged) her signature attesting to her identity.   It is again reasonable to assume, as an attorney, she should know how to follow due process of law pre-litigation procedures, contract law and related negotiations, and should understand the legal consequences of failure to lawfully respond to affirmed presentments.  Signing her name with an "S/" for legal and lawful pre-court correspondence does not constitute proper accord (certified

response) with due process of law, as even a garage hacker can type an "S" with a "forward slash" in front of their name on a computer printed out document with a law firm header of their choice and say they are the 'Defendant's' attorney/representation.

Ms. Yanaros Wilde did not at any time verify her identity to Plaintiff, nor has she ever provided affirmed proof of authority to represent Mr. Goode, and as having been requested by Plaintiff.  It is still unclear to Plaintiff if Ms. Yanaros Wilde is lawfully retained by Mr. Goode or not, since one minute she states she is, and the next minute she states she isn't.

## DEFENDANT COUNSEL, VALERIE YANAROS WILDE,

## UNLAWFULLY ADDS HERSELF TO THE COURT RECORDS

Even further still, Ms. Yanaros Wilde has also unlawfully placed all her contact information on the Mesa Court records as though she is the Pro Se Defendant, Mr. Goode.  Since she has never lawfully entered into either State Court case and is not a party to this matter between Mr. Goode and Plaintiff; **Defendant and his Counsel are in direct violation of C.R.C.P. Rule 11(a).  It is reasonable to assume Defendant's Counsel should know how to input correct**

**contact information on court records,** in addition to who she can and cannot lawfully represent (at all times) and the processes required (due process of law) by the courts to do so.   It is also reasonable to assume she should know the difference between being hired/retained by Mr. Goode vs. not being hired/retained by Mr. Goode and the authorities granted to her or not granted to her in either capacity thereof.

## DEFENDANT COUNSEL, VALERIE YANAROS WILDE, BLAIMING DEFENDANT

## FOR HER RECORD ATTAININMENT FAILURES

Regarding the attainment of records filed, aside from Ms. Yanaros Wilde being unlawfully signed onto the document records with Mr. Goode, it is also reasonable to assume that Defendant's Counsel should be well aware of how legal proceedings work, such as how she can and cannot attain filed papers with state courts, out of state courts, and federal courts and the time frames involved to do so and how to instruct a client to comply with due process of law, it should not be a 'surprise' to her to have to attain legal records for her client's case(s) by paper mail or otherwise. Furthermore, considering she is personally and unlawfully signed onto the records with Pro Se Defendant, Mr. Goode, in two State Court cases (one

open, one closed) and appears to be the one writing Defendant's papers and filing them for him; it is reasonable to assume case 18CV50 is not a 'surprise' or 'sudden' court case event that Ms. Yanaros Wilde was just become aware of from Defendant on or about September 6, 2018 that she should have records from, especially in light of her contact information being on all the records instead of Pro Se Defendant's and her direct, repeat, and regular involvement in communication with Defendant to helping him open improper cases and file papers all during July and August into September.

It is also reasonable to assume, that when someone puts their name and info on court affirmed documents, such as Ms. Yanaros Wilde has with Mr. Goode in **two** separate State Courts and subsequently in both cases demanded the opposing party (Ms. Montalbano) recognize her as the attorney for the Defendant; that she knew (and knows) full well exactly what she was doing (and continues to do) and that she had (has) no lawful right to add herself onto either State Court matter. (C.R.C.P. Chapter 18, Rules 220, 221, 221.1, 222) Additionally, it is reasonable to assume Ms. Yanaros Wilde, as an attorney, should be familiar with the Pro Hac Vice entry process and should know the difference between 'saying' she's going to enter Pro Hac Vice vs. 'actually' entering Pro Hac Vice.

Furthermore, in so adding herself onto two State Court cases knowing she had not been lawfully retained by Defendant nor admitted to practice in Colorado

OBJECTION TO AMENDMENTS TO DOCUMENT ...PURSUANT TO D.C. COLO. L. CIV. R 81.1

State Courts and during such time demanded, threated, and coerced (in short bullied) Plaintiff to speak only with her as though she were the Defendant or an attorney on the legal court records; **Ms. Yanaros Wilde committed the crime of Criminal Impersonation C.R.S. 18-5-113 through knowingly assuming a false <u>legal identity</u> to subject another person (Plaintiff) to a civil criminal action (frivolous stalking case) to benefit herself and her client (so her client could continue fraud);** to wit:

*The Colorado Crime of Criminal Impersonation – 18-5-113(1)(b)*

> *(1) A person commits criminal impersonation if he or <u>she knowingly</u>:*
>
> > *(b) <u>Assumes a false</u> or fictitious identity or <u>capacity, legal or other</u>, and in such identity or capacity he or she:*
> >
> > > *(I) Performs an act that, if done by the person falsely impersonated, might subject such person to an action or special proceeding, civil or criminal, or to liability, charge, forfeiture, or penalty; or*
> > >
> > > *(II) <u>Performs any other act with intent to unlawfully gain a benefit</u> for himself, herself, or <u>another or to injure or defraud another.</u>*
>
> *(2) Criminal impersonation is <u>a class 6 felony.</u>*

**Ms. Yanaros Wilde was noticed to stop this type of unlawful impersonation activity already once before** in the affirmed Notice of Constitutional Law Precedence dated June 11, 2018. (Document 20-1 at 55 Exhibit J (3of 6) Number) **Ms. Yanaros Wilde has clearly been knowingly operating**

under Color of Law (18 USC §242) to commit the crime of impersonation to bring further harm to Plaintiff on behalf of her client, Mr. Goode, Defendant, to assist him in his fraud and theft of Ms. Montalbano's private property by giving 'the appearance of a legal right' to do so on his behalf in addition to the obvious of violating her Oath of Office to the State and National Constitutions, yet again.

### DEFENDANT COUNSEL, VALERIE YANAROS WILDE, ON THE LEGAL RECORD

### CHANGES HER SEPTMBER 7, 2018 STORY

### TO HER BEING MR. GOODE'S ATTORNEY SINCE 2017

Had Ms. Yanaros Wilde been honest, she would have immediately applied for the Colorado State Bar and Pro Hac Vice entry as soon as possible. This is stated, because in her recent September 7, 2018 document, AMENDMENTS TO DOCUMENT…, (Document 32) Ms. Yanaros Wilde states, on page 2, Mr. Goode had not yet retained her and she writes this to sound as though she was (or still is?) waiting to be retained. **Now, only 3 (three) days after this declaration that she was not retained by Mr. Goode to represent him Pro Hac Vice;** Ms. Yanaros Wilde has filed a new sworn to document filed on September 10, 2018 (Document

OBJECTION TO AMENDMENTS TO DOCUMENT …PURSUANT TO D.C. COLO. L. CIV. R 81.1

34-2) titled DECLARATION OF VALERIE YANAROS WILDE (and to which Plaintiff is still waiting to receive a lawfully served copy along with Defendant's other filed records that day, per CRCP Rule 5) Ms. Yanaros Wilde declares something entirely different at page 1, number 1, and states: (sic)

> *"I am over 21 years old **and am competent** to make this declaration.  **I have been acting as Mr. Goode's attorney since 2017."***

**Here she states she has been acting as Defendant's attorney since 2017. This is in direct opposition to her statement 3 days prior on the record of not being retained by Mr. Goode and where she gives the impression of 'waiting' to be hire by Defendant.**  Additionally, Ms. Yanaros Wilde uses this 'waiting' to be hired as her excuse for not having court records. Court records she is personally signed onto and that unlawfully contain all her contact information and not Defendant's.

**Regardless to which story Ms. Yanaros Wilde tells:**

**1) She's working for (retained by) Mr. Goode or;**

**2) Not working for or retained by Mr. Goode;**

**She has clearly violated due process of law regarding knowing and willing failure to lawfully enter two State Court cases.**

## **DEFENDANT MR GOODE'S VIOLATIONS**

Mr. Goode is equally to blame as he is (and was) lawfully a Pro Se litigant in two State Court cases and has a responsibility to know the law when entered into litigation along with a responsibility to tell the truth, if he did not understand the law or have time to learn the law, **he should have paid his 'acting' attorney to enter Pro Hac Vice into case 18CV50 immediately, rather than 'pay' her to open two similar improper and inappropriate court action cases with Plaintiff's evidence.** Furthermore, had Ms. Yanaros Wilde's intentions ever been to properly enter State Court Case 18CV50 and have her client at any time lawfully address the crimes he's charged with (Fraud and Theft), Ms. Yanaros Wilde would have instructed her client to address the charges and honorably negotiate terms, instead she chose to unlawfully involve herself in this matter to harass Plaintiff on Defendant's behalf, since early June 2018.

**To date, most everything <u>Ms. Yanaros Wilde has 'helped' Mr. Goode do</u> through the courts has been <u>criminal acts in direct violation of Due Process of law to avoid and evade</u> her client, Defendant, addressing the criminal charges against him for fraud and theft.** Lawfully, Ms. Yanaros Wilde should be disbarred and Mr. Goode sanctioned to retain a lawful, honorable, and proper Colorado attorney, in an effort to see if this matter can still be settled outside of litigation with a potential Alternative Dispute Resolution (ADR) process.

**Page 13 of 14**

Therefore, Defendant and Counsel have again knowingly violated due process of law and are to be appropriately sanctioned by the courts in accordance with an Oath of Office to the National and State Constitutions to uphold such processes.

Respectfully Submitted and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **OBJECTION TO AMENDMENTS TO DOCUMENT FILED FROM THE STATE COURT ACTION PURSUANT TO D.C. COLO. L. CIV. R 81.1** and **EXHIBIT 7 DISMISSED BROOMFIELD CASE REGISTER OF ACTIONS** and **EXHIBIT L STATUS REPORT Grievance emails** were sent first class by U.S. Mail, postage prepaid, USPS Certified Mail 7017 3040 0001 0237 6278 to Ms. Valerie Yanaros Wilde, YANAROS LAW P.C. 5057 Keller Springs, Suite 300, Addison, Texas 75001, this 14th_ day of September, 2018.

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano, American Citizen

EXHIBIT 7
DISMISSED BROOMFIELD CASE
REGISTER OF ACTIONS

# Goode, James Corey Vs. Montalbano, Alyssa Chrystie

**Case Number:** 2018C103(County)      **Date Filed:** 2018-07-17

| Summary | | |
|---|---|---|
| | Judge | Jacque Lyn Russell |
| | Court | Broomfield County |
| | Division | C |
| | EFiled | Y |
| | Appealed | |
| | Case Closed Date | 08/06/2018 |

| Case Status | Closed |
|---|---|

| Judge or Magistrate | Name | BAR Number |
|---|---|---|
| | Jacque Lyn Russell | 22046 |

| Agency | Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|---|

| Related Cases | Location | Case Number | Related Reason | Name |
|---|---|---|---|---|

| Participants | Litigant | Attorney |
|---|---|---|
| | Montalbano, Alyssa Chrystie | Wilson, Kelly B |
| | Defendant 1 | Role Private Attorney |
| | DOB 01/01/1980 | BAR 45856 |
| | Gender Female | Primary Attorney Y |
| | Race Other | |
| | Toney, Kelly B | |
| | Role Private Attorney | |
| | BAR 45856 | |
| | Primary Attorney Y | |
| | Goode, James Corey | |
| | Plaintiff 1 | |
| | DOB 02/22/1970 | |
| | Gender Male | |
| | Race Caucasian | |

| Charges | Count | Date | Details |
|---|---|---|---|

| Scheduled Events | Date | Time | Details |
|---|---|---|---|
| | 07/17/2018 | 130 PM | Status Hearing Held Judge Jacque Lyn Russell Room C Temporary Restraining Ord Hrg Status Held and Continued Judge Jacque Lyn Russell |

CoCourts : Goode, James Corey Vs. Montalbano, Alyssa Chrystie                    Page 2 of 3

**EXHIBIT 7**
DISMISSED BROOMFIELD CASE
REGISTER OF ACTIONS

| | | | |
|---|---|---|---|
| 07/24/2018 | 330 PM | | Room C<br>Permanent Restraining<br>Ord Hrg<br>Status Hearing Held<br>Judge Jacque Lyn Russell |
| 08/06/2018 | 1000 AM | | Room C<br>Permanent Restraining<br>Ord Hrg |

| **Proceedings** | **Date** | **Code** | **Description** |
|---|---|---|---|
| | 07/17/2018 | TROG | Temp Protection Order-granted |
| | 07/17/2018 | ORDR | Order |
| | 07/17/2018 | FOTH | Filing Other |
| | 07/17/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/17/2018 | CTRO | Complaint-tro |
| | 07/17/2018 | AFFI | Affidavit |
| | 07/24/2018 | TROV | Temp Protection Order-vacated |
| | 07/24/2018 | TROG | Temp Protection Order-granted |
| | 07/24/2018 | PORD | Proposed Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MINC | Minute Order (print) |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/25/2018 | ORDR | Order |
| | 08/03/2018 | PORD | Proposed Order |
| | 08/03/2018 | MOTN | Motion |
| | 08/03/2018 | ENTR | Entry Of Appearance |
| | 08/06/2018 | TROV | Temp Protection Order-vacated |

CoCourts : Goode, James Corey Vs. Montalbano, Alyssa Chrystie                    Page 3 of 3

**EXHIBIT 7**
DISMISSED BROOMFIELD CASE
REGISTER OF ACTIONS

| | 08/06/2018 | ORDR | Order |
| | 08/06/2018 | MINC | Minute Order (print) |
| | 08/06/2018 | CLAD | Case Closed |

| **Judgments** | # | Date | Details |
|---|---|---|---|

| **Bond Information** | ID | Details |
|---|---|---|

| **Financial Summary** | Un-Assigned Rcp's | Received |
|---|---|---|
| | Civil Action Tax | $1.00 |
| | Civil Filing Fee | $30.00 |
| | Court Security Cash Fund | $5.00 |
| | Justice Center Cash Fund | $37.00 |
| | Stabilization Fund - USER Fee | $24.00 |
| | Total Un-Assigned | $97.00 |

**EXHIBIT L   STATUS REPORT**

 **Gmail**

Alyssa Montalbano <purplemagus374@gmail.com>

---

## Motion for Protective Order: Goode/Montalbano
1 message

---

**yanaroslaw** <valerie@yanaroslaw.com>                    Sat, Jun 16, 2018 at 12:34 AM
To: aristoneart <aristoneart@ymail.com>, purplemagus374 <purplemagus374@gmail.com>
Cc: Corey Goode <goodetech@yahoo.com>

Alyssa:

*[handwritten: Violation - TDRPC RULE 3.01. I phoned Broomfield Courts June 20, 201_ a motion was unable to be filed as it did not meet the requirements]*

*[handwritten left margin: Color of Law]*

See attached redacted Motion for Protective Order and Brief in Support by James Corey Goode against Alyssa Montalbano sent to be filed with Broomfield County Court Friday, June 15, 2018.

*[handwritten: Event I was unaware o_]*

Please refrain from any and all contact with Mr. Goode, including attendance at any Conference he is attending or presenting at, including this weekend's Disclosure Fest in Los Angeles. You have previously agreed to these terms on February 2 of this year. You subsequently broke that agreement by emailing Mr. Goode. Please make right on your promise going forward.

*[handwritten: STALKING SETUP ATTEMP_]*

*[handwritten: → One email on April 1, 2018 citing Copyright issues.]*

Contact me—and only me—with any questions.

Regards,
Valerie Wilde

*[handwritten: → knowing misrepresentation RULE 4.03?]*

Cheers,

*[handwritten: Also Violated - TDRPC RULE 1.02(e)(4); RULE 3.02; RULE 4.04(a)(b)]*

**Valerie Yanaros Wilde, Esq.**
**Yanaros Law, P.C.**
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

📄 Mtn for Protective Order_Goode_Montalbano.pdf  *[handwritten: ← Did not open for virus concerns]*
3240K

**EXHIBIT L  STATUS REPORT**

 **Gmail**

Alyssa Montalbano <purplemagus374@gmail.com>

---

## Re: Court Summons Service Location Requested
1 message

**Alyssa Montalbano <purplemagus374@gmail.com>**                    Fri, Jul 13, 2018 at 1:36 PM
To: yanaroslaw <valerie@yanaroslaw.com>

Ms. Yanaros Wilde,

Please note, electronic service and filing is currently limited to attornies only.

I will be happy to "serve" a hard copy of the summons to you on behalf of Mr. Goode after you verify your identity to me with a certified copy of your oath of office along with a verified affidavidt by yourself attesting that it is you who took that oath of office, along with a verified statement by Mr. Goode that you have authority to speak on his behalf.

After providing me with verification of your identity and authority, I will be happy to further discuss service or otherwise with only you, until such time I have to view you as a third party.

Please ensure all legal and lawful response copies are sent to me via regular post mail to the address provided in the documents and in accordance with due process.

⇒ I do not consent to receive electronic filings, since I may not electronically respond in return.

Thank You, Alyssa Montalbano

On Fri, Jul 13, 2018, 12:47 PM yanaroslaw <valerie@yanaroslaw.com> wrote:
Alyssa:

I am authorized to accept service on behalf of Mr. Goode. We will respond to your filing with our Motion to Dismiss today.

Because you stated in your email below that your message was "sent in accordance with C.R.C.P. Rules 4 and 5", I assume you are consenting to electronic service unless you state otherwise. We consent to electronic service as well, and so will serve all copies of any pleadings to the email address above "purplemagus374@gmail.com" as well as the copied email "aristonear@ymail.com" (as noted on your pleading) after filing with the Court.

As stated before, you are *not* to send any communications addressed to my client (or concerning my client to Gaia). There is no reason to do so.

**Please confirm receipt of this email.**

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300

**EXHIBIT L   STATUS REPORT**

 **Gmail**

Alyssa Montalbano <purplemagus374@gmail.com>

---

### Re: Court Summons Service Location Requested
1 message

---

**purplemagus374** <purplemagus374@gmail.com>                                    Fri, Jul 13, 2018 at 3:08 PM
To: yanaroslaw <valerie@yanaroslaw.com>

Ms. Yanaros Wilde, FYI... I phoned the courts before emailing you in order to see if I could do electronic filings. The courts informed me it was not an option for non-attornies like me. Since, I cannot register with a verified court system and thereby I may not electronically file and serve you copies,  I require response be made in kind.  This is currently the closest thing I have at this time to being able to identity you as any kind of a real flesh and blood human being and not some mean garage computer hacker.  I require anyone in communication with me be held accountable for their actions. This is as much for Mr. Goode's protection as it is for mine.

Additionally, C.R.C.P rules 4 and 5 provide for service options in a few different ways.  I did not specifically request electronic service, that was an assumption on your part and as you directly stated "you assumed", so  I am correcting you that your assumption is incorrect.

Also,  I am not trying to be mean or vexful, as you put it, in any way.  I recognize my allegations are harsh. I made them based on fact and evidence. In the legal documents to Mr Goode, I had only begun to cite everything he used of mine in Cosmic Disclosure or otherwise,  since 2017. Unfortunately, past experience has taught me those who don't respond to inquiries are guilty and avoiding responsibility for their actions.  I could not in good conscience let Mr. Goode continue to mutilate my love based experiences and re-share them as "partial" disclosures of the full information he was given.  However, I am flattered he found my info so valid and useful that he used it so extensively. In a strange way,  I am grateful.

I too have spent a lot of time and money on this, it's not exactly my idea of a good time but it is what it is.  I am not suing Mr Goode for any money,  in case you missed that part? But, if I were already agreed to pay all attorney fees, costs,  and my billing statements for his uses of my materials.  Being angry with me about his uses of my materials won't solve the situation.   My motion to order Mr. Goode stop and desist use of my materials is strictly a moral issue at this time, that I am seeking to remedy.

Humanity deserves the truth... the full truth...had Mr. Goode told the full stories/ experiences correctly we wouldn't be in this predicament right now.

I am happy to negotiate and discuss a resolution that works for everyone, but I will only discuss the matter further directly with the defendant, or yourself once you verify your identity and authority, this is simply a matter of procedure for an American citizen, nothing personal.  Generally speaking,  real people are glad to identity themselves and prove who they are.  Such as myself.

As a reminder,  threatening me with the courts being mad at me (aside from that just being mean) and costs;  I had little option but to open a legal case against Mr Goode because he chose to repeatedly refuse to respond to my very detailed and specific inquires regarding his uses of my materials since April 2018. I tried my best to resolve this matter outside of litigation and in a low budget fashion.  Court, was Mr Goode's choice by his consistent refusal to respond to my inquires.

My goal is resolution, not fighting or arguing.

I assure you, my evidence is valid and sound and I would be grateful to have the emails subpoenaed for discovery and have new eyes looking at what I sent to Mr Goode, and for others to also see how Mr. Goode regularly used my dream intel and materials on CD and also in any other outlet of his I happened to see where he also used my materials. I am sure I missed some of his uses, since I didn't always watch every episode of CD or see/keep up with everything he posts, tweets, or shares.

**EXHIBIT L   STATUS REPORT**

Anyway, Mr. Goode need only look in his email box to see everything I referenced is true and correct.

What I would still like to know is: Why Mr. Goode is using my materials and saying he isn't?

If you truly are his attorney, I give you my consent for you to review the specific emails I cited in the documents so you may see I am telling the truth and that your client has indeed used my materials.

I assure you, I wouldn't waste my valuable and precious time opening a frivolous and without merit lawsuit.

*Ms Yanaros Wilde should have performe due diligence regardi her clien for sure at this point*

I believe we can come to a mutual agreement of some sort if we all set aside personal feelings (like a Vulcan) and simply look at the evidence and discuss what is.

Thank you,  Alyssa Montalbano

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: yanaroslaw <valerie@yanaroslaw.com>
Date: 7/13/18 1:46 PM (GMT-07:00)
To: Alyssa Montalbano <purplemagus374@gmail.com>
Cc: Corey Goode <goodetech@yahoo.com>
Subject: Re: Court Summons Service Location Requested

Alyssa:

Please note that we will be pursuing attorney's fees incurred in dealing with your unfounded, baseless and vexatious action, and these fees are mounting with each time you insist on using certified mail.

You are under a duty to mitigate costs in litigation, and the Court will not look favorably on your refusal to accept electronic service after you yourself have requested it and after we have consented to it.

We will proceed to e-serve as well as serve via mail per your email below.

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

----- On Fri, 13 Jul 2018 14:36:03 -0500 **Alyssa Montalbano** <purplemagus374@gmail.com> wrote -----

## EXHIBIT L   STATUS REPORT

 Gmail

Alyssa Montalbano <purplemagus374@gmail.com>

---

**VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MONTALBANO ENTERED 7/17/18**
1 message

---

yanaroslaw <valerie@yanaroslaw.com>                                                    Fri, Jul 27, 2018 at 11:41 AM
To: purplemagus374 <purplemagus374@gmail.com>, aristoneart <aristoneart@ymail.com>
Cc: Corey Goode <goodetech@yahoo.com>, Roger Richards <sba.producer@gmail.com>

Ms. Montalbano:

*color of law Rule 4(b)(6)(A)* You are in direct violation of the protective order granted to Mr. Goode on July 17 and continued by Broomfield County Court on July 24.

The pertinent part provides:

*more threats to coerce* The Court Orders that you, the Restrained Person shall not contact, harass, stalk, injure, intimidate, threaten, touch, sexually assault, abuse, or molest the Protected Persons named in this action, or harm, take, transfer, conceal, dispose of or threaten harm to an animal owned, possessed, leased, kept or held by any protected party, or a minor child of any other party, or otherwise violate this Order. You shall not use, attempt to use, or threaten to use physical force against the Protected Persons that would reasonably be expected to cause bodily injury. You shall not engage in any conduct that would place the Protected Persons in reasonable fear of bodily injury

You mailed a package to Mr. Goode with three motions in direct violation of the aforementioned protective order (see attached scanned image of the package) on July 24. To head your questions off at the pass: NO, the attachment does not include any malware, "military hacking tactics" or whatever crazy executable--real or imagined--it is a pdf of the evidence of your illegal and unlawful conduct.

We will be notifying the court and police of your violation.

You are to address all correspondence to me and me only.

Any further contact will be met with any and all means necessary to enforce the order.

Confirm receipt of this email.

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

*This was my legal response filed on July 24,2018 around 10:30am with Broomfield courts & mailed copy to Mr. Goode around 11am USPS. These documents also proved Mr Goode ~~____~~ and Ms Yanaros Wilde had filed frivolous & fraudulent "stalking evidence" in filing my legal presentment to Mr Goode. Mr Goode had no other stalking evidence, as none exists.*

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

*Mr Goode was noticed by Magistrate Russell during July 24,2018 hearing, Ms. Yanaros Wilde was not a valid attorney in the case, he was the only party on the stalking case & to hire a legitimate attorney in Colorado. He did not.*

📎 Mail from Montalbano to Goode 072418.pdf
   402K

PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S

PRESS FIRMLY TO SEAL

EMS

PS 10000 July 2013   OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( ) 970 250 8365

Alyssa Montalbano
2536 Rimrock Ave
Ste 400-117
Grand Junction, CO 81505

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( )

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th ST. Room A105
Denver, CO

ZIP + 4® (U.S. ADDRESSES ONLY)
8 0 2 9 4 - 3 5 8 9

**USPS Corporate Acct. No.**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**USPS® USE ONLY**

PO ZIP Code 81507
Date Accepted (MM/DD/YY) 9/14/18
Scheduled Delivery Date (MM/DD/YY) 9/15/18
Time Accepted 5:31 ☐AM ☑PM
Weight 10 lbs 70 oz
Flat Rate ☐

Total Postage & Fees $ 24.70

**ORIGIN (POSTAL SERVICE USE ONLY)**

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

CPU



U.S. POSTAGE $24.70
EXFL 0007
Orig: 81507
Dest: 80294
09/14/18
1108253

R2305M146649
06  2S

1-ORIGIN POST OFFICE COPY

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996