**FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 17 2018**

JEFFREY P. COLWELL
CLERK

Alyssa-Chrystie: Montalbano §

Plaintiff §

v. §

James Corey Goode §

Defendant §

§

§

§

CIVIL ACTION NO.:
18-cv-02060-RM-GPG

**JURY TRIAL DEMANDED**

## AMENDMENTS TO INCORRECTLY FILED OBJECTION TO FIRST MOTION

## FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT

## ACTION NO. 18CV-50

Plaintiff, Alyssa Chrystie Montalbano, makes the following amendments to the incorrectly filed with Mesa State court, September 11, 2018, **OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO 18CV-50** document and hereby is attaching the original State Court header filed version as **Exhibit 6** and amends it with the following new understanding gained through conversations today, September 13, 2018, regarding the remand/removal/status/understanding with Mesa Court Clerks and various other court officials. As of conversations today, the Mesa District Civil case,

18CV50, continues to remain a completely separate case to 1:18-cv-02060-RM-GPG (or former case number 1:18-cv-02060-STV) and as seen in the copy of the Register of Actions, printed and given to Plaintiff by the Clerks to help resolve what is going on with case 18CV50 and where Plaintiff was/is to file documents. (Exhibit 5 - Mesa District Civil Court Register of Action)

**AMENDMENTS**

1.      Page 1 of 11, number 1, Exhibit P – (USPS Receipts; proof of delivery of complaint) is attached with this amendment and was also incorrectly filed with Objection in Mesa State Court.  Exhibit A is Document 12-1 at 33; Exhibit B is Document 12-1 at 34; Exhibit Boulder Sheriff's Unserved Civil Process is Document 12-2 at 5.

2.      Page 3 of 11, number 2, Exhibit L (email list) filed with Mesa Court 18CV50 is contained in Document 20, Exhibit 3 with this Federal Court.

3.      Page 4 of 11, number 4, **corrects misunderstanding of**: "The case has already been properly remanded in accordance with due process of law on September 5, 2018 with a court order" with the new understanding that case 18CV50 is still completely separate to case 1:18-cv-02060-RM-GPG and the Order reassigned the Federal case to Magistrate Judge Gordon P.

Gallagher and the Federal Courthouse located in Grand Junction and that the

motion for remand is still pending a decision.

4.      Page 4 of 11, Exhibit Q is Document  27      Order      Reassigning

Magistrate Judge and Document 30 Minute Order.

5.      Page 5 of 11, number 5, Exhibit P (USPS) is attached to this

Amendment; Exhibit B is Document 12-1 at 34.

6.      Page 6 of 11, number 6, Exhibit Q (see No. 4 above)

Respectfully Submitted and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDMENTS TO INCORRECTLY FILED OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18CV-50** and **EXHIBIT 5 MESA COURT REGISTER OF ACTIONS** and **EXHIBIT 6 OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE** and **EXHIBIT P (USPS)** were sent first class by U.S. Mail, postage prepaid, USPS Certified Mail 7017 3040 0001 0237 6278 to Ms. Valerie Yanaros Wilde, YANAROS LAW P.C. 5057 Keller Springs, Suite 300, Addison, Texas 75001, this 14th day of September, 2018.

*Alyssa-Chrystie Montalbano*

Alyssa-Chrystie: Montalbano, American Citizen

I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

Status:                          District Court, Mesa County
Case #: 2018 CV 000050      Div/Room: 10    Type: Other
            MONTALBANO, ALYSSA-CHRYSTIE vs. GOODE, JAMES COREY

Exhibit 5                                          DV STATUS:
Case File Date:   6/25/2018    Case Close Date:        Appealed: N
                              Confidential Intermediary...:..........:

                    Bar #    Name
        Judicial Off...: 022904   BRIAN JAMES FLYNN
        Alt Jud Officer: 000000
                    Description              Stat Date       Time    Rm/D
        Trial..........:                                      0:00
        Next Schd Event: Review                  9/28/2018   6:00 P
        Last Schd Event:                                      0:00
        Last Event.....: Exhibit-Attach to Pleading/D n/a   9/11/2018

        Attorney(s)....: N

        Judgements............:N
        Motions Filed........:Y

        Amount Prayed for.....:            .00

        Jury Fee Paid........:N

                    ----- PARTIES -----
PARTY  ROL STS    NAME                        ATTORNEY                ROL
DEF  1            GOODE, JAMES COREY
            Business Address.......: 1140 US HIGHWAY 287 SUITE 400-266
                        : BROOMFIELD, CO  80020
PTF  1            MONTALBANO, ALYSSA-CHRYSTIE
            Business Phone.........: (970) 250-8365
            Business Address.......: 2536 RIMROCK AVE SUITE 400-117
                        : GRAND JUNCTION, CO 81505
FILE DATE    EVENT DESCRIPTION
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000012    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - B
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000013    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - C
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000014    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - D
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000015    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - E
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000016    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - F
6/25/2018    Exhibit-Attach to Pleading/Doc    Event ID: 000017    E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - G

EXHIBIT 5

```
FILE DATE      EVENT DESCRIPTION
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000018    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - H
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000019    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - I
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000020    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - J
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000021    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - K
6/25/2018     Certificate Filed                 Event ID: 000022    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
6/25/2018     Complaint                         Event ID: 000001    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint
6/25/2018     Summons                           Event ID: 000002    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Summons
6/25/2018     Civil Case Cover Sheet            Event ID: 000003    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Civil Case Cover Sheet
6/25/2018     Motion for Default Judgment       Event ID: 000004    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Default Judgment
6/25/2018     Filing Other                      Event ID: 000005    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Table of Contents
6/25/2018     Exhibit List                      Event ID: 000006    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List
6/25/2018     Proposed Order                    Event ID: 000007    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order Re: Cease and Desist
6/25/2018     Certificate Filed                 Event ID: 000008    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
6/25/2018     Brief Filed                       Event ID: 000009    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Memorandum Brief
6/25/2018     Affidavit                         Event ID: 000010    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Truth
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000011    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - A
7/03/2018     Affidavit                         Event ID: 000023    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit in Support of Order for Service by Publication
7/03/2018     Proposed Order                    Event ID: 000024    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
For Service by Publication
```

EXHIBIT 5

```
FILE DATE    EVENT DESCRIPTION
             Related Event  AFFI Affidavit                          7/03/2018
  7/17/2018  Motion to Dismiss              Event ID: 000026   E-Filed: J
             DEF/     GOODE, JAMES COREY
Motion to Dismiss
  7/18/2018  Order                          Event ID: 000025   E-Filed: J
Order for Service by Publication
  7/18/2018  Reply                          Event ID: 000027   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Motion to Dismiss for Failure to State a Complaint
             Related Event  MODS Motion to Dismiss               7/17/2018
  7/18/2018  Motion                         Event ID: 000028   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Claim and Exercize Constitutional Rights and Require the Presiding
Judge to Rule upon the Motion and All Public Officers of this Court to Uphold
Said Rights
  7/31/2018  Reply                          Event ID: 000029   E-Filed: J
             DEF/     GOODE, JAMES COREY
Reply to Plaintiff's Repsonse to Mr. Goode's Motion to Dismiss for Failure to
State a Complaint
             Related Event  REPL Reply                          7/18/2018
  8/13/2018  Report                         Event ID: 000030   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Status Report
  8/13/2018  Exhibit-Attach to Pleading/Doc Event ID: 000031   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit L - Attachment to Status Report
             Related Event  RPRT Report                         8/13/2018
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE   TIME    ROOM PRI
  8/24/2018  Review                         9/28/2018  06:00 PM 10
       Officer: BRIAN JAMES FLYNN                Length:  1.00 Hour(s)
  8/28/2018  Letter                         Event ID: 000036   E-Filed: J
             DEF/     GOODE, JAMES COREY
Letter from Atty Valerie Yanaros
  8/28/2018  Notice Filed                   Event ID: 000037   E-Filed: J
             DEF/     GOODE, JAMES COREY
Notice of Removal
  8/28/2018  Exhibit-Attach to Pleading/Doc Event ID: 000038   E-Filed: J
             DEF/     GOODE, JAMES COREY
Document 1-1 (7 pgs)
             Related Event  NOTC Notice Filed                   8/28/2018
  8/28/2018  Exhibit-Attach to Pleading/Doc Event ID: 000041   E-Filed: J
             DEF/     GOODE, JAMES COREY
Document 1-4 (2 Pages)
  8/28/2018  Exhibit-Attach to Pleading/Doc Event ID: 000040   E-Filed: J
             DEF/     GOODE, JAMES COREY
Document 1-3 (11 Pages)
             Related Event  NOTC Notice Filed                   8/28/2018
  8/28/2018  Exhibit-Attach to Pleading/Doc Event ID: 000039   E-Filed: J
             DEF/     GOODE, JAMES COREY
Document 1-2  (8 Pages)
             Related Event  NOTC Notice Filed                   8/28/2018
  8/28/2018  Exhibit-Attach to Pleading/Doc Event ID: 000042   E-Filed: J
             DEF/     GOODE, JAMES COREY
Document 12 (3 Pages)
```

EXHIBIT 5

```
FILE DATE     SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME       ROOM PRI
              Related Event  NOTC Notice Filed              8/28/2018
8/28/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000043   E-Filed: J
              DEF/    GOODE, JAMES COREY
Document 12-1 (60 Pages)
              Related Event  NOTC Notice Filed              8/28/2018
8/28/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000044   E-Filed: J
              DEF/    GOODE, JAMES COREY
Document 12-2 (7 Pages)
              Related Event  NOTC Notice Filed              8/28/2018
8/30/2018     Motion                           Event ID: 000032   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Hearing Date
8/30/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000033   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit O  - Attach to Pleading/Doc
              Related Event  MOTN Motion                    8/30/2018
8/30/2018     Objection                        Event ID: 000034   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss
for Failure to State a Complaint
              Related Event  REPL Reply                     7/31/2018
8/30/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000035   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit M - Attach to Pleading/Doc
              Related Event  OBJ  Objection                 8/30/2018
9/06/2018     Objection                        Event ID: 000045   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Notice of Removal
              Related Event  NOTC Notice Filed              8/28/2018
9/11/2018     Objection                        Event ID: 000046   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to First Motion for Extension of Time to File Court Register of the
State Court Action No. 18CV50
9/11/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000047   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - P
              Related Event  OBJ  Objection                 9/11/2018
9/11/2018     Exhibit-Attach to Pleading/Doc   Event ID: 000048   E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - Q
              Related Event  OBJ  Objection                 9/11/2018
```

                        End of Case: 2018 CV 000050

EXHIBIT 6 OBJECTION TO FIRST MOTION FOR EXTENSION
OF TIME TO FILE

| | |
|---|---|
| ☐ County Court ☒ District Court | **ORIGINAL FILED IN**<br><br>SEP 1 1 2018<br><br>**COMBINED COURT**<br>~~COURT USE ONLY~~ BY LITIGANT<br>▲          ▲ |
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Case Number: 18-cv-02060-RM-GPG<br><br><br>Division          Courtroom |

**OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18CV-50**

Plaintiff, Alyssa Chrystie Montalbano, objects to the motion for extension of

time as Defendant and Counsel are again flat out lying for the court records:

1.           Defendant, James Corey Goode, by and through his counsel Valerie

Yanaros Wilde alleges he received a courtesy copy of the 'complaint' on

July 13, 2018.  However, this is a flat out lie.  **Mr. Goode received the**

**original lawfully served and affirmed pre-litigation complaint on April**

**20, 2018** for response and as properly served and mailed in accordance with

due process of law. (Exhibit P – USPS Receipts; Exhibits A – Notice of

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

Written Correspondence; Exhibit B – Certificate of affirmed Service dated April 18, 2018) Mr. Goode failed to respond.        **Mr. Goode received a copy of the Summons 'complaint'** the same day attempted service was made by Civil Officer, Mike Blea, (Exhibit –Boulder County Sheriff's Office Return of unserved Civil Process) by way of Certified Mail USPS 7017 2620 0000 7185 1069 – delivered **June 27, 2018** at 11:57AM and **Counsel, Valerie Yanaros Wilde, received a courtesy copy of the complaint by way of Certified Mail USPS 7017 2620 0000 7185 1052 – delivered June 27, 2018 at 10:27AM.** (Exhibit P – USPS affirmed delivery)  Both received a true and correct courtesy copy of the Summons by way of standard affirmed service (CRCP Rule 5).   Defendant and Counsel had complete court records and knowledge of the case as of **June 27, 2018.** Subsequently, Plaintiff mailed both Counsel and Defendant copies of everything filed with Mesa Courts up until just after frivolous Broomfield hearing, August 6, 2018, when Plaintiff fully realized Counsel was operating under Color of Law and Mr. Goode was lawfully Pro Se in two state court cases: 18CV50 and frivolous Broomfield stalking case, 18C103, and mailed respective filings to the appropriate party in accordance with due process of law.

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

2.        Additionally, **Mr. Goode by and through his Counsel knowingly and willingly avoided responding to a request for second process of service upon him since July 1, 2018 thru July 13, 2018**, (See Exhibit L Grievance - and email list overview showing no reply from Texas Attorney, Ms. Yanaros Wilde between July 1 to the 13th).   Had Defendant and Counsel not performed obvious **knowing evasion of service of summons thru July 13, 2018**, Plaintiff would have had Defendant properly served the first week of July 1 thru the 7th .

3.        Defendant by and through his attorney, Ms. Yanaros Wilde, alleges being too busy all Summer with travel, yet Defendant had plenty of time during the month of July (in the Summer) to avoid and evade service of summons and go behind Plaintiffs back to place a fraud upon the Broomfield courts and opened a brand new, vexatious, frivolous, and without merit stalking case to attempt to gain unethical advantages through criminal charges and dragged it out through early August (still Summer). During the first half of July, if counsel Ms. Yanaros Wilde had been honest, she would have directed her client, Mr. Goode, to accept service of summons and lawfully respond to the Complaint. (C.R.C.P. Rule 4 and C.R.C.P. 5)

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

4.        Defendant and Counsel asking for more time to respond to try to proceed with yet another unlawful removal attempt of case 18CV50 is clearly a waste of everyone's time. **Mr. Goode was required to lawfully notify Mesa District Civil courts** and file with the Mesa Courts **within 30 days** (August 17, 2018) of acceptance of Summons, **he did not, nor did his alleged counsel. Therefore all the subsequent filings, time frames, and excuses by Defendant and Counsel are irrelevant.** Aside from the fact that lawful removal obviously was not performed by Defendant or Counsel; **the case has already been properly remanded in accordance with due process of law on September 5, 2018 with a court order** and any further attempts by Defendant and Counsel to remove case 18CV50, is clearly inappropriate. (Exhibit Q – Remand Order)

5.        It is also **key to re-note** Mr. Goode went to Texas instead of attending the frivolous Broomfield continuance hearing (he asked for) on August 6, 2018 and to which he filed his 'known-it–would-be-denied' second continuance motion on or about the Friday prior the Monday hearing; this ensured Ms. Montalbano would not properly receive a copy of what was filed prior the hearing for lawful response and defense and to further burden Ms. Montalbano (who retained an attorney) with another 10 hour drive round trip to Broomfield and back for the continuance hearing Mr. Goode

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

asked for and then made an excuse and failed to show up.  During which time; and as contained in Mr. Goode's motion; he alleged an ailing father to visit, who happens to live in the same state where Ms. Yanaros Wilde lives, Texas, and 'synchronistically' shortly thereafter on August 13, 2018 Mr. Goode and his Counsel attempted removal (still the Summer months) by way of opening a completely new Federal Case in a court location very convenient for Mr. Goode (and at least 5 hours away from Plaintiff again) and with a new court that didn't know of all the criminal acts Defendant had directly performed with the help of his Counsel against Plaintiff, to further violate her Constitutional rights. **All of this occurred during the months of July 2018 and August 2018,** the most pronounced Summer months in the year. **Plaintiff cites for the record, Ms. Yanaros Wilde is correct in stating Mr. Goode was busy all summer, but he was busy with her opening frivolous and without merit court cases and placing multiple frauds on multiple courts** in efforts to continue **to avoid and evade responding to the complaint** as lawfully sent for response since April 20, 2018.  (Exhibit P and Exhibit B)


Additionally, all during this time had Defendant even been within the proper time frames for lawful removal, Mr. Goode knowingly failed to

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

contact Ms. Montalbano in any way to discuss removal per his responsibility to confer with the opposing party as two Pro Se litigants in State Court case 18CV50. **Plaintiff further states the obvious,** during the Summer months Mr. Goode clearly had plenty of time to open two new court cases, and write papers with his Counsel, yet he and Counsel would have the courts and Plaintiff believe he had no time to 'properly remove' case 18CV50 or request records in accordance with due process of law. This is highly unlikely and is yet another example of Defendant and Counsel knowingly misleading.

6.      **It is to also to be duly noted, Defendant still has not responded to the complaint** which was attached in full for response (again for Mr. Goode) now to the Motion for Remand.

**Defendant has now directly violated a court Order to respond to the Motion for Remand by September 10, 2018** and as entered by Judge Raymond P. Moore on September 6, 2018 as a Minute Order. (Exhibit Q – CIVIL DOCKET No. 30) Defendant by and through his Texas Attorney failed to respond. Instead they have asked for 'more time' and want to 'try again' to unlawfully remove; and whereby 'more time' after almost 5 months of Defendant avoiding and evading responding can only be equated with fraud.

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

7.        As to the health of Mr. Goode's father and alleged 'summer travel' that is no excuse for Defendant and Counsel avoiding and evading responding to the complaint as lawfully served on Defendant since April 20, 2018 (before Summer).  Mr. Goode has had ample time to respond.  It is clear Defendant and Counsel will continue to argue about any topic rather than have the Defendant address the complaint and both are in direct violation of Federal Rules of Civil Procedures Rule 11(b) and FRCP Rule 37 and sanctions on the merits is warranted.

8.        It is also clear that **Mr. Goode does not wish to plead his case by properly responding to all the charges in the complaint** against him and still does not want to answer for any of his extensive use of Ms. Montalbano's materials. Therefore, **Mr. Goode has knowingly acquiesced to all the charges against him for the court records now through** performing the same behaviors of **avoidance and evasion** as done knowingly since April 20, 2018,  therefore a confession on the merits is warranted for a Default Judgment to be entered on Plaintiff's behalf and as originally requested.  (FRCP Rule 55-Default Judgment)

9.        **As already stated,** Defendant by and through his Counsel failed to move case 18CV50 within the 30 days times frame. Had this been their first

EXHIBIT 6
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

due process of law violation (and not their 20th or 30th or more) it might be 'reasonable' to grant an extensions of time. But, Defendant by and through his Counsel has proven repeatedly they are dishonest and have contempt for the court. **Also as already stated,** it is self-evident that Mr. Goode and his Counsel effectively opened a brand new improper Federal Case that they alleged as a 'removal;' **whereby in doing such they could** (again, for a third court they withheld evidence from) **restate 'stalking' but, now as a 'counterclaim' and to which such claim had already been dismissed and immediately prior by the Broomfield Courts. The only 'evidence' Mr. Goode has for 'stalking' is Ms. Montalbano's legal presentments** and attempts to settle outside of litigation, along with Ms. Montalbano's hundreds of emails (which could be seen as the equivalent of business marketing spam email) and as were sent to Defendant prior to Plaintiff being told to not email in early Feb 2018. These are the same emails that contained Plaintiff's intellectual property and that Defendant used during 2017 and 2018 and that Mr. Goode continues to evade addressing in the complaint. Therefore a confession on the merits is warranted.

10.      Finally, sanctions should also be imposed on Defendant and Counsel to keep Defendant and Counsel from opening new related cases and to stop

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

them from being able to bring up stalking claims again. Mr. Goode has already presented his alleged stalking evidence to: Mesa Courts, Broomfield Courts, and Denver Federal Courts. In every instance, the alleged stalking evidence is Plaintiff's legal evidence against Mr. Goode for fraud and theft of her private property, or it's Mr. Goode and Counsel's knowingly fabricate evidence.  Any evidence presented by Mr. Goode and Counsel outside of the legal presentments, is completely fabricated, as Plaintiff has never stalked Mr. Goode or his family at any time. **Again, stalking was only ever mentioned *after* Plaintiff began due process of law April 2018 for remedy and attribution due.**  Since it is clear Defendant and Counsel will both fabricate and withhold evidence, and/or blame each other for due process violations so they each may avoid either of them being held accountable for their lies (this is the same thing Mr. Goode did in Broomfield courts, he blamed counsel for his violations), as a matter of due process of law, they are both to be appropriately sanctioned by the courts.

Therefore, Defendant, James Corey Goode's argument by and through his Counsel, Valerie Yanaros Wilde, that he should have an extension of time to respond and have more time to try again to unlawfully remove case 18CV50 is in direct violation of due process of law and cannot in any 'reasonable' way be considered due to 'reasonable' neglect (D.C. COLO. L. Civ. R. 6.1).  Defendant

**EXHIBIT 6**
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

and Counsel have clearly, repeatedly, blatantly, willingly and knowingly, avoided and evaded responding to the complaint for almost 5 (five) months now and to which 2 ½ (Two and a half) of those months are contained on multiple court records. This is **clearly another blatant attempt by Defendant and his Counsel to avoid and evade (FRCP Rule 37) responding to the complaint and answering for all of Mr. Goode's crimes of fraud and theft.**

Additionally, Ms. Yanaros Wilde has again perjuring her Oath of Office to the National and State Constitutions, by again knowingly and willingly attempting to directly violate Plaintiff, Alyssa Chrystie Montalbano's, Constitutional rights and in this particular instance to take away Plaintiff's rights to due process of law, security in her person, security in her property, and having a speedy remedy; thereby sanctions are warranted on the merits against both Defendant and his Counsel, in accordance with due process of law and an Oath of Office to the National and State Constitutions to uphold such processes.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

EXHIBIT 6
OBJECTION TO FIRST MOTION
FOR EXTENSION OF TIME TO FILE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **OBJECTION TO FIRST MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18CV-50 AND ATTACHED EXHIBITS** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0002 3148 5957; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020, this 11 day of September, 2018.

Alyssa-Chrystie: Montalbano, American Citizen

EXHIBIT P

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LOUISVILLE, CO 80027

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.75 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $6.70 | |
| Total Postage and Fees | $12.90 | |

Sent To JIRKA RYSAVY, GAIA INC
Street and Apt. No., or PO Box No. 833 WEST SOUTH BOULDER RD. BUILDING G
City, State, ZIP+4® LOUISVILLE, CO 80027

7016 2070 0000 9810 9954

0501
08

Postmark
Here

04/18/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LOUISVILLE, CO 80027

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.75 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | $6.70 | |
| Total Postage and Fees | $12.90 | |

Sent To Jay Weidner, SR DIR CONTENT PROD
Street and Apt. No., or PO Box No. 833 WEST SOUTH BOULDER RD. BLDG. G
City, State, ZIP+4® LOUISVILLE, CO 80027

7016 2070 0000 9808 6477

0501
08

Postmark
Here

04/18/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BROOMFIELD, CO 80020

| Certified Mail Fee | $3.45 | |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.75 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $6.70 | |
| Total Postage and Fees | $12.90 | |

Sent To James Corey Goode, GOODE MEDIA PRODUCTIONS LLC, GOODE ENT. SOL. INC.
Street and Apt. No., or PO Box No. 11910 US HIGHWAY 287, SUITE 400-246
City, State, ZIP+4® BROOMFIELD, CO 80020

7016 2070 0000 9810 9985

0501
08

Postmark
Here

04/18/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

T
2536
Gra

GRAND JUNCTION
241 N 4TH ST
GRAND JUNCTION
CO
81501-9998
0738340501
(800)275-8777

04/18/2018

2:30 PM

We are
shipping

We off
to

| Product Description | Sale Qty | Final Price |
| --- | --- | --- |
| PM 2-Day Flat Rate Env (Domestic) (LOUISVILLE, CO 80027) (Flat Rate) (Expected Delivery Date) (Friday 04/20/2018) | 1 | $6.70 |
| Certified (@@USPS Certified Mail #) (70162070000098109954) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590940219886123886532) | 1 | $2.75 |
| PM 2-Day Flat Rate Env (Domestic) (LOUISVILLE, CO 80027) (Flat Rate) (Expected Delivery Date) (Friday 04/20/2018) | 1 | $6.70 |
| Certified (@@USPS Certified Mail #) (70162070000098086477) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590940219886123886549) | 1 | $2.75 |
| PM 2-Day Flat Rate Env (Domestic) (BROOMFIELD, CO 80020) (Flat Rate) (Expected Delivery Date) (Friday 04/20/2018) | 1 | $6.70 |
| Certified (@@USPS Certified Mail #) (70162070000098109985) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590940219886123886563) | 1 | $2.75 |

No
Re

001 00

002 03
B.
Ru

ACCO
Appr

ENT
MOD
AID
TVI
TS
AC
AF

Total                                        $38.70

Credit Card Remitd                           $38.70
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX8233)
   (Approval #:01816C)
   (Transaction #:225)
   (Entry Mode:Chip)
   (AID:A0000000041010)
   (Application Preferred Name:
WellsFargoMC)
   (Application Label:MasterCard)
   (PIN:PIN Not Required)
   (Cryptogram:E5D5E9A58C957507)

EXHIBIT P

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jirka Rysavy, CEO
GAIA INC
833 West South Boulder Rd.
BUILDING G
Louisville, CO 80027

9590 9402 1988 6123 8865 32

2. Article Number (Transfer from service label)
7016 2070 0000 9810 9954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287, SUITE 400-266
BROOMFIELD, CO 80020

9590 9402 1988 6123 8865 63

2. Article Number (Transfer from service label)
7016 2070 0000 9810 9985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Suree

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay Weidner
SR DIRECTOR CONTENT PROD
833 West South Boulder Rd
BUILDING G
Louisville, CO 80027

9590 9402 1988 6123 8865 49

2. Article Number (Transfer from service label)
7016 2070 0000 9808 6477

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

EXHIBIT P

## USPS Tracking®

FAQs › (http://faq.usps.com/?articleid=220900)

Track Another Package +

_James Corey Goode_

Tracking Number: 70162070000098109985

Remove ✕

Expected Delivery by

_original Complaint_

**FRIDAY**

**20** APRIL 2018 ⓘ | by **8:00pm** ⓘ

☑ **Delivered**

April 20, 2018 at 12:15 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020

**Tracking History**                                                    ⌃

April 20, 2018, 12:15 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020
Your item was delivered to an individual at the address at 12:15 pm on April 20, 2018 in BROOMFIELD, CO 80020.

April 20, 2018, 10:36 am
Out for Delivery
BROOMFIELD, CO 80020

April 20, 2018, 10:26 am
Sorting Complete
BROOMFIELD, CO 80020

April 20, 2018, 7:21 am
Arrived at Unit
BROOMFIELD, CO 80020

April 20, 2018, 4:45 am
Arrived at USPS Facility
BROOMFIELD, CO 80020


EXHIBIT P

April 20, 2018, 3:55 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

April 19, 2018, 7:34 pm
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

April 19, 2018
In Transit to Next Facility

April 18, 2018, 10:25 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

April 18, 2018, 8:37 pm
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

April 18, 2018, 4:38 pm
Departed Post Office
GRAND JUNCTION, CO 81501

April 18, 2018, 2:27 pm
USPS in possession of item
GRAND JUNCTION, CO 81501

Product Information                                                    ⌃

Postal          Features:
Product:        Certified Mail™  ⟵
Priority        Up to $50 insurance included. Restrictions Apply  ⓘ
Mail®

See tracking for related item:
9590940219886123886563
l/go/TrackConfirmAction?
tLabels=9590940219886123886563)

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

EXHIBIT P

**USPS Tracking**

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70172620000071851052

Remove X

Expected Delivery by

**WEDNESDAY**
**27** JUNE 2018 ⓘ   by   **8:00pm** ⓘ

*Valerie Summons Copy*

⊘ **Delivered**

June 27, 2018 at 10:27 am
Delivered, Front Desk/Reception
ADDISON, TX 75001

**Tracking History**                                    ∧

June 27, 2018, 10:27 am
Delivered, Front Desk/Reception
ADDISON, TX 75001
Your item was delivered to the front desk or reception area at 10:27 am on June 27, 2018 in ADDISON, TX 75001.

June 27, 2018, 4:30 am
Arrived at USPS Facility
ADDISON, TX 75001

June 27, 2018, 3:01 am
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

June 27, 2018, 1:56 am
Departed USPS Regional Facility
DALLAS TX NETWORK DISTRIBUTION CENTER

June 27, 2018, 12:58 am
Arrived at USPS Regional Destination Facility
DALLAS TX NETWORK DISTRIBUTION CENTER

June 26, 2018
In Transit to Next Facility

June 25, 2018, 6:47 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 25, 2018, 6:30 pm
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 25, 2018, 11:44 am
USPS in possession of item
GRAND JUNCTION, CO 81507

**Product Information**                                  ∧

| Postal Products | Features: | |
|---|---|---|
| Priority Mail™ | Certified Mail™ | |
| | Up to $50 insurance included. Restrictions Apply ⓘ | |

See tracking for related item: 9590940241569082104457
(/go/TrackConfirmAction?tLabels=9590940241569082104457)

EXHIBIT P



FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package ✛

Tracking Number: 70172620000071851069     Remove ✕

On Time

Expected Delivery on

**WEDNESDAY**
**27** JUNE
2018 ⓘ | by
| **8:00pm** ⓘ

*Corey Summons Copy*

☑ **Delivered**

June 27, 2018 at 11:57 am
Delivered, Front Desk/Reception
BROOMFIELD, CO 80020

Tracking History                                    ⌃

June 27, 2018, 11:57 am
Delivered, Front Desk/Reception
BROOMFIELD, CO 80020
Your item was delivered to the front desk or reception area at 11:57 am on June 27, 2018 in BROOMFIELD, CO 80020.

June 27, 2018, 10:55 am
Out for Delivery
BROOMFIELD, CO 80020

June 27, 2018, 10:45 am
Sorting Complete
BROOMFIELD, CO 80020

June 27, 2018, 9:32 am
Arrived at Unit
BROOMFIELD, CO 80020

June 27, 2018, 4:08 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

June 26, 2018, 8:54 am
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

June 25, 2018, 8:47 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 25, 2018, 8:39 pm
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 25, 2018, 11:41 am
USPS in possession of item
GRAND JUNCTION, CO 81507

Product Information                                  ⌃

Postal          Features:
Product:        Certified Mail™
Priority        Up to $50 insurance included. Restrictions Apply ⓘ
Mail®

See tracking for related item: 9590940241558092104471
(/go/TrackConfirmAction?tLabels=9590940241558092104471)

