FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2018

JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | |
| Plaintiff | § | CIVIL ACTION NO.: |
| | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |
| | § | |

## MOTION TO REDUCE SANCTIONS SAFE HARBOR TIME TO 7 DAYS OR LESS

Comes now Plaintiff, Alyssa Chrystie Montalbano, in accordance with due process of law and moves this honorable court to reduce the time for filing of a Motion to Impose Sanctions against Defendant, James Corey Goode, and Counsel, Valerie Yanaros Wilde, YANAROS LAW P.C., to be only 7 days (or less) safe harbor instead of 21 days (FRCP Rule 11(C)(2)) from the date of certified delivery of motion upon Defendant's Counsel at her last known mailing address in accordance with FRCP Rule 5(b)(2)(D) and in support hereof:

It is clear now on multiple court records Defendant and Counsel will continue to violate due process of law to gain unethical and unfair advantages (See

MOTION TO REDUCE SANCTIONS SAFE HARBOR TIME TO 7 DAYS OR LESS        Page 1 of 4

all court filings since June 25, 2018) and will continue to avoid and evade responding to the complaint. (FRCP Rule 37) Plaintiff respectfully moves the court to reduce the safe harbor time period to 7 days or less to prevent Plaintiff from having to continuously argue irrelevant points due to dishonesty by Defendant and his Counsel, to prevent Defendant from opening new similar and/or frivolous cases, and to seek an order for sanctions that Defendant retains an honest, and legitimate Colorado attorney so that Ms. Montalbano can properly follow due process of law with a decent human being who will follow the Colorado Rules of Professional Conduct, respects their Oath of Office to the Constitution, and will honorably negotiate with Plaintiff on Defendant's behalf so Plaintiff does not have to continuously burden the courts with writing and submitting everything to the courts due to the dishonesty of Defendant and his counsel.

1. Currently, it is impossible for Plaintiff to confer lawfully in any way with Defendant or his Counsel in accordance with due process of law and in particular *D.C. COLO.LCivR 7.1(a)* and the duties to disclose. (CRCP Rule 26 and CRCP Rule 37) When Ms. Montalbano has formerly spoken with Counsel, Counsel knowingly misleads, lies, makes false accusations, knowingly hides filed records, fails to serve, fails to communicate, coerces, and threatens with color of law. If Plaintiff were to try to directly contact

Mr. Goode, Defendant, by email (the only other known method to communicate with Defendant aside from postal mail); they would again threaten with Stalking.

2.  There is no alternative outside of sanctions for Plaintiff to be able to proceed in accordance with due process of law to attain remedy and attribution due after almost 5 (Five) months of Defendant and Counsel avoiding, evading, and harassing Plaintiff.

Therefore, in accordance with FRCP Rule 11, due process of law and an Oath of Office to the National and State Constitutions to uphold and protect such processes, Plaintiff moves this honorable court to reduce the Sanctions Motion 'safe harbor' period to 7 days or less, and/or moves this honorable court to immediately impose sanctions upon Defendant and his Counsel for all the violations already cited in multiple court filings and as contained on three different court records for their repeat willing and knowing violations of due process of law and in particular FRCP Rule 11(b) and FRCP Rule 37(a)(4) – evading - Colorado Constitution, Article II, Section 6 – speedy remedy, and Constitution of the United States of America Fourteenth Amendment – Due Process; so that Plaintiff may finally attain a speedy remedy once and for all without fear of further harassment,

burdens, frivolous similar cases, dishonesty, and/or delays, from Mr. Goode or his Counsel, Ms. Yanaros Wilde.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO REDUCE SANCTIONS SAFE HARBOR TIME TO 7 DAYS OR LESS** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*Alyssa Chrystie Montalbano*
Alyssa-Chrystie: Montalbano, American Citizen

# PRIORITY MAIL EXPRESS

**OUR FASTEST SERVICE IN**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
GRAND JUNCTION, CO
81501
SEP 15 18
AMOUNT
$24.70
R2304M111792-17

UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL EXPRESS™

WHEN USED INTERNATIONALLY A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( 770 ) 250-8365
Alysa Chrystie Chambliano
2536 Patriot Ave
STE 400-117
Grand Junction, CO 81505

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO:** (PLEASE PRINT) PHONE ( )
Office of the Clerk
United States District Court
Alfred A Arraj Courthouse
901-19th St Room A105
Denver, CO

ZIP+4® (U.S. ADDRESSES ONLY)
8 0 2 9 4 - 3 5 8 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 81501
Date Accepted (MM/DD/YY): 9-15-18
Time Accepted: ☒ AM ☐ PM
☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO
☐ Flat Rate
Scheduled Delivery Date (MM/DD/YY): 9-17-18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM
10:30 AM Delivery Fee: $
Sunday/Holiday Premium Fee: $
Postage: $24.70
Insurance Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
COD Fee: $
Total Postage & Fees: $24.70
Acceptance Employee Initials: [signature]
Weight: lbs. ozs.
**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE