FOR THE DISTRICT OF COLORADO

```
F I L E D
UNITED STATES DISTRICT COURT
    DENVER, COLORADO
    SEP 17 2018
  JEFFREY P. COLWELL
              CLERK
```

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| § | |

## NOTICE OF E-SERVICE TO DEFENDANT COUNSEL

Plaintiff, Alyssa Chrystie Montalbano, files this notice to the courts and Defendant's counsel that hereafter all service of filed Federal Court documents will be made upon Defendant Counsel in accordance with FRCP Rule 5(b)(2)(E) by way of CM/ECF filing system and per Defendant Counsel consent (FRCP Rule 5(b)(2)(F) in the following way:

1. Plaintiff will mail physical copies to the Denver based Federal filing Court Clerks Office, who will then upload received documents to the CM/ECF system, at which time Defendant's Counsel will be lawfully served in accordance with CM/ECF filing notifications.

2.  Pro Se Plaintiff still may not lawfully receive electronic service with the CM/ECF filing system, as Plaintiff may not register to upload files and thereby is no allowed to receive lawful service via the system. Therefore, Plaintiff continues to require being served hard copies of everything by postal mail (and as stated prior) by Defendant's Counsel, who is to lawfully serve a copy of <u>everything filed</u> and is to also affirm such service for the court record. This means Defendant Counsel is to <u>actually mail</u> the documents the same date of filing or on the first business day postal service is available after CM/ECF filing and with a service that will reach Plaintiff within 1 to 3 days of filing.

Respectfully Submitted and All Rights Reserved,

*[signature: Alyssa Chrystie Montalbano]*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **NOTICE OF E-SERVICE TO DEFENDANT COUNSEL** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*[signature: Alyssa Chrystie Montalbano]*

Alyssa Chrystie Montalbano, American Citizen

NOTICE OF E-SERVICE TO DEFENDANT COUNSEL                                    Page **2** of **2**

