# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ALYSSA-CHRISTIE MONTALBANO §
   Plaintiff, §
§
§ C.A. NO.: 1-18-cv-02060-RM-GPG
v. §
§ JURY TRIAL DEMANDED
§
JAMES COREY GOODE, §
   Defendant. §
§

## SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE COURT REGISTER OF THE STATE COURT ACTION NO. 18-CV-50

Defendant **James Corey Goode** ("Mr. Goode"), respectfully files his Second Motion for Extension of Time to File the Court Register of the related state case, number 18-cv-50 (the "State Court Action) in Mesa County Combined Court ("Mesa County"), and states as follows:

## BACKGROUND

This Court issued a minute order on September 6, 2018 ordering Mr. Goode to file, inter alia, a Register of Actions from the State Court. (Docket 30). Mr. Goode has been diligent in attempting to procure those documents to file with this Court to satisfy D.C. COLO. L. Civ. R. 81.1(b). Mr. Goode has otherwise complied with the Court Order (Docket 32-1), has diligently sought to obtain the

ordered document from Mesa County Court (*see*, Wilde Dec) and hereby respectfully requests a brief extension as to the remainder of the Court Order.

## ARGUMENT AND AUTHORITY

This Court may grant an extension pursuant to D.C. COLO. L. Civ. R. 6.1 and Federal Rule of Civil Procedure 6(b)(1)(B) ("…the court may, for good cause, extend the time… on motion made after the time has expired if the party failed to act because of excusable neglect"). Mr. Goode has made an additional, specific request (in additional to the previous for the court documents in case number 18-cv-50) to Mesa County for the document ordered to be filed by this Court (the "Register") and has followed up diligently to ensure that the Register is received and filed at the earliest opportunity. (Wilde Dec). The document is anticipated some time this week, and counsel will file it as soon as it is received at counsel's office. (*Id.*)

As such, Mr. Goode respectfully requests this Court grant his Motion for Extension of time to file the Case Register until September 24, 2018. This is the Second Motion for Extension of Time. This Request is not meant to delay the action and is for good cause. Mr. Goode would be greatly harmed if not granted a brief extension of time to file, because Mr. Goode has taken the Court's Rules

very seriously and attempted to abide by all of them and may be sanctioned by this Court if not found in compliance. [1]

## CONCLUSION

Accordingly, Mr. Goode respectfully requests this Court grant a brief extension of time to file the Case Register in the State Court Action now removed to this Court.

Dated: September 17, 2018                              Respectfully Submitted,


                                                                s/ VALERIE YANAROS WILDE
                                                                VALERIE YANAROS WILDE
                                                                YANAROS LAW, P.C.
                                                                5057 KELLER SPRINGS, SUITE 300
                                                                ADDISON, TEXAS 75001
                                                                TELEPHONE: (512) 826-7553
                                                                FAX: (469) 718-5600
                                                                VALERIE@YANAROSLAW.COM

                                                                **ATTORNEY FOR DEFENDANT**
                                                                **JAMES COREY GOODE**


## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 17TH DAY OF SEPTEMBER A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

---

[1] Counsel has not been able to confer with Plaintiff to seek its position as to whether or not the Motion is Opposed. Counsel has reached out via email and will follow up with a call to Plaintiff tomorrow to obtain its position and will file a Supplemental Certificate of Service for the Motions for Extension then.

**MOTION FOR EXTENSION OF TIME**                                                    **PAGE 3**

/S V<small>ALERIE</small> Y<small>ANAROS</small> W<small>ILDE</small>
V<small>ALERIE</small> Y<small>ANAROS</small> W<small>ILDE</small>

## CERTIFICATE OF CONFERENCE

T<small>HE UNDERSIGNED COUNSEL WAS NOT ABLE TO CONFER WITH PLAINTIFF PRIOR TO FILING THIS MOTION DUE TO TIME CONSTRAINTS, AND THUS IS FILING AS</small> OPPOSED. C<small>OUNSEL WILL ATTEMPT TO CONFER WITH</small> P<small>LAINTIFF TOMORROW AS TO THEIR POSITION ON THIS AND THE FIRST MOTION FOR CONTINUANCE AND WILL SO UPDATE THE COURT FOLLOWING SAID</small> C<small>ONFERENCE.</small>

/S V<small>ALERIE</small> Y<small>ANAROS</small> W<small>ILDE</small>
V<small>ALERIE</small> Y<small>ANAROS</small> W<small>ILDE</small>