# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO § § § § Plaintiff, § § § v. § § § JAMES COREY GOODE, § § § Defendant. § § | C.A. NO.: 1-18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF VALERIE YANAROS WILDE

I, Valerie Yanaros Wilde, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I am Mr. Goode's attorney of record in this action. I have personal knowledge of the truth of the matters stated herein unless stated on information and belief, in which case I am informed or believe that the matter stated is true. If called as a witness I could and would testify as stated herein.

2. Mesa County Court received our Research Request for the Register of Actions in case 18-CV-50 on Tuesday, September 11, 2018.

3. I confirmed with the Mesa County Court Research Clerk on Friday, September 14, 2018 that Mesa County Court had received the request, processed the request, and sent the requested document to my office address on Thursday, September 13, 2018.

4. The response to my last research request I sent to Mesa County Court was received by my office within a few days of Mesa County Court mailing the documents. So, I anticipated receiving the requested document by Monday, September 17, 2018.

5. I checked in with my office multiple times on September 17, 2018 to see if the document had been delivered. It had not. I attempted multiple times to call the Mesa County Research Clerk to confirm the document had not been returned or inquire as to whether they could confirm where in transit the document was. I was not able to reach anyone at the Research Clerk's office, and so left a voicemail.

6. I anticipate receipt of the Register of Actions sometime in the next week, barring any unforeseen incidents.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of September, 2018 in Arlington, Texas.

/s/  Valerie Yanaros Wilde

Texas Bar No. 24075628