# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO §<br>§<br>    Plaintiff, §<br>§<br>v. §<br>§<br>JAMES COREY GOODE, §<br>    Defendant. §<br>§ | C.A. NO.: 1-18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## AMENDMENT/SUPPLEMENT TO REGISTER OF ACTIONS AND CERTIFICATE OF SERVICE

Defendant James Corey Goode ("Mr. Goode"), by and through its attorney, Valerie Yanaros Wilde of Yanaros Law, P.C., hereby files his Amendment and Supplement to the Register of Actions (Dkt. 14) filed on August 27, 2018:

## BACKGROUND

This action was properly removed to Federal Court on August 13, 2018—30 days after Mr. Goode received a copy of the "Complaint" filed by Plaintiff in Mesa County Court ("Mesa County"). (Docket 1). Mr. Goode requested a copy of the Mesa County case number 18-cv-50 (the "Mesa County Case") operating under the understanding that a Register of Actions would be included in its

request, but received only a print-out of the filings in the Mesa County Case. (*See* Docket 32). Mr. Goode filed two motions for extension of time to file the Register of Actions (Dockets 33 and 42) upon receipt from Mesa County, the second of which was granted by this Court. (Docket 44).

### REGISTER OF ACTIONS

Mr. Goode's attorney received the Register of Actions from the Mesa County Case on September 19, 2018 from Mesa County—a copy of which is filed herewith. (Exhibit A).

### CERTIFICATE OF SERVICE

Mr. Goode's attorney attempted to confer with Plaintiff via phone on September 18, 2018 and email on September 17, 2018 regarding its position on the Motions for Extension of Time. (*See* Exhibits B and Wilde Dec). Plaintiff responded **via email** on September 19, 2018—the day after Plaintiff received Ms. Wilde's **voicemail** and two days after receipt of Ms. Wilde's email—not in an attempt to confer, but to reiterate what the Court had already ordered. As such, Mr. Goode is attaching Exhibit B (email received from Plaintiff) and Wilde Dec as a supplement to its certificate of service.

## CONCLUSION

Mr. Goode respectfully requests this Court enter the Register of Actions received by Mr. Goode and attached herewith as Exhibit A in accordance in with D.C. COLO. L Civ R 81.1.

Dated: September 20, 2018                Respectfully Submitted,

 

                                                    s/ VALERIE YANAROS WILDE
**VALERIE YANAROS WILDE**
**TEXAS BAR NO. 24075628**
**YANAROS LAW, P.C.**
**5057 KELLER SPRINGS, SUITE 300**
**ADDISON, TEXAS 75001**
**TELEPHONE: (512) 826-7553**
**FAX: (469) 718-5600**

**VALERIE@YANAROSLAW.COM**

**ATTORNEY FOR DEFENDANT JAMES COREY GOODE**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 20TH DAY OF SEPTEMBER A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

                                                          /S VALERIE YANAROS WILDE

                                                          VALERIE YANAROS WILDE