# RECORD SEARCH FOR MESA COUNTY COMBINED COURT

125 N Spruce, Grand Junction, CO 81501
PO Box 20,000-5030, Grand Junction, CO 81502
Telephone (970) 257-3640



FILED IN COMBINED COURT
SEP 11 2018
MESA COUNTY COMBINED COURT
MESA COUNTY, COLORADO

Requests for information can either be made in person or through the US Mail. The court does not accept phone call, faxed, or emailed requests. A non-refundable fee of **$5.00 per name** is required at time of the request. An additional $10.00 will be charged if the file has to be retrieved from offsite storage. Depending on the complexity of your request, an hourly rate of $30.00 per hour may be assessed and processing time could take up to 3 weeks.

Payment is required in advance of beginning work. Due to confidentiality policies, when you submit a request for research and/or copies for a case you are involved in, you must include a copy of a valid picture ID or a notarized statement. If at least one of these is not provided, full access to the case might not be possible and certain documents may be withheld.

| ***INFORMATION ABOUT THE PARTY(S) YOU WOULD LIKE RESEARCHED*** |||
|---|---|---|
| Name of party(s): (list all names used) | James Corey Goode, Alyssa Christie Montalbano ||
| Date of Birth: Date of Death: | Filing Date or Year: 2018 | Case Number (if known): 18-cv-50 |
| Case type | ☐Misdemeanor ☐Traffic ☐ Felony ☐ Probate ☐ Domestic ☒Civil ☐ Other ||
| Your request: ☐Entire File ☒ Specific Documents | Do documents need to be Certified? ☐ Yes ☒No | Special Instructions: Please send the case file/case register/docket sheet, thank you! Please call with questions. |
| ***INFORMATION ABOUT YOU*** |||
| Name/agency Requesting Information | Valerie Yanaros Wilde, attorney for James Corey Good ||
| Mailing Address | 5057 Keller Springs Suite 300, Dallas, Texas 75001 ||
| Daytime Contact Phone Number | 512-826-7553 ||

**PAYMENT INFORMATION**            DATE OF REQUEST: 9/7/2018

| Payment can be made with cash, money order, certified funds, or checks. Make payable to Mesa County Combined Court. || Payment can also be made with a credit card. ☐ VISA ☒ MasterCard ☐ Discover |
|---|---|---|
| Search Fee | $5.00 per case | Credit Card Number: |
| Copy Fee  $1 | $.75 per page for filed papers $.25 per page for printed copies from CMS | 5348750004892709 Expiration date: |
| Certification | $20.00 per document | 05/22 |
| Offsite File Retrieval | $10.00 (in addition to search fee) | Name on card (please print): |
| Extensive Research | $30.00 per hour (no charge for 1st hour) | |
| POST | .75 | Yanaros Law (Valerie A Yanaros) |

**GENERAL INFORMATION REGARDING RECORD SEARCH INFORMATION**

Cases older than 1977 could be stored at the Colorado State Archives. The Research Clerk will provide you with archives contact information along with details you will need for location of the file. You must then contact the Archives directly for information from these files. Unless a **SPECIFIC YEAR** is requested, our computer will provide records from 1989 to present. You must use one form for each search. **Only** Mesa County Court and District Court cases will be searched. If you need records for any other county or for Municipal Court, you will need to contact those agencies directly.

```
 I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

 Status:                               District Court, Mesa County
 Case #: 2018 CV 000050      Div/Room: 10     Type:  Other
            MONTALBANO, ALYSSA-CHRYSTIE vs. GOODE, JAMES COREY

                                                       DV STATUS:
 Case File Date:  6/25/2018    Case Close Date:        Appealed: N
                               Confidential Intermediary.............:

                      Bar #    Name
    Judicial Off...: 022904   BRIAN JAMES FLYNN
    Alt Jud Officer: 000000
                      Description            Stat Date       Time      Rm/D
    Trial..........:                                         0:00
    Next Schd Event: Review                  9/28/2018       6:00 P
    Last Schd Event:                                         0:00
    Last Event.....: Objection         n/a   9/06/2018

    Attorney(s)....: N

    Judgements............:N
    Motions Filed.........:Y

    Amount Prayed for.....:          .00

    Jury Fee Paid.........:N

                           ----- PARTIES -----
 PARTY  ROL STS    NAME                        ATTORNEY                    ROL
 DEF    1          GOODE, JAMES COREY
               Business Address........: 1140 US HIGHWAY 287 SUITE 400-266
                                       : BROOMFIELD, CO   80020
 PTF    1          MONTALBANO, ALYSSA-CHRYSTIE
               Business Phone..........: (970) 250-8365
               Business Address........: 2536 RIMROCK AVE SUITE 400-117
                                       : GRAND JUNCTION, CO   81505
 FILE DATE    EVENT DESCRIPTION
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000012    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - B
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000013    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - C
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000014    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - D
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000015    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - E
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000016    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - F
  6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000017    E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
 Exhibit - G
```

```
FILE DATE       EVENT DESCRIPTION
 6/25/2018      Exhibit-Attach to Pleading/Doc      Event ID: 000018      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - H
 6/25/2018      Exhibit-Attach to Pleading/Doc      Event ID: 000019      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - I
 6/25/2018      Exhibit-Attach to Pleading/Doc      Event ID: 000020      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - J
 6/25/2018      Exhibit-Attach to Pleading/Doc      Event ID: 000021      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - K
 6/25/2018      Certificate Filed                   Event ID: 000022      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
 6/25/2018      Complaint                           Event ID: 000001      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint
 6/25/2018      Summons                             Event ID: 000002      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Summons
 6/25/2018      Civil Case Cover Sheet              Event ID: 000003      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Civil Case Cover Sheet
 6/25/2018      Motion for Default Judgment         Event ID: 000004      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Default Judgment
 6/25/2018      Filing Other                        Event ID: 000005      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Table of Contents
 6/25/2018      Exhibit List                        Event ID: 000006      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List
 6/25/2018      Proposed Order                      Event ID: 000007      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order Re: Cease and Desist
 6/25/2018      Certificate Filed                   Event ID: 000008      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
 6/25/2018      Brief Filed                         Event ID: 000009      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Memorandum Brief
 6/25/2018      Affidavit                           Event ID: 000010      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Truth
 6/25/2018      Exhibit-Attach to Pleading/Doc      Event ID: 000011      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - A
 7/03/2018      Affidavit                           Event ID: 000023      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit in Support of Order for Service by Publication
 7/03/2018      Proposed Order                      Event ID: 000024      E-Filed: J
                PTF/    MONTALBANO, ALYSSA-CHRYSTIE
For Service by Publication
```

```
FILE DATE      EVENT DESCRIPTION
               Related Event   AFFI Affidavit                          7/03/2018
 7/17/2018   Motion to Dismiss              Event ID: 000026   E-Filed: J
             DEF/    GOODE, JAMES COREY
Motion to Dismiss
 7/18/2018   Order                          Event ID: 000025   E-Filed: J
Order for Service by Publication
 7/18/2018   Reply                          Event ID: 000027   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Motion to Dismiss for Failure to State a Complaint
               Related Event   MODS Motion to Dismiss                  7/17/2018
 7/18/2018   Motion                         Event ID: 000028   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Claim and Exercize Constitutional Rights and Require the Presiding
Judge to Rule upon the Motion and All Public Officers of this Court to Uphold
Said Rights
 7/31/2018   Reply                          Event ID: 000029   E-Filed: J
             DEF/    GOODE, JAMES COREY
Reply to Plaintiff's Repsonse to Mr. Goode's Motion to Dismiss for Failure to
State a Complaint
               Related Event   REPL Reply                              7/18/2018
 8/13/2018   Report                         Event ID: 000030   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Status Report
 8/13/2018   Exhibit-Attach to Pleading/Doc Event ID: 000031   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit L - Attachment to Status Report
               Related Event   RPRT Report                             8/13/2018
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM   PRI
 8/24/2018   Review                         9/28/2018  06:00 PM   10
    Officer: BRIAN JAMES FLYNN                  Length:  1.00 Hour(s)
 8/28/2018   Letter                         Event ID: 000036   E-Filed: J
             DEF/    GOODE, JAMES COREY
Letter from Atty Valerie Yanaros
 8/28/2018   Notice Filed                   Event ID: 000037   E-Filed: J
             DEF/    GOODE, JAMES COREY
Notice of Removal
 8/28/2018   Exhibit-Attach to Pleading/Doc Event ID: 000038   E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 1-1 (7 pgs)
               Related Event   NOTC Notice Filed                       8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc Event ID: 000041   E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 1-4 (2 Pages)
 8/28/2018   Exhibit-Attach to Pleading/Doc Event ID: 000040   E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 1-3 (11 Pages)
               Related Event   NOTC Notice Filed                       8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc Event ID: 000039   E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 1-2  (8 Pages)
               Related Event   NOTC Notice Filed                       8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc Event ID: 000042   E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12 (3 Pages)
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME      ROOM   PRI
             Related Event  NOTC Notice Filed                         8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000043       E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-1 (60 Pages)
             Related Event  NOTC Notice Filed                         8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000044       E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-2 (7 Pages)
             Related Event  NOTC Notice Filed                         8/28/2018
 8/30/2018   Motion                            Event ID: 000032       E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Hearing Date
 8/30/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000033       E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit O  - Attach to Pleading/Doc
             Related Event  MOTN Motion                               8/30/2018
 8/30/2018   Objection                         Event ID: 000034       E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss
for Failure to State a Complaint
             Related Event  REPL Reply                                7/31/2018
 8/30/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000035       E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit M - Attach to Pleading/Doc
             Related Event  OBJ  Objection                            8/30/2018
 9/06/2018   Objection                         Event ID: 000045       E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Notice of Removal
             Related Event  NOTC Notice Filed                         8/28/2018

                      End of Case: 2018 CV 000050
```

```
Transaction:
9/13/2018 11:12 AM JDL      TL213921
     District Court, Mesa County
          125 N Spruce St.
   Grand Junction, CO  81502-5030
            970-257-3640
Payor:
Case #: 2018CV-000050
MONTALBANO, ALYSSA-CHRYSTIE
vs.
GOODE, JAMES COREY
RCP #: 2018CV-000050-0004
===========================================
Description                          Amount
-------------------------------------------
Search of Records (On Sit              5.00
Copy Work                              1.00
Postage - Cost Recovery                 .75

===========================================
Receipt Total.............:           $6.75
Amount Tendered...........:           $6.75
Change Due................:           $.00
Payment Type..............:            CRCD
Account Receivable Due....:           $.00
===========================================
```

Receipt (inverted/upside-down):

```
                            CUSTOMER COPY

SALE AMOUNT            $6.75

Card Code:              X
Tax Amount:         $0.00
Mode:              Online
Entry Method:      Manual
Approval Code:     121716
INVOICE                 2
Batch #:              599
SEQ #:                  2
Card #    XXXXXXXXXXXX2709
            MC SALE
          CREDIT CARD
09/13/2018             11:11:54
       MESA COUNTY DIST COURT
       125 NORTH SPRUCE STREET
       GRAND JUNCTIO, CO 81501
```