## Re: Meet and Confer Re: Motions for Extension of Time: C.A. NO.: 1-18-CV-02060-RM-GPG


aristoneart@ymail.com
Wed, 19 Sep 2018 09:58:00 -0500

"yanaroslaw" <valerie@yanaroslaw.com>



I read/saw the filed motion (via using pacer.gov). Lawfully you are required to serve me copies of everything you file.  please see the Notice filed at 41.

I also saw Judge Moore allowed the extension to your requested date and not beyond the 24th. (Document 44) I'm in agreement with his order.

Pro Se Plaintiff,  Alyssa Montalbano

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: yanaroslaw <valerie@yanaroslaw.com>
Date: 9/17/18 10:25 PM (GMT-07:00)
To: aristoneart <aristoneart@ymail.com>, purplemagus374 <purplemagus374@gmail.com>
Subject: Meet and Confer Re: Motions for Extension of Time: C.A. NO.: 1-18-CV-02060-RM-GPG

Ms. Montalbano:

I am contacting you regarding your position on our Motions for Extension of Time to file the case register of action 18-CV-50 in the above-referenced action. We are seeking another one-week extension subsequent to our request for an additional week extension last week. I will update the Court with your response on both motions upon receipt.

Please let us know whether you are opposed or unopposed. I have limited availability to discuss tomorrow due to a flight midday, but can make myself available to discuss if you wish.

Thanks,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.