# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO §<br>　　Plaintiff, § §<br>§ C.A. NO.: 1-18-cv-02060-RM-GPG<br>v. §<br>§ JURY TRIAL DEMANDED<br>JAMES COREY GOODE, §<br>　　Defendant. § § | |

## WILDE DECLARATION IN SUPPORT OF AMENDMENT TO REGISTER OF ACTIONS AND CERTIFICATE OF CONFERENCE

I, Valerie Yanaros Wilde, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I am Mr. Goode's attorney of record in this action. I have personal knowledge of the truth of the matters stated herein unless stated on information and belief, in which case I am informed or believe that the matter stated is true. If called as a witness I could and would testify as stated herein.

2. In addition to sending an email on September 17, 2018, I placed a phone call to Plaintiff Alyssa Montalbano ("Plaintiff") on September 18, 2018 at 2:21 pm Central Time. I left her a message (a copy of the recording can be provided to this Court if needed) requesting Plaintiff's position on Mr.

**WILDE DECLARATION**　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

    Goode's Motions for Extension of time. Alternatively, I stated I would be available for a conference to discuss.

3. I have attempted multiple times to reach Plaintiff by phone and email to discuss matters related to this case. The majority have gone completely unanswered. Those Plaintiff *did* respond to were received by us only via email or post office mail.

4. Plaintiff has not provided any contact information except for her P.O. Box and email addresses. The phone number provided to Mr. Goode's counsel was a number at which Mr. Goode's colleague was able to reach Plaintiff for a call at the beginning of the year regarding the cessation of Plaintiff's repeated, unwanted and relentless attempts at contact with Mr. Goode.

5. The voice mailbox of the above-referenced number states that the caller has reached "Alyssa". The voice matches the voice of Plaintiff provided on the copy of the call from February between Mr. Goode's colleague and Plaintiff.

6. When Plaintiff responded to our attempts at a meet and confer, it was via email received at 10 a.m. Mountain Time on September 19, 2018, and stated that Plaintiff was "in agreement with [Judge Moore's] order"—*after* this Court entered an order on the motions at issue.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 20th day of September, 2018 in Broomfield, CO.

/s/ _Valerie Yanaros Wilde
Texas Bar No. 24075628