

EXHIBIT 8
EVIDENCE SAMPLE 1
to be our honeymoon & we were now trying
to cover over fully the other side too. I wanted to offer more, but this seemed to be all we could afford right now.
when all of a sudden I was the girl again
& now my honey had an official military brass(?)
meeting to take place in our car right
where we were 5 to 6 of his high up & decorated
or lots of official patches & arm badges & shiney
name tags came in & they sat on our seats inside
like this meeting had been planned a long time it
was also like 5 or 6 pm & getting dark out. The one
(looking like Dan Akroid) maybe like from the McHale's Navy show
seemed to clap on the shoulder & say
like golden Chevron patches on arm sleeves
In our office work car, there were seats aimed in both directions, like old school station wagons. The brass guys seemed to sit on the seat aimed forward.

**EXHIBIT 8**
**EVIDENCE SAMPLE 1**

something like "well, man, what's it gonna be?" indicating about me & that they had given their approval. I, now as the man, had been worried some about that, if I'd have the official approval(s) that I needed. But this meeting had been set to officially acknowledge I'd been accepted in as the girl.

Now I was the girl again and observing all this & realized it was to see if I received the military approvals (they also briefly shifted into the nasty white Navy uniforms & then back to the dark blk/blue (almost coplike) military uniforms. My man now seemed way more relaxed & now it was time to 'present' me to his buddies!.. I figured like 1 or 2 or 3 or 5 maybe a dozen over time.. but no....

he now lead me & took me into the inner workings only reserved for those 'inside' the brass(?)

He had tons of buddies come up to him & shake his hand congratulating him like we'd just gotten married, or were about to officially & they'd sorta smile & nod at me & some would grip shake my hand too w/2 hands. But all seemed to do that w/ my man. They all respected him greatly and

**EXHIBIT 8**
**EVIDENCE SAMPLE 1**

https://www.instagram.com/p/BYmPCqHAWjL/

it turned out he was extremely well known by the community as being like a genious or something. The wiz kid & one of only a few throughout the ranks. Maybe like 8 or 9 ish or so w/in this communities group & he was sorta the go-to guy for super top level problems. I thought of him like that Rubix cube genious kid I videod. Done w/ the cube in like 10 seconds! He was like that w/in this community. Now we were in a sort of stadium style place filled w/ hundreds... thousands of military brass all aimed up front to the center stage area, there did not appear to be one empty seat. He now (to my surprise) lead me w/ him up to the front stage & the Dan Akroid type guy now in a white Sailor type suit & hat w/ a small row of men behind him w/ their new wives behind him. (men in blk blue, wives in white.) It was now our turn (I had no idea this was to happen like this) & we walked up to 'Dan' and he announced over the round microphone that we were official (like he'd just married us now) & now I was an officcal part of the community & accepted in & had free reign of the base now & could go 'anywhere' relatively speaking (but maybe literally) I wanted now cause I was

[Margin note:] I thought of him like a rocket scientist but that didn't seem to fit. But super smart like that. Only more like the top level guys came to him to solve long algebraic problems only not algebra. like when they got stuck, he'd help them solve it & get to the solution answer.

[Margin note:] thousands of military; "Theater" in the round. Huge layered/tiered up stadium. & stage area

[Margin note:] Possibly the head of the whole military base there. Though it sorta vibed as being off world too. with modernesk larger whites and futuristic advanced tech.

**EXHIBIT 8**
**EVIDENCE SAMPLE 1**

officially inducted into the group & everyone seemed so happy C[redacted] had finally [redacted] & it was like the crowds cheered & party favors went off & hats in the air. But, I think it was all still dosile & controlled. The 2 other couples on stage (very 50's style) shook our hands & congratulated us as well & welcomed me into the fold and C was now feeling very relaxed & finally starting to talk & open up some more & was now telling me about some things he liked here on the base to do & I think he was going to take me for a tour & show me [redacted] I was looking forward to it and also a lil surprised by it all cause it was again so public & unexpected. But, I was very glad for it & ready to make my way & new life now [redacted] I knew I'd make & meet new great friends too along the way. I was a tiny bit nervous, but I was very ready for this. [redacted]

**EXHIBIT 8**
**EVIDENCE SAMPLE 1**

Then, suddenly three aquatic beings leapt onto the edge of their life raft, grasping at the survivors. The pilot and another crew member opened fire, killing all three of the aquatic beings. They left the beings' bodies floating on the life raft.

The survivors stayed in a back-to-back defense posture until daylight came. The carcasses of two of the fallen aquatic beings were draped with their tails hanging in the water, allowing their comrades to snatch the bodies back into the ocean.

In response, the pilot pulled the remaining body all the way onto the raft, so as to have a specimen to hand over to the military... if they survived.

The surviving men were, in fact, rescued eight hours later by the US Navy.

The body of the aquatic being was removed and sent for study, while the official report stated that the survivors were merely suffering from the mental trauma of the crash and the subsequent series of shark attacks that had taken their crewmates.

I will be giving a more complete presentation on these beings and the information regarding oceanic experiments, bases and vehicles on March 18th in Kona, Hawaii with Joan Ocean and Michael Salla.

You can get more info here about the "Waves of Disclosure" event here:
http://www.joanocean.com/Seminars.html#COREY

**FIELDS GENERATING NATIVE ATMOSPHERES**

I was more than a little disturbed by the report, and began to look around at the other beings present at the gathering.

I asked Gonzales if they too have the same sort of field generating their native atmospheres.

He stated, "Yes, just like the aquatics, each of them has a field around them that produces their own planet's atmosphere.

"There is one around the both of us right now."

**YOUR TURN IN THE CHAIR**

He looked up at the domed ceiling above us and then down at the deck. He paused and said, "This space station is very advanced and very ancient."

"It is able to scan any being that arrives, so as to replicate their biological needs instantly."

"It also has the ability to interface with each being on a consciousness level, and facilitate bi-directional communications between all present."

Gonzales walked over to one of the horseshoe-shaped seating areas for delegates, and stopped to look around.

I asked "Are you in the chair today, or am I?"

He responded, "No, you are up there," while pointing to the speaker's platform. He started to chuckle as I broke my horrified gaze from the speaker platform back to where he was standing.

He had a big grin on his face. "Don't worry, how could a meeting between the Super Federation and the Guardians be a bad thing?"

He looked around. "Okay, now walk up onto the platform and think to yourself, "I am ready to begin.""

I asked, "Begin what?" He just sat down without answering me, a smirk across his face.

**"I AM READY"**

I walked up to the platform and turned to the assembly. Every eye in the assembly hall was on me. I could feel the anticipation of the beings in the room.

I looked over at the Earth Delegation. I recognized the person in the seat as one of the members of the Council of 200, with whom I had had prior encounters.

I was starting to get a bit shaky when I figured I would just get it over with. I thought to myself, "I am ready."

Immediately, Tear-Eir and the Golden Triangle Being were standing behind me, very much in the same manner as when they had first appeared with me in front of the SSP Alliance at the LOC.

Tear-Eir addressed me and said "Repeat everything exactly as I communicate it to you," to which I nodded in agreement. I then turned to the delegation once more, and began to speak.

I then spoke the words, "We greet you in the love and light of the one infinite creator." At this time, both Tear-Eir and the Golden Triangle being put their palms forward and bowed. I mimicked what they did.

EXHIBIT 8
EVIDENCE SAMPLE 1

I felt a very deliberate, yet loving energy coming from Tear-Eir. It seemed he was opening more of himself up to me than he had previously.

I was overcome with emotion. Though I was not crying, tears were streaming down my face to where I couldn't see the assembly very well.

**THE SUPER-FEDERATION BROKE COSMIC LAW**

I continued to speak for Tear-Eir, not really understanding much of what I said.

There were some cosmic legal statements, and then I was directed into speaking about the twenty-two genetic programs being run by the Super Federation.

Tear-Eir was having me address groups of beings by both their name and where they came from.

[DW: I asked him for specifics, and he said there are deliberate protective protocols that create amnesia on these sorts of details. This is in keeping with the Law of One directives on protecting free will.]

Tear-Eir began to discuss cosmic agreements over these programs that have been made and broken over oceans of time.

It seems that each of the fifty-two stars in our local star cluster have gone through similar genetic programs.

[DW: These Super-Federation groups have been taking DNA from all over the galaxy and blending it with us in these programs, super-charging us for Ascension.]

Tear-Eir then announced that the Super Federation as they knew it would soon be disbanded, as had been done in countless other star systems. This was in full accordance with cosmic law.

Tear-Eir further stated that soon two more Guardian races would come to replace the Blue Avians and Golden Triangle Beings.

At that point, the new Guardians would guide the Super Federation through consolidating and closing down these programs.

**REMEMBER THE PONCE SYSTEM**

Immediately about a third of the assembly stood up and began speaking and pleading their cases all at once. Some were speaking, while most were reaching out telepathically.

[DW: The Super-Federation beings had believed that they would continue "managing" us for thousands more years after the solar flash.

They felt as if we were their creations, not autonomous beings. Thus everyone was very upset in being told they were going to lose all control over us.]

Some sort of automated system in the space station blocked the communications. Some of them were moving their arms around and were talking, but no sound was heard.

Tear-Eir then had me say "remember the Ponce System."

I had a flash of some sort of military conflict between a few of the Super Federation groups and a Guardian group that was enforcing a similar situation in a far-away star system, long ago.

The incident seemed significant to everyone present, except the Earth Delegation and myself.

**A SEAT AT THE COUNCIL**

The delegates returned to their seats and waited for me to address them again.

Tear-Eir then had me state, "Humanity has had much to overcome. In this new phase, this council will soon disband.

"Humanity's "Cosmic Family" will assist them in healing and guiding them through the management of their own genetic and spiritual growth.

"This council will attend to its members incarnated on Earth, until which time humanity requests that you remove them.

"Humanity will be offered an official seat at a new Super Federation Council.

"These Cosmic Family members will use their experiences as a part of these programs to help guide this council in further ongoing programs across this Galaxy."

Tear-Eir then had me say, "In Service to All, In Service of the One."

**"DO YOU KNOW WHAT THIS MEANS?"**

**EXHIBIT 8**
**EVIDENCE SAMPLE 1**

Then he and the Triangle Being disappeared, leaving me once again alone on the stage. When I looked down at the seat Gonzales was in, he stood up and did a quiet clapping motion of his hands.

I quickly walked down to him, and he once again guided me by my elbow towards the exit.

We walked briskly out of the conference room and past the three Mayans who were standing in the same place as when we had left them.

He walked me back to my original spot, close to the plants, and spun me around. He said "Do you know what this means?"

I looked at him and said, "Humanity will not be controlled and experimented on by dozens of ET races who think they are gods?"

He smiled and said, "They are the gods from our myths.... But, yes. And it means that the Galactic Federation, which the Sphere Being Alliance is a part of, will now assist us with the Draco Empire.

"They will not remove them for us, but will provide support that allows us to clean up our own house.

We will really only have to contend with the AI threat until the series of solar events clear them from the Sol System."

**WE WILL BE RESPONSIBLE FOR ROOTING OUT THE DRACO**

I was shocked and said, "The Sphere Being Alliance is non-violent; how will they confront the reptilians?"

He said, "I think we will have to watch that play out together. After the series of solar events, the Draco will be energetically expelled from this system.

"An incompatible energy will emanate from the Sun for about a thousand years.

"Many reptilians will try to remain hidden on Earth in temporal fields and within heavily shielded bases deep in the Earth, as they have for prior cycles.

"Humans will be responsible for rooting them out of their hiding places.

"During that time, the Draco will be unable to return to this system."

**THOUSAND-YEAR ENERGY FIELD**

I asked, "Why for only a thousand years?" Gonzales looked at me and said, "Sounds Biblical, doesn't it?

"The Earth is near a Super Gate. Those are quite special.

[DW: I checked on this data point for *The Ascension Mysteries* and found NASA data confirming that there is a huge "plasma chimney" near our sun that may head out to a neighboring galaxy.]

"Cosmic law prevents closing down Super Gates to travel for any certain race.

"The only alternative is to block their access to a system the super-gate is near. After Humanity has been through disclosure and the solar events, the reptilians will be of little threat."

I asked "Who manages this energy field for the thousand-year period?"

He stated, "The thousand-year energy fields seem to be a natural part of the cosmic web's cycles and energy flow."

He stated that according to his info, this thousand-year cycle is "not something set up by Galactic Federation assets."

At that point a blue orb appeared once again, and zig-zagged around.

Some of the beings that attended the conference were watching the orb as it zagged close to my chest, and then transported me out of their sight.

CLICK HERE TO CONTINUE TO PART TWO

172
Like

Hits: 273,662

**Pages: 1** 2 SHOW ALL