**EXHIBIT 8**
**EVIDENCE SAMPLE 2**

"where you are, there I'll be"

[Booby Trap Axe house]

1/10/17
7:05  I was at some kind of house, it seemed to be both labyrinth & booby trap maze. It seemed like everything in it was rigged w/ booby to traps keep the owner single. I was both me & male competitor & observer.

At first I'd just gone in to get a new shirt on w/ another hispanic looking girl we entered a room & there was a huge axe that came down from the ceiling & just missed me as I'd layed down for a second.

Then I was observing as the guy now went in to do/get something. We were considering buying this home, though it also seemed to be owned by the seller (my grandpa). The guy went & sat on a toilet on a raised platform like room section & a axe w/ the head chopper guy was there threatening to use it on the guy as he used the bathroom toilet as rest seat to sit on. He was like, No, I would NOT like to die

"IDEAS CAME IN AN
UNINTERRUPTED STREAM AND
THE ONLY DIFFICULTY I HAD
WAS TO HOLD THEM FAST ..."

**EXHIBIT 8**
**EVIDENCE SAMPLE 2**

that way right now. He was also on a mission to change his clothes. I watched as he'd go from room to room each w/ an axe of some sort. The hispanic girl (about 19 or early 20's) seemed to not have any of the guiotine axe master problems.

Then finally the guy decided, he needed something else (as dual me & observer) he decided to change his shirt, as the hispanic girl told him he could wear the magik shirt and she couldn't cause she'd already tried & it didn't work for her. But since this was his first time it'd work for him. She threw 3 shirts at him/me. One was the burgungy sleeved shirt mom gave me in waking 3DL & the other the blue one, the 3rd was my w3DL sugarskull tatoo sleeved skull sleeved shirt. I started putting on the burgundy one & the mexican girl said, "no, not that one, I've already used it.... that one!" she pointed toward the skull one. I took off (again, now for a second time) my shirt & put on the skull one. It was a lil snug feeling all of them, but I managed. Then I/he sat on the raised area & another blade came swinging down from behind, as she yelled "DUCK" & I/he leaned back to a lie down position as the blade missed & went over & back to a rest position. I/he

**EXHIBIT 8
EVIDENCE SAMPLE 2**



oh comon...!
said loud like, "ARE YOU kidding me! Isn't there a single room in this house that ISN'T boobie trapped/rigged w/ something to kill me!"
Then I/he was going to leave the house. Just then the entire house began to (like a kinda picture billboard sign changing to the 2nd or 3rd sign) turn to flat 2D squares & fold & turn, like 1'x1ft or 2' by 2' and turn & shape & reform into a completely odd labyrinth, reminiscent to mic- esher style perspective rooms. we were now walking on very weird altered perspectives & halls or stairwells. I'd still wanted out but was like at least this is a better challenge

**EXHIBIT 8**
**EVIDENCE SAMPLE 2**

During this timeframe, I have also had a large number of briefings. This included a few meetings with Earth Alliance, SSP Alliance and the Anshar. I also had a very strange and intense encounter with Gonzales and the Mayans.

[DW: The Anshar are humanlike beings living in huge cities under the earth's surface.

They are directly discussed multiple times in the Law of One series, but not with this same name.

The Mayans are a group of humans from the Mayan civilization who made their way into space thanks to the ET contact they had at the time.]

**LARGE-SCALE MEETINGS**

These briefings all led up to large-scale meetings between the Sphere Being Alliance, the Super Federation and the Draco Federation.

[DW: The Super-Federation is a group of at least 60 different ET races that have been tinkering with our genetics on Earth for thousands of years.

We will have much more to say about them as we go on. The Draco Federation is an alliance of the evil, reptilian ETs and other groups under their control.]

Most recently I was brought to a meeting where the Inner Earth Groups, Sentinels and the Sphere Being Alliance Delegates from the local 52 stars in our stellar neighborhood were introduced to the new guardians.

[DW: The Sentinels appeared as guardians of Ancient Builder Race ruins that Corey allegedly visited on the planet Venus in 2016, as an invited guest.]

Consequently, the Blue Avians and Golden Triangle Beings left us with a message before saying goodbye to our density.

**SURROUNDED WITH BOXES**

I will start back in the time frame of mid-October of 2017. I was in the living room of the house we just moved out of in Plano, Texas.

It was around 3:30 AM. I was looking over art that we were thinking of using in the graphic novel we are working on, which interestingly enough is going to be titled *Return of the Guardians*.

I was surrounded by boxes and plastic crates from all of the packing to move to Colorado.

Without warning, I found myself transported by a flash of light to the Mayan Ship, which was somewhere in the Earth's orbit. I found myself in one of the long corridors that I had seen on prior visits.

I normally feel an incredible "blissed out" energy while on the Mayan Vessels. This time the energy was very frantic.

**ENGAGED IN BATTLE**

Gonzales quickly grabbed me and started pulling me towards a double wide door that lead into a room.

[DW: As we said before, Gonzales was also in contact with the Sphere Beings and was Corey's main affiliate within the SSP Alliance.]

Ever since he had gone through the "Mayan Healing" I had only seen a smile in his eyes. Now, however, the look in his eyes was one of concern.

I planted my feet and put my hand on one of the bulkheads to try to stop and get an idea of what was going on. This was highly unusual activity on a Mayan Vessel.

I saw Mayans holding large stones that looked like huge axe heads.

They were holding either side or "edge" of these devices, and were using them as either a shield or a weapon.

They cautiously entered into the room ahead of us. They looked very much as if they were engaged in battle.

Gonzales told me that there was no time to explain as he pulled me by my arm towards the doorway.

He stated that they needed me to walk into the room and let myself be seen. He said "That is all you have to do."

I was about to protest and demand more info when he shoved me right through the doorway.

**REPTILIAN BEING IN A CONTAINMENT BUBBLE**

I found myself standing in the opening of a room, similar to the ones in which I had previously received medical treatment.

[DW: The Mayan group specializes in providing healing to the survivors of the trauma from the secret space program and its darkest activities.]

**EXHIBIT 8**
**EVIDENCE SAMPLE 2**

I saw about a dozen Mayans standing and pointing their weapons towards the other end of the room, where a being was floating inside a containment bubble… about halfway between the floor and ceiling.

I immediately felt the emotions of the Mayans. They were extremely emotionally stressed. Prior to this I had never felt anything but peace and love from them.

I then noticed between five and seven Mayans laying on the floor who were obviously dead. Their "stone axe head" weapons were floating about 2 feet above the floor.

I looked back to the being still floating on the other side of the room. It was a reptilian-type being with a bone structure that looked more like a human.

It had what looked like olive green snake skin stretched across the human looking bones and had a slightly elongated head/ skull.

What you are seeing is an approximate image, used in part from conventionally-available sources, to help illustrate what this scene looked like.



**SIMILAR TO THE HIGHEST-RANKING DRACO**

There was a weird mirage effect that didn't allow me to see his face or eyes very clearly, but I could see that his facial features also looked fairly human.

I could see the slit pupils of his eyes opening and closing.

This motion brought about rhythmic flashes of yellow and black within its pupils, reminiscent of what I witnessed within the eyes of the Royal White Draco.

[DW: Early in this saga, Corey met the commander of the Draco empire, a 14-foot-tall white-colored being.

**EXHIBIT 8**
**EVIDENCE SAMPLE 2**

This being was about seven feet tall, and had a very defined and wiry muscular structure. He was barefoot, clothed in a black one-piece suit, and draped in a brown, blue and gold shawl or cape.

SNAP!

This being jerked its head over in my direction and started addressing me by the name the Blue Avians call me, "Raw-Hanush-Eir."

It got to the middle of "Hanush" when there was a loud SNAP!

I realized at that moment that I was not there to negotiate anything. I was there to be the distraction which would allow this being to be killed.

### HANUSH = ENOCH

[DW: As I said on the radio show with Jimmy Church, the term "Hanush" appears to be synonymous with "Enoch," as in the Book of Enoch.

The exact Hebrew spelling is *khanokh,* or *kn.n.kh,* which translates as teacher, one who guides, and messenger.

The Book of Enoch is as old as the book of Genesis, and equally important. It describes a race of giants on earth that became cannibalistic to humans.

These giants used Enoch to petition the benevolent Elohim for mercy, after they learned that a great flood was coming that would balance their karma.

They asked to be airlifted to safety and were denied.

Very interestingly, the Draco White Royal similarly used Corey to beg to be released from our solar system before the upcoming solar flash — and was denied.

For this reason, I have speculated that "Enoch" is essentially a political term in the ET world that could also be akin to "Diplomat" or "Ambassador."

In our present time, Corey appears to have been thrust into this role. It is not Messianic, nor should he be seen as anything special, just as with Carla, Jim, Don and myself.

Corey has had many difficulties and threats, and has had a very hard time adjusting to all the strange things that have been happening to him.]

### "YOU HAVE DONE WELL"

Mayans immediately flooded the room to attend to their dead, and to secure the body of the Reptilian being that had just been taken out.

Gonzales rushed into the room with them, and walked up to its body.

He then approached me to let me know that I had done well.

I was still a bit shocked and definitely not happy that I had been used to distract a being so as to allow its assassination, without any warning or explanation.

### A DRACO CAPTIVE

Gonzales saw that I was upset and stopped, put his hands out in the air and took a long slow breath as he lowered his arms. He paused for a moment with his eyes closed.

Then he looked at me and said, "Okay, we are very sorry to have put you through that. We were transferring a recent Draco captive that was a VIP."

"We had captured him hours before, in a cavern system deep below the African continent.

"Apparently, the Mayans over-estimated their ability to contain him with their stasis technology."

Gonzales went on to tell me that this reptilian was being transferred to a special detention facility when it regained consciousness, and began attacking the Mayans one by one.

He explained that the Draco and Super Federation groups used this facility as a prison for beings who have violated a certain agreement that was made long ago.

He said he wanted to give me more info… but there was, again, no time.

He looked over at a Mayan standing by one of the floating stone control panels as it flashed its normal variety of colors, lights and symbols.

Gonzales looked back at me and said, "Allow them to see what just occurred."

Before I could ask who he was talking about, there was a flash of light.