EXHIBIT 8
EVIDENCE SAMPLE 3





**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

It was some type/kind of agreement to allow something into our solar system to help us. Though I wasn't totally sure it was good & I seemed to be signing for someone else.

At first I was sitting in a semi circle w/ 3 other natives around a non-lit fire plate pit at night. The stars shone brightly.

Then their king arrived to sign the papers. I looked for my/our head representative & still expecting him (only about 50+ now) to show. It seemed my people (govt) had written it or their kings cabinet.

The contract looked so badly printed the words were barely telligable by any of us. It looked like a bad copy, of a copy, of a copy, of a copy & so forth. w/ super scrudgy black letters & maybe more of an Arial style type font.

It seemed the first line said something like this,

EXHIBIT 8
EVIDENCE SAMPLE 3

I _____name of witness_____ of _____kingdom/position,_____
being of sound mind & body to witness
to this day the following signings
below

The rest of the contract was just
the one-side of the page & seemed to
be for some kind of negotiation to
put a very large red/orange/rust color
object into our atmosphere or
rather visible from the planet & it was
'supposed' to power things. Like provide
power for the entire planet.

some kind of paneling reminiscent
to my TL3 plates
made me think of a sort of odd
bullet.

← human
would be
like a spec or very small
next to it.

← maybe more like
the viewed form
me' perspective

it was large like
a city sky skraper
or a space station.

The Mawri like guy to my right took
the document & signed his name at
the bottom. I pointed out to the king
that there top spot was for a witness
to sign & not either of the contract

EXHIBIT 8
EVIDENCE SAMPLE 3

signees, as it was about a witness.
The King agreed & put his name
& title/place/or position in the slots.
Then signed below. I also pointed
out they needed to date it. They
did, but I didn't know w/what
date, I assumed for today's date
of Nov. But felt more like Oct or
something.

Then I took the document, still
no USA representative & I pulled
out & signed it w/ my teal (bt greenblue)
pen. There was no 3rd line, as I
think the king wasn't supposed to
Sign below too, but he did. So I
was like oh well I'll just sign it
by making a lne/s for me.
I could barely put my name in cause
I started a lil too far to the right &
was like, dang, I should have printed
my name a lil lower/closer to the bottom/
page edge so I'd have even more room to sign.
I had to write/sign my last name up the side like this.

I'd planned to take a photo of it
w/ my cell phone, but then it seemed
(as it was highly unlikely there'd be a copy
machine nearby or that I'd want

EXHIBIT 8
EVIDENCE SAMPLE 3

the king had to go & took the contract w/ him, got back in his black limo w/ his for 4 secret service men in tow & off they drove.

I'd hoped I'd done the right thing signing for our representative. I also seemed this thing/device (large) was also somehow capable of cleaning up our planet. I still wasn't sure it wasn't a scam or trick to do the exact opposite. especially since I didn't get or even photo a copy of the contract. But the natives felt legit to me. honest. It was more 'our' contract I didn't trust. Then

then I was at home, in my fancy castle in a tower type/style room. I (I was sitting in my bed) looked out my window & saw the thing that I'd signed the contract for okaying. It looked more like a monstrocity / eye sore to me. But I thought/felt it was supposed to help us/me. Then, it seemed the king had sent over a copy of the contract or that I now had one (a picture)

It was in outerspace atmosphere & looked a huge like a blimp in the sky.

EXHIBIT 8
EVIDENCE SAMPLE 3

of it in my phone. I reminded
myself I'd have to look at it
again later.
   I was sitting or laying at first
snuggled up under the covers, then
mostly sitting & looking, when the
thought vibration of the new better
quality print image/picture of the
contract came.

5:46am

## 3D WAKING LIFE

today is
Sat 11.19.16   I just did a google for "Satellite launch"
as see that "America's new, super-expensive
weather satellite launches Saturday"
   I followed a link of "the Atlas V rocket
carrying GOES-R satellite moved to
the launch pad on Friday" that the
rocket looks like the one in my dream
from the other day w/ the bald musical
guy.
   This "weather" satellite is the first
of a new generation of "weather"
satellites. that's supposed to provide
real time data.
   looking at more pictures of the
"weather" satellite pre-launch it

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**



(W3DL)

12:15pm

DEC 10, 2017 (oops started on wrong page... oh well...)
6:45am

RIVER WALK - STONEAGE DINOSAUR HOLOGRAM SHOW

I was at first w/ a cat... Billy? swimming down the river & like I rescued him first and maybe put him on the shore side but also like he clung to me. There was a young boy (teenage ≈ 17 or 18) swimming w/ me. He seemed to be my son & I felt to be older. Like 48 (or 47) & like I looked some like Michelle Pfifer (sp?). The water was very blue & very clean. Reminded me of the river water in New Zealand at those waterfalls I snapped photos at. I had on a blue swimsuit (bikini I think)

The river flowed in 2 directions. We swam down the first stretch & to the cove like area. I told my son(?) we needed to stop there cause the waters were too dangerous beyond that. He agreed. We both swam into the cove. The water was so pretty.

There were some others swimming

*(left margin notes:)*

guy's all can't get in my pants MILF

River swimming lump top side chsel bay at cove w/ boy my teenage son?

me & the swimmer Billi? Bille? another section shore to begin Terradactal hand those hologram show blank guy tk way tryingto hit on me
I accidentally peeled off part of his facelike Iwas kissing him mad goingto I'm now people get me. Crowd looking for me those To calm him down surface
I knew him cause I whispered into his ear so he could pretend meeting up later, him cool w/ that.
Took guy in wet Amtrak seat
I go sit by my seat I try up. near them
T.B sent back I fly back down

*(center small diagram:)*
X river bore
O cove like pools

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**



https://www.greatlaketaupo.com/things-to-do/must-do/huka-falls/

Dec 10, 2017
12:44am

Most important (need) to know
Best possible *the* life path, Destiny, Fate,
   Love, Life, ART, Honor, TF-W3DL:
   Unity, peace, Joy, FUN

CONT...

down the river too now. some rowdy boys too.
we now were to catch some type of hologram projection
show. Like you'd see at an Explaitorium on a huge
domed ceiling. We swam down the river but somehow
it was placed now (& not the reverse rapids)
& we were in another section (the domed area). The
        domed way high up (like 100ft) ceiling was
        lovely pinks & blues & also mild oranges.
        to create a sunset look. It was
        going to be a projection show
        of dinosaurs like a history lesson
        But, also somehow like the holograms
    might be 'feelable'

As I was in the water & this area was now more walkable
& like I was now only knee to mid thigh deep & I
had on a sheer white veil style swimsuit wrap for

EXHIBIT 8
EVIDENCE SAMPLE 3

my waist & hips area over the blue swimsuit (like my blue frilly bikini) and a small group of about 5 or 6 boys (late teens I think just out of H.s. & freshmen at University) I thought of Monsters Inc & Monsters University & the Monster fee~~~~~~~~~~~~~~~~~~ for some reason} they were all likely 20 or early 20's & still rather roudy, just looking for girls to 'hook up' with to look cool & brag about. Reminded me of the group of little boys hollarin to me at the ice skating rink last night ~~~~~~

~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~

~~~~. But, turns out they were just asking me (& anyone by holleran a lot) if I was 'good' at skating. lol.

~~~~~~~~~~~~~~~~~~~~

So anyway, this older group felt like the older versions of these boys & they were being all loud &

EXHIBIT 8
EVIDENCE SAMPLE 3

roudy & hitting on me. ▓I▓ ▓▓▓▓ was ▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓ & thinking I'm old enough to be
your mothers or even grandmothers, but then was
like nah more like mother. I politely acknowledged
them w/ a head nod & smile. But, one blond boy
(like the lil ring leader boy at the rink & the loudest) he
& really wanted to ▓▓▓▓▓▓▓▓▓▓ he apeared
about 20 & fairly handsome. He came up to me like
to grab me I seemed to almost slap him in
face. Like I did, but it was soft, gentle, & somehow
almost sensual. Then I grabbed his chin w/my Reght
thumb, index & middle finger firm & forcefully to tell
him 'NO' (there were prob about 150 people in the red
movie theater style seats) as he was trying to sort
of brute force or bully coerce me ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓ He seemed to usually get his way.
He was a player & known for 'sleeping' around w/the
girls. As I pulled my hand away on his face expecting still pinch gripping
his skin to just be pulled, instead it peeled off!
A chunk x 1"x 2" came off and I was like oops! ✳
& he said "Did you just peel off some of my face!"
Then it was like at first he just starked to walk off,
but then his friends' chatter of "Oh.. she's gonna
get it now..." & stuff like that caused him to turn

*(left margin, rotated):* ✳ It looked more like if you got a Bananas Fun Park slide skin burn. No blood or anything. (rugburnstyle) skin Sorta white & lt yellow & fleshy tone color. Just like raw

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

polished & smooth like a chalcedony type stone. But shaped like the very cool heart rock I found & got on my trail walks & put w/ my sunglasses for a cool photo I took. He had it set on the ground ~ lft in front of him & to his left.

Oh yeah, I think ~~~~ to divert the crowd of boys being very vocal toward me, I'd grabbed my son to take a picture w/ me w/ my cell phone as a selfie & we took 3 I think. He reminded me again of ▬▬▬▬▬▬▬▬▬

So now the show was starting. I noted historic looking ~~foliage~~ plants around. Like stuff you might see in ~~the stone ages~~ & then they played sounds like thunder & rain (reminded me of the cool Rainforrest Café's that I love to go to when I can) & maybe made the sky flicker-flash once like lightning for show. Then, I decided I needed to fly lift off. It seemed a lil belabored my 1st attempt, as though too much water on me weighing me down, but then I managed to succeed the 2nd time. ⊗ Mostly to get away from so many rowdy boys trying to get me to like them ▬▬▬▬

So I flew way high up, but not too high cause I'd have (domed) hit the ceiling & it also felt I could literally bump into

*(left margin, rotated):* ⊛ Both times I 'flapped' my arms like wings & would catch the aethers to pull me up by them as I'd lower my arms, it'd raise up my body, till I got above the dance area. harder to fly/ lift off out of.

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

the holograms." if they started to come out. But that they were also still passthroughable yet too. But, like you could feel them maybe ¼ to ½ as if solid state matter. Then I heard a loud bird sound that sounded like a tyradactyl to me & I thought I better get down & into my seat (next to my son) before that guy arrives. I think the sound was actualy that of a hawk or an eagle (I'll have to google it) But, it was very loud I thought it to be a Tyradactyl sound for sure in the dream. They continued to play rain sounds & thunder. I now flew down to the not-in-the-river red-movie-theater-style-seats & sat next to my 'son'. An announcer voice came on talking about the history now of the dinosaurs & also specifically of the T-rex (& I thought of those lil arms they had up top & how frustrating those must be. lol) & possibly the Herbivors in general

8:03am    & Omnivors.

9:38 am

# Advanced Mathematics of The Universe

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

So then we were (military Guy.. I think/feel may hap Chris Lee) were on a cart-roller coaster ride now, going slow, on tracks kinda like a train through the forest & he was again sitting behind me & me between his legs on a like rocket shaped (red & white) coaster ride 🚗 again w/ his arms around me. I decided had in my hands a ~~way~~ 3/4 cut long 🍉 watermelon that had on it a type of advanced computer calculator system (like to launch a rocket) w/ glowing green numbers & then also switch to a more solar powered style numbers blk grey #5 w/ a more & brown grey background. like a solar powered calc. There was also a small lever (like a casino machine) w/ a black ~~#~~ nob end on it all set into the watermelon flesh fruit section. I decided maybe I needed to give /for him a chance & started to try to talk about all the numbers. I was continuing to punch numbers, to compute & talk & think like a mad scientist (brilliant) would. Then he & I's carts seemed to become 2 carts & I kept on going on about the numbers & patterns & connections & signs. But, now it was like his cart ~~of~~ was a seperate cart behind me & now he had like 5-7 friends w/ him that he was telling them I was basically crazy w/ all my stuff (but not really in a mean way, just like he didn't get it & thought me ~~weird~~ maybe too weird & crazy for him after all) & like ~~they~~ he tried to play it off like 'funny' but I knew he was serious & thought that of me. But, I didn't care all too much anyways cause I never felt that way for him, cause I ~~knew~~ felt he could never fully understand or deeper connect w/ me, & this was my attempt to see if he could understand the nature of the universe enough to talk w/ me & connect. But he could not. I kept calculating

like I knew what I was doing, my heart-soul-spirit knew, but my head & mind were kinda like "what does this all mean?" But, I knew I was doing it right, even though I couldn't explain it w/my 8:08am head & it seemed like gibberish someone to my mind.

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

# PORTAL GLYPH KISSES

▓▓▓▓▓▓▓. Only in his mouth was some kind of hieroglyphics, id it, our, mouths created a portal. I thought of a fish mouth, how they open all super round as they breath (when gasping for air out of water) or eating. But we were content. He'd open his mouth, ▓▓ to kiss me id as we kissed, I was seeing inside his mouth. A circle, a ring, like a portal. May have been deep, deep, dark blue or a blackish color but that seemed more only due to light not being let inside ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

There were something like 3 glyphs inside his mouth, again like a portal.

① some kind of glyphs, 3 of them on the left may have been bigger

Ⓔ maybe something like these

let me redraw better no line here

← squared up spiral ccw flow

Ⓔ more l like in reverse longer base. All seemed about the same size. (palm or full larger hand size) to finger tips.

EXHIBIT 8
EVIDENCE SAMPLE 3

there may have been 2 more glyphs on the right {which would have been his mouths left}

2 more glyphs

maybe smaller inside like 1/4 the size of the other 3, that were real large. maybe my palms size

these ones seemed more rounded in nature

← All like this
semi pointy tips
+ made me think
of a friendly coiled
up garden snake, like
it was pulsing, living,
breathing.

cw flow

maybe something like these.

The walls were soft like mouth flesh & squishy like mouth flesh. Been listening to D.W. & Corey G. in real life & William talk about the blue portals. seen throughout history (William Henry) & corey the sphere beings & the alliance.

This guy kinda had a look like the super kind, sweet & gentle guy from "Switched @ Birth" dating/marrying Emmets mom.

It seemed to activate or feel the portals You had to touch the glyphs with your fingers or palms or hands, but it was more about

EXHIBIT 8
EVIDENCE SAMPLE 3

the soul essences passing through. it seemed my tongue, our tongues could/would touch them & activate them too. I was experiencing the odd kiss(es) at the same time as being inside the mouth/tunnel like portal(?). It did lead somewhere. dunno where exactly, but it felt warm & inviting, like the kisses. The opening was large compared to me. It seemed perfectly round & like ~~that~~ it was twice my height, plenty of room, but yet cozy & right around me/my form.

I really liked being w/ him. But, then I woke up.

EXHIBIT 8
EVIDENCE SAMPLE 3

"I know there are a fair share of narcissists and sociopaths who prey on light workers, but I have only run into people with that type of energy a handful of times."

**NO WAY TO PUT ASIDE UFO RELIGIONS**

He ignored me and stated, "Once the cat is out of the bag about the widespread satanism and human trafficking, ANYONE associated with Lucifer or Satan will be running and hiding.

"The populace will not care about the subtle or not-so-subtle differences between these societies. They will lump them all in together."

One of the men commented that after it all breaks, he expected that a huge number of people will rush back to conservative churches and belief systems from their childhoods.

Gonzales spoke up in disagreement.

"I have my doubts on that theory. After the number of pastors and clergy who will be exposed as being a part of these networks, I would be surprised if anyone returns to organized religion."

Sigmund once again seemed to ignore what was being said.

He stated that these communities had been gamed so many times that there was no way for them to ever put aside their "UFO Religions and Professional Egos," and actually come together.

Yet, this type of organization would be exactly what we would need for us to properly demand disclosure.

**WHY WOULD THEY?**

Sigmund then said, "Now think about how this community reacted during the blatant Rothschild attempt to foment a 'Civil War' in this community, while also attempting to discredit a number of individuals in the field."

[DW: This was a direct reference to the efforts of what we have called the Dark Alliance. It included death threats against Corey, Emery and myself, as well as massive, ongoing smear campaigns.]

He continued: "Why would the Air Force and DIA choose to disclose these technologies through the Ufology community?"

He went on to say that the DIA and Air Force determined that they needed to disclose certain information in a way that couldn't be directly tied to the field of Ufology.

They planned on making this a nuts-and-bolts type of disclosure that would even leave out the most pragmatic UFO researchers.

We moved on to a few other topics, including a "flyover tour" we would receive of the LOC and the lava-tube passages. This would involve traveling to another facility called "LOC Bravo".

**I HAVE A TREAT....**

The person leading the meeting then brought our attention to a large smart-glass pad monitor that was lowering from the ceiling.

Sigmund stood up and said "I have a treat for the both of you." He walked up to the monitor and stared at it while talking.

He said they had been monitoring what appeared to be a derelict space craft that was headed towards our Sol System.

This would prove to be the same cigar-shaped "asteroid" that NASA and the mainstream media dubbed *Oumuamua*, and had publicized widely in this same timeframe.

The ship was monitored as it approached the area where the Outer Barrier had been erected by the Sphere Being Alliance.

The SSP expected the craft to crash into the barrier. They were shocked when it passed directly through that region with no ill effect on the craft whatsoever.

It turns out that the barrier had already been depleted by then, but this was the first time the SSP Alliance had ever realized what had happened.

**WAIT UNTIL YOU HEAR WHAT WE FOUND**

Sigmund puffed up proudly and stated, "I led an expedition to see who this craft belonged to. Wait until you hear what we found."

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

Suddenly we started seeing all sorts of readings and telemetry on the monitor. I could also hear what sounded like an old NASA radio transmission.

There were beeps along with a pilot calling in positions of his craft, as well as the one he was trying to dock with.

That lasted for about five minutes as I saw the two craft spiralling closer and closer together.



As the pilot matched the spin of the object they were approaching, you could see a long cigar-shaped structure that had shiny patches of what looked like ice on the outside.

It was obviously made of stone, and looked as if it had been through many meteor showers and collisions.

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**



The video broke to a scene where a few people who were suited up in space suits were pushing themselves through what looked like a bored-out hole going down into the rock.

## ENTERING THE VESSEL

The shuttle had docked with the mystery vessel close to what looked like a metallic oval dome, which was sitting about a third of the way down its fuselage.

It appeared to have been breached many times, and was full of holes and dents from obvious impacts.

In the next scene, you could see the men in a weightless environment, with lights on their chests, helmets and the tops of their wrists.

They split up and were talking to each other through the communications systems in their suits.

One of them was chipping samples out of the icy residue on the floors and walls.

This same frozen, organic sludge was on the outside of the ship as well. It appeared like foamy, dirty lake water that had been frozen.

The ship was obviously very ancient. It had been boarded and stripped of technology many times by unknown races.

Sigmund stated that when they tested the sludge later, they determined that it was partly the remains of the original crew.

There were many panels removed from the walls, ceilings and floors, leaving empty compartments where technology was once located.

### "I FOUND SOMETHING!"

As they looked around, one of the men called out, "I found something!"

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

I watched as the man with the camera pushed himself through a few open panels in the floors and ceilings to get to the floor of the craft that he was being called to.

He entered into a room that looked like it had recently been unsealed. The panel was wedged against the wall, almost blocking the door.

The video scene then went to two men taking video and photos of some beings that were located after morgue-like drawers had been pulled open.

**AQUATIC BEINGS IN STASIS**

On the table was the frozen-stiff body of a strange-looking being. It looked somewhat like a pterodactyl, with pale blue skin that was almost white.

They were pulling open other drawers and seeing a few other types of beings.

One of these beings looked orange or peach-colored, and appeared to be a mammal at first.

I later found out that this was an aquatic being of some sort, which seemed related to a squid or octopus.

It was about 10 feet tall, and had tentacles as arms and legs. Three long fingers and toes extended off of the tentacles.

Tiny, almost invisible suction cups were located on the underarm area and the hands.

This confirmed that it was one of the original crew. They found that a great deal of the ship's common areas had once been pressurized with water.

[DW: In light of the potential identity of the Ancient Builder Race, as we will discuss, it is interesting to note the similarities between these beings and the Golden Triangle beings.

We could be looking at a very prolonged evolutionary shift over almost unthinkable amounts of time.]

**WHOSE TECHNOLOGY IS THIS?**

They continued through the process of bagging up the bodies and transporting them to their ship.

As they did this, the bodies started coming apart and floating around the cabin they were in.

One of the men grabbed a piece of paneling and used it like a spatula to scrape off the rest of the remains and load them into bags.

At this point Gonzales asked, "Whose technology is this?"

Sigmund looked over at us both and responded.

"Well, we can only date the organics back to a little under a billion years ago. We tracked its trajectory to a star system not too far away.

"This craft was apparently stuck in that system's orbit for millions of years before it was pulled to our system by our star."

**WOULD THIS BE THE ANCIENT BUILDER RACE?**

Gonzales said, "So, would this be the Ancient Builder Race?"

Sigmund smiled and slowly pointed his index finger to the tip of his nose. This indicated Gonzales was correct.

Gonzales started asking questions faster than Sigmund could answer. Sigmund put his hand up to indicate that Gonzales should stop talking, which he did.

Sigmund then said, "Yes, we did find some amazing technology, though most of it had been removed long ago."

He then said, "But wait, you haven't heard the best part!"

**WRITING AND GLYPHS**

He then continued on with the video. At this point, someone excitedly called out that they had found something else.

The camera showed them entering into a room where there were two types of writing and glyphs on the walls and ceilings. There were several rooms like this.

What was so exciting is that this was the first time we had ever seen or had access to any type of writing from the Ancient Builder Race.

The SSP was well aware that in every other Ancient Builder Race site we had ever found, any written inscriptions had been scratched out.

It was as if some later interloping ET race had wanted to destroy any ability for us to reconstruct their history.

**EXHIBIT 8**
**EVIDENCE SAMPLE 3**

There were some very intricate hieroglyph-looking characters, along with a large amount of glyphs on the wall that were made of long lines, dashes and dots.

## A MULTI-DIMENSIONAL LANGUAGE

Sigmund stated that there were similar ancient languages that they had become aware of on Earth, as well as a few other stars in our local stellar neighborhood.

He said that they were able to decipher the glyphs fairly easily.

They later determined that the hieroglyphs were a mixture of a language and a hyper-dimensional form of mathematics.

They were able to interpret most of the messages from the craft, and have sent the results to a few of their research groups.

The conversation then headed into classified operational information that I am responsible for keeping to myself, for now.

## LET'S TAKE A TRIP

Once we finished the meeting, Sigmund stood up and said, "Now let's take a trip to the LOC Bravo location.

"You must keep all of this information confidential until told otherwise. Understood?"

Gonzales and I both answered yes, and arose from the table.

We were taken to the larger elevator on that floor of the LOC, and then rode it down.

We came out into an open area that was another bay for spacecraft.

## THE GREAT HALL

I saw that we were under the same floor in the lava cavern that we had flown down into when we entered the crater hole during our arrival.

We were taken to a larger shuttle craft that then flew out of the bay. We soon found ourselves flying down a long lava tube at a great rate of speed.

We came out into another large cavern area where I saw human-made structures on the floor of the cavern. They were built around an opening.

We first flew up to a small facility that looked like it may rise up to the lunar surface, with structures built above ground like the LOC.

I saw men and a few women walking around this facility in both Air Force uniforms as well as NASA clothing. We were greeted by a few Ph.D. types who were very excited to see us.

They told us that we would be suited up and then transported down to "The Great Hall."

## HUGE, ANCIENT MACHINES

We were put in the same environmental suits that I had worn in my prior SSP service.

We then went through a bit of a training session with the Ph.D. types on using the equipment, which was very basic.

We traveled back to the bay where we loaded up on the same shuttle and flew down to the cavern floor.

At this point, we passed through the dug-out hole that opened into a cavernous area. It was the Great Hall.

This area was so tremendous in size that both Gonzales' and my minds were blown.

There were all sorts of HUGE and ancient machines with tractor tracks on them.

There were also long beams made out of a grey crystalline material.

The beams were lying broken and shattered on the ground. There were large circular tunnels heading out in multiple directions from this one area.

## YOU HAVE BEEN HERE BEFORE

I told Gonzales that I had never seen anything like it.

Sigmund looked over at me and said "Corey, you have been here before. You just don't remember."

I looked at Gonzales, who looked as puzzled as I was.