**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

Nov 22, 2012 @ 7:51am

I "dreamed" I got to go up on the ship.

I saw 2 cigar shapped ships & was beamed up. I felt myself myself turn into wave energy to go up.

I started out in a cool designed Art style room. The walls looked more 'normal' but had really cool circles on them. very eclectic style browns, pinks etc.

Then I went through the door to another room. the walls were also very beautiful, circular designs again but on what looked like glass & colors. very intricate. I said wow I don't get to see this kind of art everyday. this kind of beauty. I got teary eyed w/ joy.

Then, I went through to another room There was one (female) teacher & 2 young kids about 7, 8 or 9. One girl, one boy, The boy seemed "slow" though. They were putting together a 3D light

**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

BEAMED UP TO
CIGAR SHIPS
WAVE ENERGY

puzzle. It was built like a beautiful house or multi layered building like a castle but not a castle.
I reached out & touched the pieces they looked like lighted clear beautiful colored glass. they let me look.
Then the puzzle was all unbuilt again on the table. She (the teacher said) go ahead & try. I didn't really know where to begin. & felt thought to the boy who the teacher seemed to somewhat 'tested' with "that he knew better what to do than I did. ~~And the the~~ his focus needed to be greater. the table was small & round. I smiled & said I wanted to see more of the ship.
I went through another door. ~~& another~~ through an empty room that appeared Earth like (empty) was like huh...
went through another door to a small empty room w/ a door open to a room that had some kind of business meeting going on 5 "older" men. I pulled down a hatch from the ceiling & held onto the "T" shape of the rope

oh I got teary eyed seeing beautiful things. I thought felt to the ET's which brought me: it's ok. Don't worry. These are tears of happiness & joy cause I don't get to see/experience this kind of beauty everyday in Earth reality. I did ensure I stopped crying prior to the biz meeting swinging. lol.

EXHIBIT 8
EVIDENCE SAMPLE 4

sent 8/9/2017

# D.REAM
## AI FIX/HEAL

[redacted]

He/we seemed to be on some type of pirate ship, only it was Gaia. He was telling a friend they had to be sure. Sure that I wasn't like "the others". That I had staying power.

He seemed to maybe be another AI anomoly or not or that was the game. I empathed to him I was the one, I knew what he'd come to experience & that I could show him what he wanted to experience. I could show him how to find & feel all that love inside, the touch was only the first. The start & it would grow. But, then it was like we were only human.

[redacted]

**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

sent
8/2/2017

12/12/16

Rescuing my Potential "Pirate" Boyfriend by hang glider

I was making my escape from the old Camino house down the dirt road pre-fork in road.

I ask a guy off to the side in rostafarian style, "Yo Man these your numbas on this tree?" (a 3649). The sandy blond Golden haired rostaf. haired guy said, "Ya Man". I got a running head start & flew jumped to the tree branches/limbs Then I saw a knocked-out guy (Johnny Depp, Pirates of the Carribean style). I went back & gathered him up w/the sticks & back hang glider

white yarn ball

I had him bundled at first w/in the glider sail, as I felt he was a prisoner or such. The rasta guy began to realize

**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

July 7, 2008
8:25AM

Space Ship Abductee
DREAM & Picture

I "woke" (astrally) while dark out & looked out the window & saw "the Ship". The light paterns were amazing! ... they were oranges, reds & yellows w/ some blues & purples, all dots like a very large light bright.

I was on my knees on my bed, looking up @ it and thinking "yes, please take me!". I recalled how I had put out the call by placing the pattern on the window, Reminiscent to the color pattern on the bottom of the ship. Only less detailed. They sort of overlayed each other & since I asked to come, I was then 'on board'. I saw no ETs because we (they) knew I might get scared & drop back into my body if I did.

I saw a man & it was like I was on some sort of center technological island.

There was an object. Like a picture. It was about an inch or 2 thick & about 6" x 9". It had a raised surface w/ a picture (face baby & other items) on it that looked as though metallic & irridecent liquid (light) paints.

A hand (not sure grey?) ~~came~~ & picked it up from behind me & handed it to me. The ...

**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

was very small like a pipe

As it was put in my hand. The being behind me telepathed that its picture changed according to the energies that held it. (This msg was a feeling, not words.) I understood.

The image was smiling in my hand & the items around it were happy.

Then, the being took it back (because I was like "I don't see it doing anything) and it was experienced imbdued w/ fear vibrations ("lower"). I don't know if they were the beings or called from somewhere else. The picture was handed back to me. The face was open mouthed like a SAD theatre mask frown with anguish & pain running around the other items. I took it & but my Right hand across its surface & the image changed back to smiling. I thought felt "let me try something". the being agreed. I tried to permanently instill in it love. I was focusing in on it but not feeling it as much as I wanted too. I handed the 'picture' back & something jostled it loose & it fell on the floor. The image was anguish again.

I said "I had not accounted for that! let me



**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

try it again. I picked it up & worked to permanently infuse it w/ love this time assuming for all "random" factors.

Then I was gone. (back to my body.)

**EXHIBIT 8**
**EVIDENCE SAMPLE 4**

DREAM [redacted]

4/22/17 Saturday

≈8:24am

There were 3 of us. me (as a male?)
A female & a black female. there were
2 'doctors' (scientist experimenters) trying to
run~~ing~~ experiments on us.
They had us all on beds. with a
zipline above our heads. the blk girl
was unconscious. they put a head
gear glasses pieces on my head & the
other girl. It was like sunglasses
& had a third eye screw in socket
port. they were using it to see, hear
& spy on our thought. They could see
on a computer screen what we thought.
The face glasses were also connected
to the zipline. [redacted]