**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Case No. 18-cv-02060-RM-GPG

ALYSSA CHRISTIE MONTALBANO,

    Plaintiff,

v.

JAMES COREY GOODE,

    Defendant.

___

**ORDER**
___

    This matter comes before the Court with the filing of at least two papers by pro se plaintiff Alyssa-Christie Montalbano ("plaintiff"); specifically, ECF Nos. 36, 37.

    As a short procedural background, on August 13, 2018, this case was removed to this Court. (ECF No. 1.) On August 31, 2018, plaintiff filed a motion to remand the case to State court. (ECF No. 20.) On September 5, 2018, the Magistrate Judge assigned to this case was changed to U.S. Magistrate Judge Gordon P. Gallagher in Grand Junction because the jury would be drawn from the division containing Grand Junction. (ECF No. 27.)

    On September 17, 2018, plaintiff filed, *inter alia*, an "Amendment to Objection to Notice of Removal" (ECF No. 36) and "Amendment Two - To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18CV-50" (ECF No. 37). In those filings, plaintiff states, *inter alia*, that she "consents to the removal" of the State case "to the Grand Junction based Federal Court to hear this matter and as reassigned to Judge Magistrate

Gordon P. Gallagher" and that she "will not dispute this matter on Constitutional grounds" "provided proper and expeditious removal is made to the Grand Junction based Federal courthouse …." (ECF No. 36 at 1-2.)

Because plaintiff is proceeding pro se, the Court believes it is best to obtain clarification on precisely what it is plaintiff is setting forth in her recent filings. As an initial matter, plaintiff can not condition her consent (or lack thereof) to removal of this case. In other words, plaintiff cannot condition her consent or willingness not to dispute matters on this case being "proper[ly] and expeditious[ly] removed … to the Grand Junction based Federal courthouse." Next, so things are very clear for plaintiff, *this case* has not been removed to the federal court in Grand Junction. This case has been removed to the federal court in Denver. Moreover, the presiding judge is, and will remain for the time this case is in federal court, Judge Raymond P. Moore. As the order reassigning the Magistrate Judge stated, Magistrate Judge Gallagher has been reassigned to this case for purposes of pre-trial management, that is all. (ECF No. 27 at 1.)

As a result, because plaintiff may not have fully understood what referral to a Magistrate Judge means, the Court ORDERS plaintiff to respond to this Order and clarify whether she still consents to the removal of this case from State court. Plaintiff shall respond to this Order on or before October 4, 2018.

**SO ORDERED.**

DATED this 27th day of September, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge