**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 18-cv-02060-RM-GPG

ALYSSA-CHRISTIE MONTALBANO,

     Plaintiff,

v.

JAMES COREY GOODE,

     Defendant.

---

**ORDER**

---

THIS MATTER is before the Court *sua sponte* upon review of the matter in which Alyssa-Christie Montalbano appears pro se.  The Court strongly encourages Ms. Montalbano to contact the Federal Pro Se Clinic which provides free legal assistance to people representing themselves in the U.S. District Court for the District of Colorado.  The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases.  If Ms. Montalbano wishes to avail herself of this service, she may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic.  The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294.  Walk-in appointments may also be available, but only on a space-available basis.

DATED this 1st day of October, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge