FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 09 2018

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-RM-GPG |
| | § | |
| v. | § | |
| | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |
| | § | |

## REPLY TO ORDER AT DOCUMENT 48

Comes now Plaintiff, Alyssa Chrystie Montalbano, in response to the Order at Document 48 and states the following:

1.      **Plaintiff has already been in touch with the Federal Pro Se Clinic since August 24, 2018** and was able to have a call on August 29, 2018 and is how Plaintiff even knew to ask for a Remand of this instant case. (See Exhibit Pro Se Clinic Denver Federal Communications, emails and phone call log)  (a) During phone call with Pro Se assistant Fabre, there still were issues regarding getting 'legal advice,' which left 'blanks' in the information

received.   Plaintiff did the best she could to understand the situation, processes, and what her options were.  (b) Due to the complexity of this case being in multiple State and Federal courts; compliments of Defendant and his Counsel; this feature also confuses Pro Se clinics and attorneys who seem to practice in one court or the other.  (c) Setting appointments with Pro Se assistant clinics is limited to only a 45 min call and can take two or more days to even get an appointment. With limited response times, this is not always efficient. Especially with respect to having to mail everything to Denver Federal court clerks for filing and not being permitted to use the CM/ECF systems like an attorney. (d) Pro Se assistance is also careful to not give 'legal advice' and stick more with 'legal process advice,' which is helpful, but with these 'legal' gaps it makes it hard sometimes to fully understand what needs to be done or what options really are available to Plaintiff and how to write papers.

2.      **To Plaintiff's understanding there is no Federal Court Pro Se clinic assistance in Grand Junction**, so there is no office or building location (and thereby people) that Plaintiff can go inside to ask for direct help with her case in-person, which is easier for Plaintiff regarding communication and visual-tactile understanding. If Judge Magistrate

Gallagher knows of any Federal Court clinic in or near Grand Junction, Plaintiff would greatly appreciate being directed to it.

3.      **Plaintiff has tried for months to retain a lawyer to help** and has phoned dozens of different firms located in both Denver and Grand Junction and is typically told (even though their website says they handle these types of cases that they can't handle her type of case.)  The one attorney that did handle her type of case (fraud/IP), was located in Denver and was too booked up already to help. He recommended writing an Amended Complaint.   Plaintiff asked if he'd help as LSR (Limited Scope Representation) and he replied he did not do that and could not take on her case as she was 'too far into it' and it would require more time than he currently had. He said he would have helped, had it been a brand new case. However, he was kind enough to provide Plaintiff advice for about an hour. Plaintiff tried to get him to change his mind, but he did not.

4.      **During the Broomfield fiasco stalking case by Defendant and his counsel, Plaintiff retained Broomfield based attorney Kelly Toney** to help with the continuance hearing in Broomfield on August 6, 2018.  After which time **Plaintiff kept Ms. Toney retained and has been able to get some legal advice from her since.** (a) However, her area of expertise is in

state court and criminal law related to protection orders and not federal court matters. (b) There is the additional issue that her type of client-cases are typically urgent. So, when Plaintiff sets appointments they usually are a few days or so out (like Pro Se clinics) and then often get postponed, such as an appointment that was set for Tuesday, October 2, 2018, that was deferred till today, October 5, 2018. (c) Plaintiff does the best she can with the information attained.

5.     **Plaintiff has personally spent the past three months most every day upon waking till going to bed dealing with each new legal (or illegal) thing** Defendant and counsel concoct and what new law or rule they have violated to avoid and evade the complaint another week or month or further harass, burden, and stress Plaintiff in the process.   These unnecessary burdens caused Plaintiff's book, "Dreams the Missing Text" to be released approximately one month later on September 27, 2018, rather than the August 30, 2018 planned release date. **Plaintiff has basically been working full time as her own attorney** and fitting in art and writing in the background and has lost significant amounts of time and money because of being unable to properly promote and market her art and writing.

6.      **Plaintiff had basically given up hope finding any full time help and has been extremely burdened since July thru current**. It was more urgent to ensure the truth be cited in legal papers, than having time to study format, which Plaintiff would like to do as Plaintiff is something of an education aholic, but legal work is not what Ms. Montalbano wanted to do with her life. Plaintiff has seen more perjury in both Defendant and his counsel's written words and will seek proper legal assistance to have them appropriately sanctioned in accordance with the law.

7.      **Plaintiff is trying again, since seeing and receiving the order (Doc 48) by paper mail on October 3, to find legal assistance.**   (a) Since Plaintiff spoke with a local Grand Junction attorney on October 4, 2018, Plaintiff is now seeking a fraud trial attorney and not an Intellectual Property attorney.

8.      Plaintiff will continue to do her best until legal help it retained.

Wherefore with respect to the aforementioned, Plaintiff thanks Judge Moore for the Pro Se clinic information and will continue do her best to learn and follow all court rules and processes to the best of her ability. Plaintiff will

continue to seek legal help and will contact the Pro Se clinic again in Denver if unsuccessful in receiving alternate help.  Plaintiff will also read through Judge Moore's manual now that she understands the reassignment/remand situation and will ask questions of the appropriate clerks for clarity on anything not understood and may require additional time to comprehend what is required for trial and preparations due to being a Pro Se Plaintiff new to navigating in-court activities, until affordable legal representation can be found.

Respectfully Submitted and All Rights Reserved,

Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **REPLY TO ORDER AT DOCUMENT 48 and Exhibit Pro Se Clinic Communications** were sent first class by U.S. Mail, postage prepaid, USPS Priority Mail Express, EL 076489080 US to OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, Alfred A Arraj Courthouse, 901-19TH ST., Room A105, Denver, CO 80294-3589 this 5th day of October, 2018 and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system.

Alyssa Chrystie Montalbano

Alyssa-Chrystie: Montalbano, American Citizen



# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

PS 10001000006

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 970 ) 250-8305

Alyssa Montalbano.
2536 Pinion Ave
Ste 4 900-117
Grand Junction, CO 81505

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (          )

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Alfred A Arraj Courthouse
701-19th St Room A105
DENVER, CO

ZIP + 4® (U.S. ADDRESSES ONLY)
8 0 2 9 4 - 3 5 8 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE**®   |   PRIORITY ★ MAIL ★ EXPRESS™

EL 07 6 48 908 0US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    81501

Day of Delivery   ☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Scheduled Delivery Date (MM/DD/YY)   10-4-18

Postage   $24.70

Date Accepted (MM/DD/YY)   10-15-18

Scheduled Delivery Time   ☐ 10:30 AM   ☒ 3:00 PM

Insurance Fee   $

COD Fee   $

Time Accepted   ☐ AM   ☒ PM

10:30 AM Delivery Fee   $

Return Receipt Fee   $

Live Animal Transportation Fee   $

Weight   lbs.  ozs.   ☒ Flat Rate

Acceptance Employee Initials

Sunday/Holiday Premium Fee   $

Total Postage & Fees   $24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   3-ADDRESSEE COPY