*Exhibit Reply to Order at Document 48*
*Pro Se Clinic Communications (1 of 4)*

Subject: **Re: FPSC Limited Scope Agreement**

From: aristoneart@ymail.com
To: jharner@cobar.org; FPSC@cobar.org
Date: Wednesday, August 29, 2018 11:02:53 AM MDT

**www.AriStoneArt.com**
**www.zazzle.com/AriStoneArt\***

On Wednesday, August 29, 2018 10:05:43 AM MDT, Jessica Harner <jharner@cobar.org> wrote:

Hi Alyssa, please fill this out and send it back before your appointment at 11:00.

Thank you,

 

**JESSICA HARNER**

**FEDERAL PRO SE CLINIC PROGRAM COORDINATOR**
COLORADO BAR ASSOCIATION

ALFRED A. ARRAJ FEDERAL COURTHOUSE

901 19TH STREET
DENVER, CO 80203-80294
303-380-8786



Montalbano-ProSe.pdf
1.1MB

EXHIBIT REPLY TO ORDER AT DOCUMENT 48
Pro Se Clinic Communications (2 of 4)

Colorado Bar Association Federal Pro Se Clinic
Located at the
U.S. District Court for the District of Colorado
901 19th Street
Denver, CO 80294

### Limited Scope Legal Service Agreement

This Agreement confirms the scope and terms of representation provided by Colorado Bar Association ("CBA") at this Federal Pro Se Clinic (the "Clinic"). The phrase "CBA attorneys" or any variation of that term includes staff attorneys, volunteer attorneys, and other volunteers for the CBA.

I. I, _Alyssa Montalbano_ (Client Name), give my permission to CBA attorneys to assist me in my participation at the Clinic under the terms of this Agreement. I understand that Colorado Bar Association and Denver Bar Association legal clinic personnel may have access to my information.

II. I understand that the scope of CBA's representation is limited by the following terms:

   a. LIMITED PURPOSE: I understand and agree that CBA's representation is concerned solely with this Clinic and that CBA will not represent me in any future matter in any way without an express and separate agreement.

   b. LIMITED REPRESENTATION: I understand and agree that CBA will provide legal information, advice and counsel intended to inform me of my options regarding navigating the federal court system.

   c. NO APPEARANCE: I understand and agree that, in the event that I have filed or later file a complaint, or if I am a defendant in any action, the CBA will not enter an appearance or otherwise represent me before any court or administrative agency.

III. I understand that the CBA attorneys can stop assisting in my matter if they believe that one or more of the following is/are true:

   a. My matter is beyond the ability of your clinic to meet due to conflicts, case complexity, or staffing or resource allocation;

   b. I am not cooperating with CBA attorneys or other volunteers/staff members;

EXHIBIT REPLY TO ORDER AT DOCUMENT 48
Pro Se Clinic Communications (3 of 4)

    c. If there is any other good reason within the meaning of the Colorado Rules of Professional Conduct to stop handling my file.

IV. I understand that my participation is entirely voluntary, I further understand that I am free to discharge the attorney at any time during the Clinic and not continue with the Clinic. However, if I discharge the attorney, CBA will not provide another attorney or continue working on my matter.

V. I understand that the CBA provides this service free of charge and that I do not have to pay the CBA or CBA attorneys for their legal services.

I understand and agree to the terms set forth above.

Client Signature __Alyssa Montalbano__

Client Printed Name __Alyssa Montalbano__

Date __August 29, 2018__

Attorney Signature _____

Attorney Printed Name _____

Date _____

**COMPLETE AND RETURN THIS FORM SO IT IS RECEIVED**
***BEFORE* YOUR FIRST APPOINTMENT**
*The attorney will sign and date upon receipt*

By **MAIL** to: Federal Pro Se Clinic, Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294

or

By **EMAIL** to: fpsc@cobar.org

or

By **FAX** to: (please contact us at 303.380.8786 if fax is your only option)

EXHIBIT REPLY TO ORDER AT DOCUMENT 48
Pro Se Clinic Communications (4 of 4)

