F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 09 2018

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § § § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-RM-GPG |
| v. | § § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § § § | |

## AMENDMENT TO REPLY TO ORDER

Comes now Plaintiff, Alyssa Chrystie Montalbano, to re-amend the objection to removal in Reply (Document 49) to Order (Document 47) and states:

It is extremely frustrating trying to find the right information and assistance in the proper time frames. Plaintiff was able to speak with an attorney on October 4, 2018 regarding her legal situation and gained a fuller understanding of the nature of the situation. With the new information gained, Plaintiff will not fight a removal on Constitutional grounds if this honorable Federal court deems this the appropriate venue for this matter of fraud to be heard by the presiding Judge.

Respectfully Submitted and All Rights Reserved,

*[signature: Alyssa Chrystie Montalbano]*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDMENT TO REPLY TO ORDER** were sent first class by U.S. Mail, postage prepaid, USPS Priority Mail Express, EL 076489080 US to OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, Alfred A Arraj Courthouse, 901-19TH ST., Room A105, Denver, CO 80294-3589 this 5th day of October, 2018 and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. *[signature: Alyssa-Chrystie: Montalbano]*

Alyssa-Chrystie: Montalbano, American Citizen

