**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2018

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now Plaintiff, Alyssa Chrystie Montalbano, and moves this court to grant an extension of time for the scheduling hearing to be moved to November 27, 2018 or the latter half of the last week of November (FRCP 6(b)(1)(A)) and in support thereof:

### 1. Confusions Around Removal

Due to all the confusion surrounding Removal and Reassignment Plaintiff did not know or understand exactly what was required of her to be performed by the scheduling hearing. Initially upon seeing the order, Plaintiff had phoned the court clerks and asked if anything was required of her for scheduling and was told there was not. This was likely a

miscommunication and Plaintiff also understands the clerks are not there to provide legal counsel or to know what is required of Plaintiff to fulfill for the courts. However, due to this information, Plaintiff understood that scheduling would begin to be discussed during the scheduling hearing.

2. **Opposing Counsel never specifically stated anything regarding Due Process and scheduling matters and Plaintiff was unaware of the requirements.**

Ms. Wilde stated this is why she did try once or twice to phone Plaintiff to confer with Plaintiff. However, Ms. Wilde never stated by phone or email to Plaintiff what was actually required regarding scheduling, nor did she mention the requirement to confer 21 days prior the scheduling hearing. The FRCP 26(f) meeting had not occurred between both parties prior October 15, 2018. Ms. Montalbano brought these matters to Ms. Wilde's attention after Pro Se clinic call (see Number 3 below). Ms. Wilde is starting to show positive efforts to follow Due Process of Law with Plaintiff and Plaintiff would like to continue to do so via proper conferrals and to ideally find a solution prior a new scheduling hearing.

### 3. Pro Se Clinics

Plaintiff was fortunate to speak again with Pro Se Clinic assistant, Fabra, on Friday October 12, 2018 and during the call asked about the scheduling hearing and what was required of Plaintiff. Plaintiff learned where to go to properly plan for the scheduling hearing and where to review all the court rules relevant to her case and what is expected. Had Ms. Montalbano understood all of this when the scheduling hearing was originally noticed to all parties at Document 35, she would have properly been studying the rules, formats, and processes required to this point. Plaintiff discovered there are a vast amount of rules and processes for her to read and understand to correctly implement and respect the court rules and wants to ensure she presents her case correctly and requires time to do so. Additionally, due to Pro Se clinic assistance now being one to two weeks out for a 45 minute call, Plaintiff will also require additional time to ask questions and receive needed answers and her next appointment is set for October 23, 2018 at 5pm with Fabra.

### 4. Seeking Legal Counsel

Plaintiff is also still seeking affordable legal representation and at the very least (Limited Scope Representation) LSR for federal court legal

advice that sits outside the scope of what can be provided by the Pro Se Clinic.

## 5. Time to Study to Implement Rules and Processes Correctly

In addition to the difficulty in attaining timely legal counsel as a Pro Se Plaintiff, it is also extremely important to Plaintiff to follow and uphold all court rules and Due Process requirements and Plaintiff must read and understand many things to properly follow the court rules and correctly adhere to them for proper organization and respectful presentation of her case at all stages of the process.

## 6. Conferral Requirements

Plaintiff also requests this extension of time to have time to read through the vast amount of rules, speak with the Pro Se Clinic as often as possible during which may only be 2 or 3 times through late November due to how booked they are, and to properly negotiate scheduling matters and all other case issues with Ms. Yanaros Wilde and to have a proper conferral FRCP 26(f) meeting regarding scheduling matters, after Plaintiff has had time to read and understand how to correctly implement investigation requests, depositions, and evidence presentments in

accordance with Due Process and in addition to attempting to reach an Alternative Dispute Resolution option prior to a scheduling hearing in late November due to proper conferral and understandings commencing.

### 7. CM/ECF Registration

Plaintiff also just discovered it appears she can apply for the electronic filing system, even as a Pro Se litigant and will submit her application to do so if able by October 17, 2018 and also further requests the permission of this honorable court to admit Plaintiff to file documents, papers, and other appropriate records, via PACER.gov in this instant case. This will also address the issue of Defendant and his Counsel's repeat failure to serve Plaintiff as the court system will electronically be able to serve Plaintiff notifications once successfully registered to file through it. Plaintiff will also require additional time to familiarize herself with the Electronic filing system, procedures, and rule requirements.

Therefore Plaintiff respectfully moves this honorable court to grant this extension of time for Plaintiff to be able to: read, properly understand and implement all the Federal court rules, receive process advice from the Pro Se clinic, Properly prepare her case for trial, continue to seek affordable legal

representation or LSR legal advice, and negotiate all required matters properly (confer) and in accordance with Due Process of Law with opposing counsel and in efforts to reach an agreeable ADR and/or settlement with Defendant.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Pro Se Plaintiff, Alyssa Chrystie Montalbano

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was sent first class by U.S. Mail, postage prepaid, USPS Priority Mail Express, EM 033657789 US to OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, Alfred A Arraj Courthouse, 901-19TH ST., Room A105, Denver, CO 80294-3589 this 16th day of October, 2018 and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system per FRCP Rule 5.

*Alyssa-Chrystie Montalbano*
Alyssa-Chrystie: Montalbano, American Citizen



# PRIORITY MAIL XPRESS™

OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO SEAL

EP13F July 2013  OD: 12.5 x 9.5

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**

U.S. POSTAGE PAID
PME 1-Day
GRAND JUNCTION, CO
81501
OCT 16, 18
AMOUNT
$24.70
R2303S103618-08

1007
80294

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 970 ) 250-8365
Alyssa Montalbano
2-336 Rimrock Ave
Ste 400-117
Grand Junction, CO 81505

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO:** (PLEASE PRINT)   PHONE ( )
Office of the Clerk
United States District Court
Alfred A Arraj Courthouse
901-19th St Room A105
Denver, CO

ZIP+4® (U.S. ADDRESSES ONLY)
8 0 2 9 4 - 3 5 8 9

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 81501
☐ 1-Day  ☐ 2-Day
Date Accepted (MM/DD/YY): 10/16
Scheduled Delivery Date (MM/DD/YY): 10/17
☐ 10:30 AM  ☐ 3:00 PM
Time Accepted: 12:22 ☐ AM ☑ PM
Scheduled Delivery Time: ☐ 10:30 AM ☑ 12 NOON
10:30 AM Delivery Fee: $
Weight: ___ lbs ___ ozs   ☐ Flat Rate
Postage: $24.70
Insurance Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $24.70
Acceptance Employee Initials: AS

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY): ___ Time: ___ ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY): ___ Time: ___ ☐ AM ☐ PM
Employee Signature
Employee Signature

☐ Military  ☐ DPO

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY

VISIT US AT USPS.COM®

UNITED STATES POSTAL SERVICE®