UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § <br> Plaintiff § <br> v. § <br> James Corey Goode § <br> Defendant § <br> § <br> § | CIVIL ACTION NO.: <br> 1:18-cv-02060-RM-GPG <br><br> JURY TRIAL DEMANDED |

### REPLY TO ORDER AT DOCUMENT 55

 Comes now, Plaintiff, Alyssa Chrystie Montalbano, to Reply to Order 55 and address the matter regarding the pending MOTION TO DISMISS FOR FAILURE TO STATE A COMPLAINT (Document 15) and **states the Complaint** (with applicable law and claim) **was served on Defendant** in accordance with due process of law **on or about April 20, 2018** (Document 39 at 19 thru 22 - USPS proof of Certified Mail delivery and Document 12-1 at 33 thru 34 Notice of Written Correspondence and Certificate of Service). **The Complaint** was filed onto this Federal Court record at **Document 20-2** by Plaintiff on 8/31/2018. **Defendant and Counsel did NOT file in the Complaint spot of this case the actual complaint** (see incorrect Document 26, between Doc 6 and 7, filed by

Defendant's Counsel on August 13, 2018). **Defendant's Counsel filed a cover letter** that arrived with legal documents and **the cover letter was never filed in any court case by Plaintiff as part of any claim** (Document 1-1 at 3 thru 5, which is the same as: Document 2 at 3 thru 5; and the same as: Document 26 at 3 thru 5).

Furthermore, **Defendant and his Counsel did not file in the Complaint spot the Summons/Complaint** (Document 12-1) from the 'Removed' state court action either. Plaintiff now sees the full gravity of Defendant and Counsel's 'mistake' in filing the wrong documents in this court's Complaint spot.

Plaintiff is in process of writing a motion for leave of the court to file the Complaint in the Complaint spot (Document 20-2 Complaint and Document 20-4 Fines and Fees) with the courts General Complaint form at its cover. Plaintiff continues to seek conferral with Defendant's Counsel regarding such motion with attached higher quality version of the Complaint or that the court sanction Defendant's Counsel to file the Complaint and Claim correctly in this case.

Plaintiff has recently been in contact with legal representation that is likely to enter the case and will further confer with legal counsel this week regarding

entry and amending the Complaint to include incidences that have occurred since original service that support original allegations against Defendant. (FRCP Rule 15(a)(2))

Plaintiff applied on October 19, 2018 to be admitted to file with the CM/ECF system and was accepted after mailing a Reply to this order and will attempt to notify the clerk of the court on Monday to not file the mailed version of this Reply to Document 55.

Respectfully Submitted and All Rights Reserved,

/s Alyssa Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

### CERTIFICATE OF SERVICE

I certify that on this 21st day of October 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Montalbano

Alyssa Montalbano, American Citizen