# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | |
| Plaintiff | § | CIVIL ACTION NO.: |
| | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |
| | § | |

## OPPOSED MOTION TO FILE COMPLAINT AS THE COMPLAINT

Comes now, Plaintiff, Alyssa Chrystie Montalbano, having conferred with opposing Counsel; and moves this honorable court to grant the filing of the Complaint as the Complaint for the following legal and lawful reasons:

## Situation Brief

On April 18, 2018, Plaintiff began due process of law and lawfully served upon Defendant for response the original affirmed pre-litigation complaint and certificate of affirmed service and noticed Defendant of his legal responsibility to lawfully respond (Document 12-1 at 33 thru 34). Defendant failed to respond.

Plaintiff lawfully served on Defendant a Notice of Failure to Respond with Opportunity to Cure and Amended Complaint on May 16, 2018 along with fines and fees due (Document 20-2).  Defendant failed to respond.

Plaintiff lawfully served on Defendant a Notice of Default in Dishonor for failure to respond to Amended Complaint on June 4, 2018. Defendant failed to respond.

Plaintiff received fan mail (frivolous presentment) from Ms. Valerie Yanaros Wilde, alleging to be Defendant's attorney dated June 5, 2018,  about how great and 'famous' Mr. Goode is along with her personal opinion about Plaintiff's legal offer for remedy outside of litigation.  Ms. Yanaros Wilde failed to cite anything with specificity regarding the Complaint, did not legally identity herself, did not cite any relevant law or statutes, did not lawfully indorse the pre-litigation presentment, and offered (threatened/harassed) Ms. Montalbano to contract as "stalker" of her client (Document 12-1 at 49 thru 52). Plaintiff lawfully refused Ms. Yanaros Wilde's offer to contract as "stalker" for lack of indorsement (UCC 3-501(b)(3)), violation of due process, failure to respond, and for being a frivolous and without merit presentment and lawfully noticed Ms. Yanaros Wilde of these failures, June 11, 2018 (Document 12-1 at 53 thru 58).

Plaintiff filed onto the Mesa County Public Record, June 7, 2018, for lawful use as evidence the self-authenticating, affirmed, and unrebutted Complaint presentments (FRE 902). (Public Reception No 2843230, recorded June 7, 2018 at Sheila Reiner, Mesa County, CLERK AND RECORDER; and See Document 12-1 at 56 for list of legal documents publically filed).

Subsequently and in accordance with due process of law and failure to respond to affidavits, Plaintiff opened District Civil Case 18CV50 on June 25, 2018 and sought the courts for a Default Judgment on her behalf. (Colorado Constitution, Article 2, Section 25; FRCP Rule 55(a),(b)); See Document 12-1 Summons and supporting documents filed in Mesa District Civil court).

### Supporting Facts, Laws and Evidence to Grant this Motion

1. **Plaintiff is following due process of law to the best of her abilities to attain legal remedy and protection** of her 500 plus dream visions (literary works 17 USC 102(a)(1)) predominantly emailed to Mr. Goode by mistake and error, that she was defrauded of during 2017 (18 USC 1001(a)) and Plaintiff is regularly learning how to best present her case to the courts in proper format. *See Erickson v. Pardus, 551 U.S. 89, 94, 127 S Ct. 2197 (2007)* ***pro se pleadings "however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers."***

2.      **Defendant's Counsel knowingly filed the incorrect documents as the Complaint** (Document 26 between Document 6 and 7).  The cover letter filed by Defendant and his Counsel (Document 1-1 at 3 thru 5, which is the same as Document 2 at 3 thru 5; and the same as Document 26 at 3 thru 5) as "the Complaint" was never filed on any court record by Plaintiff as part of any claim.  Violating due process of law and making knowing 'mistakes' (FRCP 9(b)) is a regular and repeat pattern of Defendant and his Counsel and has been cited multiple times on this court's record (and other court records) and is most notably seen in the fabricated Register of Actions (Document 14) and in Defendant and his Counsel's knowing repeat failures to serve Plaintiff documents since Document 12 by paper mail, up through Plaintiff recently being admitted to file electronically.

3.      **The Complaint may be lawfully filed as the Complaint as justice so requires it (FRCP Rule 15 (a)(2))**. Defendant and his Counsel have avoided and evaded responding to the subject matter of the Complaint since delivery on or about April 20, 2018 and whereby the Complaint contains evidentiary support (FRCP 11(b)) and is the legal and lawful basis for this instant case (claim) against Defendant.

4.        **The Complaint is lawfully admissible for use as the Complaint as it is in direct compliance with FRE 902(4), (8), (10), and (11); regarding acknowledged documents as prima face evidence in the case** and whereby the Defendant was served copies with reasonable time to respond and challenge the content contained therein (See Situation Brief this document) and Defendant and his Counsel knowingly failed to respond.  *See United States vs. Kis, 658 F .2d, 526, 536-337 (7th Cir. 1981)* ***Non Rebutted Affidavits are "Prima Facie Evidence in the Case";*** and *"Uncontested affidavit" moved the court to hear the case.* United States v. Lopes, No. 07-3159 (10th Cir. 03/04/2008); and whereby ***"The law creates a presumption, where the burden is on a party to prove a material fact particularly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests."*** *Meier v CIR, 199 F 2d 392, 396 (8th Cir. 1952) quoting 20 Am Jur, Evidence See 190, page 193.*


Wherefore, Plaintiff, moves this honorable court to grant this Motion to file the Complaint as the Complaint and deny Defendant's Motion to Dismiss for failure to state a complaint, as justice so requires it (FRCP Rule 15 (a)(2)).

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that on this 22st day of October 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen