

**Sheila Reiner**
Mesa County
Clerk and Recorder
P.O Box 20000
Grand Junction, CO 81502
(970) 244-1679

| CUSTOMER INFORMATION | TRANSACTION INFORMATION | | | |
|---|---|---|---|---|
| ALYISSA MONTALBANO | Transaction #: | 391995 | Source Code: | OVER THE COUNTER |
| OTC | Receipt #: | 20180012556 | Return Code: | OVER THE COUNTER |
| , | Cashier Date: | 06/07/2018 | Location: | Main |
| | Print Date: | 06/07/2018 | | |
| | Cashier By: | ARNA | | |

| CERT | CFN: 2843230 | Record Date: 6/7/18  4:01 pm |
|---|---|---|
| From: | To: | |
| | RECORDING2017 | $393.00 |

| PAYMENT: CHECK | 5043 | AMOUNT: | $393.00 |
|---|---|---|---|

Void / Revised Reason:

| Total Payments: $ 393.00 | Total Fees: $ 393.00 | Shortage: $ 0.00 |
|---|---|---|
| Overage: $ 0.00 | Total Change Returned: $ 0.00 | |