UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

    OCT 22 2018

  JEFFREY P. COLWELL
            CLERK
```

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | |
| Plaintiff | § § | CIVIL ACTION NO.: |
| | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| James Corey Goode | § § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § § | |

## REPLY TO ORDER AT DOCUMENT 55

Plaintiff, Alyssa Chrystie Montalbano, states the complaint was lawfully served on Defendant on or about April 20, 2018 and filed onto this Federal Court record at Document 20-2 by Plaintiff on 8/31/2018. Defendant and Counsel knowingly did NOT file in the complaint spot of this case the actual complaint (see knowingly incorrect Document 26, between Doc 6 and 7, filed by Defendant's Counsel on August 13, 2018). They filed a cover letter that arrived with legal documents. They did not file in the Complaint spot the Summons/Complaint (Document 12-1) from the state court either. Plaintiff only recently realized the gravity of their 'mistake' in filing the wrong documents in this court's Complaint spot. Plaintiff is writing and submitting a motion for leave of the court to amend

the complaint and has attempted conferral on such motion with opposing counsel a few times now, October 18 and 19, by email and by phone, no reply has been received regarding the current request to amend the complaint as of October 19, 2018.

Plaintiff has also applied, as of today October 19, 2018, to be admitted to file with the CM/ECF system. An amended complaint, and leave of the court requesting to amend the complaint, may arrive the same day (Monday, or Tuesday, October 23, 2018, at the latest) as this reply unless completed and approved to electronically upload before then.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDMENT TO REPLY TO ORDER** were sent first class by U.S. Mail, postage prepaid, USPS Priority Mail Express, EM 033657815 US to OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, Alfred A Arraj Courthouse, 901-19TH ST., Room A105, Denver, CO 80294-3589 this 19th day of October, 2018 and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system.

*Alyssa Chrystie: Montalbano*
Alyssa-Chrystie: Montalbano, American Citizen

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
GRAND JUNCTION, CO
81501
OCT 18, 18
AMOUNT
$24.70
R2304M111792-17

1007  80294

PRIORITY MAIL EXPRESS™

UNITED STATES POSTAL SERVICE®

ORIGIN (POSTAL SERVICE USE ONLY)

□ 1-Day  □ 2-Day  □ Military  □ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
| 10-19-18 | $ 24.70

Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
10-17-18 | □ 10:30 AM ☑ 3:00 PM | $ | $

Time Accepted □ AM ☑ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee

Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
$ | $ | $ 24.70

Weight ☑ Flat Rate | Acceptance Employee Initials | Employee Signature
lb oz

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time □ AM □ PM | Employee Signature

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    3-ADDRESSEE COPY

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE ( )

PAYMENT BY ACCOUNT (If applicable)

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
  □ No Saturday Delivery (delivered next business day)
  □ Sunday/Holiday Delivery Required (additional fee, where available)*
  □ 10:30 AM Delivery Required (additional fee, where available)*
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

B/c

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE

PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

ORDER FREE SUPPLIES ONLINE