# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| § | |

## NOTICE TO DISREGARD REPLY AT DOCUMENT 59

Plaintiff, Alyssa Chrystie Montalbano, states to disregard incorrectly filed Reply to Order at Document 59; as the Reply was mailed USPS Friday October 19, 2018 prior to acceptance for electronic filing and whereby in the CM/ECF manual (DISTRICT OF COLORADO Page 4 ECF CIVIL PROCEDURES v. 6.1 REVISED, Section I ELECTRONIC CASE FILING SYSTEM 1.1 In General) states once accepted to electronically file the filing party is to file everything electronically. This was also stated in the acceptance e-mail received October 19, 2018 at 5:13pm. Therefore, Plaintiff wrote and filed a correct information updated version of the reply and filed it electronically, and the USPS mailed version is to be disregarded.

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

## CERTIFICATE OF SERVICE

I certify that on this 23st day of October 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen