# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa-Chrystie: Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| § | |

## OBJECTION TO RECOMMENDATION REGARDING DEFENDANT'S MOTION TO DISMISS

Comes now, Plaintiff, Alyssa Chrystie Montalbano, and hereby objects to the recommendation by honorable Magistrate Judge Gallagher regarding granting Defendant's motion to Dismiss for Failure to State a Claim (Document 15), for the following reasons, facts, evidence, and law:

### Recommendation Basis

In Recommendation regarding the Motion to Dismiss (Document 57), Magistrate Judge Gallagher cites the matter was essentially removed to Federal Court based on "a Letter to Corey" and cites that the 'Complaint' allegations and claims are insufficient (Document 26) to move the matter lawfully forward in Federal court, as a claim is not defined.

## **Reasons to Recommend Remand**

While the core premise for the recommendation to dismiss is based on what Defendant and his Counsel incorrectly filed as the Complaint at Document 26, Plaintiff is leaving the 'Complaint" 'as is' because the case belongs lawfully remanded back to the state court:

1. Plaintiff did not understand how to properly state her claim in state court when opened June 25, 2018 and filed documents as the Complaint (Document 12-1 and 12-2) which were in a format different than what the state court required.

2. Defendant and his counsel 'removed' the state court case, August 13, 2018, based on Plaintiff's allegations in the "Notice" (Document 20-2 – Pre-Litigation Complaint), yet what they filed as the Complaint at Document 26 (a letter to Corey and Default Notice) contains no laws that justify Defendant and Counsel's removal of Plaintiff's case from State court to Federal court.

3. Plaintiff attempted to amend the 'Complaint' at Document 58 on October 22, 2018. Subsequently, Plaintiff was instructed to file a proper amended version of the Complaint with line strike through and underlines (Doc 60 – Minute Order). October 25, 2018 Plaintiff spoke with the Pro Se Clinic and a local attorney and discovered the case was indeed originally filed in the correct jurisdiction, state court.

4. Plaintiff then found the appropriate laws/statutes that applied to this instant case: Colorado Revised Statute 18-4-401 (theft/fraud) and the Colorado Uniform Trade Secrets Act; which are in the jurisdiction of the state court.

5. Having learned what statutes correctly apply to the Complaint, Plaintiff instead filed a Motion for Leave of the Court to Amend the Motion for Remand (Doc 62), to cite the jurisdiction issue that 'relates back' to the original Motion for Remand (Doc 20).

6. The Complaint is to be lawfully amended in state court, which has jurisdiction.

7. Plaintiff has attached a version of the cover Complaint sheet intended to be file in state court, CRCCP NO. 2 COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE form, once remanded back.

Therefore, Plaintiff respectfully objects to the Recommendation to Dismiss based on failure to state a claim and moves this honorable court instead to deny Defendant's Motion to Dismiss and Grant the Motion to Amend the Motion for Remand (Doc 62, 62-1), so this matter may proceed in the correct court jurisdiction, as justice so requires it. (FRCP Rule 15 (a)(2))

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

### CERTIFICATE OF SERVICE

I certify that on this 28th day of October 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

 Alyssa Chrystie Montalbano, American Citizen