UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa Chrystie Montalbano § § §<br>Plaintiff § §<br>v. § § §<br>James Corey Goode § § §<br>Defendant § § § | CIVIL ACTION NO.:<br>1:18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

OPPOSED MOTION TO DISMISS

DUE TO SAME ACTION PENDING IN ANOTHER COURT

Comes now, Plaintiff, Alyssa Chrystie Montalbano; having conferred with opposing Counsel who is opposed to the relief sought in this Motion to Dismiss; and pursuant to D.C. COLO LCivR 3.2(a), (b), (d);  D.C. COLO. LCivR 40.1(d); and FRCP 42; Plaintiff respectfully moves this court to dismiss the Defendant's removal case, 1:18-cv-02060-RM-GPG, brought to Federal Court through insufficiency of process and lack of jurisdiction, Plaintiff states the following:

1. The Plaintiff's action was filed on June 25, 2018 in Mesa District Civil Court, with presiding Judge Flynn assigned to the case.

2. Defendant's action in this honorable federal court involves the same action by Plaintiff that is currently pending in Mesa District Civil Court with cause action number 18CV50. The court mailing address is: Mesa County, Colorado Court Address: 125 North Spruce, P.O. Box 20,000-5030, Grand Junction, CO 81502.

3. The Defendant and his Counsel have not consolidated these cases: 1:18-cv-02060-RM-GPG and 18CV50. (FRCP Rule 42)

4. The action before this court is not proper and this court lacks jurisdiction. This matter is governed by the following state statutes: 18-4-401 C.R.S.; 18-4-408 C.R.S.; and Colorado Uniform Trade Secret Act (CUTSA).

Wherefore, Plaintiff moves this court to dismiss Defendant's removal case and grant Plaintiff all proper relief the Court may deem just and proper within the premises.

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave  
Suite 400-117  
Grand Junction, CO  81505  
AriStoneArt@Ymail.com  
970.250.8365

## CERTIFICATE OF SERVICE

I certify that on this 6th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen