UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa Chrystie Montalbano | § § § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-RM-GPG |
| v. | § § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § § § | |

## NOTICE OF SAME ACTION PENDING IN ANOTHER COURT

Comes now, Plaintiff, Alyssa Chrystie Montalbano; in accordance with due process of law, pursuant to D.C. COLO LCivR 3.2(a), (b), (d);  D.C. COLO. LCivR 40.1(d); and FRCP 42, and hereby notices this honorable federal court of the **same action pending in another court**. Plaintiff has conferred multiple times with **Mesa District Civil Court** clerks since alleged August 2018 removal to Federal Court by Defendant and his Counsel and has been repeatedly informed that instant case 18CV50 is a separate and **pending case**.  Defendant and his Counsel have failed to consolidate the cases and thereby have opened a second improper and burdensome case against Plaintiff, 1:18-CV-02060-RM-GPG, thru insufficiency of process.

NOTICE OF SAME ACTION PENDING IN ANOTHER COURT                                                      Page **1** of **2**

Wherefore, Plaintiff files this lawful notice of same action pending in another court pursuant to D.C. COLO. LCivR 3.2(a), and requests that all remedy due be awarded to Plaintiff.

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

 Alyssa Chrystie Montalbano, American Citizen