UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ALYSSA-CHRISTIE MONTALBANO<br>　　Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.: 1-18-cv-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STRIKE DOCKET ENTRY NO. 68

Defendant **James Corey Goode** ("Mr. Goode" or "Defendant"), hereby files this Motion to Strike Docket No. 68 responds and states as follows:

### BACKGROUND

Defendant filed his Objection to Plaintiff's Objection to Judge Gallagher's Report and Recommendation on November 12. (Docket 67). Additionally, due to a clerical error, a Response to First Motion to Amend/Correct/Modify Motion to Remand (Docket 62) was filed as well. (Docket 68).

### ARGUMENT AND AUTHORITY

Rule 60 of the Federal Rules of Civil Procedure states (in pertinent part):

Relief from a Judgment or Order:

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice.
　. . .

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;

Defendant did not mean to file Docket Entry 68, and it was filed by a mistake and clerical error. Defendant conferred with Plaintiff on November 13, 2018 and Plaintiff is not opposed.

As such, Mr. Goodes respectfully requests the Court strike Docket Entry No. 68.

## CONCLUSION

**AS SUCH, Mr. Goode respectfully requests this Court to strike Docket Entry Number 68.**

Dated: November 14, 2018                                  Respectfully Submitted,

s/ VALERIE YANAROS WILDE
VALERIE YANAROS WILDE
YANAROS LAW, P.C.
5057 KELLER SPRINGS, SUITE 300
ADDISON, TEXAS 75001
TELEPHONE: (512) 826-7553
FAX: (469) 718-5600
VALERIE@YANAROSLAW.COM

ATTORNEY FOR DEFENDANT JAMES COREY GOODE

## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 14TH DAY OF NOVEMBER A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE PLAINTIFF IN ACCORDANCE WITH FRCP 4.

/S VALERIE YANAROS WILDE
VALERIE YANAROS WILDE