# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa Chrystie Montalbano § | |
| Plaintiff § | CIVIL ACTION NO.: |
| § | 1:18-cv-02060-RM-GPG |
| v. § | |
| § | |
| James Corey Goode § | JURY TRIAL DEMANDED |
| Defendant § | |
| § | |
| § | |

## MOTION TO AMEND COMPLAINT BY FILING STATE COURT SIMPLIFIED CIVIL PROCEDURE COMPLAINT AS COMPLAINT

Plaintiff, Alyssa Chrystie Montalbano, pursuant to D.C.COLO.LCivR 15.1, FRCP Rule 15(a), and FRCP Rule 8(a), moves this honorable Federal Court to allow the filing of the Amended Complaint for the following:

### I.   Background

Plaintiff opened case 18CV50 June 25, 2018 in Mesa District Civil State Court not understanding the proper court processes to state her 77 page complaint (EXHIBIT Pre-Litigation Complaint) in accordance with FRCP Rule 8(a).

During alleged removal by Defendant of Plaintiff's State Court case 18CV50, August 13, 2018, to this Federal Court; Defendant and his Counsel knowingly filed an incorrect document as the Complaint at Docket 26 and stated federal rules as their grounds for removal to include trademark and copyright laws, none of which were mentioned in what they filed and alleged as the Complaint.

**Plaintiff moves this honorable Federal court to grant the filing of a more proper FRCP Rule 8(a) Complaint and as recently filed by Plaintiff with the state court,** instant case 18CV50, on November 13, 2018, (EXHIBIT State Court filed: Motion, Complaint, Exhibit 77 pgs).

Plaintiff moves the court to **grant this Motion to Amend the Complaint to address issues regarding the alleged Complaint** (Docket 26), jurisdiction, and properly address the deficiencies stated in Defendant's "Motion to Dismiss for failure to state a Complaint" (Docket 15), and simultaneously address the issues cited in Judge Magistrate Gallagher's Recommendation to Dismiss (Docket 57); so this matter may **move forward** to the discovery phases **in State Court** by way of:

1. **Dismissal of this Federal case for being a separate case** opened by Defendant through insufficiency of process and failure to consolidate cases (FRCP 42) (Motion to Dismiss at Docket 65), **or** by way of

2. **Remand for lack of Jurisdiction** due to Defendant's improper claims (Trademark and copyright laws) based on what Defendant filed as the Complaint (Docket 26) (Motion to Amend Motion for Remand at Docket 62);  **so that Plaintiff may finally receive the relief and protections sought** in accordance with due process of law.

## II.   Law in Support of Amending

FRCP Rule 15, allows a Plaintiff to amend a complaint upon leave of court. It is a longstanding judicial principle that a motion for leave to amend a complaint should be freely granted, and that FRCP 15 is to be liberally applied. *Van Schaack v. Phipps*, 558 P.2d 581 (Colo.App. 1976); *Eckstine v. Harris*, 521 P.2d 1280 (Colo.App. 1974).

Trial courts should permit amendments to pleadings at any stage of the litigation process so long as undue delay does not result and other parties are not prejudiced by such amendments. *Ajay Sports, Inc. v. Casazza*, 1 P.3d 267 (Colo.App. 2000).

There will be no new issues interjected into this case by the granting of this instant motion. As exemplary damages are based on the **identical conduct** of the underlying action, there is no prejudice to Defendant.

### III.   Jurisdiction

**The following statutes** correctly govern this matter and are in the **State Court's** jurisdiction:

a. **18-4-401(1) C.R.S. Theft and in particular 18-4-401(5)** *"Theft from the person of another by means other than use of force, threat, or intimidation…"* (con games and fraud).

b. **18-4-408 C.R.S. Theft of Trade Secrets – penalty.** Describes a trade secret as anything of value, such as an "Article" which includes anything written, drawn, or recorded, and goes on to define a Trade Secret as any information relating to a business profession that is secret and of value. With the exception of Defendant, Plaintiff has taken reasonable precautions to protect her trade secrets (handwritten dream visions and information) and typically requires an NDA be signed.

c. **The Colorado Uniform Trade Secret Act (CUTSA)** Revised Statutes Title 7 (7-74-101 through 7-74-110) governs the particulars of this instant case.

It is in the interest of justice to grant leave of the court to amend the Complaint by way of filing the amended State Court Complaint as the correct Complaint onto the Federal Court record. (FRCP Rule 15(a))

Wherefore, Plaintiff, moves this honorable court to grant this Motion to Amend the Complaint in accordance with due process of law, that relief may be appropriately granted to Plaintiff by way of properly addressing deficiencies stated in the "Motion to Dismiss for Failure to State a Complaint" (Docket 15) and address deficiencies stated in Magistrate Judge Gallagher's "Recommendation Regarding Defendant's Motion to Dismiss" (Docket 57), as justice so requires it. (FRCP Rule 15(a)(2))

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

Declaration of Conferral: Plaintiff has attempted conferred with opposing counsel, November 14, 2018, (D.C.COLO.LCivR 7.1) by both email and phone; and conferred earlier on the 14th with opposing counsel regarding their motions and has been unable to reach opposing counsel for conferral regarding its position on this motion having received email notice Ms. Wilde would be in court and out of the office till the 19th.

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen