

# CERTIFICATE OF SERVICE

It is hereby certified, that on June 4, 2018, the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. Notice of Default in Dishonor

2. Courtesy Copy of this Certificate of Service

by Certified Mail No. 7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685 Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies: sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7018 0680 0002 3149 0708 and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. 7018 0680 0002 3149 0739 at the following address. 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 4 day of June 2018
With Prejudice and All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa  Chrystie Montalbano (UCC 1 308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this __ of June 2018, by Kimberly Blossom
Notary Public _Kimberly D. Blossom_

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016246
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 4, 2018

~~June 4, 2018~~

~~Corey,~~

~~I am offering you the apprenticeship because you need to learn how to really protect yourself.~~

~~Locking yourself into more rules and deeper layers of fear (what you call 'greater security') ultimately will not get you the results you seek. It works somewhat belabored, but is hackable, because the method focuses on the problem and not the solution. That means, the method resides in the same energetic frequencies you are trying to avoid, therefore access remains available to those who also operate on it. Think of it like a 50 story building. You're on the first floor and all the people you wish to avoid are also on the 1st floor. Now, imagine each floor is an energetic frequency and you can only go up a floor when you adjust your frequency. Setting up more low vibration frequency (fear based) safety (fighting) protocols on the 1st floor, still keeps you on the same level and make you reasonably accessible to all those you wish to avoid because maybe you're only just down the hallway from the people trying to 'get you'. Now granted you can barricade yourself in a room and keep on piling up more junk in front of the door to the room, but generally and rationally speaking how long can you hold out? What rations do you have, food, water, sleep, etc?.~~

~~Basically, staying on the 1st level floor (battlefield) you'll always be fighting and ultimately it's only a matter of time before the barricades are broke into.~~

~~Now, imagine each floor you go up not only are the people nicer (higher vibration) but those still into fighting battlefield style cannot go up a floor and behave that way, they must also raise their vibration and become 'nicer.' Now, what happens if you successfully raise your vibration (love) to live on the 50th floor? I can tell you, it's rather nice on the 50th floor, overall very peaceful and joyful. However, while its very nice up here on the 50th floor and the rooftop view is also lovely, I'm still in this same building as you because I have chosen this 'lot' to vibrationally and tonally heal, I still have those from the 1st floor call me up on the building phones (dreams) somewhat regularly to ask me to join them on the 1st floor by asking if they can kill me or my friends still playing on~~

the 1st floor with them. From AI controlled forms, to mafia, shadow people, to whatever or whoever else wants me to 'play' the fear drama game. I tell them "no" in a variety of ways and my life in 3D continues to be peaceful. 90% of the time my methods include giving them love and light, about 10% of the time (if they are a higher vibrational troublemaker) I will use more mundane methods to tell them no, because they can learn what they need from that and grow. In all instances, the method applied brings their vibration up closer to my level. So they too may one day join me on the 50th floor. When everyone in the building makes it to the 50th floor, a new building and wonderful life can be chosen, where we all live in peace and harmony.

I greatly enjoy when those of the lower floors ask me to play with them. Why? . . . Because I get to heal and change them. ☺ After I wrote most of this letter to you, I went back to sleep and had one of the highest level ethereal controller types that are rarely ever seen come to me. He wanted to eat me, he was extremely tall and lean and had two huge MIB like beings with him. Now why on god's green earth would I be glad about this being coming to me and wanting to eat me? Because I got to give him the light he so desperately needed to start his healing process. He softened and changed. This was done for the lower level players as well that I worked with before revealing his level to the others in the room that I was teaching how to do what I do. This main upper level more ethereal seated being then needed some time to integrate the energies, but he was able to control himself some now. He made me think of a Soros type. I will then wait till the lower level combatant(s) come to me again to heal them further or look for them to join me on the 50th floor once they complete their healing processes. I greatly enjoy seeing them whole and healed and have learned a great deal of patience and neutrality over the years.

I can help you and teach you how to do these things as well and how to live a truly peaceful life according to the resonance of your own heart wisdom, which will elevate you above being fearful and the troubles associated thereof.

The things you read in that PDF file in Dec and were 'surprised' by and 'didn't know what to say' . . . I meant every word. I was surprised by you being surprised, because that didn't fit the 3D evidence as

~~we both know and thus the pending litigation. I much prefer we make slime together and my dream data be correct. You?~~

~~Because I believe in my abilities and what I have seen in soul spirit realms, I will continue to offer you The Remedy as an option. I do this for you. It is very important at this stage that you accept it, even if you only do it initially to keep from having the allegations go onto public record. I must teach you and the others how to genuinely protect yourselves. This is very serious. Once you are clear in your heart, you will have the ability to clearly choose if you want to continue your studies with me or not. I'm a very easy going person, except where lower density behaviors are concerned and I am very firm on my position and I continue to live in heart spaces of peace, joy, love, and freedom, while maintaining a highly critical eye. It's an interesting mix.~~

~~I do what I do for your safety. I ask that you set your fears aside regarding me and look to see what actually "is." This will ultimately allow you to free your mind and once that happens my work will be complete and you may freely choose if you wish to continue your studies with me or we can adapt the work, together arrangement.~~

~~Regardless to if the legal evidence is correct, or my dreams, or any blend thereof. . . You are obviously interested in what I do and my information. For your conscious awareness, I continue to be interested in developing a healthy interpersonal relationship with you, while I teach you how to do what I do and correctly implement the true messages of love and light. No fighting.~~

*Alyssa Montalbano* (signature, struck through)

~~Thank you, Alyssa~~

## ~~NOTICE OF DEFAULT IN DISHONOR~~

~~Certified Mail#    7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685~~

~~Date:           June 4, 2018~~

~~Petitioner:     Alyssa-Chrystie: Montalbano~~
~~ARI STONE ART LLC~~
~~2536 Rimrock Ave~~
~~Suite 400-117~~
~~Grand Junction, Colorado 81505~~

~~Respondent:    James Corey Goode~~
~~GOODE MEDIA PUBLISHING LLC~~
~~GOODE ENTERPRISE SOLUTIONS INC~~
~~1140 US HIGHWAY 287~~
~~SUITE 400-266~~
~~BROOMFIELD, COLORADO 80020~~

~~Reference:     Courtesy Notice Stop and Desist Use of Intell~~ ... ~~Litigate~~
~~dated April 18, 2018~~

[Handwritten sticky note:]
~~June 4, 2018~~
~~Corey,~~
~~I will give you one week (June 12, 2018 deadline) to Accept my offer for Remedy Revised.~~
~~After that I file documents $500 Public Record & open a legal case Atys~~

~~This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. 7016 2070 0000 9810 9085 and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.~~

~~**PRESENTMENT:** On April 20, 2018, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:~~

~~1. Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018~~

~~2. Notice of Written Correspondence dated April 18, 2018~~

~~3. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) dated April 18, 2018~~

~~4. Courtesy Copy Certificate of Service dated April 18, 2018~~

~~**PRESENTMENT:** On May 16, 2018, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0622 and 7018 0680 0002 3149 0777 and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.~~

~~1. Notice of Fault in Dishonor dated May 16, 201~~

~~2. Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED, dated May 16, 2018~~

~~3. AMENDMENT ONE dated May 16, 2018~~

~~4. ADDENDUM ONE dated May 16, 2018~~

~~5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018~~

~~Notice of Default in Dishonor                                                   Page 1 of 2~~

~~6. Certified Billing Statement 001 dated May 16, 2018~~

~~7. OFFER FOR REMEDY – REVISED dated May 16, 2018~~

~~8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) – REVISED dated May 16, 2018~~

~~9. CC: Notice of Written Correspondence dated April 10, 2018~~

~~10. Courtesy Copy of Certificate of Service dated May 16, 2018~~

~~**PRESENTMENT:** On May 29, 2018, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.~~

~~1. Certified Billing Statement 002 dated May 28, 2018~~

~~2. Courtesy Copy Certificate of Service dated May 29, 2018~~

~~**DISHONOR:** By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on May 16, 2018, and therefore a confession of judgment on the merits is warranted.~~

~~Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, Notice of Fault in Dishonor, and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on May 16, 2018 and the Notice of Fault in Dishonor to have been dishonored on June 3, 2018, thereby comprising a confession of judgment on the merits.~~

~~**DEFAULT:** For the Respondent(s) failure to honor the offer, places the Respondent(s) at fault. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the Notice of Fault in Dishonor, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the Notice of Fault in Dishonor and by Alyssa-Chrystie: Montalbano.~~

~~In a continued effort to settle outside of litigation the Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) – REVISED dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (instructor) outside of litigation, unless otherwise certified in writing.~~

~~Signed this __4__ day of June, 2018~~
~~With Prejudice and All Rights Reserved,~~

*Alyssa Chrystie Montalbano* (signature)

~~Alyssa-Chrystie: Montalbano (UCC 1-308)~~
~~Owner ARI STONE ART LLC~~
~~Artist Ari Stone~~

State of CO, County of Mesa
Signed before me, on this __ of June, 2018 by Kimberly D. Blossom
Notary Public: *Kimberly D. Blossom* (signature)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064010240
MY COMMISSION EXPIRES APRIL 06, 2022

~~Notice of Default in Dishonor~~                                                               ~~Page 2 of 2~~

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa Chrystie Montalbano § <br> Plaintiff § <br> v. § <br> James Corey Goode § <br> Defendant § <br> § <br> § | CIVIL ACTION NO.: <br> 1:18-cv-02060-RM-GPG <br><br> JURY TRIAL DEMANDED |

# **AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. James Corey Goode         , defendant(s), is (are) resident(s) of    Broomfield         County, with a post office address of    1140 US Highway 287, Suite 400-266   Street, City Broomfield , State of Colorado    .

2. The amount claimed herein does not exceed the jurisdiction of the court.
   **OR**

3. The amount claimed from James Corey Goode , defendant(s), is/are approximately Seventy Thousand dollars and Zero  cents ($_70,000_), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   Defendant presented himself as someone helping humanity. Plaintiff relied on this and as a result was defrauded of approximately 500 handwritten dream visions and associated discoveries (Trade Secret information) by Defendant during 2017, whereby Plaintiff's Trade Secrets were misappropriated by Defendant largely via email, who preyed on Plaintiff's romantic and trusting nature using his military black operation (MILAB) training and Remote Influencing (RI) skills to emotionally manipulate Plaintiff into freely sharing her highly sought after information. Subsequent to Defendant attaining the information for free he and/or his associates would disseminate the information publically, claim the experiences as their own, or allege the information as 'secret insider' intel. This was performed at least a hundred times. No remedy or attribution was given to Plaintiff, while Defendant and his associates profiteered on it. Defendant also prevented the employment of Plaintiff at Gaia TV during 2017 for a competing series based on dreams, as he was regularly using Plaintiff's information as his own on his syndicated show carried there, Cosmic Disclosure. Plaintiff has now lost

a year of work along with many personal and professional relationships, due to Defendant defaming Plaintiff as a stalker or similar derogatory term to mutual friends and associates to maintain his fraud. January 12, 2018 Defendant created a derivative work based on approximately 20 of Plaintiff's handwritten dream vision experiences and alleged them as his own. Plaintiff began due process of law to the best of her abilities April 18, 2018 for remedy and attribution due, once discovering the fraud. Defendant has avoided and evaded, to include opening a malicious prosecution case, July 17, 2018, that Plaintiff got dismissed.  This matter is governed by C.R.S. 18-4-401 theft (fraud/con games), C.R.S. 18-4-408 Theft of Trade Secrets, and CUTSA (Colorado Uniform Trade Secret Act).    Plaintiff has exhausted all options for remedy and attribution due outside of litigation.  See attached Exhibit certified mailings: pre-litigation Complaint, failure notices, and billing statements. (CRE 902(4),(8),(10))_____

The Defendant(s)  ☐is (are)   ☐is not (are not)  in the military service of the United States.  In support of this statement, the Plaintiff(s) set(s) forth the following facts:  (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

      Unknown_____
     _____   _____

**5.**  The Plaintiff(s) ☐does (do)   ☑does (do) not   demand trial by jury (if demand is made, a jury fee must be paid).

☑  By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.
_____

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_____s/Alyssa Chrystie Montalbano_____            _____
Signature of Plaintiff(s)                                                                                    Signature of Attorney for Plaintiff(s) (if applicable)

  2536 Rimrock Ave Suite 400-117; Grand Junction, Colorado, 81505_____
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s)
    970.250.8365_____

CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE