# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alyssa Chrystie Montalbano § § § § § § § § § § | CIVIL ACTION NO.: 1:18-cv-02060-RM-GPG JURY TRIAL DEMANDED |
| Plaintiff | |
| v. | |
| James Corey Goode | |
| Defendant | |

## MOTION TO STRIKE DOCKET ENTRY NO. 58

Comes now Plaintiff, Alyssa Chrystie Montalbano, in accordance with FRCP 12(f) and writes this Motion to Strike Docket No. 58 and states the following:

## BACKGROUND

Plaintiff filed Docket 58 October 22, 2018, "Opposed Motion to File Complaint as the Complaint," not understanding the correct rules and statutes that apply to her case and subsequently spoke with Denver Federal Pro Se clinic assistant October 25, 2018, and discovered what was being attempted to be filed by Plaintiff as the Complaint was incorrect and that state level statutes regarding Trade Secrets and misappropriation correctly apply.

Plaintiff recently learned, November 10, 2018, from a trial attorney, that a proper initiating complaint is to be a short and plain statement (FRCP Rule 8(a)) and that evidence is presented and discovered during the discovery phases and not at the initiating complaint phase.

Plaintiff, filed a Second Motion to Amend the Complaint at Docket 73 with what she understands to be a proper FRCP Rule 8 complaint attached.

## ARGUMENT AND AUTHORITY

Federal Rule Civil Procedure Rule 12(f) allows for a motion to be struck, and as paraphrased: if it is redundant or immaterial the court may act on its own to Strike or by Motion made by a party.

## CONCLUSION

**The Motion to Amend the Complaint at Docket 58 is redundant and immaterial and is to be stricken.**

Respectfully Submitted and All Rights Reserved,

/s Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

Declaration of Conferral: Plaintiff has attempted conferral with opposing counsel, November 14, 2018, (D.C.COLO.LCivR 7.1) by both email and phone; and conferred earlier on the 14th with opposing counsel regarding their motions and has been unable to reach opposing counsel for conferral regarding its position on this motion and received automated email notice that Ms. Wilde would be in court and out of the office till the 19th .

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen