UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa Chrystie Montalbano | § § | |
| Plaintiff | § § | CIVIL ACTION NO.: 1:18-cv-02060-RM-GPG |
| v. | § § | |
| James Corey Goode | § § | JURY TRIAL DEMANDED |
| Defendant | § § § | |

# REPLY TO DEFENDANT RESPONSE AND OBJECTION TO MOTION TO DISMISS "DUE TO SAME ACTION PENDING IN ANOTHER COURT"

Comes now Plaintiff, Alyssa Chrystie Montalbano, in reply to Docket 76 "RESPONSE AND OBJECTION TO MOTION TO DISMISS "DUE TO SAME ACTION PENDING IN ANOTHER COURT," and states the following:

In section titled "Relevant Procedural History" (Docket 76, Pg 1) Defendant states Plaintiff has made 'inapposite' positions. This is incorrect; Plaintiff has sought the same since the mailing of the first legal presentment dated April 18, 2018, only Plaintiff's understanding of how the law properly applies within the court system has changed and adjustments are made to incorporate the correct information and processes. The underlying issue remains the same, Plaintiff is the victim of fraud and theft; and as stated

in Docket 51, it has been extremely difficult to receive the correct information in a timely manner due to the (unusual) nature of the case.

In section titled "Arguments and Authorities" (Docket 76, Pg 2, Paragraph 2) Defendant states that the instant cases, Mesa District Civil 18CV50 and Denver Federal Court 1:18-CV-02060-RM-GPG, are one and the same case. However, if this were true and correct it is unlikely the Mesa Court clerks would continuously tell Plaintiff the Mesa case is a separate case to this instant Federal Case. Therefore, it is reasonable to conclude the Federal case is a separate and similar case opened by Defendant (D.C. COLO. LCivR 3.2(b)), alleged as a removal, and where Defendant then stated his counterclaim in order to essentially have a separate trial in a courthouse near himself (FRCP 42 (b)).

The reason for Defendant's removal to Federal Court is clearly stated at the end of paragraph 2. "Mr. Goode objects to a dismissal without prejudice because it would give Plaintiff leave to refile at any time, and Mr. Goode wishes a resolution of any issues or claims in totality." Defendant is seeking to attempt to permanently avoid and evade the Complaint, perpetuate his fraud unimpeded, and permanently violate Plaintiff's right to relief.

Defendant has performed avoidance and evasion tactics since mailing of first pre-litigation Complaint dated April 18, 2018 (Docket 73-2) that cited with specificity over 60 instances of Defendant knowingly following and using Plaintiff's Trade Secret materials and information as his own. Since April 2018 through to today, Defendant has not addressed a single instance cited in the Complaint. If Defendant were sincere in

wanting a genuine resolution of this matter, he would have addressed the Complaint subject matter at any time during the past 7 (seven) months.

## **CONCLUSION**

Based on the current information and court communications Plaintiff has had with Mesa District Civil State Court clerks, Case 18CV50 and 1:18-CV-02060-RM-GPG are two separate and similar cases (FRCP 42; D.C. COLO. LCivR 3.2(b)).  If the Federal Case and State Court case are indeed one and the same case, Plaintiff consents to the denial or striking of the Motion to Dismiss Due to Same Action Pending in Another Court (Docket 65) and requests the case be Remanded for lack of Jurisdiction (Docket 62) and Defendant's Motion to Dismiss for Failure to State a Complaint (Docket 15) be Denied and Plaintiff's First Motion to Amend the Complaint be Struck (Docket 74 to strike Docket 58) and Plaintiff's Second Motion to Amend the Complaint (Docket 73) be Granted. Defendant has made it clear he will continue to avoid and evade (FRCP 11(b)) any and all subject matter in the Complaint (Docket 73 and attached Exhibits) without a court order to respond. Therefore, proceeding with litigation is the only way Plaintiff can receive the relief sought and the courts must continue to be involved for resolution.

Respectfully Submitted and All Rights Reserved,

**/s Alyssa Chrystie Montalbano**

Plaintiff, Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)
**/s Alyssa Chrystie Montalbano**
Alyssa Chrystie Montalbano, American Citizen