# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALYSSA-CHRISTIE MONTALBANO §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>JAMES COREY GOODE, §<br>Defendant. §<br>§ | C.A. NO.: 1-18-CV-02060-RM-GPG<br><br>JURY TRIAL DEMANDED |

## [PROPOSED]] ORDER DENYING ENTRY OF PLAINTIFF'S AMENDED COMPLAINT AND MOTION TO REMAND

This Court has found Mr. Goode's arguments persuasive, IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend and Motion to Remand are DENIED.

_____
Honorable Raymond P. Moore
United States District Judge