**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-02060-RM-GPG

ALYSSA-CHRISTIE MONTALBANO,

    Plaintiff,

v.

JAMES COREY GOODE,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's "Opposed Motion for Leave of the Court to Amend the Motion for Remand at Document 20" (ECF No. 62), which the Court construed as motion to remand under 28 U.S.C. § 1447(c), and the Court's order (ECF No. 75) directing Defendant to show cause why this matter should not be remanded to the Mesa County District Court of the State of Colorado, where it originated, for lack of subject-matter jurisdiction. Upon consideration of Defendant's response to the Court's order (ECF No. 78) and the applicable rules, statutes, and case law, the motion to remand is granted.

Jurisdiction is a threshold question that a federal court must address before reaching the merits of a case, and "[t]he burden of establishing subject-matter jurisdiction is on the party asserting jurisdiction." *Montoya v. Chao*, 296 F.3d 952, 955 (10th Cir. 2002). Plaintiff is asserting claims under state law only, and Defendant has not met its burden of establishing subject-matter jurisdiction.

Accordingly, the Court ORDERS

(1) that Plaintiff's motion to remand (ECF No. 62) is GRANTED, and

(2) that pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject-matter jurisdiction, this case is REMANDED to the Mesa County District Court of the State of Colorado, where it was originally filed.

DATED this 3rd day of December, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge