**From:** Cathy Pearson/COD/10/USCOURTS
**To:** Mesa.court@judicial.state.co.us

**Date:** Monday, December 03, 2018 12:10PM
**Subject:** Remand Order from Judge Raymond P. Moore

Good afternoon,

Attached is the certified Order from Judge Raymond P. Moore, remanding case 18-cv-02060 to your court. Your case number is 18-cv-50.

Thank you.

Sincerely,

Cathy Pearson
U.S. District Court -- Denver
Courtroom Deputy for
Judge Raymond P. Moore


Attachments:

18-2060 Remand Order CERTIFIED.pdf